CO-386
10/2018

# United States District Court
# For the District of Columbia

Robert F. Kennedy Human Rights, et al. )
)
)
)
              Plaintiff )
vs )
)
U.S. Department of Homeland Security, et al. )
)
)
             Defendant )

Civil Action No. 25-cv-1270

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for **Robert F. Kennedy Human Rights** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **Robert F. Kennedy Human Rights** which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[Signature]*
Signature

1005586
BAR IDENTIFICATION NO.

Karla Gilbride
Print Name

1600 20th Street NW
Address

Washington     DC     20009
City     State     Zip Code

(202) 588-1000
Phone Number