CO-386
10/2018

# United States District Court
# For the District of Columbia

Robert F. Kennedy Human Rights, et al. )
)
)
)
  vs   Plaintiff )   Civil Action No. 25-cv-1270
)
U.S. Department of Homeland Security, et al. )
)
)
  Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Southern Border Communities Coalition__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Southern Border Communities Coalition__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

1005586
BAR IDENTIFICATION NO.

Karla Gilbride
Print Name

1600 20th Street NW
Address

Washington    DC    20009
City    State    Zip Code

(202) 588-1000
Phone Number