AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

ROBERT F. KENNEDY HUMAN RIGHTS et al )
*Plaintiff* )
v. ) Case No. 1:25-cv-01270
U.S. DEPARTMENT OF HOMELAND SECURITY et al )
*Defendant* )

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ROBERT F. KENNEDY HUMAN RIGHTS .

Date: 04/26/2025

/s/ Sarah T. Gillman
*Attorney's signature*

Sarah T. Gillman (DDC Bar No. NY0316)
*Printed name and bar number*
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005

*Address*

gillman@rfkhumanrights.org
*E-mail address*

(646) 289-5593
*Telephone number*

(202) 301-2863
*FAX number*