AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Robert F. Kennedy Human Rights, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-01270 |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                   .

Date:   04/30/2025

/s/ Michael C. Martinez
*Attorney's signature*

Michael C. Martinez (DC Bar No. 1686872)
*Printed name and bar number*
P.O. Box 34553,
Washington, DC 20043

*Address*

mmartinez@democracyforward.org
*E-mail address*

202-448-9090
*Telephone number*

202-796-4426
*FAX number*

Print    Save As...    Reset