AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Robert F. Kennedy Human Rights, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-01270 |
| Kristi Noem, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                       .

Date:      05/07/2025                                    /s/ Christine L. Coogle
                                                                    *Attorney's signature*


                                                   Christine L. Coogle (DC Bar No. 1738913)
                                                       *Printed name and bar number*
                                                          P.O. Box 34553,
                                                          Washington, DC 20043


                                                                    *Address*


                                                   ccoogle@democracyforward.org
                                                              *E-mail address*

                                                              202-448-9090
                                                           *Telephone number*

                                                              202-796-4426
                                                              *FAX number*

| Print | Save As... | Reset |