UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**INDEX OF EXHIBITS IN SUPPORT OF
PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

| Decl. | Name | Bates Numbers |
|---|---|---|
| 1 | Declaration of Anthony Enriquez | PLFS-0001 to PLFS-0008 |
| 2 | Declaration of Joy Ziegeweid | PLFS-0009 to PLFS-0014 |
| 3 | Declaration of Lilian Serrano | PLFS-0015 to PLFS-0021 |
| | Exhibit A – SBCC's CRCL Complaint (May 13, 2023) | PLFS-0022 to PLFS-0042 |
| | Exhibit B – SBCC's Updated CRCL Complaint (Dec. 11, 2023) | PLFS-0043 to PLFS-0131 |
| | Exhibit C – CRCL Response Letter (Feb. 2, 2024) | PLFS-0132 to PLFS-0135 |
| 4 | Declaration of Pedro Rios | PLFS-0136 to PLFS-0138 |
| 5 | Declaration of Margaret Cargioli | PLFS-0139 to PLFS-0142 |
| 6 | Declaration of Deborah Fleischaker | PLFS-0143 to PLFS-0150 |
| 7 | Declaration of Alex Doe | PLFS-0151 to PLFS-0161 |
| | Exhibit D – RIF Notice (Mar. 21, 2025) | PLFS-0162 to PLFS-0167 |
| 8 | Declaration of Debra Rogers | PLFS-0168 to PLFS-0173 |
| 9 | Declaration of Kelsey Vitullo | PLFS-0174 to PLFS-0179 |
| | Exhibit E – RIF Notice (Mar. 21, 2025) | PLFS-0179a to PLFS-0179e |
| | Exhibit F – Records Retention Notice (May 2, 2025) | PLFS-0179f to PLFS-0179g |
| 10 | Declaration of Sister Tracey Horan | PLFS-0180 to PLFS-0185 |
| | Exhibit G – Autoreply E-Mail (Apr. 24, 2025) | PLFS-0185 to PLFS-0187 |

| 11 | Declaration of Laura St. John    | PLFS-0188 to PLFS-0193 |
| 12 | Declaration of Mayra Jones       | PLFS-0194 to PLFS-0197 |
| 13 | Declaration of Alicia de la O    | PLFS-0198 to PLFS-0199 |
| 14 | Declaration of Christine Brito   | PLFS-0200 to PLFS-0202 |
| 15 | Declaration of Zain Lakhani      | PLFS-0203 to PLFS-0210 |
| 16 | Declaration of Susu D'Andrea     | PLFS-0211 to PLFS-0213 |
| 17 | Declaration of Timothy Fallon    | PLFS-0214 to PLFS-0219 |
| 18 | Declaration of Jodi Ziesemer     | PLFS-0220 to PLFS-0223 |