# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*,<br><br>    *Defendants*. | Case No. 25-1270 |

## DECLARATION OF ALEX DOE

I, Alex Doe, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman) within the Department of Homeland Security (DHS) and am concerned about potential retaliation.

2. I have been employed by the CIS Ombudsman's Office for several years and in many different roles. Prior to working for the federal government, I worked as an immigration professional for many years.

3. Based on my experiences both before and during my time as an employee of the office, I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to explain how the CIS Ombudsman's Office works to fulfill its mission, and to explain why its absence will harm the people that the CIS Ombudsman and USCIS serve, the attorneys and organizations that rely on our office's work, and USCIS itself. I do not speak on behalf of DHS, or any other part of the federal government, and I provide this declaration only in my personal capacity.

**The CIS Ombudsman's Office Purpose, Organization, and Operations**

4. The CIS Ombudsman's Office is known as the office of last resort. After USCIS customers have tried extensively to resolve their issues with USCIS directly, they turn to the Ombudsman's Office for resolution. Usually by the time they file a request for case assistance (complaint) with our office, they are at their wits' end. Congress created the office to resolve such cases and to provide USCIS recommendations for the most difficult, systemic issues experienced by customers. Mistakes sometimes happen in government, and things can fall through the cracks—but the Ombudsman's Office gives people hope by showing the public that the government can correct its mistakes and resolve seemingly intractable issues. In doing so,

the office advocates for and ensures that USCIS provides people with a fair and consistent process, regardless of whether the decision at the end of that process is favorable.

5. Through this work, the CIS Ombudsman's Office acts as a voice for the people to foster greater understanding between the government and USCIS' stakeholders. The office also serves as an early indicator, alerting USCIS to trending issues so the agency can find solutions before the problem becomes systemic.

6. As of March 21, 2025, the office employed approximately 45 employees and 10 contractors. The office runs three public-facing programs, as envisioned by the relevant provisions of Homeland Security Act of 2002: (1) case work, (2) public engagement, and (3) policy work. In addition, the office includes the executives, the chief of staff's operations division and the strategy division.

7. Through its case work, the office fulfills its statutory mandate "to assist individuals and employers in resolving problems with the Bureau of Citizenship and Immigration Services." 6 U.S.C. § 272(b)(1).

   a. The case work division is the largest part of the office, employing approximately 20 immigration law analysts and supervisors. Although the team has stayed relatively small, during my time with the office, its workload has increased from a few thousand cases per year to approximately 25,000 cases in 2024. The increase in case work is a tribute to the success of the Ombudsman's Office in working with USCIS to resolve issues.

   b. The case work involves an individualized process, in which people, about half through their attorneys and accredited representatives, file requests for case assistance with the office after they have been unable to have their issues resolved by USCIS directly. Upon receipt, supervisors triage requests for case

    assistance, place them in tiers depending on urgency, and assign them to analysts. The analyst reviews the request for case assistance, researches the case history in USCIS databases and the relevant law, evaluates the issue, and determines whether to take the case to USCIS. Knowing that USCIS was already given the opportunity to respond to the customer's inquiry, it is imperative that the Ombudsman analysts review each case carefully to ensure the issue at hand is properly addressed once and for all.

c. In some years, approximately half of the requests for case assistance the office receives are not escalated to USCIS. This can be for any of a variety of reasons, including a lack of due diligence in trying to resolve the problem with USCIS directly, or a request that lies outside of USCIS' jurisdiction (for example, a Department of State issue).

d. After carefully reviewing the case history and ensuring the issues are ripe, the analysts communicate with the USCIS office that is responsible for the file to reach a resolution on thousands of cases annually.

e. The issues involved in the cases that come to USCIS vary significantly. Many errors may seem innocuous but have serious consequences. For example, cases involving typographical errors can prevent people from working because they cannot verify employment authorization; from obtaining or renewing their driver's licenses renewed, which means they cannot drive to work, take their kids to school, or go to the bank or grocery store; and from traveling abroad, which means they cannot attend weddings or funerals or important business meetings or international conferences. Sometimes complainants experienced long delays with USCIS because their paper files

were lost or misplaced, preventing their case from moving forward, and others are concerned because their cases remain pending beyond the publicly posted processing times without any transparency from USCIS.  In all cases, people experienced high levels of frustration and delay before coming to the Ombudsman's Office for resolution.

8. Through its public engagement, the office fulfills its statutory mandate "to identify areas in which individuals and employers have problems in dealing with [USCIS]." 6 U.S.C. § 272(b)(2).

   a. The public engagement division includes approximately 10 employees, including four regional representatives.

   b. This team carries out hundreds of engagements each year, both in person and virtually.  Their mission is twofold:  First, they disseminate and amplify information about the CIS Ombudsman's Office and USCIS to make stakeholders aware of the office and its purpose, and to keep stakeholders informed about changes in USCIS policies and practices.  This dissemination and receipt of information occurs through meetings, webinars, and social media channels, as well as web content such as tip sheets and newsletters.  Second, this division receives feedback from stakeholders about the problems they experience with USCIS, particularly with respect to issues that might not come up in the course of the office's case work.  Meeting in small groups allows stakeholders a level of comfort and trust to share information with the CIS Ombudsman's Office that they would not otherwise share with government employees because they fear it will negatively impact their pending cases.

    c. The public engagement division both initiates meetings and accepts meeting requests, and they meet with a broad range of groups and individuals—anyone who interacts with USCIS and has a stakeholder interest in immigration benefits. These include businesses, universities, think tanks, nonprofits, faith-based groups, bar associations, legal representatives, advocacy groups, and even farmers. Most public engagements involve conducting a brief presentation about the office and then having a conversation with stakeholders about the issues they are experiencing and any feedback or recommendations they may have. Notes from the engagements are saved in an electronic tool to which everyone in the office has access. That way anyone researching an issue could identify the prevalence of a new or existing trend. As an Ombudsman, we are early indicators—meaning we hear about the most recent or compelling issues from the public and share information about impending issues so they can resolve them before they become systemic. The team prepared a monthly report of key trends or issues, which would then be discussed among managers to decide which issues were timely to raise directly with USCIS.

9. Through its policy work, the office fulfills its statutory mandate "to propose changes in the administrative practices of [USCIS] to mitigate problems identified" by the office. 6 U.S.C. § 272(b)(3).

    a. The policy division employs eight policy advisors, including two supervisors.

    b. This division examines the information that comes in from both the case work and public engagement, and they identify systemic issues and issues that were important to shine a light on for USCIS, for the public, and for Congress.

  They study the information, conduct research, including USCIS site visits, and meet regularly with USCIS and stakeholders, in person and virtually.

c. Using all the information they have gathered and analyzed, along with their communications with USCIS and stakeholders, the policy team devises an annual list of priorities. They raise trending and systemic issues with USCIS through monthly reports and regular meetings with various directorates. Sometimes USCIS will take action to address issues at that stage in the process. If USCIS does not take prompt action to address ongoing issues, the policy division will write formal recommendations for issue resolution or process improvement within USCIS. Each recommendation would explain what the issue is, including USCIS' current process, and suggest how to improve that process to solve the issue. Some recommendations are standalone, but more often they are included as articles in the annual report.

d. The policy division does not write formal recommendations in a vacuum. The senior advisors meet with stakeholders to deeply understand their concerns and meet with USCIS employees to understand the government's limitations. The senior advisors work to devise solutions that are fair and that USCIS can feasibly operationalize.

e. The office always communicates with USCIS throughout this process. No recommendation comes as a surprise to the agency, as the office strives to work with USCIS in providing workable solutions. If solutions are not initially implemented, then the office will create a formal recommendation around the issue.

  f. The policy team is also principally responsible for writing the annual report that is submitted directly to Congress. The report is an intense endeavor and compiles information and data from both the Ombudsman's Office and USCIS.

10. In carrying out its statutory functions, the office fosters understanding between the public and USCIS and helps ensure that USCIS remains accountable to its customers.

**The Chaotic Closing of the CIS Ombudsman's Office**

11. On the morning of Friday, March 21, 2025, the Acting Ombudsman received a call from the DHS Chief Human Capital Officer, who informed him that the Department was dissolving our entire office and tasked him with informing the office's managers.

12. The managers then had a call with the Executive Director of Human Resources Management for DHS. She confirmed that our office was being dissolved entirely. She said that, notwithstanding our statutory mandate, the Department had decided that the office has no statutory functions. She also told the managers that they determined that the competitive service area was limited to our office, so those of us in competitive service were not subject to the usual reduction-in-force (RIF) protections. She said that we would be put on 60 days of administrative leave and that the RIF would occur on May 23, 2025.

13. Around noon that day, the managers gathered all of the office's staff virtually and told them that the office was being dissolved. We were all put on administrative leave, effective immediately, and instructed to cease all of our work without notifying USCIS or our customers.

14. That afternoon, I received an email from the Human Resources Management Services division that contained several attachments, including a memorandum informing me that a "reduction in force within [my] competitive area will be conducted effective March 21,

2025," as "a result of the dissolution of the [CIS] Ombudsman [Office]." It further stated that I "do not have an assignment right to another position in [my] competitive area" and "will be separated from the Federal service by reduction in force on May 23, 2025." It also stated that I would receive an estimated calculation of my severance pay before the separation date, which I would forfeit if I were to resign prior to that date. That memorandum is attached as Exhibit D.

15. My understanding is that every employee of the office (except for one, who is a member of the Senior Executive Service) received substantially the same memorandum on March 21, stating a separation date of May 23. Some of the letters contained errors, particularly with regard to the service computation date, which is when the individuals started working for the federal government. Some individuals who were eligible for retirement were told they were eligible for severance and later told they were not eligible for severance because they were eligible for retirement. It was clear the process had been conducted hastily.

16. Within the next few days, the office's 10 contractors were all let go as well.

17. This news came as a shock to all of us. We expected some cuts, but we did not imagine that the Department or the administration would shutter our entire office, which is statutorily required. It was also a shock to learn that they were not planning to follow the normal RIF procedures.

18. Although the memorandum itself did not mention it, we were all informed on the calls held that day that we were being placed on 60 days of administrative leave. We were unable to finish or wind down any of our work or notify our customers, internal or external.

19. As of March 21, there were thousands of open, active requests for case assistance, each representing an individual or employer seeking help with a problem that USCIS was unable to resolve. The analysts have not been able to communicate with those complainants regarding their pending requests for case assistance. Nor have we been permitted to shut down the

complaint form, put a notice on the website, or otherwise notify the public that the Ombudsman's Office would no longer be available as a critical resource. Since March 21, we've continued to receive complaints. We also continued to received communication from USCIS employees, who were also not informed that our office was being shuttered and that all of us had been required to stop working.

20.     I understand that the Department has also shuttered the Office for Civil Rights and Civil Liberties, where only three employees remain, and the Office of the Immigration Detention Ombudsman.

**Devastating Effects of Shuttering the CIS Ombudsman's Office**

21.     Shuttering the CIS Ombudsman Office causes many layers of serious harm.

22.     On an individual level, the people who file complaints with the office have significant issues that have seen no resolution. They often come to the office in a state of trauma, after months or even years of waiting and trying to get resolution from USCIS. When they finally come to the Ombudsman Office, they see the government identify and solve their problems, and they are so grateful to see their case move forward. They do not always get the decision they hoped for, but the public receives the assurance that the process works and the impacted individuals and employers can move on with their lives and business decisions.

23.     Whereas the case work affects people on an individual level, the office's public engagement and policy work involves the identification of issues and proposals for improvement at USCIS, leading to systemwide changes that help many thousands of people. Without the office, individuals and employers, as well as organizations and attorneys who advocate in this space and represent individuals on immigration matters, will have nowhere to turn to communicate USCIS failures and problems. Systemic issues won't be identified and brought to

congressional and public awareness, recommendations won't be made, and solutions won't be implemented. USCIS will become less efficient and less effective.

24. At bottom, the Ombudsman's Office gives people hope by showing those who have had the greatest difficulty with the process at USCIS that the government is not just a black hole into which their cases and inquiries fall. The Ombudsman gives people assurance that the government does work, and it provides accountability for USCIS. Without the office there to shine a light on systemic problems and inefficiencies at USCIS, the agency will have no incentive to improve its processes and will not have its failures brought into congressional and public awareness, leading to a lack of consequences for those failures. USCIS also will not have the benefit of the Ombudsman's thoughtful recommendations to improve the administration of immigration benefits, crafted with care and consideration of competing priorities and government operational limitations.

25. We were never told why the Ombudsman's Office was being dissolved. We read in the news that it is being eliminated in part because the administration viewed it as working adverse to the mission of USCIS. To the contrary, Congress created the office to help USCIS better fulfill its mission. And that is what the office does, by helping USCIS ensure fair and consistent processes.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on May 3.

                /s/ Alex Doe
                ALEX DOE

# Exhibit D

(A. Doe Decl.)

U.S. Department of Homeland Security
Washington, DC 20528



March 21, 2025

MEMORANDUM FOR: ███████████

FROM: Nicole C. Barksdale-Perry
Executive Director
Human Resources Management & Services
Office of the Chief Human Capital Officer

SUBJECT: Reduction in Force Notice

A reduction in force within your competitive area will be conducted effective March 21, 2025. This action is a result of the dissolution of OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN (CISOMB).

In accordance with Executive Order *14210, titled "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative,"* signed by President Trump on February 11, 2025, each agency, department, or commission head, must prioritize the reduction of positions performing functions not explicitly mandated by statute or regulation. Following a comprehensive statute-by-statute analysis, positions or functions identified as non-essential or not legally mandated are subject to this RIF. It is with great regret that I must inform you that your position ███████ ███████ within OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN (CISOMB) is being abolished, and you have been reached for reduction in force action. This memorandum constitutes a specific reduction in force (RIF) notice.

This reduction in force is being carried out in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and OPM policy. In accordance with these provisions, you will be released from your competitive level, and you do not have assignment rights to another position in your competitive area. Your position and all positions in your competitive level are being abolished, therefore there is no one with lower standing that you can displace in your competitive area. As a result, you will be separated from the Federal service by reduction in force on May 23, 2025.

To conduct the RIF, the Office of the Chief Human Capital Officer (OCHCO), Human Resources Management and Services (HRMS), prepared retention registers which listed employees in retention standing order based on civil service tenure, veterans'

PLFS-0163

preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF effective date:

**Competitive Area: OFFICE OF THE CITIZENSHIP AND IMMIGRATION SERVICES OMBUDSMAN (CISOMB)** WASHINGTON, DC
**Type of Service:** ███████████████
**Position Title, Series, Grade:** ███████████████████████████████████
███████████████████████████████████

**Competitive Level:** ███
**Tenure Group and Subgroup:** ███████████████████████████
**Service Computation Date (SCD):** ██████████
**Latest Three Performance Evaluations:** ████████████████
**Adjusted SCD (SCD adjusted by latest three performance ratings):** ████████

You have been reached for release from your competitive level in accordance with reduction in force regulations and procedures. You have no assignment rights to be placed in any other position in any other competitive level within your competitive area. Therefore, you will be separated from DHS at the close of business on May 23, 2025.

You are eligible to receive severance pay. We will provide your severance pay calculation no later than May 23, 2025.

Attached to this letter is an "Employee's Guide to RIF Benefits" which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the DHS Career Transition Assistance Plan. In addition, you may authorize the Human Resources Office to release your qualifications information to Federal, state and private sector agencies and organizations by completing the attached release authorization. Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance, can be found at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

If you resign on or before the RIF effective date of May 23, 2025, your separation will be considered voluntary. Please be advised that you may affect your appeal rights if you resign. You are strongly encouraged to contact the Human Resources Office for information if you are considering resigning during this specific notice period.

Staff of the OCHCO is available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. You are entitled to a copy of OPM's retention regulations found in 5 CFR Part 351, which will be provided to you upon request, and you may inspect the appropriate retention register through the OCHCO.

You may obtain any information in writing by sending your request to OCHCO – RIF Team, email: workforceshapinghq@hq.dhs.gov.

You have the right to appeal this action to the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and must be submitted no later than 30 calendar days after the effective date of the reduction in force action. An appeal form and copy of the MSPB's regulations are at www.mspb.gov. The address to which an appeal should be sent is as follows: MSPB Washington Regional Office, 1901 S. Bell Street, Suite 950, Arlington, Virginia 22202 or email washingtonregionaloffice@mspb.gov.

Alternatively, an electronic appeal may be filed at https://e-appeal.mspb.gov/. See "How to File an Appeal" at http://www.mspb.gov/appeals/appeals.htm. If you file an appeal the Board must serve an acknowledgement order to the following address:

> John T. Koerner
> Assistant General Counsel for Labor and Employment Law
> General Law Division, Office of the General Counsel
> U.S. Department of Homeland Security
> 2707 Martin Luther King Jr. Ave, SE
> Mail Stop 0485
> Washington, D.C. 20528
> Telephone: 202-603-8038
> Facsimile: 202-282-9186
> John.Koerner@hq.dhs.gov

If you believe this action has been taken because of a prohibited personnel practice other than discrimination on the basis of your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal at this time or to seek corrective action from the OSC is exclusive and irrevocable. See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe that this action has been taken because of race, color, religion, sex (including pregnancy and gender identity), national origin, sexual orientation, physical disability, genetic information, or age, you may file a complaint with DHS's HRMS Workforce Management. This office can be reached at
workforceshapinghq@hq.dhs.gov. To initiate a complaint, you must contact a Workforce Relations Program, Employee Relations and Performance Management within 45 days of the effective date of this action.

This reduction in force action should not be considered as reflecting upon your performance or conduct. It is being taken solely due to the reduction in the number of positions as described earlier in this letter. The Department of Homeland Security (DHS) sincerely appreciates the services you have rendered during your employment, and we regret that you have been personally affected.

Please sign and return a copy of this notice to acknowledge receipt.

Attachments: RIF Information Sheet
Employee Guide to RIF Benefits
DHS Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information

Sent by email to: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

No hard copy to follow.

**Receipt Acknowledged:**

_____
Employee Name

_____
Employee's Signature                    Date

**RELEASE STATEMENT FOR QUALIFICATIONS INFORMATION**

Privacy Act Notice

I authorize the Department of Homeland Security (DHS) to disclose information regarding my employment qualifications to public and private employers. I will provide/have provided this information to DHS prior to my separation date, either through submission of new materials or prior application form. I understand that this authorization is voluntary. If I choose to rescind this authorization in the future, I will notify the DHS in writing.

_____
Employee Name

_____
Employee's Signature                                                    Date

PLFS-0167