IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Case No. 25-1270 |

**DECLARATION OF DEBRA ROGERS**

I, Debra Rogers, declare as follows:

1. I am a retired federal employee with 38 years in public service. I began my career with the Immigration and Naturalization Service in 1986 and remained with the agency through the creation of the Department of Homeland Security (DHS) in 2002. From 2008 to 2023, I was a senior executive at DHS, primarily with the U.S. Citizenship and Immigration Services (USCIS). I also served in the CIS Ombudsman office (CISOMB) from October 2010 to February 2013, first as Deputy Director and then as Acting Ombudsman.

2. During my time at USCIS, I served in many different roles, including Deputy Associate Director for Domestic Operations, Associate Director for Field Operations, and Deputy Associate Director for Customer Service and Public Engagement. Among other responsibilities, I was assigned as the USCIS liaison to the CISOMB.

3. As the CISOMB Deputy Director, among other responsibilities, I oversaw the office's day-to-day operations, supervised staff, provided guidance on casework, led stakeholder meetings, and monitored the research and writing of formal recommendations and the annual report.

4. Based on my experience at DHS, and the CISOMB in particular, I have personal knowledge of the facts and information in this declaration. I respectfully provide this declaration to give an overview of how the CISOMB works and the purpose it serves, and to explain why its absence will harm not only the individuals the office helped but also the organizations that relied on the office's work and USCIS itself. I do not speak on behalf of DHS, or any other part of the federal government, and I provide this declaration only in my personal capacity.

**The CISOMB's Purpose and Operations**

5. The CISOMB was created by the Homeland Security Act of 2002 to assist individuals in resolving specific problems with USCIS, to identify areas where such problems

are occurring, and to propose changes to USCIS to mitigate those problems. About half of the CISOMB's work is casework—that is, helping individuals whose cases are, for one reason or another, stuck in the bureaucracy of USCIS. For many of the individuals seeking assistance from the CISOMB, the office serves as their last resort, as they have exhausted all other options to resolve their case directly with USCIS. In addition to casework, CISOMB studies trends, reviews USCIS operations, and engages with USCIS stakeholders to make formal recommendations to USCIS on how it can improve its processes and better serve the public.

6. The CISOMB also prepares a formal report to Congress annually that includes an analysis of casework, formal recommendations and information gathered through USCIS, and stakeholder engagements. USCIS formally responds to the report with updates, also submitted to Congress, on steps they are taking to resolve the issues identified in the report.

7. In addition to the casework and analysis, the office regularly engages with the public, including community-based organizations, USCIS customers, and attorneys about their experience with USCIS. Information gathered from these meetings is used in recommendations to improve the internal operations of the CISOMB and validate challenges identified in USCIS processes.

8. USCIS and the CISOMB frequently meet both formally and informally throughout the year to communicate about and resolve issues identified through the CISOMB's casework and formal process reviews.

9. The CISOMB is independent from USCIS and reports directly to the Deputy Secretary of Homeland Security. In my experience, USCIS and the CISOMB have long had a professional relationship that allows them to work effectively together. During my time at USCIS, I always viewed the office, and its independence, as a value for USCIS. A central purpose for the office is to identify and propose solutions to problems within the huge

bureaucracy at USCIS, to help the agency function more efficiently and effectively, and provide better service to the public. The office manages to do that work with a very small team of dedicated professionals.

**The Office's Receipt and Processing of Individual Complaints**

10. Before filing a complaint with the CISOMB, individuals were expected to exhaust USCIS's own customer redress process. The customer's attempts to resolve their case with USCIS is documented on the CISOMB's intake form. USCIS receives millions of applications each year, which are handled by thousands of USCIS employees across the country and around the world. Employees. During my service at the CISOMB, the office had a staff of approximately 30 people, therefore it was important to focus on cases brought by individuals that had exhausted all other means of resolution with USCIS.

11. When the office receives a complaint, through either the electronic system or the mail, the case is assigned to an analyst with expertise in immigration law and USCIS's process, and policies. The analyst's job is to research the case and try to identify the problem or reason for delay in reaching a resolution. The analyst then presents the case, and issues they identified to USCIS, to assist in resolving the case.

12. Some of the most common cases involve unreasonable delay in making a decision on an application, for reasons unknown to the applicant. Sometimes the problem could be a simple administrative or filing error—which is bound to happen occasionally in a bureaucracy that receives millions of applications per year. Having the ability to file a complaint with the CISOMB, and to have that complaint resolved with the office's facilitation, means that the applicants' attorneys avoid going to court to seek mandamus. USCIS, in turn, is saved the resources of defending itself in court.

13. Another common kind of case involves urgent humanitarian issues—for example, a sick child who needs additional time in the United States to complete critical medical care. Unreasonable delays in humanitarian cases can have significant life or death consequences. By bringing these urgent cases to USCIS for action, critical care is not disrupted.

14. The office also receives complaints involving complex process issues. For example, an individual may have several applications pending within different offices at USCIS. The CISOMB analyst flags the different applications, determines how they relate to each other, and presents the case to USCIS for resolution.

15. Reviewing and flagging cases that are off track provides both the CISOMB and USCIS an opportunity to identify process or training issues early and before they become pervasive or systemic. Through case review and almost daily communication with USCIS, the CISMOB supports USCIS in becoming more efficient and effective.

**Devastating Effects of Shuttering the CISOMB**

16. The CISOMB has a critical role in resolving USCIS's most complex cases and pervasive bureaucratic issues. Its existence promotes efficiency and reduces the risk of costly litigation. Attorneys who file inquiries with the office understand that if the office can't help them, they will likely need to resort to engaging in litigation, which is expensive and time-consuming for both the applicants and USCIS. For those who are not represented, they may have no other options for case resolution and may not receive the benefits they paid for and are entitled to.

17. The CISOMB's work improves USCIS's reputation with the public and builds trust with the American people by promoting more effective and efficient processes. Individuals that reach out to the CISOMB do not always see the office as separate from USCIS. What they know, and what they care about, is getting resolution to their problems. Without the CISOMB,

thousands of cases could fall through the cracks of a large bureaucracy. The most urgent cases that come to the CISOMB may not be resolved in a timely manner or at all, risking real harm to the lives of individuals affected.

18. All this results in tremendous inefficiency at USCIS and harm to thousands of individuals and many organizations if the CISOMB is shuttered. Congress, and the American people benefit from this small but productive office. Even today, it's an office of only about 50 people who support USCIS in effectively administering legal immigration services with integrity and efficiency. It is likely that lawsuits will be brought and litigated; advocacy organizations will have no one to help facilitate improvement at USCIS; systems issues will go unresolved and worsen over time; and the public's trust in USCIS will ultimately erode in the absence of the CISOMB.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of May 2025 in Ashburn, VA.

/s/ [signature]
DEBRA ROGERS