UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**DECLARATION OF ALICIA DE LA O**

I, Alicia de la O, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.

2. I am Director of Legal Access & Information at the American Bar Association, Commission on Immigration (ABA COI). In this role, I am familiar with the Office of the Immigration Detention Ombudsman (OIDO) and the Office of Civil Rights and Civil Liberties (CRCL) through my role managing the ABA COI Detention & Information Hotline which provides callers with immigration information and orientation. The ABA COI Detention & Information Hotline has been in service under various names since early 2002 and is accessible by individuals in over 100 immigration detention facilities. Annually, since 2023, the ABA COI Detention & Information Hotline averages over 3,500 calls from across the country.

1

3. Callers to our hotline raise concerns about a variety of topics including facility treatment, due process, and medical care, and issues regarding correspondence and communication. Prior to March 21, 2025, callers who expressed complaints regarding the conditions of detention were provided with information on how to contact OIDO and CRCL to raise these complaints.

4. From March 21, 2024, through March 21, 2025, the ABA COI Detention & Information Hotline provided information to callers about OIDO on 132 calls.

5. From March 21, 2024, through March 21, 2025, the ABA COI Detention & Information Hotline provided information to callers about CRCL on 40 calls.

6. The ABA COI Detention & Information Hotline does not monitor the results of any complaints to OIDO or CRCL, but they are important resources for our staff to refer to when communicating with detained callers.

7. While contact information about the Joint Intake Center Hotline (JIC), the DHS Office of the Inspector General (OIG), and the ICE Office of Professional Responsibility (OPR) has been provided to callers in the past, since March 21, 2025, the ABA COI Detention & Information Hotline has begun providing contact information for JIC, OIG, and OPR more regularly as we can no longer provide referrals to OIDO and CRCL.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 30, 2025

/s/ *Alicia de la O*

Alicia de la O