UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

## DECLARATION OF CHRISTINE BRITO

I, Christine Brito, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge.

2. I am an immigration attorney in private practice in California. I regularly represent clients applying before United States Immigration and Citizenship Services (CIS). I have been a practicing immigration attorney since 2017.

3. In my practice, I have used the CIS Ombudsman approximately 4 times. The Ombudsman has saved me time and saved my clients the expense of making successive filings when CIS delayed or denied a case.

4. In one case, I used CIS to resolve the stalled case of client whose previous attorney had failed to timely submit required documents for her case. I filed a motion to reopen the case with CIS, submitting evidence of ineffective assistance of counsel from the client's previous

1

attorney. The motion was denied. I considered filing a second motion to reopen or filing federal litigation but first filed a complaint with the CIS Ombudsman. When the Ombudsman informed me that it concurred with the denial, adequately explaining the legal reasoning behind it, I understood that filing a second motion to reopen would be a waste of both my and the agency's time and resources. The client then decided to apply for a different immigration status for which she is eligible.

5.      I currently represent a client for whom the Ombudsman's assistance would have been crucial. This client is married to a U.S. citizen and has two U.S. citizen children but is at risk of removal. He formerly had protection from removal through Deferred Action for Childhood Arrivals (DACA) but that protection has now lapsed. So he is now seeking to adjust his status to lawful permanent residence through his U.S. citizen wife. Because the client had originally entered the United States without inspection, to adjust status his spouse must first obtain approval from CIS of an I-130 Petition for Alien Relative. Next, CIS must send the approved petition to the Department of State's National Visa Center so it can begin processing a visa. Then, the client must file an I-601A waiver of inadmissibility with CIS to excuse his past entry into the U.S. without inspection, including with the waiver application a receipt from the National Visa Center. Next, he must return to his country of origin and await a visa interview at the U.S. consulate. Finally, he must re-enter the United States with inspection so that he can adjust status to lawful permanent resident.

6.      This client originally filed the I-130 Petition and I-601A waiver of inadmissibility pro se. But when he attempted to download a receipt from the National Visa Center, he was locked out of the online account. When he called the National Visa Center, an agent told him to contact CIS. When he contacted CIS, an agent said that it had approved the I-130 Petition already and that

he should contact the National Visa Center. Ultimately, because the client couldn't retrieve and file with the National Visa Center receipt to include in his I-601 waiver of inadmissibility, the waiver was denied. So, the client hired me to resolve the issue.

7. I filed a complaint with the CIS Ombudsman for the client in February 2025. But before I could receive a response, the office was abruptly closed. According to CIS, the I-130 approval has not been revoked, but no agency will give me a direct answer as to why the case was stalled. Without the CIS Ombudsman's assistance, I may have to file a request under the Freedom of Information Act just to get simple notice as to why the case was constructively rejected.

8. I am concerned that the closure of the CIS Ombudsman's Office will have a negative impact on my clients and legal practice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7th, 2025

_____
Christine Brito