UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**NOTICE OF STIPULATED BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to this Court's minute order, ECF 17, the parties to the above action have met and conferred regarding Plaintiffs' Motion for a Preliminary Injunction, ECF 15, and have agreed to the following briefing schedule that would allow the motion to be fully briefed by Friday, May 16, 2025:

1. Defendants will file their opposition to Plaintiffs' motion for a preliminary injunction on or before 11:59 PM on Wednesday, May 14, 2025.

2. Plaintiffs will file their reply in support of their motion for a preliminary injunction on or before 11:59 PM on Friday, May 16, 2025.

This expedited schedule will afford the Court an opportunity to review the relevant legal and factual issues one week in advance of May 23, 2025, the date on which the vast majority of CRCL, CISOM and OIDO employees are scheduled to be formally separated from federal

employment under the terms of their RIF notices. The parties also represent that they will be available for a hearing during the week of May 19, 2025, should the Court wish to hear oral argument on Plaintiffs' preliminary injunction motion.

Dated: May 12, 2025

Respectfully submitted,

/s/ Karla Gilbride

Michael C. Martinez (DC Bar No. 1686872)
Christine L. Coogle (DC Bar No. 1738913)
Brian D. Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448- 9090

Karla Gilbride (DC Bar No. 1005586)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284- 6355

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432

*Counsel for Plaintiff RFK*

2

Dated: May 12, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

/s/ CHRISTOPHER R. HALL
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

Telephone: (202) 514-4778

Email: Christopher.hall@usdoj.gov

*Counsel for Defendants*