AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia    ▾

| | |
|---|---|
| <u>ROBERT F. KENNEDY HUMAN RIGHTS, et. al.</u>    ) <br> *Plaintiff*    ) <br> v.    ) <br> <u>J.S. DEPARTMENT OF HOMELAND SECURITY, et. a</u>    ) <br> *Defendant*    ) | Case No.  1:25-1270-ACR |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

<u>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Ho</u> .

Date:    05/13/2025

/s/ Tiberius Davis
*Attorney's signature*

Tiberius Davis, DC Bar No. 90020605
*Printed name and bar number*
950 Pennsylvania Avenue NW,
Washington, DC 20004

*Address*

Tiberius.Davis@usdoj.gov
*E-mail address*

(202) 890-9670
*Telephone number*

*FAX number*