UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 25-1270-ACR |

**NOTICE OF APPEARANCE OF ADINA H. ROSENBAUM**

PLEASE TAKE NOTICE that attorney Adina H. Rosenbaum hereby enters her appearance as additional counsel for plaintiffs in this case.

Dated: May 15, 2025

Respectfully submitted.

 /s/ Adina H. Rosenbaum
Adina H. Rosenbaum (D.C. Bar No. 490928)
PUBLIC CITIZEN LITIGATION GROUP
1600 20th Street NW
Washington, DC 20009
(202) 588-1000

*Counsel for Plaintiffs*