AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Robert F. Kennedy Human Rights, et al. )
*Plaintiff* )
v. ) Case No. No. 25-1270-ACR
U.S. Department of Homeland Security; Kristi Noem )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert F. Kennedy Human Rights

Date: 05/16/2025

*Attorney's signature*

Medha Raman (DC Bar No. 90027539)
*Printed name and bar number*

1300 19th St NW, Suite 750
Washington, DC 20036
*Address*

raman@rfkhumanrights.org
*E-mail address*

(510) 505-4677
*Telephone number*

*FAX number*