# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

### UNOPPOSED MOTION TO SUPPLEMENT THE RECORD ON PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Pursuant to Local Civil Rule 65.1(d), Plaintiffs move for leave to supplement the record to include a second declaration from Anthony Enriquez further delineating the irreparable harms being suffered by Plaintiff Robert F. Kennedy Human Rights because of Defendants' stop-work orders to staff of the DHS Office for Civil Rights and Civil Liberties and Office of the Immigration Detention Ombudsman. Mr. Enriquez will be present at the May 19 hearing, should Defendants wish to examine him.

This Court has the "discretion to allow parties to supplement the record of a case." *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (citation omitted). Use of that discretion is warranted here, given the pertinent material contained in the declaration relevant to issues of standing and irreparable harm, and the lack of any prejudice to Defendants. The proposed declaration is attached to this motion.

Counsel for Plaintiffs has conferred with counsel for Defendants as required by Local Civil Rule 7(m). Defendants do not oppose this motion. A proposed order is attached.

Dated: May 17, 2025

Respectfully submitted,

/s/ Karla Gilbride

Michael C. Martinez (DC Bar No. 1686872)
Christine L. Coogle (DC Bar No. 1738913)
Brian D. Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448- 9090

Karla Gilbride (DC Bar No. 1005586)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284- 6355

Sarah E. Decker (DDC Bar No. NY0566)
Medha Raman ( DC Bar No. 90027539)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432

*Counsel for Plaintiff RFK*