# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

Upon consideration of Plaintiffs' motion and for good cause shown, the Court GRANTS Plaintiffs' unopposed motion to supplement the record.

### SO ORDERED.

Dated: _____, 2025

_____
ANA C. REYES
United States District Judge