# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>*Plaintiffs*;<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 1:25-cv-1270-ACR<br><br><br>**PLAINTIFFS' AND DEFENDANTS' JOINT STATUS REPORT** |

Plaintiffs and Defendants file this joint status report in response to the Court's May 16 Minute Order. The Parties have met and conferred in good faith.

Plaintiffs do not plan on calling any additional witnesses to the hearing besides Mr. Sartini. Defendants also do not plan on calling any witnesses other than Mr. Sartini. The Parties propose that testimony proceed with direct examination, cross examination, and redirect examination as warranted, while recognizing that the Court may also opt to question Mr. Sartini. The Parties' understanding is that the proceeding will begin at 11:00 AM on Monday May 19 in courtroom 12. If there is a public dial-in number for the proceedings, the Parties would be interested in sharing that with clients and colleagues.

Dated: May 17, 2025								Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**Emily M. Hall**
Counsel to the Assistant Attorney General
Civil Division

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*

/s/ *Michael C. Martinez*
Michael C. Martinez (DC Bar No. 1686872)
Christine L. Coogle (DC Bar No. 1738913)
Brian D. Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
mmartinez@democracyforward.org
ccoogle@democracyforward.org
bnetter@democracyforward.org
sperryman@democracyforward.org
(202) 448-9090

Karla Gilbride (DC Bar No. 1005586)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284- 6355

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432

*Counsel for Plaintiff RFK*

CERTIFICATE OF SERVICE

I certify that on May 17, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

/s/ *Michael C. Martinez*
Michael C. Martinez (DC Bar No. 1686872)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for Plaintiffs*