# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>*Plaintiffs*;<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 1:25-cv-1270-ACR<br><br>**DEFENDANTS' NOTICE OF CORRECTION** |

Defendants file this notice of correction in order to refile the Declaration of Ronald Sartini with a "wet" signature as requested by the Court. Defendants also made one factual correction to the declaration and want to notify the Court about related factual corrections in the Opposition brief:

- On page 3 of Mr. Sartini's Declaration (ECF No. 19-1) and Page 6 of the Memo in Opposition (ECF No. 19) the staffing numbers are assigned to the wrong offices. It should be 46 positions in CISOMB, 118 in OIDO, and 147 in CRCL. This has been corrected in the refiled Declaration

- On page 9 of the Memo in Opposition, the brief says Mr. Sartini is the "Acting" CIS Ombudsman. He was never "Acting." He is the CIS Ombudsman.

Dated: May 18, 2025                              Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**Emily M. Hall**
Counsel to the Assistant Attorney General
Civil Division

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on May 18, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*