| Government | ☐ | | | | |
|---|---|---|---|---|---|
| Plaintiff | ☑ | ROBERT F. KENNEDY HUMAN RIGHTS et al | | | |
| | | VS. | | Civil/Criminal No. | 25-cv-01270-ACR |
| Defendant | ☐ | U.S. DEPARTMENT OF HOMELAND SECURITY et al | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Whistleblower Disclosure | 5/19/25 | 5/19/25 | Sartini | N/A |
| 2 | OIDO Report to Congress | 5/19/25 | 5/19/25 | Sartini | N/A |
| 3 | Horan Declaration (with exhibit) | 5/19/25 | 5/19/25 | Sartini | N/A |
| 4 | Excerpt from Plaintiff's Reply Brief | 5/19/25 | 5/19/25 | Sartini | N/A |