IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>*Plaintiffs*;<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 1:25-cv-1270-ACR<br><br><br>**DEFENDANTS' NOTICE** |

Defendants file this notice in response to the Court's May 20 Minute Order directing the Parties to "notify the Court within 24 hours of any personnel changes within the CIS Ombudsman Office." As explained in the supplemental Declaration of Ronald Sartini (attached), the Deputy Ombudsman is currently beginning work at USCIS. Mr. Sartini was only made aware of this reassignment after he was alerted of the possibility yesterday and began investigating the issue immediately. Mr. Sartini is diligently working on finding a replacement Deputy.

Dated: May 21, 2025                                      Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**Emily M. Hall**
Counsel to the Assistant Attorney General
Civil Division

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*