UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' NOTICE**

Defendants' notice to this Court on May 21, 2025, and the accompanying declaration of Ronald Sartini, illustrate the gulf between the plans and hopes of Mr. Sartini and Defendants' official actions. Mr. Sartini testified at length on May 19 about his plans for performing the work of the Citizenship and Immigration Ombudsman's Office (CISOM) with the assistance of his deputy, as well as other plans for reorganizing the Office for Civil Rights and Civil Liberties (CRCL) and the Office of the Immigration Detention Ombudsman (OIDO) with as-yet-unassigned staff. But the day before, Defendants had taken the official action of reassigning that deputy away from Mr. Sartini's leadership, apparently without Mr. Sartini's knowledge, Sartini Decl., ECF 30-1, ¶ 4, leaving only one employee—Mr. Sartini—to staff any of the three offices whose statutory functions have gone unfulfilled since March 21.

Then, two days after Mr. Sartini's testimony, Defendants took the official action of sending an email with separation-related documentation to employees affected by the March 21 RIFs. In

that documentation, Defendants included the statement that all three offices had been "eliminated" in their "entirety." *See* Declaration of Brian Doe (B. Doe Decl.) ¶¶ 2–3 & Exhibit 1.

The APA concerns itself with final agency actions, not the aspirations of single agency employees. And the recent actions of DHS reenforce the action taken on March 21 that precipitated this lawsuit—stopping all work of the three DHS Oversight Offices and eliminating virtually all of those offices' employees. As of today, that work remains completely stopped except for whatever work Mr. Sartini is able to perform himself, and Defendants continue to repeat in official written documents that the offices are being eliminated in their "entirety." These actions continue to cause Plaintiffs and SBCC's members ongoing, irreparable harm, and thus warrant preliminary injunctive relief from this Court to return the parties to the pre-March 21 status quo until Mr. Sartini's plans are implemented through future agency action that restores the offices' performance of statutory functions.

Dated: May 22, 2025

Respectfully submitted,

/s/ Karla Gilbride

| | |
|---|---|
| Michael C. Martinez (DC Bar No. 1686872)<br>Christine L. Coogle (DC Bar No. 1738913)<br>Brian D. Netter (DC Bar No. 979362)<br>Skye L. Perryman (DC Bar No. 984573)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448- 9090 | Karla Gilbride (DC Bar No. 1005586)<br>Adina H. Rosenbaum (DC Bar No. 490928)<br>Public Citizen Litigation Group<br>1600 20th Street NW<br>Washington, DC 20009<br>(202) 588-1000<br>kgilbride@citizen.org<br><br>*Counsel for All Plaintiffs* |
| Anthony Enriquez (DDC Bar No. NY0626)<br>Sarah T. Gillman (DDC Bar No. NY0316)<br>Robert F. Kennedy Human Rights<br>88 Pine Street, Suite 801<br>New York, NY 10005<br>(917) 284- 6355 | Sarah E. Decker (DDC Bar No. NY0566)<br>Medha Raman (DC Bar No. 90027539)<br>Robert F. Kennedy Human Rights<br>1300 19th Street NW, Suite 750<br>Washington, DC 20036<br>(202) 559-4432<br><br>*Counsel for Plaintiff RFK* |