**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY *et al.*, <br><br> *Defendants*. | Case No. 25-1270 |

**DECLARATION OF BRIAN DOE**

I, Brian Doe, declare as follows:

1.     I am over the age of 18 and competent to testify to the matters described below. I am submitting this declaration under a pseudonym, as I am currently an employee of the Office of the Immigration Detention Ombudsman (OIDO) within the Department of Homeland Security (DHS) and am concerned about potential retaliation.

2.     On May 21, 2025, I received an email from WorkforceShapingHQ@hq.dhs.gov with several attachments related to my impending separation date of May 23. One of these documents was a list of Frequently Asked Questions. Each page of that FAQ document had a date of May 2025. Attached as Exhibit 1 is a true and correct copy of the email and the FAQ document.

3.     I had heard from colleagues about the testimony given in court by Ronald Sartini on May 19 that OIDO, along with CRCL and CISOM, was not being abolished as we had been earlier told but was simply being reorganized. In light of that testimony, I was surprised to see the answer to Q44 on the FAQ document, which stated: "For the purposes of the RIF of CISOMB, CRCL and OIDO, there are no reassignment opportunities as the entirety of the offices were eliminated."

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on May 22, 2025.

/s/_____BRIAN DOE

1



# DHS Separation Information

**Workforce Shaping HQ** <WorkforceShapingHQ@hq.dhs.gov>　　　　　　　　　　　　　　Wed, May 21, 2025
To: Workforce Shaping HQ <WorkforceShapingHQ@hq.dhs.gov>

Please see the information below and documents attached for information regarding your separation from DHS.

**EMPLOYEES SEPARATING VIA WORKFORCE TRANSITION or REDUCTION IN FORCE**

**FINAL SALARY PAYMENT**
Your final date of salary payment will be the effective date of your separation from federal service. For example, if your separation date is May 23, 2025, your final payment will be issued on the first Friday of week 1 in Pay Period 10 CY2025. Please note that this will be a partial payment since you will have only worked one week, and no leave will be accrued if separation occurs in the middle of a pay period. Leave is only accrued when a full 80-hour pay period is completed. Employees with later separation dates will receive their final pay in accordance with the current pay schedule, depending on the specific date and pay period of separation.

**ANNUAL LEAVE PAY**
For all employees separating from federal service, you can expect to receive a lump sum payout of your annual leave within 2-4 weeks of your separation date. Annual leave payouts will be deposited separately from final salary payments.

**e-OPF ACCESS**
If you were unable to download your eOPF documents prior to the termination of your network access, please email eopfrequest@HQ.DHS.GOV for assistance. Please note, you will not need to email to request your separation SF-50. This will be sent to the personal email address we have on file once it is processed.

**EPP ACCESS**
NFC is making a temporary change to EPP. **By the end of this week, employees accessing EPP with a User ID/Password combination will no longer have access to change their banking information.** They will be able to make other pay changes. Banking information for Direct Deposit and Financial Allotments can be made if the employee logs in with their PIV card.

Individuals should safeguard their EPP account information by taking the following measures:
- Only access EPP using:
    - https://www.nfc.usda.gov/EPPS/
    - The Applications Launchpad on NFC's home page: www.nfc.usda.gov
    - DHS Connect home page (application icons are located at the very bottom of the page)
- Utilize PIV logon (or Login.gov for separated employees) as the primary means to access EPP.
- Employees who have been accessing via User ID and password should change both immediately.
- Frequently review financial data and Earnings and Leave Statements to detect any fraudulent deductions.
- Never use any other URL than those listed above – all NFC web-based systems will end in .gov.

**OBTAINING COBRA HEALTH INSURANCE**
For employees wishing to continue their health insurance coverage beyond the free 31-day extension beyond their separation date, they should complete the SF-2809 Health Benefits Election Form attached to this message and email it to ochco-hrms-benefits@hq.dhs.gov within 60 days of separation.

**RETURNING FEDERAL PROPERTY**

Staff local to the NCR should have returned their government furnished equipment, including laptops, cell phones, MiFi, IC badges, RSA tokens, and B LAN devices to DHS CIO. Remote employees were also provided with label to return their equipment. If you have not received your shipping materials, please contact the Help Desk at 1-800-250-7911 and request to reopen a Return Hardware Ticket. If you possess a travel card or purchase card, you may shred them and contact FO-Travel@hq.dhs.gov to inform them to close your account(s).

## **REDUCTION IN FORCE IMPACTED EMPLOYEES ONLY**

### **SEVERANCE PAY**
Employees separating via Workforce Shaping and eligible for severance may also anticipate bi-weekly payments to commence within 2-4 weeks. Please note that NFC is currently receiving an extremely high volume of actions and processing times may vary as a result. This payment will be separate from your annual leave payout and final salary payment. If you do not receive your first severance payment within 4 weeks of your separation, please send an email to: workforceshapingHQ@hq.dhs.gov.

Severance payments are terminated if the recipient is employed by the Federal government or the government of the District of Columbia (to include the U.S. Postal Service) —unless employed under a nonqualifying time-limited appointment. If the recipient accepts a nonqualifying, time-limited appointment, the payments will be suspended during the life of the appointment and are resumed when the appointment ends. The recipient must notify DHS Headquarters at eopfrequest@hq.dhs.gov if they become employed by either the Federal government or the District of Columbia. If an individual entitled to severance pay is employed by the Federal Government or the government of the District of Columbia under a nonqualifying time-limited appointment, severance pay is suspended during the life of the appointment but resumes (without being recomputed) when the employee separates from the nonqualifying time-limited appointment.

### **RE-EMPLOYMENT PRIORITY LIST (RPL)**
**What is it?**
When DHS cannot fill a position from the current workforce, it is required to determine if an RPL registrant is available within the commuting area of that position. Recruiters review the RPL and request resumes of registrants who may be well-qualified and indicated interest in the series and grade being recruited.
 All well-qualified registrants will be reviewed for each recruitment in the commuting area, and interviews may be conducted. Selection priority is given to RPL candidates before additional recruitment activities continue.

**How do I get on the RPL?**
If you've already submitted the form that was attached in your RIF package, as well as your updated resume, you're on the list! If you haven't completed one or either of these steps, please do so as soon as possible. The RPL Request Form is attached to this email. You will receive a confirmation email from the Workforce Shaping Team once all of your documents have been received and processed.
 If you would like additional information on RPL, please visit: The Employee's Guide to Career Transition

### **FILING EMPLOYMENT**
Employees separating for reasons that are no fault of their own may be entitled to unemployment benefits. To help expedite your claim, we are providing the attached SF-8 form for processing by your state's unemployment office.

### **WORKFORCE SHAPING EMAIL**
Please note that the workforceshapinghq@hq.dhs.gov email box will only be monitored for 30 days following the final reduction in force separation.


## **WORKFORCE TRANSITION IMPACTED EMPLOYEES ONLY**

### **WTP AGREEMENT**
**Consideration Period**

Employees over the age of 40 are entitled to 45 calendar days from the issuance of the WTP agreement to accept and execute the agreement.

**Signed and Approved Participation Agreement**
You may choose to participate in the WTP and execute the agreement before the expiration of the 45-day period. Once your participation in WTP has been approved, you will be placed on administrative leave until you separate from federal service.

The period between the date you are placed on administrative leave and the date of your voluntary resignation from DHS is called the **transition period**. During the transition period, you will continue to receive full salary and benefits (i.e., including but not limited to Thrift Savings Plan (TSP) contributions, Federal Employee Health Benefits (FEHB), and/or any other similar benefits (Federal Employees Group Life Insurance (FEGLI)) with DHS making the Government's contribution.

**Cancellation Period**
After you have signed the WTP agreement, you may cancel your participation in WTP within seven (7) calendar days of signing the agreement.  Upon cancellation of your WTP agreement, as an employee reached for a RIF, you will be immediately subject to the specific RIF notice that was effective as of March 21, 2025.  At such time, you will be separated from federal service.

**Severance Pay Eligibility**
Please note that if you were informed of your eligibility for severance pay because you were subject to a specific RIF notice, however you are ineligible for severance pay upon approval of your participation in the WTP.


HEATHER ZAWALICK
Senior Advisor / Deputy, Employment Services Management
U.S. Department of Homeland Security
Office of the Chief Human Capital Officer (OCHCO)
Human Resources Management and Services (HRMS)
WorkforceShapingHQ@hq.dhs.gov


*Confidentiality Notice: This email message, along with any attachments, may contain confidential and legally privileged information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited.  If you have received this in error, please reply to the sender and delete this message.*

---

**4 attachments**

- **DHS_Reduction in Force_FAQs 15MAY25.pdf**
  264K

- **SF 2809.pdf**
  1793K

- **DHS RPL Registration Form.pdf**
  713K

- **SF-8 - 2024.pdf**
  28K

# FY25 Reduction in Force FAQs
**May 2025**

## OUTSIDE EMPLOYMENT

**Q1. Please provide contact information for the Ethics Office regarding engaging in other employment.**

A1.  If you have any questions regarding outside employment, please contact EthicsOfficeHQ@hq.dhs.gov or reference additional information provided at Prior Approval Exemption for Certain Outside Employment Activities for DHS HQ and CISA Employees.

**Q2. If an employee finds a private sector job prior to their separation date, is it considered resigning from the US Government vs being "RIFed"?**

A2.  Yes, if you accept employment and are released prior to the effective date of separation, it is considered a voluntary resignation. If you are eligible for severance pay and resign versus being involuntarily separated ("RIFed"), you will forfeit your eligibility to receive the severance pay benefit.

## BENEFITS

### RETIREMENT

**Q3. Where can employees find additional information on postponed and deferred retirement if they haven't reached the minimum retirement age (MRA)?**

A3.  A former FERS employee with at least 10 years of Federal service may elect to receive deferred retirement as early as their minimum retirement age (MRA). A former FERS employee with at least 5 years of civilian service may elect to receive deferred retirement at age 62. To qualify for deferred retirement, individuals must leave their retirement contributions in the retirement fund (that is, they do not request a refund). Former employees apply directly to OPM for a deferred retirement. The OPM Deferred Retirement webpage links to the Application for Deferred or Postponed Retirement (RI 92-19) and instructions on how to complete the application (RI 92-19A).

**Q4. If an employee elects to work until their RIF separation date, what date does retirement start? When will annuity payments for retirement begin?**

A4.  The annuity start date will be the first day of the month following separation unless you separate via Discontinued Service Retirement (DSR) which begins annuity the next day. Although you may begin receiving interim payments while OPM completes your annuity package, OPM is currently reporting 3-5 months on average for processing of final packages and payments. Retirement Statistics

# FY25 Reduction in Force FAQs
**May 2025**

**Q5. Describe some of the differences between VERA and DSR.**

A5. DSR is a retirement option made available after notification of involuntary separation, which may allow you to be eligible for unemployment benefits based on your individual state regulations. Under DSR, your annuity begins to accrue the day after separation. Voluntary Early Retirement Authority ([VERA](#)) is a special program authorized by the Office of Personnel Management (OPM) that allows eligible federal employees to retire early during periods of workforce restructuring, downsizing, or reorganization. Commonly referred to as "early out retirement," employees may voluntarily retire with an immediate annuity before they would otherwise be eligible and annuity accruals would begin the day after separation. The key differences come into play when/if you ever return to work for the Federal government, e.g., as a VERA retiree, you would be a reemployed annuitant with the amount of your pay offset by the amount of your annuity. If you were covered under the Civil Service Retirement System (CSRS) and you separated under a DSR, you would not be considered a reemployed annuitant because your annuity will stop, so there would be no offset to pay. This does not apply to those covered under FERS.

**Q6. When are retirement packets due to the HRMS Benefits team?**

A6. You may submit your retirement package as soon as you select your retirement date. Please email the HRMS Benefits Team at ochco-hrms-benefits@hq.dhs.gov for further assistance if you no longer have network access.

**Q7. If you are eligible for full retirement, can you still elect to be separated via Discontinued Service Retirement (DSR)?**

A7. Yes, applicants under the age of 62 may elect to apply under DSR if eligible for regular/voluntary retirement.

**Q8. Is there a penalty for Discontinued Service Retirement?**

A8. No. However, if you retire at the MRA with at least 10, but less than 30 years of service, your benefit will be reduced by 5 percent a year for each year you are under 62, unless you have 20 years of service, and your benefit starts when you reach age 60 or later.

**Q9. How may I determine how much is in my federal retirement fund outside of TSP accounts?**

A9. For a full retirement estimate outside of government furnished access, please contact the HRMS Benefits Team at ochco-hrms-benefits@hq.dhs.gov.

**Q10. Can employees extend insurance into retirement, and if so, for how long?**

A10. If you retire under an immediate annuity, your FEHB coverage can be continued if you were enrolled in the FEHB Program (or covered as a family member on another FEHB enrollment) for the 5 years of service immediately preceding retirement, or – if less than 5 years – for all periods of eligibility since your first opportunity to enroll. If you are covered by FEHB at retirement, the 5-year rule includes time covered under TRICARE, CHAMPUS, or CHAMPVA.

# FY25 Reduction in Force FAQs
**May 2025**

As a retiree, you'll have the same health plan choices and pay the same share of the costs for health insurance as active employees do. Your share of the FEHB premium will be deducted from your annuity payments. If your annuity is not large enough to cover the premiums, you can change to a lower-cost plan or option (one in which the share of the premium is low enough to be withheld from your annuity) or can choose to pay the premiums directly to the Office of Personnel Management (OPM). Contact the HRMS Benefits Team at [ochco-hrms-benefits@hq.dhs.gov](mailto:ochco-hrms-benefits@hq.dhs.gov) if you have questions about your FEHB enrollment.

**Q11. What is the process to request a deferred resignation or voluntary early retirement (VERA)?**

A11. The Deferred Resignation Program (DRP) as well as the Voluntary Early Retirement Authority (VERA) were time-limited Workforce Transition Programs (WTP) offered to DHS employees in the spring of 2025 and the DHS WTP opt-in windows are now closed. If the employee did not 'opt-in' during the open windows, they cannot request either option.

## HEALTH INSURANCE/ FEHB

**Q12. FEHB medical benefits will be extended for 31 days following separation, with the option to extend for up to 18 months - does this extension apply to dental and vision coverage as well?**

A12. Your dental and/or vision insurance coverage will terminate as of your date of separation. Under FEDVIP, former employees do not have an extension of coverage, an option to convert to a private policy, or temporary continuation options. However, you may elect to continue your dental and vision insurance coverage if you are separating via retirement.

**Q13. May employees extend FEHB insurance coverage beyond their separation date if they are not retiring?**

A13. Unless your separation is involuntary due to gross misconduct, you may continue your FEHB coverage under Temporary Continuation of Coverage (TCC) for up to 18 months after your separation instead of converting to an individual contract. You may enroll in any plan for which you are qualified. (Some plans require that enrollees live in a certain geographic area.) If you enroll in an FEHB plan under the TCC option, you must pay the full amount of the premium (both the employee and Government shares) plus a 2 percent administrative charge.

Your TCC enrollment and premium charges begin on the day after the 31- day extension of coverage ends. If you continue TCC to the end of the 18-month period, you will have another 31-day extension of coverage with opportunity for conversion to an individual contract. Review [OPM's Temporary Continuation of Coverage (TCC)](#) online pamphlet for additional information. OPM's [FEHB Plan Comparison](#) website can be used to explore plan options and costs (under the Enrollee Type, select the option for Temporary Continuation of Coverage (TCC) Enrollee).

# FY25 Reduction in Force FAQs
**May 2025**

To enroll in FEHB under the TCC option, submit the SF 2809 Election Form to ochco-hrms-benefits@hq.dhs.gov within 60 days after the date of your separation or 65 days after the date of your separation letter, whichever is later. Once processed, a certified enrollee copy will be returned to the address indicated on the SF-2809. This copy will serve as proof of enrollment until you receive your insurance cards.

**Q14.** **If all FSA funds are used prior to a separation date, are employees required to pay it back? Can they still use the total amount in their healthcare FSA or just the amount that has been deducted from paychecks thus far? Will employees receive a bill if they've claimed more than has been deducted?**

A14. Your Health Care FSA participation (HCFSA or LEX HCFSA) will terminate on the date of your separation. Any eligible health care expenses incurred on or before the date of your separation can be reimbursed, but expenses incurred after the date of separation will not be reimbursed. Your Dependent Care FSA account balance at the time of separation can be used to claim reimbursement for eligible expenses incurred before or after your separation, up to the end of the Plan Year (ending on December 31).

For additional information log into your FSAFEDS account at http://www.fsafeds.gov or contact FSA Customer Service at 1-877-372-3337.

**Q15.** **What is the process to request the 31-day extension for FEHB?**
A15. FEHB enrollment will end on the last day of the pay period in which you separate from Federal service; however, your health insurance coverage, for you and your covered family members, will be automatically extended for 31-days – at no cost to you.

**Q16.** **What is the difference between TCC (Temporary Continuation of Coverage) and individual contracts for insurance??**
A16. TCC is coverage you can keep through NFC for up to 18-months following the discontinuation of federal service. An individual policy is secured completely outside of the government benefits program, through the insurance provider of your choice.

## LIFE INSURANCE

**Q17.** **What happens to FEGLI after separation if employees are not retiring?**
A17. FEGLI enrollment will end on the day of separation from Federal service; however, life insurance coverage will be automatically extended for 31- days – at no cost.

**Q18.** **Can employees cash out on their life insurance policy?**
A18. FEGLI (Federal Employees' Group Life Insurance) is a group term life insurance that does not build up cash value. It cannot be borrowed against or cashed out.

# FY25 Reduction in Force FAQs
**May 2025**

**Q19. Can employees roll FEGLI over to a different policy?**

A19. When FEGLI group life insurance coverage terminates involuntarily, you can convert your coverage to a non-FEGLI individual life insurance policy with a private insurance company. If you have reemployment rights under the Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA), you can keep your FEGLI coverage for up to 24 months in nonpaid status, or until 90 days after your military service ends, whichever is earlier. The requirements for continuing your FEGLI life insurance into retirement are explained in the [FEGLI Handbook](#).

## SEVERANCE PAY

**Q20. If a separation date is in the middle of a pay period, how does that impact pay and leave accrued for that pay period?**

A20. You will be paid for each day you are in administrative leave status up until your separation date. Leave is not accrued unless you are in paid status (i.e., administrative leave) for the entire pay period (80 hours).

**Q21. When will severance pay begin?**

A21. DHS HQ expects severance payments to begin 2-4 weeks after separation however, due to the high volume of separation actions, severance payments may be delayed. Severance payments are disbursed on a bi-weekly basis.

**Q22. Is severance pay affected by work in the private sector that is accepted and begun after May 23?**

A23. No, your severance package will not be impacted by work in the private sector.

**Q23. When employees receive severance payments, are deductions made for Retirement, for TSP for FSAs, etc.?**

A23. Only taxes are withheld from severance payments. Once you are no longer employed by the federal government, you are not eligible to participate in retirement contributions, TSP or FSA.

**Q24. Is severance based on Annual Pay + Locality?**

A24. The amount is computed using the employee's rate of basic pay + locality at the time of separation, years of creditable service, and an age adjustment allowance, if over 40 years. See the OPM Fact Sheet for more information: [Severance Pay FAQs](#)

**Q25. If employees receive their full severance payout and later find a federal position or are reinstated, do they need to reimburse or payback their severance?**

A25. You do not need to repay severance if you return to federal service after the full severance amount has been paid. If you return to federal service while still receiving severance

# FY25 Reduction in Force FAQs
**May 2025**

payments, you must notify our payroll office at eopfrequest@hq.dhs.gov so that severance payments can be stopped.

**Q26. Are there any affirmative steps employees must take (other than satisfying the eligibility criteria) in order to be qualified for severance?**
A26. There are no additional steps required to receive severance once you have been deemed eligible and received a severance estimation letter.

**Q27. Is there a waiting period to return to government service to ensure severance pay is not forfeited?**
A27. You would need to be separated for the full duration listed on your severance letter to receive the full amount afforded to you.

**Q28. If employees bought back their military time would that add to their severance pay?**
A28. Military time bought back does not count toward severance calculations per 5 CFR Part 550.70.

**Q29. Are there any instances in which severance payments are owed back to federal government?**
A29. If you accept a federal position prior to the entire severance payment being paid and do not notify our payroll office, you may be required to repay any amounts received after you began your new federal position.

**Q30. Are taxes removed from leave payouts or is that handled personally?**
A30. Taxes will be withheld from severance payments. You are advised to speak with your tax professional if you have additional questions.

**Q31. Does severance pay zero-out years of service? For example, if an employee returns to federal service will they have to start over or "buy back" their time, or will it resume from where they left off?**
A31. No, your years of service remain intact following severance.

**Q32. How long is severance pay paid?**
A32. Each timeframe is individually calculated. Please refer to your severance letter for details.

**Q33. Will taking severance negate retirement eligibility?**
A33. Accepting severance does not negate your ability to receive retirement benefits at a later date.

# FY25 Reduction in Force FAQs
**May 2025**

**Q34.** What happens if a federal job offer is declined after separation? Would that cause a forfeiture benefits and severance?

**A34.** There is no impact to declining offers of federal employment while receiving severance.

## UNEMPLOYMENT

**Q35.** Can employees claim unemployment while waiting for retirement to start?

**A35.** Yes, you can generally receive unemployment benefits while waiting for your retirement to officially start, especially if you are near retirement age and were unemployed. Unemployment benefits are based on your work history and the reason for your unemployment. The individual will need to meet specific eligibility requirements to receive unemployment, which usually involves proving the individual lost their job involuntarily and are actively seeking work, but we suggest referring to your own state laws and regulations for further information.

**Q36.** How do separated employees apply for unemployment?

**A36.** To receive unemployment insurance benefits, you need to file a claim with the unemployment insurance program in the state where you worked. Depending on the state, claims may be filed in person, by telephone, or online. You should contact your state's unemployment insurance program as soon as possible after becoming unemployed. How Do I File for Unemployment Insurance? | U.S. Department of Labor

**Q37.** When do separated employees become eligible for unemployment?

**A37.** Involuntarily separated employees should apply for unemployment benefits as soon as you become unemployed (i.e., your date of separation from federal service). You must have been unemployed through no fault of your own and you must meet your state's work and wages earned requirements.

**Q38.** Can separated employees receive unemployment and severance payments simultaneously?

**A38.** You can collect unemployment and severance payments simultaneously, but it depends on the type of severance and the state you are applying for benefits.
www.unemploymentcalculator.org

## LEAVE

**Q39.** What happens to sick leave balances after separation?

**A39.** Sick leave is held until you either return to federal service when it would be reinstated, or it will be added to your time for retirement annuity calculations. Sick leave is not eligible for lump sum payout.

# FY25 Reduction in Force FAQs
**May 2025**

**Q40.** How will annual leave lump sum payments be taxed?
**A40.** Federal Income Tax (Varies by income)
State Income Tax (Varies by income and state)
Social Security Tax (6.2%)
Medicare Tax (1.45%)

**Q41.** Can employees donate annual leave to others to help them meet retirement eligibility thresholds?
**A41.** No programs currently exist to allow employees to donate leave outside of the VLTP, which has very specific personal/medical emergency requirements for participation. Employees may donate unused annual leave to the VLTP prior to separation, but it will not assist with retirement eligibility thresholds.

## CTAP/ICTAP/RPL

**Q42.** When will ITCAP reflect on SF-50s?
**A42.** CTAP/ICTAP status will not reflect on an SF-50. Your RIF letter serves as proof of eligibility when applying for federal positions.

**Q43.** Does the information on a RIF letter impact CTAP/ICTAP/RPL eligibility?
**A43.** The information on your RIF letter identifies the Area of Consideration for your CTAP/ICTAP/RPL eligibility. This will determine which locality you will be eligible for job placement (i.e., Washington, DC; Denver, CO; etc.)

## SCD

**Q44.** What is the purpose of the Adjusted SCD?
**A44.** Adjusted SCD identifies your retention position if there is a reduction in force in your agency or department and reassignments (aka "Bump and Retreat) take place. For the purposes of the RIF of CISOMB, CRCL and OIDO, there are no reassignment opportunities as the entirety of the offices were eliminated.

**Q45.** If there is a change to an employee's reemployment rights, such as eligibility for veterans' preference or placement on the Reemployment Priority List, will a revised RIF notice be issued?
**A45.** Yes. If it is determined that your specific Reduction in Force (RIF) notice affects your

reemployment rights—such as eligibility for veterans' preference, your type of service (e.g., competitive, excepted), or your placement on the Reemployment Priority List—your specific RIF notice may be updated to reflect these changes. In accordance with Office of Personnel Management (OPM) guidance, you must receive a full 60-day notice based on the updated information, which may extend your original notice period.

# FY25 Reduction in Force FAQs
**May 2025**

**Q46.** **If a Service Computation Date (SCD) is corrected after a Reduction in Force (RIF) notice has been issued, will a new notice be provided, and will the notice period be extended?**

**A46.** If a Service Computation Date (SCD) is corrected after the issuance of a specific Reduction in Force (RIF) notice, a revised notice will be issued to reflect the corrected information. However, the separation date will generally not be extended beyond the original separation date. If the corrected notice results in a notice period of 30 days or from the separation date, in such case an extension of 30 days may be granted.

## MISC

**Q47:** **What is the final date of salary payment after the effective date of separation?**

**A47:** Your final date of salary payment will be the effective date of your separation from federal service. For example, if your separation date is May 23, 2025, your final payment will be issued on the first Friday of week 1 in Pay Period 10 CY2025. Please note that this will be a partial payment since you will have only worked one week, and no leave will be accrued if separation occurs in the middle of a pay period. Leave is only accrued when a full 80-hour pay period is completed. Employees with later separation dates will receive their final pay in accordance with the current pay schedule, depending on the specific date and pay period of separation.

**Q48.** **How should government equipment be returned?**
**A48.** Badge and Equipment Drop-Off:

- Representatives from both the Office of the Chief Security Office (OCSO) and the Office of the Chief Information Officer (OCIO) will be available to collect equipment and PIV cards.
- CSO will collect all IC badges, RSA tokens, and B LAN devices.
- Shipping labels will be provided to remote employees to return their government-issued equipment. If you have not received your label, please call the Help Desk at 1-800-250-7911 and request to open a Return Hardware Ticket.

Employees are only required to return government-issued credentials, PIV cards, PCs, mobile phones, RSA tokens, and other inventoried items. Docking stations and monitors do not need to be returned.

**Q49.** **Are employees on administrative leave able to participate in federally sponsored training/ skills development?**
**A49.** Employees are not permitted to work while in Administrative Leave status, which includes training. Therefore, you would not be able to engage in any federally sponsored training activities prior to separation.

# FY25 Reduction in Force FAQs
**May 2025**

**Q50. How can copies of eOPF files be obtained after removal from network access?**

A50. If you no longer have access to the DHS network and need a copy of your eOPF, please email [eopfrequest@hq.dhs.gov](mailto:eopfrequest@hq.dhs.gov), and indicate that you no longer have the ability to access your eOPF yourself because you have separated from government service, along with your requested documents.

**Q51. How can more information regarding the competitive areas and decisions regarding the RIF of CISOMB, CRCL and OIDO be obtained.**

A51. To request information regarding the specific or legal process surrounding your RIF, we encourage you to reference the DHS Freedom of Information website at [Make a FOIA Request | Office of Inspector General.](#)