UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity,<br><br>  Defendants. | Civil Action No. 25-1270-ACR |

## NOTICE OF DECLARATION

In response to the Court's order immediately following the status conference held at 4 p.m. this Thursday, May 22, 2025, Defendants respectfully submit the attached declaration of Nicole C. Barksdale-Perry.[1] Defendants have worked diligently and as expeditiously as possible to identify and coordinate with the Department of Homeland Security personnel most knowledgeable and best situated to testify to the matters identified by the Court during the status conference. But Defendants note for the Court's awareness that potential declarants' respective areas of subject-matter expertise and factual knowledge, schedules, and availability under an expedited submission timetable factored into the determination of which DHS personnel were best situated, accounting for all circumstances, to provide testimony on the directed topics.

---

[1] Ms. Barksdale-Perry's declaration addresses a portion of the topics directed by the Court. Defendants continue working to finalize and submit a declaration addressing the remainder of the directed topics, but submit this declaration separately in the interest of time.

Dated: May 22, 2025

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General,
Civil Division

/s/    *Christopher R. Hall*
CHRISTOPHER R. HALL
Assistant Branch Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 514-4778
Email: Christopher.Hall@usdoj.gov

*Counsel for Defendants*