UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' motion for a temporary restraining order, and the full record in this case, it is hereby:

**ORDERED** that the motion is GRANTED.

The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of their claims, a likelihood of irreparable harm in the absence of temporary relief, that the balance of equities tips in their favor, and that a temporary restraining order is in the public interest.

This Court has subject matter jurisdiction to hear Plaintiffs' claims, including because Plaintiffs have demonstrated Article III standing and because Congress has not required that Plaintiffs' claims be initially adjudicated by any administrative agency prior to this Court's exercise of jurisdiction pursuant to 28 U.S.C. §1331.

Accordingly, pursuant to this Court's authority, including but not limited to authority to "issue all necessary and appropriate process to postpone the effective date of an agency action or

to preserve status or rights" (5 U.S.C. §705),

**IT IS FURTHER ORDERED** that, pending an order by this Court as to whether a preliminary injunction should issue, Defendants; their officers, agents, servants, employees, and attorneys; and all persons acting by, through, under, or in concert with these Defendants (referred to collectively hereinafter as "TRO Defendants") are hereby enjoined and/or stayed from terminating, dissolving, closing, or otherwise making inoperable the Department of Homeland Security Office for Civil Rights and Civil Liberties (CRCL), Office of the Citizenship and Immigration Services Ombudsman (CISOM), and Office of the Immigration Detention Ombudsman (OIDO) and its statutory functions.

**IT IS FURTHER ORDERED** until further order of this Court, that:

1. TRO Defendants shall maintain and shall not delete, destroy, remove, or impair any data or other records relating to CRCL, CISOM, and OIDO covered by the Federal Records Act, except in accordance with the procedures described in 44 U.S.C. ch. 33;

2. TRO Defendants shall not terminate any CRCL, CISOM, or OIDO employee, except for cause related to the specific employee's performance or conduct;

3. TRO Defendants shall not terminate any contractors who are or were performing work for CRCL, CISOM, or OIDO, and shall not terminate any such contracts or order any contractors to stop performing work for CRCL, CISOM, or OIDO, unless such terminations are based on an individualized, performance- or conduct-based reason; and either

4. TRO Defendants shall rescind the RIF notices issued on or about March 21, 2025 to employees of CRCL, CISOM and OIDO and return to active work status a sufficient number of existing CRCL, CISOM and OIDO employees to perform the offices' statutory functions until Defendants can make longer-term arrangements for the performance of those functions–which

longer-term functions may, but need not, include retaining those employees in those positions–with the number of employees sufficient to perform statutory functions to be determined by Defendants; or

5. TRO Defendants are enjoined and/or stayed from implementing or enforcing the reductions in force for CRCL, CISOM, and OIDO noticed on or around March 21, 2025; and

6. TRO Defendants shall file status reports every three (3) business days during the pendency of the temporary restraining order detailing their activities taken to comply with the order and to restore adequate staffing so that the statutory functions of CRCL, CISOM and OIDO can be performed.

7. This Order does not disturb the decisions of any CRCL, CISOM, or OIDO employees who have opted to voluntarily separate from their positions.

**IT IS SO ORDERED.**

Dated: May _____, 2025

_____
ANA C. REYES
United States District Judge