Civil Action No. 25-cv-1270

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **United States Attorney**
was received by me on *(date)* **April 29, 2025** .

❏ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I served the U.S. Attorney by email on May 12, 2025. The service package was received and accepted with a service date of May 12, 2025, as shown on the attached email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **5/27/2025**

**/s/ Karla Gilbride**
*Server's signature*

**Karla Gilbride**
*Printed name and title*

**Public Citizen Litigation Group**
**1600 20th Street NW**
**Washington, DC 20009**
*Server's address*

Additional information regarding attempted service, etc:


## Outlook

**RE: Robert f. Kennedy Human Rights, et al. v. U.S. Department of Homeland Security, et al., No. 25-cv-1270-ACR, service of summons and complaint**

| | |
|---|---|
| From | USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov> |
| Date | Sun 5/18/2025 12:54 PM |
| To | Karla Gilbride <kgilbride@citizen.org> |

Your service package has been received and accepted with a service date of May 12, 2025. Thank you.

**From:** Karla Gilbride <kgilbride@citizen.org>
**Sent:** Monday, May 12, 2025 5:49 AM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Robert f. Kennedy Human Rights, et al. v. U.S. Department of Homeland Security, et al., No. 25-cv-1270-ACR, service of summons and complaint

Attached pursuant to Federal Rule of Civil Procedure 4(i), please find a summons and complaint in the above-captioned action. A copy of this summons and complaint was also sent via certified mail.

Best,
Karla Gilbride
Counsel for Plaintiffs


Karla Gilbride (she/they)
Deputy Director
Public Citizen Litigation Group
202-588-7783
kgilbride@citizen.org