Civil Action No. 25-cv-1270

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* U.S. Department of Homeland Security was received by me on *(date)* April 29, 2025 .

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I caused the summons and complaint to be sent via USPS certified mail. The USPS has indicated that the summons and complaint were delivered on May 19, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/27/2025          Karla Gilbride
                         *Server's signature*

                         /s/ Karla Gilbride
                         *Printed name and title*

                         Public Citizen Litigation Group
                         1600 20th Street NW
                         Washington, DC 20009
                         *Server's address*

Additional information regarding attempted service, etc:

ALERT: SEVERE WEATHER MOVING FROM THE CENTRAL U.S. THROUGH THE EASTERN U.S. ...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

9589071052702923920387

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:51 am on May 19, 2025 in WASHINGTON, DC 20528.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

Delivered, Front Desk/Reception/Mail Room
WASHINGTON, DC 20528
May 19, 2025, 9:51 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps...

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $
Total Postage and Fees $

Postmark Here

Sent To: U.S. Department of Homeland Security
Street and: 2707 Martin Luther King Jr Ave. SE Washington, DC
City, State: 20528

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information

See Less ∧

Track Another Package