Civil Action No. 25-cv-1270

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kristi Noem, in her official capacity as Secretary of Homeland Security
was received by me on *(date)* April 29, 2025 .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I caused the summons and complaint to be sent via USPS certified mail. The USPS has indicated that the summons and complaint were delivered on May 14, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/27/2025

/s/ Karla Gilbride
*Server's signature*

Karla Gilbride
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052702923920400

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 12:07 pm on May 14, 2025 in WASHINGTON, DC 20528.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**
WASHINGTON, DC 20528
May 14, 2025, 12:07 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usp

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To  Kristi Noem, in her official capacity
Street an  as Secretary of Homeland Security
         2707 Martin Luther King Jr Ave. SE
City, State Washington, DC 20528

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

### Text & Email Updates

### USPS Tracking Plus®                                 ⌄

### Product Information                                  ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=4&text28777=&tLabels=9589071052702923920400%2C%2C%2C&tABt=true    1/2