Civil Action No. 25-cv-1270

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Attorney General of the United States**
was received by me on *(date)* **April 29, 2025** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* I caused the summons and complaint to be sent via USPS certified mail. The USPS has indicated that the summons and complaint were delivered on May 15, 2025.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **5/27/25**

**/s/ Karla Gilbride**
*Server's signature*

**Karla Gilbride**
*Printed name and title*

Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052702923920417

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:02 am on May 15, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
May 15, 2025, 5:02 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.co...

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____    Postmark
☐ Certified Mail Restricted Delivery $ _____    Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____
Postage
$
Total Po___   ___ ____
$
Sent To  Attorney General of the United
Street   States 950 Pennsylvania Avenue
         NW Washington, DC 20530
City, Sta___

PS Form 3800, January 2023 PSN 7530-02-000-9047   See Reverse for Instructions

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⋀

**Track Another Package**

[ Enter tracking or barcode numbers ]

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=4&text28777=&tLabels=9589071052702923920417%2C%2C%2C&tABt=true    1/2