IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>*Plaintiffs*;<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 1:25-cv-1270-ACR<br><br>**STATUS REPORT** |

    Defense Counsel files this status report in response to the Court's May 23 Minute Order. Defense Counsel reached out to Plaintiffs' Counsel this morning with a proposed Joint Status Report. Likely due to the short amount of time before the filing deadline, Plaintiffs' Counsel did not response. Attached is a declaration from Ronald Sartini.

    The declaration of Mr. Sartini explains the various steps each Office has and will take to carry out their statutory functions. This includes an expedited hiring process, seeking detailees, the status of various contracts, and, for CISOMB, actively working on the congressional report and reviewing complaints. This process has been expedited to ensure that the statutory functions are carried out and to address the concerns that Plaintiffs, this Court, and other have raised.

Dated: June 2, 2025                                                    Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**Emily M. Hall**
Counsel to the Assistant Attorney General
Civil Division

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on June 2, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*