UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**DECLARATION OF KARLA GILBRIDE**

I, Karla Gilbride, declare as follows:

1.      I am over the age of 18 and competent to testify to the matters described below.  I am an attorney at Public Citizen Litigation Group and counsel for the plaintiffs in this action.

2.      Attached as Exhibit 1 is a true and accurate copy of a printout generated on June 2, 2025, from the webpage "Department of Homeland Security, Congressional Budget Justification Fiscal Year (FY) 2026," available at

https://www.dhs.gov/publication/congressional-budget-justification-fiscal-year-fy-2026.  This webpage consists of a list of documents with dates associated with them, and the dates associated with each of the documents is on or after May 29, 2025.

3.      Attached to this declaration as Exhibit 2 is a true and correct copy of a printout generated on June 2, 2025, of one of the documents available on the webpage attached to this declaration as Exhibit 1.  That document is entitled "Office of the Secretary and Executive

1

Management" and can also be found online at https://www.dhs.gov/sites/default/files/2025-05/25_0530_osem_fy26-congressional-budget-justification.pdf.

4.  Attached to this declaration as Exhibit 3 is a true and correct copy of a printout of the job announcement posted by the Department of Homeland Security on June 2, 2025, for the Office for Civil Rights and Civil Liberties, available at https://www.usajobs.gov/job/837918800.

5.  Attached to this declaration as Exhibit 4 is a true and correct copy of a printout of the job announcement posted by the Department of Homeland Security on June 2, 2025, for the Office of the Immigration Detention Ombudsman, available at

https://www.usajobs.gov/job/837919200.

6.  Attached to this declaration as Exhibit 5 is a true and correct copy of a printout of the job announcement posted by the Department of Homeland Security on June 2, 2025, for the Deputy CIS Ombudsman, available at https://www.usajobs.gov/job/837912900.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2025

/s/ Karla Gilbride
Karla Gilbride

EXHIBIT 1



U.S. Department of Homeland Security

# Congressional Budget Justification Fiscal Year (FY) 2026

FY 2026 Budget Request Supporting Information. The documents are large and will take some time to download.

- Note: The documents are currently under 508 remediation. 508 compliant files will be posted soon.

| Attachment | Ext. | Size | Date |
|---|---|---|---|
| Analysis and Operations (https://www.dhs.gov/sites/default/files/2025-05/25_0530_ai-and-operations_fy26-congressional-budget-justification.pdf) | PDF | 359.11 KB | 05/29/2025 |
| Countering Weapons of Mass Destruction (https://www.dhs.gov/sites/default/files/2025-05/25_0530_cwmd_fy26-congressional-budget-justification.pdf) | PDF | 558.03 KB | 05/29/2025 |
| Cybersecurity and Infrastructure Security Agency (https://www.dhs.gov/sites/default/files/2025-05/25_0530_cisa_fy26-congressional-budget-justification.pdf) | PDF | 1.56 MB | 05/29/2025 |
| Department of Homeland Security Overview (https://www.dhs.gov/sites/default/files/2025-05/25_0530_dhs_fy26-congressional-budget-justification.pdf) | PDF | 1.23 MB | 05/29/2025 |
| Federal Emergency Managment Agency (https://www.dhs.gov/sites/default/files/2025-05/25_0530_fema_fy26-congressional-budget-justification.pdf) | PDF | 1.79 MB | 05/29/2025 |
| Federal Law Enforcement Training Centers (https://www.dhs.gov/sites/default/files/2025-05/25_0530_fletc_fy26-congressional-budget-justification.pdf) | PDF | 491.89 KB | 05/29/2025 |
| Management Directorate (https://www.dhs.gov/sites/default/files/2025-05/25_0530_mgmt_fy26-congressional-budget-justification.pdf) | PDF | 1.33 MB | 05/29/2025 |
| Office of Inspector General (https://www.dhs.gov/sites/default/files/2025-05/25_0530_oig_fy26-congressional-budget-justification.pdf) | PDF | 383.36 KB | 05/29/2025 |
| Office of the Secretary and Executive Management (https://www.dhs.gov/sites/default/files/2025-05/25_0530_osem_fy26-congressional-budget-justification.pdf) | PDF | 717.82 KB | 05/29/2025 |
| Science and Technology (https://www.dhs.gov/sites/default/files/2025-05/25_0530_st_fy26-congressional-budget-justification.pdf) | PDF | 921.03 KB | 05/29/2025 |
| Transportation Security Administration (https://www.dhs.gov/sites/default/files/2025-05/25_0530_tsa_fy26-congressional-budget-justification.pdf) | PDF | 1.55 MB | 05/29/2025 |
| U.S. Citizenship and Immigration Services (https://www.dhs.gov/sites/default/files/2025-05/25_0530_uscis_fy26-congressional-budget-justification.pdf) | PDF | 912.51 KB | 05/29/2025 |
| U.S. Coast Guard (https://www.dhs.gov/sites/default/files/2025-05/25_0530_uscg_fy26-congressional-budget-justification.pdf) | PDF | 1.49 MB | 05/29/2025 |
| U.S. Customs and Border Protection (https://www.dhs.gov/sites/default/files/2025-05/25_0530_cbp_fy26-congressional-budget-justification.pdf) | PDF | 2.36 MB | 05/29/2025 |
| U.S. Immigration and Customs Enforcement (https://www.dhs.gov/sites/default/files/2025-05/25_0530_ice_fy26-congressional-budget-justification.pdf) | PDF | 1.47 MB | 05/29/2025 |

| Attachment | ↕ | Ext. | ↕ | Size | ↕ | Date | ↕ |
|---|---|---|---|---|---|---|---|
| U.S. Secret Service (https://www.dhs.gov/sites/default/files/2025-05/25_0530_usss_fy26-congressional-budget-justification.pdf) | | PDF | | 1.01 MB | | 05/29/2025 | |
| GAO-OIG Report (https://www.dhs.gov/sites/default/files/2025-05/25_0530_gao-oig_fy26-implementation-status-of-public-recommendations_0.pdf) | | PDF | | 2.87 MB | | 05/30/2025 | |

## Keywords

BUDGET (/KEYWORDS/BUDGET)    BUDGET REQUEST (/KEYWORDS/BUDGET-REQUEST)

## Topics

HOMELAND SECURITY ENTERPRISE (/TOPICS/HOMELAND-SECURITY-ENTERPRISE)

EXHIBIT 2

# Department of Homeland Security

## *Office of the Secretary and Executive Management*

### *Budget Overview*



**Fiscal Year 2026**

**Congressional Justification**

Department of Homeland Security                    Office of the Secretary and Executive Management

# Table of Contents

*Office of the Secretary and Executive Management* ................................................................................................1

Appropriation Organization Structure ....................................................................................................................3

Budget Comparison and Adjustments ....................................................................................................................4

Personnel Compensation and Benefits....................................................................................................................6

Non Pay Budget Exhibits .......................................................................................................................................7

Supplemental Budget Justification Exhibits .........................................................................**Error! Bookmark not defined.**

**Department of Homeland Security**                                    **Office of the Secretary and Executive Management**

## Office of the Secretary and Executive Management
### Appropriation Organization Structure

| | Level | Fund Type (* Includes Defense Funding) |
|---|---|---|
| **Office of the Secretary and Executive Management** | **Component** | |
| **Operations and Support** | **Appropriation** | |
| Management and Oversight | PPA | Discretionary - Appropriation |
| Office of Strategy, Policy, and Plans | PPA | Discretionary - Appropriation |
| Operations and Engagement | PPA | Discretionary - Appropriation |
| **Procurement, Construction, and Improvements** | **Appropriation** | |
| Mission Support Assets and Infrastructure | PPA | |
| Medical Information Exchange (MIX) | Investment,PPA Level II | Discretionary - Appropriation |
| **Federal Assistance** | **Appropriation** | |
| Targeted Violence and Terrorism Prevention Grants | PPA | Discretionary - Appropriation |
| Alternatives to Detention Case Management | PPA | Discretionary - Appropriation |

Department of Homeland Security | Office of the Secretary and Executive Management

# Office of the Secretary and Executive Management
## Budget Comparison and Adjustments
## Appropriation and PPA Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget |
|---|---|---|---|
| **Operations and Support** | **$363,582** | **$363,582** | **$325,367** |
| Management and Oversight | $184,806 | $184,806 | $180,661 |
| Office of Strategy, Policy, and Plans | $85,735 | $85,735 | $128,638 |
| Operations and Engagement | $93,041 | $93,041 | $16,068 |
| **Procurement, Construction, and Improvements** | **$8,113** | **$8,113** | - |
| Mission Support Assets and Infrastructure | $8,113 | $8,113 | - |
| Medical Information Exchange (MIX) | $8,113 | $8,113 | - |
| **Federal Assistance** | **$33,000** | **$33,000** | - |
| Targeted Violence and Terrorism Prevention Grants | $18,000 | $18,000 | - |
| Alternatives to Detention Case Management | $15,000 | $15,000 | - |
| **Total** | **$404,695** | **$404,695** | **$325,367** |

Department of Homeland Security | Office of the Secretary and Executive Management

# Office of the Secretary and Executive Management
## Comparison of Budget Authority and Request
*(Dollars in Thousands)*

| | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Operations and Support | 1,035 | 945 | $363,582 | 1,035 | 945 | $363,582 | 835 | 786 | $325,367 | (200) | (159) | ($38,215) |
| Procurement, Construction, and Improvements | - | - | $8,113 | - | - | $8,113 | - | - | - | - | - | ($8,113) |
| Federal Assistance | - | - | $33,000 | - | - | $33,000 | - | - | - | - | - | ($33,000) |
| **Total** | **1,035** | **945** | **$404,695** | **1,035** | **945** | **$404,695** | **835** | **786** | **$325,367** | **(200)** | **(159)** | **($79,328)** |
| Subtotal Discretionary - Appropriation | 1,035 | 945 | $404,695 | 1,035 | 945 | $404,695 | 835 | 786 | $325,367 | (200) | (159) | ($79,328) |

## Component Budget Overview

The FY 2026 Budget includes $325.4M; 835 positions; and 786 full-time equivalents (FTE) for the Office of the Secretary and Executive Management (OSEM).

The FY 2026 Budget includes:

- Enhancements to Counter Terrorism staffing, the Offices of Legislative Affairs and Public Affairs, the Office of General Counsel, and the Office of State and Local Law Enforcement.
- Reductions to contracts, the Office of Policy, the Office of Citizenship and Immigration Services Ombudsman, and the Office of Civil Rights and Civil Liberties.
- Eliminates the Family Reunification Task Force and the Office of Immigration Detention Ombudsman.
- Transfers strategy and policy functions from the Office of Countering Weapons of Mass Destruction (CWMD) to the Office of Strategy, Policy, and Plans and the National BioSurveillance Integration Center (NBIC) to the Office of Health Security.

Department of Homeland Security | Office of the Secretary and Executive Management

## Office of the Secretary and Executive Management
## Personnel Compensation and Benefits

### Pay Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | | | | FY 2025 Full-Year CR | | | | FY 2026 President's Budget | | | | FY 2025 to FY 2026 Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Operations and Support | 1,035 | 945 | $200,724 | $211.49 | 1,035 | 945 | $200,724 | $211.49 | 835 | 786 | $179,131 | $218.55 | (200) | (159) | ($21,593) | $7.05 |
| **Total** | **1,035** | **945** | **$200,724** | **$211.49** | **1,035** | **945** | **$200,724** | **$211.49** | **835** | **786** | **$179,131** | **$218.55** | **(200)** | **(159)** | **($21,593)** | **$7.05** |
| | | | | | | | | | | | | | | | | |
| Subtotal Discretionary - Appropriation | 1,035 | 945 | $200,724 | $211.49 | 1,035 | 945 | $200,724 | $211.49 | 835 | 786 | $179,131 | $218.55 | (200) | (159) | ($21,593) | $7.05 |

### Pay by Object Class
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $139,555 | $139,555 | $119,061 | ($20,494) |
| 11.3 Other than Full-time Permanent | $7,356 | $7,356 | $5,708 | ($1,648) |
| 11.5 Other Personnel Compensation | $10,204 | $10,204 | $9,863 | ($341) |
| 11.8 Special Personal Services Payments | $862 | $862 | $7,354 | $6,492 |
| 12.1 Civilian Personnel Benefits | $42,747 | $42,747 | $37,145 | ($5,602) |
| **Total - Personnel Compensation and Benefits** | **$200,724** | **$200,724** | **$179,131** | **($21,593)** |
| **Positions and FTE** | | | | |
| Positions - Civilian | 1,035 | 1,035 | 835 | (200) |
| FTE - Civilian | 945 | 945 | 786 | (159) |

**Department of Homeland Security**                    **Office of the Secretary and Executive Management**

## Office of the Secretary and Executive Management
## Non Pay Budget Exhibits

### Non Pay Summary
*(Dollars in Thousands)*

|  | FY 2024<br>Enacted | FY 2025<br>Full-Year CR | FY 2026<br>President's Budget | FY 2025 to<br>FY 2026 Change |
|---|---|---|---|---|
| Operations and Support | $162,858 | $162,858 | $146,236 | ($16,622) |
| Procurement, Construction, and Improvements | $8,113 | $8,113 | - | ($8,113) |
| Federal Assistance | $33,000 | $33,000 | - | ($33,000) |
| **Total** | **$203,971** | **$203,971** | **$146,236** | **($57,735)** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $203,971 | $203,971 | $146,236 | ($57,735) |

Department of Homeland Security

Office of the Secretary and Executive Management

# Non Pay by Object Class
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $6,681 | $6,681 | $4,485 | ($2,196) |
| 22.0 Transportation of Things | $853 | $853 | $853 | - |
| 23.1 Rental Payments to GSA | - | - | $63 | $63 |
| 23.3 Communications, Utilities, & Miscellaneous | - | - | $260 | $260 |
| 24.0 Printing and Reproduction | $166 | $166 | $165 | ($1) |
| 25.1 Advisory & Assistance Services | $94,952 | $94,952 | $90,622 | ($4,330) |
| 25.2 Other Services from Non-Federal Sources | $35,579 | $35,579 | $29,203 | ($6,376) |
| 25.3 Other Purchases of goods and services | $31,576 | $31,576 | $15,307 | ($16,269) |
| 25.4 Operations & Maintenance of Facilities | $65 | $65 | $150 | $85 |
| 25.5 Research & Development Contracts | - | - | $247 | $247 |
| 25.6 Medical Care | - | - | $3 | $3 |
| 25.7 Operation & Maintenance of Equipment | $426 | $426 | $2,018 | $1,592 |
| 26.0 Supplies & Materials | $262 | $262 | $1,001 | $739 |
| 31.0 Equipment | $372 | $372 | $1,476 | $1,104 |
| 41.0 Grants, Subsidies, and Contributions | $33,000 | $33,000 | $344 | ($32,656) |
| 42.0 Insurance Claims and Indemnities | $39 | $39 | $39 | - |
| **Total - Non Pay Budget Object Class** | **$203,971** | **$203,971** | **$146,236** | **($57,735)** |

# Office of the Secretary and Executive Management
## Supplemental Budget Justification Exhibits
## Proposed Legislative Language

### Operations and Support

For necessary expenses of the Office of the Secretary and Executive Management for operations and support, [$363,582,000] *$325,367,000*, of which [$22,050,000] *$26,050,000* shall remain available until September 30, [2025] *2027*: Provided, That [$5,000,000 shall be withheld from obligation until the Secretary submits, to the Committees on Appropriations of the House of Representatives and the Senate, responses to all questions for the record for each hearing on the fiscal year 2026 budget submission for the Department of Homeland Security held by such Committees prior to July 1: Provided further, That] not to exceed $30,000 shall be for official reception and representation expenses.

| Language Provision | Explanation |
|---|---|
| [$363,582,000] *$325,367,000* | Dollar change only. No substantial change proposed. |
| [$22,050,000] *$18,050,000* | Dollar change only. No substantial change proposed. |
| [2025] *2027* | Updated period of availability. |
| [$5,000,000 shall be withheld from obligation until the Secretary submits, to the Committees on Appropriations of the House of Representatives and the Senate, responses to all questions for the record for each hearing on the fiscal year 2025 budget submission for the Department of Homeland Security held by such Committees prior to July 1: Provided further, That] | Propose to strike funding withhold. |

# Department of Homeland Security

## *Office of the Secretary and Executive Management*

### *Operations and Support*



**Fiscal Year 2026**

**Congressional Justification**

# Table of Contents

*Operations and Support* ......................................................................................................................... 1

    Budget Comparison and Adjustments ...................................................................................... 3

    Summary of Budget Changes .................................................................................................. 4

    Justification of Pricing Changes .............................................................................................. 6

    Justification of Transfers ......................................................................................................... 7

    Justification of Program Changes ............................................................................................ 8

    Personnel Compensation and Benefits ................................................................................... 14

    Non Pay Budget Exhibits ........................................................................................................ 15

    *Office of Strategy, Policy, and Plans – PPA* ........................................................................ 17

        Budget Comparison and Adjustments ............................................................................ 17

        Personnel Compensation and Benefits ........................................................................... 19

        Non Pay Budget Exhibits ................................................................................................ 20

    *Operations and Engagement – PPA* .................................................................................... 21

        Budget Comparison and Adjustments ............................................................................ 21

        Personnel Compensation and Benefits ........................................................................... 23

        Non Pay Budget Exhibits ................................................................................................ 24

    *Management and Oversight – PPA* ...................................................................................... 25

        Budget Comparison and Adjustments ............................................................................ 25

        Personnel Compensation and Benefits ........................................................................... 27

        Non Pay Budget Exhibits ................................................................................................ 28

Office of the Secretary and Executive Management                                                    Operations and Support

## Operations and Support
## Budget Comparison and Adjustments
## Comparison of Budget Authority and Request
*(Dollars in Thousands)*

|  | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Management and Oversight | 463 | 419 | $184,806 | 463 | 419 | $184,806 | 483 | 440 | $180,661 | 20 | 21 | ($4,145) |
| Office of Strategy, Policy, and Plans | 271 | 244 | $85,735 | 271 | 244 | $85,735 | 311 | 308 | $128,638 | 40 | 64 | $42,903 |
| Operations and Engagement | 301 | 282 | $93,041 | 301 | 282 | $93,041 | 41 | 38 | $16,068 | (260) | (244) | ($76,973) |
| **Total** | **1,035** | **945** | **$363,582** | **1,035** | **945** | **$363,582** | **835** | **786** | **$325,367** | **(200)** | **(159)** | **($38,215)** |
| Subtotal Discretionary - Appropriation | 1,035 | 945 | $363,582 | 1,035 | 945 | $363,582 | 835 | 786 | $325,367 | (200) | (159) | ($38,215) |

The Operations and Support (O&S) appropriation funds the Office of the Secretary and Executive Management's (OSEM) operating salaries and expenses. This appropriation provides resources that enable OSEM offices to provide central leadership, management, direction, and oversight over all the Department's Components. The FY 2026 Budget includes a transfer from the Office of Countering Weapons of Mass Destruction (CWMD) to the Office of Health Security and Office of Strategy, Policy, and Plans.

This appropriation is broken out into the following PPAs:

**Management and Oversight:** The Management and Oversight PPA supports the core functions of the Office of the Secretary (OSEC), Office of the General Counsel (OGC), Privacy Office (PRIV), Office of Public Affairs (OPA), Office of Legislative Affairs (OLA), and the Office of Health Security (OHS).

**Office of Strategy, Policy, and Plans (PLCY):** The PLCY PPA serves as the Department's principal source of policy development and decision analysis for DHS senior leadership and Secretarial initiatives and for other critical matters that may arise in a dynamic threat environment.

**Operations and Engagement:** The Operations and Engagement PPA provides resources to fund the Office for Civil Rights and Civil Liberties (CRCL), the Office of the Citizenship and Immigration Services Ombudsman (CISOMB), and the Office of Partnership and Engagement (OPE).

Office of the Secretary and Executive Management | Operations and Support

## Operations and Support
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | **1,035** | **945** | **$200,724** | **$162,858** | **$363,582** |
| **FY 2025 Full-Year CR** | **1,035** | **945** | **$200,724** | **$162,858** | **$363,582** |
| **FY 2026 Base Budget** | **1,035** | **945** | **$200,724** | **$162,858** | **$363,582** |
| **Total Technical Changes** | - | - | - | - | - |
| 2025 Civilian Pay Raise and Annualization | - | - | $4,216 | - | $4,216 |
| Annualization of Child Sexual Exploitation and Abuse 2025 | - | 2 | $375 | - | $375 |
| **Total Annualizations and Non-Recurs** | **-** | **2** | **$4,591** | **-** | **$4,591** |
| 2024 Civilian Pay Raise Annualization | - | - | $5,508 | - | $5,508 |
| Capital Security Cost Sharing | - | - | - | $40 | $40 |
| Pay Adjustments | (22) | 15 | $8,396 | - | $8,396 |
| **Total Pricing Changes** | **(22)** | **15** | **$13,904** | **$40** | **$13,944** |
| **Total Adjustments-to-Base** | **(22)** | **17** | **$18,495** | **$40** | **$18,535** |
| **FY 2026 Current Services** | **1,013** | **962** | **$219,219** | **$162,898** | **$382,117** |
| Transfer for STORM Consolidation from OSEM/M&O to MGMT/OCIO | - | - | | ($1,467) | ($1,467) |
| Transfer CBRN Risk/Detection Architecture from CWMD/O&S to OSEM/O&S/Off. of SP&P | 50 | 50 | $11,775 | $25,079 | $36,854 |
| Transfer for Duplicative Transfer Reversal from OSEM/M&O to MGMT/OCHCO | - | - | | ($1,334) | ($1,334) |
| Transfer for JRC from OSEM/ESEC to MGMT/PARM | (7) | (7) | ($1,700) | ($1,300) | ($3,000) |
| Transfer NBIC from CWMD/O&S to OSEM/O&S/Management & Oversight | 25 | 25 | $5,888 | $18,830 | $24,718 |
| **Total Transfers** | **68** | **68** | **$15,963** | **$39,808** | **$55,771** |
| Contract Adjustments | - | - | | ($1,952) | ($1,952) |
| Correspondence Analyst Task Tracker | - | - | | $431 | $431 |
| Counter Terrorism Staffing | 5 | 3 | $614 | $74 | $688 |
| Family Reunification Task Force | (10) | (10) | ($3,055) | ($31,005) | ($34,060) |
| Office of Legislative Affairs (OLA) Staffing Increase | 5 | 3 | $364 | $323 | $687 |
| Office of Policy Vacancy Reduction | (10) | (10) | ($2,000) | - | ($2,000) |
| Office of Public Affairs (OPA) Staffing Increase | 5 | 3 | $470 | $217 | $687 |
| Office of the Citizenship and Immigration Services Ombudsman 25 RIF | (40) | (37) | ($8,021) | ($2,359) | ($10,380) |
| Office of the Civil Rights and Civil Liberties 25 RIF | (131) | (125) | ($29,874) | ($9,103) | ($38,977) |
| Office of the General Counsel (OGC) Personnel Growth | 12 | 6 | $1,302 | $238 | $1,540 |
| Office of the Immigration Detention Ombudsman 25 RIF | (86) | (79) | ($16,151) | ($13,479) | ($29,630) |
| OSLLE Staffing Increase | 4 | 2 | $300 | $145 | $445 |
| **Total Program Changes** | **(246)** | **(244)** | **($56,051)** | **($56,470)** | **($112,521)** |

**Office of the Secretary and Executive Management**                                    **Operations and Support**

| | | | | | |
|---|---|---|---|---|---|
| **FY 2026 Request** | 835 | 786 | $179,131 | $146,236 | $325,367 |
| **FY 2025 TO FY 2026 Change** | (200) | (159) | ($21,593) | ($16,622) | ($38,215) |

# Operations and Support
# Justification of Pricing Changes
*(Dollars in Thousands)*

| | FY 2026 President's Budget | | | | |
|---|---|---|---|---|---|
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Pricing Change 1 - 2024 Civilian Pay Raise Annualization** | - | - | **$5,508** | - | **$5,508** |
| Management and Oversight | - | - | $2,098 | - | $2,098 |
| Office of Strategy, Policy, and Plans | - | - | $1,242 | - | $1,242 |
| Operations and Engagement | - | - | $2,168 | - | $2,168 |
| **Pricing Change 2 - Capital Security Cost Sharing** | - | - | - | **$40** | **$40** |
| Office of Strategy, Policy, and Plans | - | - | - | $40 | $40 |
| **Pricing Change 3 - Pay Adjustments** | **(22)** | **15** | **$8,396** | - | **$8,396** |
| Management and Oversight | (22) | (7) | $3,422 | - | $3,422 |
| Office of Strategy, Policy, and Plans | - | 22 | $5,665 | - | $5,665 |
| Operations and Engagement | - | - | ($691) | - | ($691) |
| **Total Pricing Changes** | **(22)** | **15** | **$13,904** | **$40** | **$13,944** |

Office of the Secretary and Executive Management                                    Operations and Support

## Operations and Support
## Justification of Transfers
*(Dollars in Thousands)*

| | FY 2026 President's Budget | | | | |
|---|---|---|---|---|---|
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Transfer 1 - Transfer for STORM Consolidation from OSEM/M&O to MGMT/OCIO** | - | - | - | ($1,467) | ($1,467) |
| Management and Oversight | - | - | - | ($994) | ($994) |
| Office of Strategy, Policy, and Plans | - | - | - | ($248) | ($248) |
| Operations and Engagement | - | - | - | ($225) | ($225) |
| **Transfer 2 - Transfer CBRN Risk/Detection Architecture from CWMD/O&S to OSEM/O&S/Off. of SP&P** | **50** | **50** | **$11,775** | **$25,079** | **$36,854** |
| Office of Strategy, Policy, and Plans | 50 | 50 | $11,775 | $25,079 | $36,854 |
| **Transfer 3 - Transfer for Duplicative Transfer Reversal from OSEM/M&O to MGMT/OCHCO** | - | - | - | ($1,334) | ($1,334) |
| Management and Oversight | - | - | - | ($1,334) | ($1,334) |
| **Transfer 4 - Transfer for JRC from OSEM/ESEC to MGMT/PARM** | **(7)** | **(7)** | **($1,700)** | **($1,300)** | **($3,000)** |
| Management and Oversight | (7) | (7) | ($1,700) | ($1,300) | ($3,000) |
| **Transfer 5 - Transfer NBIC from CWMD/O&S to OSEM/O&S/Management & Oversight** | **25** | **25** | **$5,888** | **$18,830** | **$24,718** |
| Management and Oversight | 25 | 25 | $5,888 | $18,830 | $24,718 |
| **Transfer 6 - Transfer of FOIA from OSEM/ CRCL to OSEM/Privacy** | - | - | - | - | - |
| Management and Oversight | 3 | 3 | $595 | $118 | $713 |
| Operations and Engagement | (3) | (3) | ($595) | ($118) | ($713) |
| **Total Transfer Changes** | **68** | **68** | **$15,963** | **$39,808** | **$55,771** |

Office of the Secretary and Executive Management | Operations and Support

# Operations and Support
## Justification of Program Changes
*(Dollars in Thousands)*

| | FY 2026 President's Budget | | | | |
|---|---|---|---|---|---|
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Program Change 1 - Contract Adjustments** | - | - | - | **($1,952)** | **($1,952)** |
| Management and Oversight | - | - | - | ($1,952) | ($1,952) |
| **Program Change 2 - Correspondence Analyst Task Tracker** | - | - | - | **$431** | **$431** |
| Management and Oversight | - | - | - | $431 | $431 |
| **Program Change 3 - Counter Terrorism Staffing** | **5** | **3** | **$614** | **$74** | **$688** |
| Management and Oversight | 5 | 3 | $614 | $74 | $688 |
| **Program Change 4 - Family Reunification Task Force** | **(10)** | **(10)** | **($3,055)** | **($31,005)** | **($34,060)** |
| Management and Oversight | (10) | (10) | ($3,055) | ($31,005) | ($34,060) |
| **Program Change 5 - Office of Legislative Affairs (OLA) Staffing Increase** | **5** | **3** | **$364** | **$323** | **$687** |
| Management and Oversight | 5 | 3 | $364 | $323 | $687 |
| **Program Change 6 - Office of Policy Vacancy Reduction** | **(10)** | **(10)** | **($2,000)** | **-** | **($2,000)** |
| Office of Strategy, Policy, and Plans | (10) | (10) | ($2,000) | - | ($2,000) |
| **Program Change 7 - Office of Public Affairs (OPA) Staffing Increase** | **5** | **3** | **$470** | **$217** | **$687** |
| Management and Oversight | 5 | 3 | $470 | $217 | $687 |
| **Program Change 8 - Office of the Citizenship and Immigration Services Ombudsman 25 RIF** | **(40)** | **(37)** | **($8,021)** | **($2,359)** | **($10,380)** |
| Operations and Engagement | (40) | (37) | ($8,021) | ($2,359) | ($10,380) |
| **Program Change 9 - Office of the Civil Rights and Civil Liberties 25 RIF** | **(131)** | **(125)** | **($29,874)** | **($9,103)** | **($38,977)** |
| Operations and Engagement | (131) | (125) | ($29,874) | ($9,103) | ($38,977) |
| **Program Change 10 - Office of the General Counsel (OGC) Personnel Growth** | **12** | **6** | **$1,302** | **$238** | **$1,540** |
| Management and Oversight | 12 | 6 | $1,302 | $238 | $1,540 |
| **Program Change 11 - Office of the Immigration Detention Ombudsman 25 RIF** | **(86)** | **(79)** | **($16,151)** | **($13,479)** | **($29,630)** |
| Operations and Engagement | (86) | (79) | ($16,151) | ($13,479) | ($29,630) |
| **Program Change 12 - OSLLE Staffing Increase** | **4** | **2** | **$300** | **$145** | **$445** |
| Management and Oversight | 4 | 2 | $300 | $145 | $445 |
| **Total Program Changes** | **(246)** | **(244)** | **($56,051)** | **($56,470)** | **($112,521)** |

## Program Change 1 – Contract Adjustments:

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | | | $35,579 |
| Program Change | | | ($1,952) |

**Office of the Secretary and Executive Management**                                    **Operations and Support**

**Description/Justification**

This funding reduces contracts across all most OSEM mission-related activities, such as operations, maintenance, sustainment requirements, and technology deployment. In the execution year, OSEM will prioritize the funding to address the most critical mission-support needs.

**Program Change 2 – Correspondence Analyst Task Tracker:**

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | | | $431 |
| Program Change | | | $431 |

**Description/Justification**

This supports the Correspondence Analyst Task Tracker electronic system to task, track, and manage responses to Congressional correspondence and internal administrative taskings. The electronic system enables effective actions for taskings lacking this capability would increase workload and negatively impact the ability of OLA and the Department to be responsive.

**Program Change 3 – Counter Terrorism Staffing:**

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 93 | 87 | $52,888 |
| Program Change | 5 | 3 | $688 |

**Description/Justification**

Funding will solidify the Counter-Terrorism Coordinator Office (CTCO) as a permanent office, as it was supported in the Further Consolidated Appropriations Act, 2024 (P.L. 118-47). For most of the Department's history, the role of the Counter-Terrorism (CT) Coordinator has been a dual-hatting arrangement, with the Coordinator role performed by a senior DHS official who is responsible for a significant number of other duties. The Department has made the determination that the CT Coordinator function should be institutionalized and resourced as an enduring part of the Department's structure, rather than having the CT Coordinator function be treated as an ad hoc set of duties tied to another senior leadership role.

**Office of the Secretary and Executive Management**                    **Operations and Support**

## Program Change 4 – Family Reunification Task Force

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 10 | 10 | $34,060 |
| Program Change | (10) | (10) | ($34,060) |

**Description/Justification**

In compliance with Executive Order 14148, 'Initial Rescissions of Harmful Executive Orders and Actions', which rescinded Executive Order 14011 (Establishment of the Family Reunification Taskforce (FRTF)), the Department has dissolved the FRTF in its entirety.

## Program Change 5 – Office of Legislative Affairs (OLA) Staffing Increase

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 38 | 36 | $6,394 |
| Program Change | 5 | 3 | $687 |

**Description/Justification**

The growing volume of congressional inquiries has exceeded current staffing levels, requiring OLA to prioritize urgent requests at the expense of proactive engagement. This increase will provide OLA flexible, right-sized capacity to meet routine and emergent legislative demands in a timely manner, enhancing the Department's overall responsiveness and transparency.

## Program Change 6 – Office of Policy Vacancy Reduction

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 321 | 318 | $130,638 |
| Program Change | (10) | (10) | ($2,000) |

**Description/Justification**

The FY 2026 Budget reflects an efficiency of a $2.0M reduction eliminating vacancies across PLCY by 10 positions and 10 FTE.

**Office of the Secretary and Executive Management**                    **Operations and Support**

### Program Change 7 – Office of Public Affairs (OPA) Staffing Increase

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 41 | 34 | $12,114 |
| Program Change | 5 | 3 | $687 |

**Description/Justification**

By increasing positions for OPA, this will allow for more transparency and information sharing on behalf of the Department for topics such as cybersecurity, border security, immigration, artificial intelligence (AI), etc. It will also continue to improve the Department's relationship with the public by championing the workforce and the Department's accomplishments.

### Program Change 8 – Office of the Citizenship and Immigration Services Ombudsman 25 RIF

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 42 | 39 | $12,043 |
| Program Change | (40) | (37) | ($10,380) |

**Description/Justification**

This program change represents the Reduction in Force (RIF) that occurred within the Office of the Citizenship and Immigration Services Ombudsman. The remaining funding of $1.6M has been allocated for interim staff salaries, severance pay, and leave payouts for employees who received RIF notifications.

### Program Change 9– Office of the Civil Rights and Civil Liberties 25 RIF

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 135 | 129 | $43,946 |
| Program Change | (131) | (125) | ($38,977) |

**Description/Justification**

This program change represents the RIF that occurred within the Office of the Civil Rights and Civil Liberties. The remaining funding of $4.9M has been allocated for interim staff salaries, severance pay, and leave payouts for employees who received RIF notifications.

Office of the Secretary and Executive Management                    Operations and Support

## Program Change 10 – Office of the General Counsel (OGC) Personnel Growth

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 128 | 126 | $32,961 |
| Program Change | 12 | 6 | $1,540 |

### Description/Justification

OGC provides legal services to the entire Department, including all DHS offices and organizational elements and senior DHS leadership—Assistant Secretaries, Undersecretaries, the Deputy Secretary, and the Secretary. Demands for our services are driven by DHS needs, which have progressively and significantly increased, especially in priority areas such as immigration enforcement consistent with Presidential priorities and defending DHS in litigation. In 2023, OGC partnered with contractors hired by DHS' Program Analysis and Evaluation Division to determine whether the OGC workforce was rightsized. Each OGC legal practice area identified the specific activities they performed, determined the frequency of each activity, and the time required to complete each activity. The model results supported what OGC has known for many years but could not quantify until recently. OGC is understaffed to meet demand. Although every OGC division would benefit from additional personnel, practice areas the most acute needs include Significant Litigation, Strategic Oversight, Labor and Employment, and Administrative Law.  Consistent with the Administration's efficiency efforts, the request for an additional 12 FTP/6 FTE is focused on the areas of greatest need for the Secretary and DHS.

## Program Change 11– Office of the Immigration Detention Ombudsman

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 86 | 79 | $29,630 |
| Program Change | (86) | (79) | ($29,630) |

### Description/Justification

This program change represents the RIF that occurred within the Office of the Immigration Detention Ombudsman (OIDO). OIDO has been eliminated in its entirety.

## Program Change 12 –OSLLE Staffing Increase

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | 6 | 6 | $1,755 |
| Program Change | 4 | 2 | $445 |

**Description/Justification**
Funding supports the Office of State and Local Law Enforcement (OSLLE) to address the increasing importance of partnerships with State, Local, Tribal, Territorial and Campus (SLTTC) law enforcement. This will allow the OSLLE to meet the demand of law enforcement partners in areas such as preventing targeted violence and terrorism, combatting transnational criminal organizations, and operational coordination with DHS's approximately 80,000 law enforcement officers across nine different agencies and offices, as well as to build the capacity to execute OSLLE's grant compliance responsibilities.

## Operations and Support
## Personnel Compensation and Benefits

### Pay Summary
*(Dollars in Thousands)*

|  | FY 2024 Enacted | | | | FY 2025 Full-Year CR | | | | FY 2026 President's Budget | | | | FY 2025 to FY 2026 Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Management and Oversight | 463 | 419 | $88,690 | $211.67 | 463 | 419 | $88,690 | $211.67 | 483 | 440 | $100,754 | $227.43 | 20 | 21 | $12,064 | $15.76 |
| Office of Strategy, Policy, and Plans | 271 | 244 | $46,674 | $187.79 | 271 | 244 | $46,674 | $187.79 | 311 | 308 | $64,706 | $204.00 | 40 | 64 | $18,032 | $16.21 |
| Operations and Engagement | 301 | 282 | $65,360 | $231.74 | 301 | 282 | $65,360 | $231.74 | 41 | 38 | $13,671 | $233.61 | (260) | (244) | ($51,689) | $1.86 |
| **Total** | **1,035** | **945** | **$200,724** | **$211.49** | **1,035** | **945** | **$200,724** | **$211.49** | **835** | **786** | **$179,131** | **$218.55** | **(200)** | **(159)** | **($21,593)** | **$7.05** |
|  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Subtotal Discretionary - Appropriation | 1,035 | 945 | $200,724 | $211.49 | 1,035 | 945 | $200,724 | $211.49 | 835 | 786 | $179,131 | $218.55 | (200) | (159) | ($21,593) | $7.05 |

### Pay by Object Class
(Dollars in Thousands)

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $139,555 | $139,555 | $119,061 | ($20,494) |
| 11.3 Other than Full-time Permanent | $7,356 | $7,356 | $5,708 | ($1,648) |
| 11.5 Other Personnel Compensation | $10,204 | $10,204 | $9,863 | ($341) |
| 11.8 Special Personal Services Payments | $862 | $862 | $7,354 | $6,492 |
| 12.1 Civilian Personnel Benefits | $42,747 | $42,747 | $37,145 | ($5,602) |
| **Total - Personnel Compensation and Benefits** | **$200,724** | **$200,724** | **$179,131** | **($21,593)** |
| **Positions and FTE** |  |  |  |  |
| Positions - Civilian | 1,035 | 1,035 | 835 | (200) |
| FTE - Civilian | 945 | 945 | 786 | (159) |

## Operations and Support
## Non Pay Budget Exhibits

## Non Pay Summary
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| Management and Oversight | $96,116 | $96,116 | $79,907 | ($16,209) |
| Office of Strategy, Policy, and Plans | $39,061 | $39,061 | $63,932 | $24,871 |
| Operations and Engagement | $27,681 | $27,681 | $2,397 | ($25,284) |
| **Total** | **$162,858** | **$162,858** | **$146,236** | **($16,622)** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $162,858 | $162,858 | $146,236 | ($16,622) |

Office of the Secretary and Executive Management                                                    **Operations and Support**

# Non Pay by Object Class
(Dollars in Thousands)

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $6,681 | $6,681 | $4,485 | ($2,196) |
| 22.0 Transportation of Things | $853 | $853 | $853 | - |
| 23.1 Rental Payments to GSA | - | - | $63 | $63 |
| 23.3 Communications, Utilities, & Miscellaneous | - | - | $260 | $260 |
| 24.0 Printing and Reproduction | $166 | $166 | $165 | ($1) |
| 25.1 Advisory & Assistance Services | $86,839 | $86,839 | $90,622 | $3,783 |
| 25.2 Other Services from Non-Federal Sources | $35,579 | $35,579 | $29,203 | ($6,376) |
| 25.3 Other Purchases of goods and services | $31,576 | $31,576 | $15,307 | ($16,269) |
| 25.4 Operations & Maintenance of Facilities | $65 | $65 | $150 | $85 |
| 25.5 Research & Development Contracts | - | - | $247 | $247 |
| 25.6 Medical Care | - | - | $3 | $3 |
| 25.7 Operation & Maintenance of Equipment | $426 | $426 | $2,018 | $1,592 |
| 26.0 Supplies & Materials | $262 | $262 | $1,001 | $739 |
| 31.0 Equipment | $372 | $372 | $1,476 | $1,104 |
| 41.0 Grants, Subsidies, and Contributions | - | - | $344 | $344 |
| 42.0 Insurance Claims and Indemnities | $39 | $39 | $39 | - |
| **Total - Non Pay Budget Object Class** | **$162,858** | **$162,858** | **$146,236** | **($16,622)** |

Operations and Support                                          Office of Strategy, Policy, and Plans – PPA

### *Office of Strategy, Policy, and Plans – PPA*

### Budget Comparison and Adjustments

### Comparison of Budget Authority and Request

*(Dollars in Thousands)*

| | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Office of Strategy, Policy, and Plans | 271 | 244 | $85,735 | 271 | 244 | $85,735 | 311 | 308 | $128,638 | 40 | 64 | $42,903 |
| **Total** | **271** | **244** | **$85,735** | **271** | **244** | **$85,735** | **311** | **308** | **$128,638** | **40** | **64** | **$42,903** |
| Subtotal Discretionary - Appropriation | 271 | 244 | $85,735 | 271 | 244 | $85,735 | 311 | 308 | $128,638 | 40 | 64 | $42,903 |

### PPA Level I Description

The Office of Strategy, Policy, and Plans (PLCY) serves as the Department's principal source of policy development and decision analysis for DHS senior leadership and Secretarial initiatives and for other critical matters that may arise in a dynamic threat environment.

## Office of Strategy, Policy, and Plans – PPA
## Summary of Budget Changes
(Dollars in Thousands)

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | **271** | **244** | **$46,674** | **$39,061** | **$85,735** |
| **FY 2025 Full-Year CR** | **271** | **244** | **$46,674** | **$39,061** | **$85,735** |
| **FY 2026 Base Budget** | **271** | **244** | **$46,674** | **$39,061** | **$85,735** |
| **Total Technical Changes** | **-** | **-** | | **-** | **-** |
| 2025 Civilian Pay Raise and Annualization | - | - | $975 | - | $975 |
| Annualization of Child Sexual Exploitation and Abuse 2025 | - | 2 | $375 | - | $375 |
| **Total Annualizations and Non-Recurs** | **-** | **2** | **$1,350** | **-** | **$1,350** |
| 2024 Civilian Pay Raise Annualization | - | - | $1,242 | - | $1,242 |
| Capital Security Cost Sharing | - | - | | $40 | $40 |
| Pay Adjustments | - | 22 | $5,665 | - | $5,665 |
| **Total Pricing Changes** | **-** | **22** | **$6,907** | **$40** | **$6,947** |
| **Total Adjustments-to-Base** | **-** | **24** | **$8,257** | **$40** | **$8,297** |
| **FY 2026 Current Services** | **271** | **268** | **$54,931** | **$39,101** | **$94,032** |
| Transfer for STORM Consolidation from OSEM/M&O to MGMT/OCIO | - | - | | ($248) | ($248) |
| Transfer CBRN Risk/Detection Architecture from CWMD/O&S to OSEM/O&S/Off. of SP&P | 50 | 50 | $11,775 | $25,079 | $36,854 |
| **Total Transfers** | **50** | **50** | **$11,775** | **$24,831** | **$36,606** |
| Office of Policy Vacancy Reduction | (10) | (10) | ($2,000) | - | ($2,000) |
| **Total Program Changes** | **(10)** | **(10)** | **($2,000)** | **-** | **($2,000)** |
| **FY 2026 Request** | **311** | **308** | **$64,706** | **$63,932** | **$128,638** |
| **FY 2025 TO FY 2026 Change** | **40** | **64** | **$18,032** | **$24,871** | **$42,903** |

# Office of Strategy, Policy, and Plans – PPA
# Personnel Compensation and Benefits

## Pay Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | | | | FY 2025 Full-Year CR | | | | FY 2026 President's Budget | | | | FY 2025 to FY 2026 Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Office of Strategy, Policy, and Plans | 271 | 244 | $46,674 | $187.79 | 271 | 244 | $46,674 | $187.79 | 311 | 308 | $64,706 | $204.00 | 40 | 64 | $18,032 | $16.21 |
| **Total** | **271** | **244** | **$46,674** | **$187.79** | **271** | **244** | **$46,674** | **$187.79** | **311** | **308** | **$64,706** | **$204.00** | **40** | **64** | **$18,032** | **$16.21** |
| | | | | | | | | | | | | | | | | |
| Subtotal Discretionary - Appropriation | 271 | 244 | $46,674 | $187.79 | 271 | 244 | $46,674 | $187.79 | 311 | 308 | $64,706 | $204.00 | 40 | 64 | $18,032 | $16.21 |

## Pay by Object Class
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $35,462 | $35,462 | $48,231 | $12,769 |
| 11.3 Other than Full-time Permanent | $56 | $56 | $110 | $54 |
| 11.5 Other Personnel Compensation | $560 | $560 | $1,011 | $451 |
| 11.8 Special Personal Services Payments | $853 | $853 | $1,874 | $1,021 |
| 12.1 Civilian Personnel Benefits | $9,743 | $9,743 | $13,480 | $3,737 |
| **Total - Personnel Compensation and Benefits** | **$46,674** | **$46,674** | **$64,706** | **$18,032** |
| **Positions and FTE** | | | | |
| Positions - Civilian | 271 | 271 | 311 | 40 |
| FTE - Civilian | 244 | 244 | 308 | 64 |

## Office of Strategy, Policy, and Plans – PPA
## Non Pay Budget Exhibits

### Non Pay Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| Office of Strategy, Policy, and Plans | $39,061 | $39,061 | $63,932 | $24,871 |
| **Total** | **$39,061** | **$39,061** | **$63,932** | **$24,871** |
| | | | | |
| Subtotal Discretionary - Appropriation | $39,061 | $39,061 | $63,932 | $24,871 |

### Non Pay by Object Class
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $362 | $362 | $734 | $372 |
| 22.0 Transportation of Things | $853 | $853 | $853 | - |
| 23.3 Communications, Utilities, & Miscellaneous | - | - | $72 | $72 |
| 24.0 Printing and Reproduction | $16 | $16 | $32 | $16 |
| 25.1 Advisory & Assistance Services | $37,036 | $37,036 | $50,451 | $13,415 |
| 25.2 Other Services from Non-Federal Sources | $249 | $249 | $2,993 | $2,744 |
| 25.3 Other Purchases of goods and services | $418 | $418 | $5,060 | $4,642 |
| 25.4 Operations & Maintenance of Facilities | - | - | $37 | $37 |
| 25.5 Research & Development Contracts | - | - | $247 | $247 |
| 25.6 Medical Care | - | - | $1 | $1 |
| 25.7 Operation & Maintenance of Equipment | $56 | $56 | $1,674 | $1,618 |
| 26.0 Supplies & Materials | $11 | $11 | $574 | $563 |
| 31.0 Equipment | $60 | $60 | $860 | $800 |
| 41.0 Grants, Subsidies, and Contributions | - | - | $344 | $344 |
| **Total - Non Pay Budget Object Class** | **$39,061** | **$39,061** | **$63,932** | **$24,871** |

## *Operations and Engagement – PPA*
## Budget Comparison and Adjustments
## Comparison of Budget Authority and Request
### *(Dollars in Thousands)*

| | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Operations and Engagement | 301 | 282 | $93,041 | 301 | 282 | $93,041 | 41 | 38 | $16,068 | (260) | (244) | ($76,973) |
| **Total** | **301** | **282** | **$93,041** | **301** | **282** | **$93,041** | **41** | **38** | **$16,068** | **(260)** | **(244)** | **($76,973)** |
| Subtotal Discretionary - Appropriation | 301 | 282 | $93,041 | 301 | 282 | $93,041 | 41 | 38 | $16,068 | (260) | (244) | ($76,973) |

## PPA Level I Description

The Operations and Engagement program provides resources to fund the Office for Civil Rights and Civil Liberties (CRCL), the Office of the Citizenship and Immigration Services Ombudsman (CISOMB), and the Office of Partnership and Engagement (OPE).

# Operations and Engagement – PPA
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | **301** | **282** | **$65,360** | **$27,681** | **$93,041** |
| **FY 2025 Full-Year CR** | **301** | **282** | **$65,360** | **$27,681** | **$93,041** |
| **FY 2026 Base Budget** | **301** | **282** | **$65,360** | **$27,681** | **$93,041** |
| **Total Technical Changes** | **-** | **-** | **-** | **-** | **-** |
| 2025 Civilian Pay Raise and Annualization | - | - | $1,475 | - | $1,475 |
| **Total Annualizations and Non-Recurs** | **-** | **-** | **$1,475** | **-** | **$1,475** |
| 2024 Civilian Pay Raise Annualization | - | - | $2,168 | - | $2,168 |
| Pay Adjustments | - | - | ($691) | - | ($691) |
| **Total Pricing Changes** | **-** | **-** | **$1,477** | **-** | **$1,477** |
| **Total Adjustments-to-Base** | **-** | **-** | **$2,952** | **-** | **$2,952** |
| **FY 2026 Current Services** | **301** | **282** | **$68,312** | **$27,681** | **$95,993** |
| Transfer for STORM Consolidation from OSEM/M&O to MGMT/OCIO | - | - | - | ($225) | ($225) |
| Transfer of FOIA from OSEM/ CRCL to OSEM/Privacy | (3) | (3) | ($595) | ($118) | ($713) |
| **Total Transfers** | **(3)** | **(3)** | **($595)** | **($343)** | **($938)** |
| Office of the Citizenship and Immigration Services Ombudsman 25 RIF | (40) | (37) | ($8,021) | ($2,359) | ($10,380) |
| Office of the Civil Rights and Civil Liberties 25 RIF | (131) | (125) | ($29,874) | ($9,103) | ($38,977) |
| Office of the Immigration Detention Ombudsman 25 RIF | (86) | (79) | ($16,151) | ($13,479) | ($29,630) |
| **Total Program Changes** | **(257)** | **(241)** | **($54,046)** | **($24,941)** | **($78,987)** |
| **FY 2026 Request** | **41** | **38** | **$13,671** | **$2,397** | **$16,068** |
| **FY 2025 TO FY 2026 Change** | **(260)** | **(244)** | **($51,689)** | **($25,284)** | **($76,973)** |

 

# Operations and Engagement – PPA
## Personnel Compensation and Benefits

## Pay Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | | | | FY 2025 Full-Year CR | | | | FY 2026 President's Budget | | | | FY 2025 to FY 2026 Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Operations and Engagement | 301 | 282 | $65,360 | $231.74 | 301 | 282 | $65,360 | $231.74 | 41 | 38 | $13,671 | $233.61 | (260) | (244) | ($51,689) | $1.86 |
| **Total** | **301** | **282** | **$65,360** | **$231.74** | **301** | **282** | **$65,360** | **$231.74** | **41** | **38** | **$13,671** | **$233.61** | **(260)** | **(244)** | **($51,689)** | **$1.86** |
| | | | | | | | | | | | | | | | | |
| Subtotal Discretionary - Appropriation | 301 | 282 | $65,360 | $231.74 | 301 | 282 | $65,360 | $231.74 | 41 | 38 | $13,671 | $233.61 | (260) | (244) | ($51,689) | $1.86 |

## Pay by Object Class
(Dollars in Thousands)

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $48,215 | $48,215 | $6,498 | ($41,717) |
| 11.3 Other than Full-time Permanent | $1,925 | $1,925 | $244 | ($1,681) |
| 11.5 Other Personnel Compensation | $1,425 | $1,425 | $172 | ($1,253) |
| 11.8 Special Personal Services Payments | $9 | $9 | $4,794 | $4,785 |
| 12.1 Civilian Personnel Benefits | $13,786 | $13,786 | $1,963 | ($11,823) |
| **Total - Personnel Compensation and Benefits** | **$65,360** | **$65,360** | **$13,671** | **($51,689)** |
| **Positions and FTE** | | | | |
| Positions - Civilian | 301 | 301 | 41 | (260) |
| FTE - Civilian | 282 | 282 | 38 | (244) |

# Operations and Engagement – PPA
## Non Pay Budget Exhibits

## Non Pay Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| Operations and Engagement | $27,681 | $27,681 | $2,397 | ($25,284) |
| **Total** | **$27,681** | **$27,681** | **$2,397** | **($25,284)** |
| | | | | |
| Subtotal Discretionary - Appropriation | $27,681 | $27,681 | $2,397 | ($25,284) |

## Non Pay by Object Class
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $1,705 | $1,705 | $288 | ($1,417) |
| 23.1 Rental Payments to GSA | - | - | $63 | $63 |
| 23.3 Communications, Utilities, & Miscellaneous | - | - | $31 | $31 |
| 24.0 Printing and Reproduction | $60 | $60 | $12 | ($48) |
| 25.1 Advisory & Assistance Services | $22,773 | $22,773 | $1,293 | ($21,480) |
| 25.2 Other Services from Non-Federal Sources | $2,396 | $2,396 | $609 | ($1,787) |
| 25.3 Other Purchases of goods and services | $327 | $327 | - | ($327) |
| 25.4 Operations & Maintenance of Facilities | $65 | $65 | - | ($65) |
| 25.7 Operation & Maintenance of Equipment | $343 | $343 | $30 | ($313) |
| 26.0 Supplies & Materials | - | - | $11 | $11 |
| 31.0 Equipment | $12 | $12 | $60 | $48 |
| **Total - Non Pay Budget Object Class** | **$27,681** | **$27,681** | **$2,397** | **($25,284)** |

Operations and Support                                           Management and Oversight – PPA

## *Management and Oversight – PPA*

## Budget Comparison and Adjustments

## Comparison of Budget Authority and Request

*(Dollars in Thousands)*

| | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Management and Oversight | 463 | 419 | $184,806 | 463 | 419 | $184,806 | 483 | 440 | $180,661 | 20 | 21 | ($4,145) |
| **Total** | **463** | **419** | **$184,806** | **463** | **419** | **$184,806** | **483** | **440** | **$180,661** | **20** | **21** | **($4,145)** |
| Subtotal Discretionary - Appropriation | 463 | 419 | $184,806 | 463 | 419 | $184,806 | 483 | 440 | $180,661 | 20 | 21 | ($4,145) |

## **PPA Level I Description**

The Management and Oversight PPA supports the core functions of the Office of the Secretary, Office of the General Counsel (OGC), Privacy Office (PRIV), Office of Public Affairs (OPA), Office of Legislative Affairs (OLA), and the Office of Health Security (OHS).

# Management and Oversight – PPA
## Summary of Budget Changes
(Dollars in Thousands)

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | **463** | **419** | **$88,690** | **$96,116** | **$184,806** |
| **FY 2025 Full-Year CR** | **463** | **419** | **$88,690** | **$96,116** | **$184,806** |
| **FY 2026 Base Budget** | **463** | **419** | **$88,690** | **$96,116** | **$184,806** |
| **Total Technical Changes** | - | - | - | - | - |
| 2025 Civilian Pay Raise and Annualization | - | - | $1,766 | - | $1,766 |
| **Total Annualizations and Non-Recurs** | **-** | **-** | **$1,766** | **-** | **$1,766** |
| 2024 Civilian Pay Raise Annualization | - | - | $2,098 | - | $2,098 |
| Pay Adjustments | (22) | (7) | $3,422 | - | $3,422 |
| **Total Pricing Changes** | **(22)** | **(7)** | **$5,520** | **-** | **$5,520** |
| **Total Adjustments-to-Base** | **(22)** | **(7)** | **$7,286** | **-** | **$7,286** |
| **FY 2026 Current Services** | **441** | **412** | **$95,976** | **$96,116** | **$192,092** |
| Transfer for STORM Consolidation from OSEM/M&O to MGMT/OCIO | - | - | - | ($994) | ($994) |
| Transfer for Duplicative Transfer Reversal from OSEM/M&O to MGMT/OCHCO | - | - | - | ($1,334) | ($1,334) |
| Transfer for JRC from OSEM/ESEC to MGMT/PARM | (7) | (7) | ($1,700) | ($1,300) | ($3,000) |
| Transfer NBIC from CWMD/O&S to OSEM/O&S/Management & Oversight | 25 | 25 | $5,888 | $18,830 | $24,718 |
| Transfer of FOIA from OSEM/ CRCL to OSEM/Privacy | 3 | 3 | $595 | $118 | $713 |
| **Total Transfers** | **21** | **21** | **$4,783** | **$15,320** | **$20,103** |
| Contract Adjustments | - | - | - | ($1,952) | ($1,952) |
| Correspondence Analyst Task Tracker | - | - | - | $431 | $431 |
| Counter Terrorism Staffing | 5 | 3 | $614 | $74 | $688 |
| Family Reunification Task Force | (10) | (10) | ($3,055) | ($31,005) | ($34,060) |
| Office of Legislative Affairs (OLA) Staffing Increase | 5 | 3 | $364 | $323 | $687 |
| Office of Public Affairs (OPA) Staffing Increase | 5 | 3 | $470 | $217 | $687 |
| Office of the General Counsel (OGC) Personnel Growth | 12 | 6 | $1,302 | $238 | $1,540 |
| OSLLE Staffing Increase | 4 | 2 | $300 | $145 | $445 |
| **Total Program Changes** | **21** | **7** | **($5)** | **($31,529)** | **($31,534)** |
| **FY 2026 Request** | **483** | **440** | **$100,754** | **$79,907** | **$180,661** |
| **FY 2025 TO FY 2026 Change** | **20** | **21** | **$12,064** | **($16,209)** | **($4,145)** |

# Management and Oversight – PPA
## Personnel Compensation and Benefits

## Pay Summary
*(Dollars in Thousands)*

| | FY 2024 Enacted | | | | FY 2025 Full-Year CR | | | | FY 2026 President's Budget | | | | FY 2025 to FY 2026 Total | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate | Pos. | FTE | Amount | Rate |
| Management and Oversight | 463 | 419 | $88,690 | $211.67 | 463 | 419 | $88,690 | $211.67 | 483 | 440 | $100,754 | $227.43 | 20 | 21 | $12,064 | $15.76 |
| **Total** | **463** | **419** | **$88,690** | **$211.67** | **463** | **419** | **$88,690** | **$211.67** | **483** | **440** | **$100,754** | **$227.43** | **20** | **21** | **$12,064** | **$15.76** |
| | | | | | | | | | | | | | | | | |
| Subtotal Discretionary - Appropriation | 463 | 419 | $88,690 | $211.67 | 463 | 419 | $88,690 | $211.67 | 483 | 440 | $100,754 | $227.43 | 20 | 21 | $12,064 | $15.76 |

## Pay by Object Class
*(Dollars in Thousands)*

| | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 11.1 Full-time Permanent | $55,878 | $55,878 | $64,332 | $8,454 |
| 11.3 Other than Full-time Permanent | $5,375 | $5,375 | $5,354 | ($21) |
| 11.5 Other Personnel Compensation | $8,219 | $8,219 | $8,680 | $461 |
| 11.8 Special Personal Services Payments | - | - | $686 | $686 |
| 12.1 Civilian Personnel Benefits | $19,218 | $19,218 | $21,702 | $2,484 |
| **Total - Personnel Compensation and Benefits** | **$88,690** | **$88,690** | **$100,754** | **$12,064** |
| **Positions and FTE** | | | | |
| Positions - Civilian | 463 | 463 | 483 | 20 |
| FTE - Civilian | 419 | 419 | 440 | 21 |

# Management and Oversight – PPA
# Non Pay Budget Exhibits

## Non Pay Summary
(Dollars in Thousands)

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| Management and Oversight | $96,116 | $96,116 | $79,907 | ($16,209) |
| **Total** | **$96,116** | **$96,116** | **$79,907** | **($16,209)** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $96,116 | $96,116 | $79,907 | ($16,209) |

## Non Pay by Object Class
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 21.0 Travel and Transportation of Persons | $4,614 | $4,614 | $3,463 | ($1,151) |
| 23.3 Communications, Utilities, & Miscellaneous | - | - | $157 | $157 |
| 24.0 Printing and Reproduction | $90 | $90 | $121 | $31 |
| 25.1 Advisory & Assistance Services | $27,030 | $27,030 | $38,878 | $11,848 |
| 25.2 Other Services from Non-Federal Sources | $32,934 | $32,934 | $25,601 | ($7,333) |
| 25.3 Other Purchases of goods and services | $30,831 | $30,831 | $10,247 | ($20,584) |
| 25.4 Operations & Maintenance of Facilities | - | - | $113 | $113 |
| 25.6 Medical Care | - | - | $2 | $2 |
| 25.7 Operation & Maintenance of Equipment | $27 | $27 | $314 | $287 |
| 26.0 Supplies & Materials | $251 | $251 | $416 | $165 |
| 31.0 Equipment | $300 | $300 | $556 | $256 |
| 42.0 Insurance Claims and Indemnities | $39 | $39 | $39 | - |
| **Total - Non Pay Budget Object Class** | **$96,116** | **$96,116** | **$79,907** | **($16,209)** |

# Department of Homeland Security

## *Office of the Secretary and Executive Management*

### *Federal Assistance*



### Fiscal Year 2026

### Congressional Justification

# Table of Contents

*Office of the Secretary and Executive Management* ...................................................................................... 1

    Budget Comparison and Adjustments ................................................................................................ 3

    Summary of Budget Changes ............................................................................................................. 4

    Justification of Program Changes ....................................................................................................... 5

    Non Pay Budget Exhibits .................................................................................................................... 6

    *Targeted Violence and Terrorism Prevention Grants– PPA* ............................................................. 7

        Budget Comparison and Adjustments ........................................................................................ 7

        Non Pay Budget Exhibits ............................................................................................................ 9

    *Alternatives to Detention Case Management – PPA* ...................................................................... 10

        Budget Comparison and Adjustments ...................................................................................... 10

        Non Pay Budget Exhibits .......................................................................................................... 12

# Federal Assistance

## Budget Comparison and Adjustments

## Comparison of Budget Authority and Request

*(Dollars in Thousands)*

| | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Targeted Violence and Terrorism Prevention Grants | - | - | $18,000 | - | - | $18,000 | - | - | - | - | - | ($18,000) |
| Alternatives to Detention Case Management | - | - | $15,000 | - | - | $15,000 | - | - | - | - | - | ($15,000) |
| **Total** | - | - | **$33,000** | - | - | **$33,000** | - | - | - | - | - | **($33,000)** |
| Subtotal Discretionary - Appropriation | - | - | $33,000 | - | - | $33,000 | - | - | - | - | - | ($33,000) |

The Federal Assistance appropriation funds the Office of the Secretary and Executive Management's (OSEM) grant programs. This appropriation provides resources that enable OSEM to provide Federal assistance through grants, contracts, cooperative agreements, and other activities for Targeted Violence and Terrorism Prevention (TVTP) and Alternatives to Detention (ATD) Case Management programs to DHS Components. No funding is included in this PPA in the FY 2026 Budget.

This appropriation includes two PPAs:

**Targeted Violence and Terrorism Prevention Grants:** This PPA supports the TVTP Grant Program, which provides resources for State, local, tribal, and territorial governments, nonprofits, and institutions of higher education to establish or enhance capabilities to prevent targeted violence and terrorism. Developing local prevention capabilities is a key element of Goal 3 of the Strategic Framework to Counter Terrorism and Targeted Violence. The TVTP Grant Program provides assistance to implement that goal and develops innovative solutions to prevent terrorism and targeted violence.

**Alternatives to Detention Case Management:** This PPA supports the ATD Case Management Pilot Program. This program provides case management services for individuals enrolled at U.S. Immigration and Customs Enforcement's (ICE) Alternatives to Detention Program. Medical, mental health, and human trafficking screenings are the essential services provided by this program. This pilot program will inform how these cases will look going forward, assess existing capabilities, examine outcomes, and provide resources for nonprofit organizations for those who are in need.

# Federal Assistance
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | - | - | - | **$33,000** | **$33,000** |
| **FY 2025 Full-Year CR** | - | - | - | **$33,000** | **$33,000** |
| **FY 2026 Base Budget** | - | - | - | **$33,000** | **$33,000** |
| **Total Technical Changes** | - | - | - | - | - |
| **Total Annualizations and Non-Recurs** | - | - | - | - | - |
| **Total Pricing Changes** | - | - | - | - | - |
| **Total Adjustments-to-Base** | - | - | - | - | - |
| **FY 2026 Current Services** | - | - | - | **$33,000** | **$33,000** |
| **Total Transfers** | - | - | - | - | - |
| ATD Case Management Pilot Program | - | - | - | ($15,000) | ($15,000) |
| Targeted Violence and Terrorism Prevention Grants | - | - | - | ($18,000) | ($18,000) |
| **Total Program Changes** | - | - | - | **($33,000)** | **($33,000)** |
| **FY 2026 Request** | - | - | - | - | - |
| **FY 2025 TO FY 2026 Change** | - | - | - | **($33,000)** | **($33,000)** |

# Federal Assistance
# Justification of Program Changes

| | FY 2026 President's Budget | | | | |
|---|---|---|---|---|---|
| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
| **Program Change 1 - ATD Case Management Pilot Program** | - | - | - | **($15,000)** | **($15,000)** |
| Alternatives to Detention Case Management | - | - | - | ($15,000) | ($15,000) |
| **Program Change 2 - Targeted Violence and Terrorism Prevention Grants** | - | - | - | **($18,000)** | **($18,000)** |
| Targeted Violence and Terrorism Prevention Grants | - | - | - | ($18,000) | ($18,000) |
| **Total Program Changes** | - | - | - | **($33,000)** | **($33,000)** |

## Program Change 1 – ATD Case Management Pilot Program:

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | - | - | $15,000 |
| Program Change | - | - | ($15,000) |

**Description/Justification**
The FY 2026 Budget includes a decrease of $15.0M for the elimination of the ATD Case Management Pilot Program, as it does not align with DHS priorities. The proposed elimination of ATD Case Management Pilot Program will allow DHS to focus available resources on implementing higher priority, mission-critical needs.

## Program Change 2 – Targeted Violence and Terrorism Prevention Grants:

| ($ in thousands) | Pos | FTE | Amount |
|---|---|---|---|
| Base: Current Services & Transfers | - | - | $18,000 |
| Program Change | - | - | ($18,000) |

**Description/Justification**
The FY 2026 Budget includes a decrease of $18.0M for the elimination of the TVTP Grant Program, as it does not align with DHS priorities. The proposed elimination of TVTP Grant Program will allow DHS to focus available resources on implementing higher priority, mission-critical needs. The TVTP grant program and its administering office, the Center for Prevention Programs and Partnerships, were terminated in March 2025

# Federal Assistance
# Non Pay Budget Exhibits

## Non Pay Summary
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| Targeted Violence and Terrorism Prevention Grants | $18,000 | $18,000 | - | ($18,000) |
| Alternatives to Detention Case Management | $15,000 | $15,000 | - | ($15,000) |
| **Total** | **$33,000** | **$33,000** | **-** | **($33,000)** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $33,000 | $33,000 | - | ($33,000) |

## Non Pay by Object Class
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 41.0 Grants, Subsidies, and Contributions | $33,000 | $33,000 | - | ($33,000) |
| **Total - Non Pay Budget Object Class** | **$33,000** | **$33,000** | **-** | **($33,000)** |

# Targeted Violence and Terrorism Prevention Grants– PPA
## Budget Comparison and Adjustments
## Comparison of Budget Authority and Request
*(Dollars in Thousands)*

|  | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Targeted Violence and Terrorism Prevention Grants | - | - | $18,000 | - | - | $18,000 | - | - | - | - | - | ($18,000) |
| **Total** | - | - | **$18,000** | - | - | **$18,000** | - | - | - | - | - | **($18,000)** |
| Subtotal Discretionary - Appropriation | - | - | $18,000 | - | - | $18,000 | - | - | - | - | - | ($18,000) |

## PPA Level I Description

The TVTP Grant Program supports activities that prevent the recruitment or radicalization of individuals to violence by interrupting those efforts, building community-level resilience, identifying the early signs of radicalization to violence, and providing appropriate interventions through civic and public health organizations, law enforcement, or other entities. Funding is transferred from OSEM to FEMA for grant distribution. Recent TVTP Grant Program work prioritizes implementing local prevention frameworks and exploring innovative approaches, to include preventing domestic violent extremism, enhancing local threat assessment and management capabilities, implementing innovative solutions for preventing targeted violence and terrorism, and challenging online violence mobilization narratives. TVTP Grant Program funding is paired with funding in the Science & Technology Directorate for evaluating the efficacy of the various approaches. No FA funding is requested for this PPA in the FY 2026 Budget.

Targeted Violence and Terrorism Prevention Grants  PPA

# Targeted Violence and Terrorism Prevention Grants – PPA
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | - | - | - | **$18,000** | **$18,000** |
| **FY 2025 Full-Year CR** | - | - | - | **$18,000** | **$18,000** |
| **FY 2026 Base Budget** | - | - | - | **$18,000** | **$18,000** |
| **Total Technical Changes** | - | - | - | - | - |
| **Total Annualizations and Non-Recurs** | - | - | - | - | - |
| **Total Pricing Changes** | - | - | - | - | - |
| **Total Adjustments-to-Base** | - | - | - | - | - |
| **FY 2026 Current Services** | - | - | - | **$18,000** | **$18,000** |
| **Total Transfers** | - | - | - | - | - |
| Targeted Violence and Terrorism Prevention Grants | - | - | - | ($18,000) | ($18,000) |
| **Total Program Changes** | - | - | - | **($18,000)** | **($18,000)** |
| **FY 2026 Request** | - | - | - | - | - |
| **FY 2025 TO FY 2026 Change** | - | - | - | **($18,000)** | **($18,000)** |

# Targeted Violence and Terrorism Prevention Grants – PPA
## Non Pay Budget Exhibits

## Non Pay Summary
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| Targeted Violence and Terrorism Prevention Grants | $18,000 | $18,000 | - | ($18,000) |
| **Total** | **$18,000** | **$18,000** | **-** | **($18,000)** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $18,000 | $18,000 | - | ($18,000) |

## Non Pay by Object Class
*(Dollars in Thousands)*

|  | FY 2024 Enacted | FY 2025 Full-Year CR | FY 2026 President's Budget | FY 2025 to FY 2026 Change |
|---|---|---|---|---|
| 41.0 Grants, Subsidies, and Contributions | $18,000 | $18,000 | - | ($18,000) |
| **Total - Non Pay Budget Object Class** | **$18,000** | **$18,000** | **-** | **($18,000)** |

## *Alternatives to Detention Case Management – PPA*

## Budget Comparison and Adjustments

## Comparison of Budget Authority and Request
*(Dollars in Thousands)*

| | FY 2024 Enacted | | | FY 2025 Full-Year CR | | | FY 2026 President's Budget | | | FY 2025 to FY 2026 Total Changes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount | Pos. | FTE | Amount |
| Alternatives to Detention Case Management | - | - | $15,000 | - | - | $15,000 | - | - | - | - | - | ($15,000) |
| **Total** | - | - | **$15,000** | - | - | **$15,000** | - | - | - | - | - | **($15,000)** |
| Subtotal Discretionary - Appropriation | - | - | $15,000 | - | - | $15,000 | - | - | - | - | - | ($15,000) |

## **PPA Level I Description**

Created by Congress in 2021, the Case Management Pilot Program (CMPP) provides voluntary case management and other services to eligible noncitizens. CMPP is managed by a National Board chaired by the Office for Civil Rights and Civil Liberties (CRCL) Officer and comprised of nonprofits with experience providing and evaluating case management programs for immigrants and asylum seekers. No FA funding is requested for this PPA in the FY 2026 Budget.

## Alternatives to Detention Case Management – PPA
## Summary of Budget Changes
*(Dollars in Thousands)*

| | Positions | FTE | Pay Amount | Non-Pay Amount | Amount |
|---|---|---|---|---|---|
| **FY 2024 Enacted** | - | - | - | **$15,000** | **$15,000** |
| **FY 2025 Full-Year CR** | - | - | - | **$15,000** | **$15,000** |
| **FY 2026 Base Budget** | - | - | - | **$15,000** | **$15,000** |
| **Total Technical Changes** | - | - | - | - | - |
| **Total Annualizations and Non-Recurs** | - | - | - | - | - |
| **Total Pricing Changes** | - | - | - | - | - |
| **Total Adjustments-to-Base** | - | - | - | - | - |
| **FY 2026 Current Services** | - | - | - | **$15,000** | **$15,000** |
| **Total Transfers** | - | - | - | - | - |
| ATD Case Management Pilot Program | - | - | - | ($15,000) | ($15,000) |
| **Total Program Changes** | - | - | - | **($15,000)** | **($15,000)** |
| **FY 2026 Request** | - | - | - | - | - |
| **FY 2025 TO FY 2026 Change** | - | - | - | **($15,000)** | **($15,000)** |

# Alternatives to Detention Case Management – PPA
## Non Pay Budget Exhibits

## Non Pay Summary
*(Dollars in Thousands)*

|  | FY 2024<br>Enacted | FY 2025<br>Full-Year CR | FY 2026<br>President's Budget | FY 2025 to<br>FY 2026 Change |
|---|---|---|---|---|
| Alternatives to Detention Case Management | $15,000 | $15,000 | - | ($15,000) |
| **Total** | **$15,000** | **$15,000** | **-** | **($15,000)** |
|  |  |  |  |  |
| Subtotal Discretionary - Appropriation | $15,000 | $15,000 | - | ($15,000) |

## Non Pay by Object Class
*(Dollars in Thousands)*

|  | FY 2024<br>Enacted | FY 2025<br>Full-Year CR | FY 2026<br>President's Budget | FY 2025 to<br>FY 2026 Change |
|---|---|---|---|---|
| 41.0 Grants, Subsidies, and Contributions | $15,000 | $15,000 | - | ($15,000) |
| **Total - Non Pay Budget Object Class** | **$15,000** | **$15,000** | **-** | **($15,000)** |

EXHIBIT 3

 

**Sign in**     **Help**     **Search**

# Law Enforcement Specialist (Assessment Program)

DEPARTMENT OF HOMELAND SECURITY
DHS Headquarters

Office for Civil Rights and Civil Liberties

## Apply

 Print      Share      Save

# Summary

This position is located in the Department of Homeland Security (DHS), Office for Civil Rights and Civil Liberties.

The primary purpose of this position is to assist individuals with complaints about the potential violation of their civil rights and liberties and provide oversight of DHS programs and activities.

**Non-BU**: This is a non-bargaining unit position.

# Overview

 Help

Accepting applications

### Open & closing dates
🕐 06/02/2025 to 06/06/2025

This job will close when we have received **100 applications** which may be sooner than the closing date. Learn more

### Salary
$120,579 - $156,755 per year

**Pay scale & grade**
GS 13

❓ Help

**Location**

1 vacancy in the following location:

 **Washington, DC**

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time - Standard 9AM to 5PM shift.

**Service**
Competitive

**Promotion potential**
13

**Job family (Series)**
1801 General Inspection, Investigation, Enforcement, And Compliance Series

**Supervisory status**
No

**Security clearance**
Secret

**Drug test**
Yes

**Position sensitivity and risk**

[NCS/High Risk](#)

**Trust determination process**

[National security](#)

**Financial disclosure**

[No](#)

**Bargaining unit status**

[No](#)

---

**Announcement number**

IMP-12744057-25-CRCL

**Control number**

837918800

# This job is open to

 [? Help](#)

 **Internal to an agency**
Current federal employees of the hiring agency that posted the job announcement.

**Career transition (CTAP, ICTAP, RPL)**
Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

**Veterans**
Veterans of the U.S. Armed Forces or a spouse, widow, widower or parent of a veteran, who may be eligible for derived preference

**Individuals with disabilities**
Individuals who are eligible under Schedule A.

## Clarification from the agency

Current DHS employees serving under a career or career-conditional appointment in the competitive service or eligible interchange agreement (You must submit an SF-50 that shows you currently work for DHS). CTAP, 30%+ Disabled Veterans, Individuals with Disabilities.

# Duties

 [? Help](#)

As a Law Enforcement Specialist (Assessment Program), GS-1801-13, your typical work assignments may include:

- Monitoring and measuring DHS progress and completion to provide status updates.

- Serving as an expert consultant for highly complex processes typically with differing criteria, conflicting guidance, and/or complex multi-facetted requirements.

- Ensuring comprehensive plans, standards, and guidelines are developed and implemented for the assessment of civil rights and liberties deprivations.

All DHS announcements have a 5 business day open period due to the number of applications received. This announcement will be open for 5 business days OR until the first 100 applications have been received, whichever happens first.

View common definitions of terms found in this announcement: Common Definitions.

# Requirements

 ? Help

## Conditions of Employment

- You must be a U.S. citizen to apply for this position.

- Males born after 12/31/1959 must be registered for Selective Service.

- You must successfully pass a background investigation.

- You must submit to a pre-employment drug test. This is a Testing Designated Position (TDP) and is subject to random testing.

- You must meet time-in-grade requirements.

- You may be required to serve a one-year probationary period.

- Applying to this announcement certifies that you give permission for DHS to share your application with others in DHS for similar positions.

- You must complete a pre-employment physical examination.

## Qualifications

**Specialized Experience:**
You must have at least one year of specialized experience equivalent to the next lower grade level in federal service (GS-12) or public or private sector equivalent. For this position, specialized experience is defined as:

- Manages and provides national-level program assurance for all aspects of civil rights and liberties and EEO casework and programmatic oversight process.

- Serves as the subject matter expert (SME) developing and implementing essential goals and objectives for the Agency's civil rights and liberties and EEO assessment program activities, and collecting and analyzing their effectiveness.

- Ensures that supportive programs and work activities are in place to prevent disruption of processes, which protects the civil rights of persons on property and the property itself under the charge of the U.S. Government.

**NOTE:** Your resume must explicitly indicate how you meet this requirement, otherwise you will be found ineligible.

Substitution of education in lieu of specialized experience may not be used for this grade level.

**All qualifications and eligibility requirements must be met by the closing date of the announcement.**

**Time-in-grade:** Current General Schedule (GS) federal employees, and those that have served in GS positions within the last 52 weeks, must have served 52 weeks at the next lower grade, or a combination of the next lower grade level and an equivalent band in the federal service by the closing of this announcement.

**Note:** Current or former Federal employees MUST submit a copy of their SF-50 Form which shows competitive service appointment ("position occupied" block 34 on the SF-50 should show a "1"), tenure group (block 24 should show a 1 or 2), grade, and salary. If you are applying for a higher grade, please provide the SF-50 Form which shows the length of time you have been in your current/highest grade (**examples of appropriate SF-50s include promotions, With-in Grade/Range Increases, and SF-50s dated a year apart within the same grade/job**). If you have promotion potential in your current position, please provide proof. IF YOU DO NOT SUBMIT ALL OF **THE REQUIRED DOCUMENTATION, YOU WILL NOT RECEIVE CONSIDERATION AS A STATUS CANDIDATE.**

**National Service Experience:** Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

**Current or Former Political Appointees:** The Office of Personnel Management (OPM) must authorize employment offers made to current or former political appointees. If you are currently, or have been within the last 5 years, a political Schedule A, Schedule C, Non-career

SES or Presidential Appointee employee in the Executive Branch, you must disclose this information to the Human Resources Office.

**Essential Personnel Position** - This position may be designated as essential personnel. Essential personnel must be able to serve during continuity of operation events without regard to declarations of liberal leave or government closures due to weather, protests, and acts of terrorism or lack of funding. Failure to report for or remain in this position may result in disciplinary or adverse action in accordance with applicable laws, rules, and regulations. (5 U.S.C. 7501-7533 and 5 CFR, Part 752, as applicable).

**Pre-employment Medical Requirements:** Prior to appointment, you must be determined physically fit by an authorized government physician to perform strenuous and physically demanding duties. Also successfully pass a pre-employment medical examination (which includes, but is not limited to vision, hearing, cardiovascular and mobility of extremities) given by an authorized government physician. This position may be subject to periodic incumbent examinations in the future.

## Education

Not Applicable

## Additional information

**Read more**

Benefits

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

We will review your resume and supporting documentation to ensure you meet the basic qualification requirements. If you meet the minimum qualifications, your experience, education and training will be rated using a job questionnaire that is based on the following competencies or knowledge, skills and abilities needed to perform this job: Compliance Inspection, Inspections and/or Investigation, and Planning and Evaluating

If you are the best qualified, you may be referred to the hiring manager for consideration and may be called for an interview. To preview the job questionnaire and application, click https://apply.usastaffing.gov/ViewQuestionnaire/12744057

If, after reviewing your resume and/or supporting documentation, a determination is made that you have overstated your qualifications and/or experience, you may be removed from consideration or your score may be lowered.

Due weight will be given to performance appraisals and incentive awards in merit promotion selection decisions in accordance with 5 CFR 335.103(b)(3).

**Career Transition Assistance Program (CTAP) Eligibles**: If you have never worked for the Department of Homeland Security, you are not CTAP eligible. View information about CTAP eligibility on OPM's Career Transition Resources website. To be considered well qualified under CTAP, you must be rated at a minimum score of 85 for this position. In addition, you must submit the supporting documents listed under the required documents section of this announcement.

Interviews are required for this position. Failure to complete the interview may result in removal from further consideration.

**Benefits**

**Required Documents**

**How to Apply**

**Fair and Transparent**

# Required Documents

 Help

1. Your resume (click the link for information on what to include). If you are a current or former Federal employee, your resume must indicate the GS or pay band level for each position held. Please limit your resume to 5 pages. If more than 5 pages are submitted, only the first 5 pages will be reviewed to determine your eligibility/qualifications.

2. **Your responses to the job questionnaire**

3. **Are you current DHS employee?** Submit a copy of your most recent SF-50 showing your current grade and tenure; An SF-50 showing highest (permanent) grade ever held, if different from your current grade. Please note: Performance award, Details, and Realignments are not acceptable SF-50s. If you are applying for a higher grade, please provide an SF-50 or SF-50s which show the length of time in the current/highest grade (examples of appropriate SF50s include promotions, With-in Grade/Range Increases, and SF-50s dated one year apart within the same grade/job) to support meeting time-in-grade requirements.

4. **Are you claiming special priority selection under the DHS Reemployment Priority List (RPL)?** Submit the following:

- A copy of your DHS RIF Notice,

- A copy of your most recent performance appraisal (fully successful and above), and

- A copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location

5. **Are you claiming special priority selection rights under the DHS Career Transition Assistance Program (CTAP)?** Submit the following:

- A copy of your agency notice,

- A copy of your most recent performance rating, and

- A copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location.

**6. Are you a veteran?** You must provide acceptable documentation of your preference or appointment eligibility. The member 4 copy of your DD214, "Certificate of Release or Discharge from Active Duty," is preferable. If claiming 10 point preference, you will need to submit a Standard Form (SF-15), "Application for 10-point Veterans' Preference." If applying based on eligibility under the Veterans Opportunity to Work (VOW) Act, you must submit certification from the Armed Forces that you will be discharged or released from active duty within 120 days from the date on the certification. This must indicate your dates of service, your rank, and confirm that you will be separated under honorable conditions. View more veterans' information.

**7. Are you applying under Schedule A hiring authority for persons with severe disabilities?** Provide evidence of your intellectual disability, severe physical disability, or psychiatric disability obtained from a licensed medical professional (e.g., a physician or other medical professional certified by a state, the District of Columbia, or a U.S. territory to practice medicine); a licensed vocational rehabilitation specialist (i.e., state or private); or any Federal agency, state agency, or agency of the District of Columbia or a U.S. territory that issues or provides disability benefit. Information on documentation can be found here.

8. **Are you a current or former political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee?** Submit a copy of your applicable SF-50, along with a statement that provides the following information regarding your most recent political appointment:

1. 1. Position title,

   2. Type of appointment (Schedule A, Schedule C, Non-career SES, or Presidential Appointee),

   3. Agency,

   4. Beginning and ending dates of appointment.

**9. You may be asked to provide a copy of your recent performance appraisal and/or incentive awards.**

# How to Apply

 Help

**Read more**

## Agency contact information

 John Mondragon

Email
    john.mondragon@hq.dhs.gov
Address
    Department of Homeland Security Headquarters
    OCHCO/HRMS/MS #0170
    6595 Springfield Center Drive
    Springfield, VA 20598-0170
    US

# Next steps

**Read more**

# Fair & Transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Criminal history inquiries
Equal Employment Opportunity (EEO) Policy
Financial suitability
New employee probationary period
Privacy Act
Reasonable accommodation policy
Selective Service
Signature and false statements
Social security number request



Apply

🖶 Print            ⚘ Share            ☆ Save

❓ Help

( Accepting applications )

**Open & closing dates**
🕐 06/02/2025 to 06/06/2025

This job will close when we have received **100 applications** which may be sooner than the closing date. Learn more

**Salary**
$120,579 - $156,755 per year

**Pay scale & grade**
GS 13

**Location**

1 vacancy in the following location:

**Washington, DC**

**Remote job**

No

**Telework eligible**

No

**Travel Required**

Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**

No

**Appointment type**

Permanent

**Work schedule**

Full-time - Standard 9AM to 5PM shift.

**Service**

Competitive

**Promotion potential**

13

**Job family (Series)**

[1801 General Inspection, Investigation, Enforcement, And Compliance Series](https://www.usajobs.gov/job/837918800)

**Supervisory status**

No

**Security clearance**

[Secret](https://www.usajobs.gov/job/837918800)

**Drug test**

Yes

**Position sensitivity and risk**

[NCS/High Risk](https://www.usajobs.gov/job/837918800)

**Trust determination process**

National security

**Financial disclosure**

No

**Bargaining unit status**

No

---

**Announcement number**

IMP-12744057-25-CRCL

**Control number**

837918800

Return to top

---

∨  **Account**

Dashboard

Profile

Documents

Saved jobs

Saved searches

---

∨  **Help**

Help Center

About USAJOBS

FAQs

Contact us

Get started

How to…

Working in government

USAJOBS is a United States Office of Personnel Management website.

EEO Policy Statement

Reasonable Accommodation Policy Statement

Veterans Information

Legal and Regulatory Guidance

About USAJOBS

Accessibility

FOIA

Inspector general

No Fear Act Data

Privacy policy

Reports and publications

Terms and conditions

USA.gov

Vote.gov

EXHIBIT 4

 
Sign in    Help    Search

# Law Enforcement Specialist (Assessment Program)

DEPARTMENT OF HOMELAND SECURITY
DHS Headquarters

Office of the Immigration Detention Ombudsman


**Apply**

Print    Share    Save

## Summary

This position is located in the Department of Homeland Security (DHS), Office of the Immigration Detention Ombudsman.

The primary purpose of this position is to assist individuals with complaints about the potential violation of immigration detention standards or misconduct by DHS (or contract) personnel and provide independent oversight of immigration detention facilities.

**Non-BU**: This is a non-bargaining unit position.

## Overview

 Help

Accepting applications

**Open & closing dates**
🕐 06/02/2025 to 06/06/2025

This job will close when we have received **100 applications** which may be sooner than the closing date. Learn more

**Salary**
$120,579 - $156,755 per year

**Pay scale & grade**
GS 13

❓ Help

**Location**
1 vacancy in the following location:

 **Washington, DC**

**Remote job**
No

**Telework eligible**
No

**Travel Required**
50% or less - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time - Must be available for overtime and shift work.

**Service**
Competitive

**Promotion potential**
13

**Job family (Series)**
1801 General Inspection, Investigation, Enforcement, And Compliance Series

**Supervisory status**
No

**Security clearance**
Secret

**Drug test**
Yes

**Position sensitivity and risk**
NCS/High Risk

**Trust determination process**
National security

**Financial disclosure**
No

**Bargaining unit status**
No

---

**Announcement number**
IMP-12744059-25-OIDO

**Control number**
837919200

# This job is open to

 Help

 **Internal to an agency**
Current federal employees of the hiring agency that posted the job announcement.

 **Career transition (CTAP, ICTAP, RPL)**
Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

 **Veterans**
Veterans of the U.S. Armed Forces or a spouse, widow, widower or parent of a veteran, who may be eligible for derived preference

 **Individuals with disabilities**
Individuals who are eligible under Schedule A.

## Clarification from the agency

Current DHS employees serving under a career or career-conditional appointment in the competitive service or eligible interchange agreement (You must submit an SF-50 that shows you currently work for DHS). CTAP, 30%+ Disabled Veterans, Individuals with Disabilities.

# Duties

 Help

As a Law Enforcement Specialist (Assessment Program), GS-1801-13, your typical work assignments may include:

- Ensuring all facilities meet the requirements stated in applicable codes, regulations, and contracts.

- Ensuring necessary reports on completion and recommendations are compiled, validated, and provided.

- Identifying existing and potential hazards and recommending corrective actions of problematic areas.

- Advising on and administering laws, regulations and legal processes and procedures and provides technical advice and guidance on how to comply with them.

All DHS announcements have a 5 business day open period due to the number of applications received. This announcement will be open for 5 business days OR until the first 100 applications have been received, whichever happens first.

View common definitions of terms found in this announcement: Common Definitions.

# Requirements

 Help

## Conditions of Employment

- You must be a U.S. citizen to apply for this position.

- Males born after 12/31/1959 must be registered for Selective Service.

- You must successfully pass a background investigation.

- You must submit to a pre-employment drug test. This is a Testing Designated Position (TDP) and is subject to random testing.

- You must meet time-in-grade requirements.

- You may be required to serve a one-year probationary period.

- Applying to this announcement certifies that you give permission for DHS to share your application with others in DHS for similar positions.

## Qualifications

**Specialized Experience:**

You must have at least one year of specialized experience equivalent to the next lower grade level in federal service (GS-12) or public or private sector equivalent. For this position, specialized experience is defined as:

- Developing national guides; resolves complex criteria application issues involving facilities with multiple applicable codes and standards.

- Serving as an expert consultant for highly complex processes typically with differing criteria, conflicting guidance, and/or complex multi-facetted requirements.

- Participating in investigations and other activities involving the investigation of detainee complaints about conditions and treatment while in detention.

- Providing extensive analysis to determine the nature and scope of problems with the intent to resolve them, which may involve several phases of actions.

**NOTE:** Your resume must explicitly indicate how you meet this requirement, otherwise you will be found ineligible. Substitution of education in lieu of specialized experience may not be used for this grade level.

**All qualifications and eligibility requirements must be met by the closing date of the announcement.**

**Time-in-grade:** Current General Schedule (GS) federal employees, and those that have served in GS positions within the last 52 weeks, must have served 52 weeks at the next lower grade, or a combination of the next lower grade level and an equivalent band in the federal service by the closing of this announcement.

**Note:** Current or former Federal employees MUST submit a copy of their SF-50 Form which shows competitive service appointment ("position occupied" block 34 on the SF-50 should show a "1"), tenure group (block 24 should show a 1 or 2), grade, and salary. If you are applying for a higher grade, please provide the SF-50 Form which shows the length of time you have been in your current/highest grade (**examples of appropriate SF-50s include promotions, With-in Grade/Range Increases, and SF-50s dated a year apart within the same grade/job**). If you have promotion potential in your current position, please provide proof. IF YOU DO NOT SUBMIT ALL OF **THE REQUIRED DOCUMENTATION, YOU WILL NOT RECEIVE CONSIDERATION AS A STATUS CANDIDATE.**

**National Service Experience:** Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive

credit for all qualifying experience, including volunteer experience.

**Current or Former Political Appointees:** The Office of Personnel Management (OPM) must authorize employment offers made to current or former political appointees. If you are currently, or have been within the last 5 years, a political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee in the Executive Branch, you must disclose this information to the Human Resources Office.

**Essential Personnel Position** - This position may be designated as essential personnel. Essential personnel must be able to serve during continuity of operation events without regard to declarations of liberal leave or government closures due to weather, protests, and acts of terrorism or lack of funding. Failure to report for or remain in this position may result in disciplinary or adverse action in accordance with applicable laws, rules, and regulations. (5 U.S.C. 7501-7533 and 5 CFR, Part 752, as applicable).

**Mobility Agreement -** This position may require the incumbent to be reassigned to a different geographic location. Accordingly, the incumbent will be required to sign a mobility agreement, which will remain in effect while assigned to this position. Failure to mobilize as needed may result in disciplinary or adverse action in accordance with applicable laws, rules, and regulations. (5 U.S.C. 7501-7533 and 5 CFR, Part 752, as applicable).

**Pre-employment Medical Requirements:** Prior to appointment, you must be determined physically fit by an authorized government physician to perform strenuous and physically demanding duties. Also successfully pass a pre-employment medical examination (which includes, but is not limited to vision, hearing, cardiovascular and mobility of extremities) given by an authorized government physician. This position may be subject to periodic incumbent examinations in the future.

**Drivers License:** You must possess and maintain a valid motor vehicle license. Motor vehicles must be driven and managed in accordance with the Office of Personnel Management (OPM) and the Federal Protective Service (FPS) policies and guidance.

# Education

Not Applicable

# Additional information

**Read more**

**Benefits**

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

We will review your resume and supporting documentation to ensure you meet the basic qualification requirements. If you meet the minimum qualifications, your experience, education and training will be rated using a job questionnaire that is based on the following competencies or knowledge, skills and abilities needed to perform this job: Compliance Inspection, Inspections and/or Investigation, and Planning and Evaluating

If you are the best qualified, you may be referred to the hiring manager for consideration and may be called for an interview. To preview the job questionnaire and application, click https://apply.usastaffing.gov/ViewQuestionnaire/12744059

If, after reviewing your resume and/or supporting documentation, a determination is made that you have overstated your qualifications and/or experience, you may be removed from consideration or your score may be lowered.

Due weight will be given to performance appraisals and incentive awards in merit promotion selection decisions in accordance with 5 CFR 335.103(b)(3).

**Career Transition Assistance Program (CTAP) Eligibles**: If you have never worked for the Department of Homeland Security, you are not CTAP eligible. View information about CTAP eligibility on OPM's Career Transition Resources website. To be considered well qualified under CTAP, you must be rated at a minimum score of 85 for this position. In addition, you must submit the supporting documents listed under the required documents section of this announcement.

Interviews are required for this position. Failure to complete the interview may result in removal from further consideration.

**Benefits**

**Required Documents**

**How to Apply**

**Fair and Transparent**

# Required Documents

 Help

1. Your [resume](#) (click the link for information on what to include). If you are a current or former Federal employee, your resume must indicate the GS or pay band level for each position held. Please limit your resume to 5 pages. If more than 5 pages are submitted, only the first 5 pages will be reviewed to determine your eligibility/qualifications.

2. **Your responses to the job questionnaire** https://apply.usastaffing.gov/ViewQuestionnaire/12744059

3. **Are you current DHS employee?** Submit a copy of your most recent SF-50 showing your current grade and tenure; An SF-50 showing highest (permanent) grade ever held, if different from your current grade. Please note: Performance award, Details, and Realignments are not acceptable SF-50s. If you are applying for a higher grade, please provide an SF-50 or SF-50s which show the length of time in the current/highest grade (examples of appropriate SF50s include promotions, With-in Grade/Range Increases, and SF-50s dated one year apart within the same grade/job) to support meeting time-in-grade requirements.

4. **Are you claiming special priority selection under the DHS Reemployment Priority List (RPL)?** Submit the following:

- A copy of your DHS RIF Notice,

- A copy of your most recent performance appraisal (fully successful and above), and

- A copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location

5. **Are you claiming special priority selection rights under the DHS Career Transition Assistance Program (CTAP)?** Submit the following:

- A copy of your agency notice,

- A copy of your most recent performance rating, and

- A copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location.

6. **Are you a veteran?** You must provide acceptable documentation of your preference or appointment eligibility. The member 4 copy of your DD214, "Certificate of Release or Discharge from Active Duty," is preferable. If claiming 10 point preference, you will need to submit a Standard Form (SF-15), "Application for 10-point Veterans' Preference." If applying based on eligibility under the Veterans Opportunity to Work (VOW) Act, you must submit certification from the Armed Forces that you will be discharged or released from active duty within 120 days from the date on the certification. This must indicate your dates of service, your rank, and confirm that you will be separated under honorable conditions. View more veterans' information.

7. **Are you applying under Schedule A hiring authority for persons with severe disabilities?** Provide evidence of your intellectual disability, severe physical disability, or psychiatric disability obtained from a licensed medical professional (e.g., a physician or other medical professional certified by a state, the District of Columbia, or a U.S. territory to practice medicine); a licensed vocational rehabilitation specialist (i.e., state or private); or any Federal agency, state agency, or agency of the District of Columbia or a U.S. territory that issues or provides disability benefit. Information on documentation can be found here.

8. **Are you a current or former political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee?** Submit a copy of your applicable SF-50, along with a statement that provides the following information regarding your most recent political appointment.

1. Position Title,

2. Type of appointment (Schedule A, Schedule C, Non-career SES, or Presidential Appointee),

3. Agency,

4. Beginning and ending dates of appointment.

9. **Do you possess a current and valid Drivers License?** Please provide a copy as part of your application.

10. **You may be asked to provide a copy of your recent performance appraisal and/or incentive awards.**

# How to Apply

 Help

**Read more**

## Agency contact information

 John Mondragon

Email
[john.mondragon@hq.dhs.gov](mailto:john.mondragon@hq.dhs.gov)

Address
Department of Homeland Security Headquarters
OCHCO/HRMS/MS #0170
6595 Springfield Center Drive
Springfield, VA 20598-0170
US

## Next steps

**Read more**

# Fair & Transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

[Criminal history inquiries](#)
[Equal Employment Opportunity (EEO) Policy](#)
[Financial suitability](#)
[New employee probationary period](#)
[Privacy Act](#)
[Reasonable accommodation policy](#)
[Selective Service](#)
[Signature and false statements](#)
[Social security number request](#)

## Apply

 Print         Share         Save

 Help

Accepting applications

### Open & closing dates
🕐 06/02/2025 to 06/06/2025

This job will close when we have received **100 applications** which may be sooner than the closing date. Learn more

### Salary
$120,579 - $156,755 per year

### Pay scale & grade
GS 13

### Location
1 vacancy in the following location:

### Washington, DC

### Remote job
No

### Telework eligible
No

### Travel Required
50% or less - You may be expected to travel for this position.

### Relocation expenses reimbursed
No

### Appointment type
Permanent

### Work schedule
Full-time - Must be available for overtime and shift work.

### Service
Competitive

### Promotion potential
13

### Job family (Series)

**Supervisory status**

No

**Security clearance**

[Secret](#)

**Drug test**

Yes

**Position sensitivity and risk**

[NCS/High Risk](#)

**Trust determination process**

[National security](#)

**Financial disclosure**

[No](#)

**Bargaining unit status**

[No](#)

---

**Announcement number**

IMP-12744059-25-OIDO

**Control number**

837919200

[Return to top](#)

---

∨ **Account**

[Dashboard](#)

[Profile](#)

[Documents](#)

[Saved jobs](#)

[Saved searches](#)

## ⌄  Help

[Help Center](#)

[About USAJOBS](#)

[FAQs](#)

[Contact us](#)

[Get started](#)

[How to…](#)

[Working in government](#)

USAJOBS is a United States Office of Personnel Management website.

EEO Policy Statement

Reasonable Accommodation Policy Statement

Veterans Information

Legal and Regulatory Guidance

About USAJOBS

Accessibility

FOIA

Inspector general

No Fear Act Data

Privacy policy

Reports and publications

Terms and conditions

USA.gov

Vote.gov

EXHIBIT 5

  

**Sign in**    **Help**    **Search**

# Deputy CIS Ombudsman

DEPARTMENT OF HOMELAND SECURITY
DHS Headquarters

Office of Citizenship & Immigration Services Ombudsman

## Apply

 Print       Share       Save

# Summary

This position is located in the Department of Homeland Security (DHS), Office of Citizenship & Immigration Services Ombudsman.

The primary purpose of this position is to advise the CIS Ombudsman on policy matters. Assessing immigration laws, policies and programs, and providing advice and guidance on interpretations, opinions, or policies related to the formulation and implementation of immigration laws by USCIS.

**Non-BU**: This is a non-bargaining unit position.

# Overview

 Help

  Accepting applications 

### Open & closing dates
🕐 06/02/2025 to 06/06/2025

This job will close when we have received **100 applications** which may be sooner than the closing date. Learn more

# Salary

$167,603 - $195,200 per year

**Pay scale & grade**
GS 15

? Help

**Location**
1 vacancy in the following location:

 **Washington, DC**

**Remote job**
No

**Telework eligible**
No

**Travel Required**
Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**
No

**Appointment type**
Permanent

**Work schedule**
Full-time

**Service**
Competitive

**Promotion potential**
15

**Job family (Series)**
0301 Miscellaneous Administration And Program

**Supervisory status**
Yes

**Security clearance**
Sensitive Compartmented Information

**Drug test**

Yes

**Position sensitivity and risk**
Special-Sensitive (SS)/High Risk

**Trust determination process**
National security

**Financial disclosure**
Yes - Employment and Financial Interest

**Bargaining unit status**
No

---

**Announcement number**
IMP-12742667-25-CISOMB

**Control number**
837912900

# This job is open to

 Help

 **Internal to an agency**
Current federal employees of the hiring agency that posted the job announcement.

**Career transition (CTAP, ICTAP, RPL)**
Federal employees whose job, agency or department was eliminated and are eligible for priority over other applicants.

 **Veterans**
Veterans of the U.S. Armed Forces or a spouse, widow, widower or parent of a veteran, who may be eligible for derived preference

**Individuals with disabilities**
Individuals who are eligible under Schedule A.

## Clarification from the agency

Current DHS employees serving under a career or career-conditional appointment in the competitive service or eligible interchange agreement (You must submit an SF-50 that shows you currently work for DHS). CTAP, 30%+ Disabled Veterans, Individuals with Disabilities.

# Duties

 Help

As a Deputy CIS Ombudsman, GS-0301-15, your typical work assignments may include:

- Develops policy recommendations directed at resolving conflicts or problems encountered by individuals or employers.

- Identifies the recommendations made on improving services and responsiveness of Citizenship and Immigration Services.

- Make recommendations for such administrative action as may be appropriate to resolve problems encountered by individuals and employers.

- Provides analyses and support on sensitive issues of special interest to Ombudsman.

All DHS announcements have a 5 business day open period due to the number of applications received. This announcement will be open for 5 business days OR until the first 100 applications have been received, whichever happens first.

View common definitions of terms found in this announcement: Common Definitions.

# Requirements

 Help

## Conditions of Employment

- You must be a U.S. citizen to apply for this position.

- Males born after 12/31/1959 must be registered for Selective Service.

- You must successfully pass a background investigation.

- You must submit to a pre-employment drug test. This is a Testing Designated Position (TDP) and is subject to random testing.

- You must meet time-in-grade requirements.

- You may be required to serve a one-year supervisory probationary period.

- Applying to this announcement certifies that you give permission for DHS to share your application with others in DHS for similar positions.

## Qualifications

**Specialized Experience:**
You must have at least one year of specialized experience equivalent to the next lower grade

level in federal service (GS-14) or public or private sector equivalent. For this position, specialized experience is defined as:

- Drafting reports to senior leadership.

- Making recommendations on improving United States Citizenship and Immigration Services program/office services and responsiveness.

- Utilizing United States Citizenship and Immigration Services case and data management systems to identify individual and general problems in agency operations.

**NOTE:** Your resume must explicitly indicate how you meet this requirement, otherwise you will be found ineligible.

Substitution of education in lieu of specialized experience may not be used for this grade level.

All qualifications and eligibility requirements must be met by the closing date of the announcement.

**Time-in-grade:** Current General Schedule (GS) federal employees, and those that have served in GS positions within the last 52 weeks, must have served 52 weeks at the next lower grade, or a combination of the next lower grade level and an equivalent band in the federal service by the closing of this announcement.

**Note:** Current or former Federal employees MUST submit a copy of their SF-50 Form which shows competitive service appointment ("position occupied" block 34 on the SF-50 should show a "1"), tenure group (block 24 should show a 1 or 2), grade, and salary. If you are applying for a higher grade, please provide the SF-50 Form which shows the length of time you have been in your current/highest grade (**examples of appropriate SF-50s include promotions, With-in Grade/Range Increases, and SF-50s dated a year apart within the same grade/job**). If you have promotion potential in your current position, please provide proof. **IF YOU DO NOT SUBMIT ALL OF THE REQUIRED DOCUMENTATION, YOU WILL NOT RECEIVE CONSIDERATION AS A STATUS CANDIDATE.**

**National Service Experience:** Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

**Current or Former Political Appointees:** The Office of Personnel Management (OPM) must authorize employment offers made to current or former political appointees. If you are currently, or have been within the last 5 years, a political Schedule A, Schedule C, Non-career

SES or Presidential Appointee employee in the Executive Branch, you must disclose this information to the Human Resources Office.

## Education

Not Applicable

## Additional information

**Read more**

**Benefits**

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

We will review your resume and supporting documentation to ensure you meet the basic qualification requirements. If you meet the minimum qualifications, your experience, education and training will be rated using a job questionnaire that is based on the following competencies or knowledge, skills and abilities needed to perform this job: Influencing/Negotiating, Leadership, and Planning and Evaluating

If you are the best qualified, you may be referred to the hiring manager for consideration and may be called for an interview. To preview the job questionnaire and application, click https://apply.usastaffing.gov/ViewQuestionnaire/12742667

If, after reviewing your resume and/or supporting documentation, a determination is made that you have overstated your qualifications and/or experience, you may be removed from consideration or your score may be lowered.

Due weight will be given to performance appraisals and incentive awards in merit promotion selection decisions in accordance with 5 CFR 335.103(b)(3).

**Career Transition Assistance Program (CTAP) Eligibles**: If you have never worked for the

Department of Homeland Security, you are not CTAP eligible. View information about CTAP eligibility on [OPM's Career Transition Resources website](). To be considered well qualified under CTAP, you must be rated at a minimum score of 85 for this position. In addition, you must submit the supporting documents listed under the required documents section of this announcement.

Interviews are required for this position. Failure to complete the interview may result in removal from further consideration.

**Benefits**

**Required Documents**

**How to Apply**

**Fair and Transparent**

# Required Documents  [Help]

1. Your [resume]() (click the link for information on what to include). If you are a current or former Federal employee, your resume must indicate the GS or pay band level for each position held. Please limit your resume to 5 pages. If more than 5 pages are submitted, only the first 5 pages will be reviewed to determine your eligibility/qualifications.

2. **Your responses to the job questionnaire**

3. **Are you current DHS employee?** Submit a copy of your most recent SF-50 showing your current grade and tenure; An SF-50 showing highest (permanent) grade ever held, if different from your current grade. Please note: Performance award, Details, and Realignments are not acceptable SF-50s. If you are applying for a higher grade, please provide an SF-50 or SF-50s which show the length of time in the current/highest grade (examples of appropriate SF50s include promotions, With-in Grade/Range Increases, and SF-50s dated one year apart within the same grade/job) to support meeting time-in-grade requirements.

4. **Are you claiming special priority selection under the DHS Reemployment Priority List (RPL)?** Submit the following:

- A copy of your DHS RIF Notice,

- A copy of your most recent performance appraisal (fully successful and above), and

- A copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location

5. **Are you claiming special priority selection rights under the DHS Career Transition Assistance Program (CTAP)?** Submit the following:

- A copy of your agency notice,

- A copy of your most recent performance rating, and

- A copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location.

6. **Are you a veteran?** You must provide acceptable documentation of your preference or appointment eligibility. The member 4 copy of your DD214, "Certificate of Release or Discharge from Active Duty," is preferable. If claiming 10 point preference, you will need to submit a Standard Form ([SF-15](#)), "Application for 10-point Veterans' Preference." If applying based on eligibility under the Veterans Opportunity to Work (VOW) Act, you must submit certification from the Armed Forces that you will be discharged or released from active duty within 120 days from the date on the certification. This must indicate your dates of service, your rank, and confirm that you will be separated under honorable conditions. View more [veterans' information](#).

7. **Are you applying under Schedule A hiring authority for persons with severe disabilities?** Provide evidence of your intellectual disability, severe physical disability, or psychiatric disability obtained from a licensed medical professional (e.g., a physician or other medical professional certified by a state, the District of Columbia, or a U.S. territory to practice medicine); a licensed vocational rehabilitation specialist (i.e., state or private); or any Federal agency, state agency, or agency of the District of Columbia or a U.S. territory that issues or provides disability benefit. Information on documentation can be found [here](#).

8. **Are you a current or former political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee?** Submit a copy of your applicable SF-50, along with a statement that provides the following information regarding your most recent political appointment:

   1. Position title,

   2. Type of appointment (Schedule A, Schedule C, Non-career SES, or Presidential Appointee),

   3. Agency,

4. Beginning and ending dates of appointment.

9. **You may be asked to provide a copy of your recent performance appraisal and/or incentive awards.**

# How to Apply

 Help

**Read more**

## Agency contact information

 John Mondragon

Email
john.mondragon@hq.dhs.gov
Address
Department of Homeland Security Headquarters
OCHCO/HRMS/MS #0170
6595 Springfield Center Drive
Springfield, VA 20598-0170
US

## Next steps

**Read more**

# Fair & Transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

[Criminal history inquiries](#)

[Equal Employment Opportunity (EEO) Policy](#)

[Financial suitability](#)

[New employee probationary period](#)

[Privacy Act](#)

[Reasonable accommodation policy](#)

[Selective Service](#)

[Signature and false statements](#)

[Social security number request](#)

## Apply

🖶 Print                              ⌗ Share                              ☆ Save

  Help

( Accepting applications )

### Open & closing dates
🕐 06/02/2025 to 06/06/2025

This job will close when we have received **100 applications** which may be sooner than the closing date. Learn more

### Salary
$167,603 - $195,200 per year

### Pay scale & grade
GS 15

### Location
1 vacancy in the following location:

**Washington, DC**

### Remote job
No

### Telework eligible
No

### Travel Required

Occasional travel - You may be expected to travel for this position.

**Relocation expenses reimbursed**

No

**Appointment type**

Permanent

**Work schedule**

Full-time

**Service**

Competitive

**Promotion potential**

15

**Job family (Series)**

[0301 Miscellaneous Administration And Program](#)

**Supervisory status**

Yes

**Security clearance**

[Sensitive Compartmented Information](#)

**Drug test**

Yes

**Position sensitivity and risk**

[Special-Sensitive (SS)/High Risk](#)

**Trust determination process**

[National security](#)

**Financial disclosure**

[Yes](#) - Employment and Financial Interest

**Bargaining unit status**

[No](#)

---

**Announcement number**

IMP-12742667-25-CISOMB

**Control number**

837912900

[Return to top](#)

---

## ⌄ Account

Dashboard

Profile

Documents

Saved jobs

Saved searches

---

## ⌄ Help

Help Center

About USAJOBS

FAQs

Contact us

Get started

How to…

Working in government

USAJOBS is a United States Office of Personnel Management website.

EEO Policy Statement

Reasonable Accommodation Policy Statement

Veterans Information

Legal and Regulatory Guidance

About USAJOBS

Accessibility

FOIA

Inspector general

No Fear Act Data

Privacy policy

Reports and publications

Terms and conditions

USA.gov

Vote.gov