UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**SECOND DECLARATION OF LILIAN SERRANO**

I, Lilian Serrano, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.

2. I am the director of the Southern Border Communities Coalition. I have served in this position since January of 2023. I joined SBCC as a coalition member in 2018 when I was a volunteer with Alianza Comunitaria. I am based in San Diego, CA, and have over a decade of experience working with immigrants in the San Diego region and advancing human rights.

3. I previously submitted a declaration in this case in early May. I submit this additional declaration to recount recent events that have happened since the date of my earlier declaration.

1

4. In recent weeks there has been a noticeable increase in immigration enforcement activity in Southern California. For example, on Friday, June 6, DHS conducted at least three workplace immigration raids at workplaces in Los Angeles.[1] In San Diego, two popular Italian restaurants were raided by DHS agents on May 30.[2]

5. Many residents in border communities are alarmed by this increased DHS presence and have been exercising their constitutional right to protest, but those protests have been met with extreme force. In San Diego, protestors were met with extreme use-of-force by ICE and Homeland Security Investigations (HIS) agents, including the use of three military-grade Noise Flash Diversionary Devices (NFDDs), also known as flashbangs or stun grenades.[3] One grenade exploded near a pregnant woman who sought medical attention, while another knocked down two children. The agents were heavily armed and stationed in front of a nearby elementary school while children were present.

6. These violent tactics and militarization violate our constitutional rights to peaceably assemble and protest government actions. These actions harm our democracy and violate international standards requiring law enforcement use of force to be necessary and proportionate.

7. Both California Senators, members of the Southern California House of Representatives delegation, and the San Diego mayor all condemned the incident that saw "approximately 20 agents in military-style gear execut[ing] a raid during peak dining hours, detaining four employees and deploying flash-bang grenades, which created widespread panic

---

[1] N.Y. Times, Orlando Mayorquín and Jesus Jiménez, Agents Use Military-Style Force Against Protesters at L.A. Immigration Raid (June 6, 2025) https://www.nytimes.com/2025/06/06/us/los-angeles-immigration-raid.html
[2] San Diego FOX5/KUSI, Domenick Candelieri & Jennifer Franco, ICE conducts operations at Buona Forchetta restaurants in South Park (May 30, 2025), https://fox5sandiego.com/news/local-news/ice-presence-seen-at-south-park-restaurant/
[3] San Diego FOX5/KUSI, Amber Coakley, San Diego lawmakers demand federal investigation into ICE raid at local restaurants (June 7, 2025), https://fox5sandiego.com/news/local-news/san-diego-lawmakers-demand-federal-investigation-into-ice-raid-at-local-restaurants/

among staff and patrons".[4] The congressional letter emphasized the civil rights implications of the agents' actions, including questioning the use of force and tactical "decision to deploy agents in military-style gear including face coverings and to use flash-bang devices in a civilian environment" and whether it was "justified based on any credible threat or resistance".[5]

8. I have also learned that in Los Angeles, the Trump Administration has responded to immigrant justice protests by federalizing the National Guard and ordering 700 active-duty Marines into the city based on an unclear legal basis that has already resulted in a legal challenge from California Governor Newsom.[6]

9. SBCC is preparing a CRCL complaint based on the use-of-force incident in San Diego, and that incident, as well as recent events in Los Angeles, are exactly the types of excessive force incidents about which we and SBCC members would typically reach out to CRCL for assistance. Indeed, given the urgent nature of the situation, if all CRCL employees had not recently been terminated, we would probably have reached out informally to someone we knew at CRCL before even filing a formal complaint. However, from my involvement with this lawsuit, I know that the office only has a few contractors currently working for it on medical issues, and I am not confident that CRCL will be able to respond to this unfolding situation in a timely manner.

---

[4] Senator Padilla Letter to Jennifer M. Fenton, Associate Director, ICE Office of Professional Responsibility, RE: May 30, 2025 ICE Operation at San Diego Restaurants (June 6, 2025), https://www.padilla.senate.gov/wp-content/uploads/06.06.25_Letter-to-OPR-Associate-Director-Fenton-on-San-Diego-ICE-Raid.pdf
[5] *Id*.
[6] Axios, Avery Lotz, Rebecca Falconer, Newsom suing Trump admin over Marines, National Guard deployment to LA (June 10, 2025), https://www.axios.com/2025/06/09/newsom-california-suing-trump-immigration-protests; *Newsom v. Trump*, Case No. 3:25-cv-04870, (N.D. CA, June 9, 2025), https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.1.0.pdf

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2025

_____
Lilian Serrano