UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**SECOND DECLARATION OF SR. TRACEY HORAN, SP**

I, Sister Tracey Horan, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.

2. I am the Associate Director of Education and Advocacy at the Kino Border Initiative (KBI). KBI is a faith-based organization established in 2009 to address the most pressing needs of migrants. KBI is also a member of the Southern Border Communities Coalition.

3. I previously submitted a declaration in this case in early May. I am submitting this declaration to discuss additional complaints KBI has recently filed with CRCL and OIDO.

4. On May 14, KBI filed a complaint with CRCL regarding medical neglect in detention, and copied OIDO. Typically we would receive an automated response from CRCL

1

indicating that the complaint had been received, as well as an automated response from OIDO. However, to date, we have received no response from either CRCL or OIDO.

5. On May 19, KBI filed a complaint with CRCL regarding medical neglect and violation of the hospital discharge protocols that CBP previously agreed to following a 2023 recommendation from CRCL. We're concerned to see CBP violating these agreed-upon protocols, which seems to indicate a backsliding from commitments they previously made based on our advocacy to CRCL and CRCL's response. To date, we have received no response from CRCL to our complaint, not even an automated acknowledgment of receipt.

6. On June 5, KBI filed a complaint with CRCL regarding due process at the port of entry and inhumane detention conditions, and copied OIDO. To date, we have received no response from CRCL to our complaint, not even an automated acknowledgement of receipt.

7. The last update KBI has received on a specific complaint with CRCL was on February 15, 2025, when we received a letter about a complaint we had filed in late 2024. Although I was previously in regular communication with a particular CRCL staff member about patterns of abuse in Nogales, the last personal contact I had via email or phone with any CRCL personnel was on February 25th, 2025. This contact has no longer responded to my emails. In over three months, the only contact we have had with any of the three offices involved in this litigation has been automated responses to a complaint we filed on April 24 with both CRCL and OIDO. The CRCL autoresponse simply acknowledged receipt, and the OIDO autoresponse was the one submitted with my previous declaration stating that OIDO had been abolished. Our three more recent CRCL complaints filed in May and June did not even result in an automated response from CRCL.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on June 6, 2025

Sister Tracey Horan