UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity, <br><br> Defendants. | Civil Action No. 25-1270-ACR |

### NOTICE OF DECLARATION

In response to the Court's Minute Order of June 12, 2025, Defendants respectfully submit the attached declaration of Anne M. Tipton of the United States Department of Homeland Security, subject to limited redactions to preserve information protected by the deliberative process privilege. Consistent with the Court's Minute Order, Defendants will submit an unredacted version of the declaration *ex parte* and *in camera*.

Dated: June 16, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General
Civil Division

TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division


/s/   *Christopher R. Hall*
CHRISTOPHER R. HALL
Assistant Branch Director

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
Telephone: (202) 514-4778
Email: Christopher.Hall@usdoj.gov

*Counsel for Defendants*