UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**PLAINTIFFS' ERRATA**

Plaintiffs file the attached Corrected Declaration of Sarah Gillman, which is identical in content to the declaration filed on June 18. The corrected document removes highlighting that was retained in error in the final version of that declaration.

Dated: June 19, 2025                                    Respectfully submitted,

/s/ Karla Gilbride

Michael C. Martinez (DC Bar No. 1686872)     Karla Gilbride (DC Bar No. 1005586)
Christine L. Coogle (DC Bar No. 1738913)      Adina H. Rosenbaum (DC Bar No. 490928)
Brian D. Netter (DC Bar No. 979362)           Public Citizen Litigation Group
Skye L. Perryman (DC Bar No. 984573)          1600 20th Street NW
Democracy Forward Foundation                  Washington, DC 20009
P.O. Box 34553                                (202) 588-1000
Washington, DC 20043                          kgilbride@citizen.org
(202) 448- 9090

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)    Sarah E. Decker (DDC Bar No. NY0566)
Sarah T. Gillman (DDC Bar No. NY0316)    Medha Raman (DC Bar No. 90027539)
Robert F. Kennedy Human Rights           Robert F. Kennedy Human Rights
88 Pine Street, Suite 801                1300 19th Street NW, Suite 750
New York, NY 10005                       Washington, DC 20036
(917) 284- 6355                          (202) 559-4432

*Counsel for Plaintiff RFK*