IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>*Plaintiffs*;<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Case No. 1:25-cv-1270-ACR<br><br><br>**STATUS REPORT** |

Defendants file this status report in response to the Court's June 2 Minute Order directing "Defendants to file another status report providing further updates on or before July 2, 2025."

Since the previous status report on June 2, 2025, the Offices have made progress on staffing and continue to carry out the statutory functions. The following steps have been taken:

**A. Employees and Contracts**

1. The Deputy CIS Ombudsman has been onboarded and is working on the statutory duties. Three detailees continue to work on statutory duties.

2. Interviews are being conducted for both CRCL and OIDO positions. All candidates are former employees.

3. Three detailees will be onboarded at OIDO soon.

4. All options have been exercised on all casework and investigation contracts. Currently the labor equivalent to 15 full-time contractors is working on CRCL and OIDO case work with the equivalent of six more onboarding as soon as they clear security.

B. **Congressional Reports**

1. The CIS Ombudsman annual report is drafted and Congressional staff approved a two-month extension.

2. CRCL's Congressional No FEAR Act Report was sent to the Office of Legislative Affairs for transmittal to Congress.

3. CRCL's Section 287(g) report is being drafted.

C. **Case Work**

1. CRCL is reviewing and resolving internal Equal Employment Opportunity complaints:

    - CRCL has issued final agency decisions on 40 EEO complaints from across the Department.
    - CRCL has reviewed, approved, and issued five reports of investigations into EEO complaints filed by HQ employees and four reports of investigations into EEO complaints filed by an employee from another DHS Component.
    - CRCL has initiated EEO complaint processing in 21 cases.
    - CRCL has initiated EEO investigations in seven cases
    - CRCL has adjudicated requests for amendments in five complaints

2. CRCL and OIDO complaints that overlap are being addressed together.

    - The Offices are investigating 60 disability discrimination complaints, most of which were filed by detainees, and conducting case management meetings twice a week.
    - The Offices reviewed and created complaint files for all new complaints submitted (by mail and online) from March 24, 2025 to the present.

- CRCL issued a decision on a complaint concerning compliance with Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, brought by Plaintiff (CR-015046).
- Lawyers in the Office of the General Counsel continue to assist with review and triage of complaints and refer the most urgent ones to federal staff or contractors to be worked.
- The Offices continue to assist DHS's Privacy Office with FOIA requests and FOIA litigation by locating responsive records.

3. The Offices have referred complaints to TSA for their review and action under a Memorandum of Agreement.
4. The Offices are conducting PREA training on July 8, 2025.
5. CISOMB has reviewed several hundred complaints since the March notice was issued and responded to trend-related inquiries from law firms and advocacy groups.

D. **Discussions with leadership and the component agencies.**

1. CISOMB has regular meetings with USCIS leadership.
2. OIDO and CRCL leadership have met with ICE to understand how detention complaints are being handled by ICE OPR and coordination on complaints received by OIDO and CRCL.
3. OIDO and ICE have also discussed conducting detention facility inspections.
4. CRCL and OIDO met with FEMA Office of Civil Rights to discuss oversight of 504 and Title 6 of the Civil Rights Act and compliance by recipients of federal financial assistance.

Dated: July 2, 2025                                                              Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**Emily M. Hall**
Counsel to the Assistant Attorney General
Civil Division

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on July 2, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*