# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

### JOINT MOTION FOR EXPEDITED DISCOVERY AND BRIEFING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT

Pursuant to the Court's instruction at the June 12, 2025 status conference, the parties to the above action have met and conferred to establish a schedule for conducting discovery in this case. The parties have agreed to limited, reciprocal discovery, including a total of three depositions per side (collectively as to all defendants and all plaintiffs), which may either be Rule 30(b)(6) depositions, depositions of named deponents, or some combination of the two. The parties have also agreed that Defendants will produce an administrative record so that Plaintiffs can prepare a summary judgment motion seeking permanent injunctive relief and that all evidence submitted to date, whether through declarations, as exhibits, or at evidentiary hearings, should be deemed admissible.

Defendants' answer or other response to the complaint is currently due on July 11, 2025. Plaintiffs have agreed to Defendants' request that this deadline be extended until after Plaintiffs have filed their motion for summary judgment, so that Defendants can file a cross-motion for

summary judgment and the parties can brief both motions on a staggered schedule. The parties believe that the expedited discovery and briefing schedule set forth below will allow the Court to decide this case on a full record and issue appropriate declaratory and injunctive relief without undue delay, or dismiss the claims if the Court finds merit in any of Defendants' arguments.

The parties therefore respectfully request that the Court enter the following schedule:

1. **Discovery Requests:** The parties may serve discovery requests on one another on or before **July 23, 2025**.

    a) Plaintiffs shall serve no more than 15 (fifteen) interrogatories, 15 (fifteen) requests for production of documents, and 10 (ten) requests for admission on Defendants, collectively.

    b) Defendants shall serve no more than 15 (fifteen) interrogatories, 15 (fifteen) requests for production of documents, and 10 (ten) requests for admission on Plaintiffs, collectively.

2. **Responses and Objections:** The parties' Responses and Objections to discovery requests shall be due on or before **August 13, 2025**.

3. **Administrative Record:** Defendants shall produce the administrative record required by Local Rule 7(n) on or before **August 22, 2025**.

4. **Motions to Compel:** Any motions to compel further production of documents or responses to discovery requests must be filed with the Court on or before **September 5, 2025**.

5. **Substantial Completion:** Document productions should be made on a rolling basis and should be substantially complete on or before **September 19, 2025**.

6. **Depositions and Close of Limited Discovery Period:** Plaintiffs may take a total of 3

(three) depositions, one relating to each of the three offices at issue in this litigation, and Defendants may also take a total of 3 (three) depositions from Plaintiffs, collectively. Each deposition must be taken within 30 (thirty) days after the deposing party designates the named deponent or, in the case of a Rule 30(b)(6) deposition, within 30 (thirty) days after the producing party indicates the name of the witness or witnesses to be produced. All depositions must be completed by **October 13, 2025,** which shall be the cutoff for this stipulated period of limited discovery.

7. **Plaintiffs' Motion for Summary Judgment:** Plaintiffs may file a motion for summary judgment on or before **November 3, 2025**.

8. **Defendants' Response to Complaint/ Cross-Motion for Summary Judgment:** Defendants' deadline to answer or otherwise respond to the complaint is extended from July 11, 2025, to **November 24, 2025**. If Defendants choose to file a dispositive motion on this date, the parties shall brief cross-motions for summary judgment as follows:

    a) Defendants shall file their opposition to Plaintiffs' motion for summary judgment, along with their cross-motion for summary judgment, on or before **November 24, 2025**.

    b) Plaintiffs shall file their reply in support of their motion for summary judgment, and their opposition to Defendants' motion for summary judgment, on or before **December 8, 2025**.

    c) Defendants shall file their reply in support of their motion for summary judgment on or before **December 22, 2025**.

For the foregoing reasons, the parties jointly request that the Court enter the attached proposed order setting the discovery and briefing schedule described above.

Dated: July 11, 2025                                                    Respectfully submitted,

/s/ Karla Gilbride

| | |
|---|---|
| Michael C. Martinez (DC Bar No. 1686872) | Karla Gilbride (DC Bar No. 1005586) |
| Christine L. Coogle (DC Bar No. 1738913) | Adina H. Rosenbaum (DC Bar No. 490928) |
| Brian D. Netter (DC Bar No. 979362) | Public Citizen Litigation Group |
| Skye L. Perryman (DC Bar No. 984573) | 1600 20th Street NW |
| Democracy Forward Foundation | Washington, DC 20009 |
| P.O. Box 34553 | (202) 588-1000 |
| Washington, DC 20043 | kgilbride@citizen.org |
| (202) 448- 9090 | |

*Counsel for All Plaintiffs*

| | |
|---|---|
| Anthony Enriquez (DDC Bar No. NY0626) | Sarah E. Decker (DDC Bar No. NY0566) |
| Sarah T. Gillman (DDC Bar No. NY0316) | Robert F. Kennedy Human Rights |
| Robert F. Kennedy Human Rights | 1300 19th Street NW, Suite 750 |
| 88 Pine Street, Suite 801 | Washington, DC 20036 |
| New York, NY 10005 | (202) 559-4432 |
| (917) 284- 6355 | |

*Counsel for Plaintiff RFK*

Dated: July 11, 2025                                                    Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**Emily M. Hall**
Counsel to the Assistant Attorney General
Civil Division

/s/Tiberius Davis

4

**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*