# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

## ORDER

Upon consideration of the parties' joint motion for expedited discovery and briefing of cross-motions for summary judgment, the Court grants the motion as follows:

It is hereby ORDERED that the motion is GRANTED; and

It is further ORDERED that all evidence previously submitted in this action by declaration, exhibit, or at evidentiary hearings held in this case, is deemed admissible by stipulation of the parties, and is hereby admitted; and

It is further ORDERED that:

1. **Discovery Requests:** The parties may serve discovery requests on one another on or before **July 23, 2025**.

    a) Plaintiffs shall serve no more than 15 (fifteen) interrogatories, 15 (fifteen) requests for production of documents, and 10 (ten) requests for admission on Defendants, collectively.

  b) Defendants shall serve no more than 15 (fifteen) interrogatories, 15 (fifteen) requests for production of documents, and 10 (ten) requests for admission on Plaintiffs, collectively.

2. **Responses and Objections:** The parties' Responses and Objections to discovery requests shall be due on or before **August 13, 2025**.

3. **Administrative Record:** Defendants shall produce the administrative record required by Local Rule 7(n) on or before **August 22, 2025**.

4. Motions to Compel**:** Any motions to compel further production of documents or responses to discovery requests must be filed with the Court on or before **September 5, 2025**.

5. **Substantial Completion:** Document productions should be made on a rolling basis and shall be substantially complete on or before **September 19, 2025.**

6. **Depositions and Close of Limited Discovery Period:** Plaintiffs may take a total of 3 (three) depositions, one relating to each of the three offices at issue in this litigation, and Defendants may also take a total of 3 (three) depositions from Plaintiffs, collectively. Each deposition must be taken within 30 (thirty) days after the deposing party designates the named deponent or, in the case of a Rule 30(b)(6) deposition, within 30 (thirty) days after the producing party indicates the name of the witness or witnesses to be produced. All depositions must be completed by **October 13, 2025** which shall be the cutoff for this stipulated period of limited discovery.

7. **Plaintiffs' Motion for Summary Judgment:** Plaintiffs may file a motion for summary judgment on or before **November 3, 2025**.

8. **Defendants' Response to Complaint/ Cross-Motion for Summary Judgment:** Defendants' deadline to answer or otherwise respond to the complaint is extended from July 11,

2025, to **November 24, 2025**. If Defendants choose to file a dispositive motion on this date, the parties shall brief cross-motions for summary judgment as follows:

a) Defendants shall file their opposition to Plaintiffs' motion for summary judgment, along with their cross-motion for summary judgment, on or before **November 24, 2025**.

b) Plaintiffs shall file their reply in support of their motion for summary judgment, and their opposition to Defendants' motion for summary judgment, on or before **December 8, 2025**.

c) Defendants shall file their reply in support of their motion for summary judgment on or before **December 22, 2025**.

Accordingly, the Court also **DENIES** Plaintiff's [15] Motion for a Preliminary Injunction as moot.

**SO ORDERED.**

Dated: July 11, 2025

_____
ANA C. REYES
United States District Judge