**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for partial reconsideration of July 11 order (ECF 50), Plaintiffs' motion for a preliminary injunction (ECF 15), and the full record in this case, the Court grants both motions as follows:

It is hereby ORDERED that the motion for a preliminary injunction is GRANTED; and

It is further ORDERED, until further order of this Court, that:

1. Defendants shall maintain and shall not delete, destroy, remove, or impair any data or other records covered by the Federal Records Act, except in accordance with the procedures described in 44 U.S.C. ch. 33;

2. Defendants shall direct that all work of the Department of Homeland Security Office for Civil Rights and Civil Liberties (CRCL), Office of the Citizenship and Immigration Services Ombudsman (CISOM), and Office of the Immigration Detention Ombudsman (OIDO) that was halted or suspended on or after March 21, 2025 shall resume, and that no work activities of CRCL,

CISOM, or OIDO shall be suspended or terminated absent an individualized assessment as to the impact of such a stoppage on the performance of statutory obligations, a consideration of the impact of any such actions on the public, including any reliance interests, and a plan for the orderly winddown of such activity, including for the transfer and/or preservation of data. To ensure that this Court can award full relief at the end of the case, Defendants may not finalize the termination of any such program or activity.

**SO ORDERED.**

Dated: _____, 2025

_____
ANA C. REYES
United States District Judge