7/25/25, 2:25 PM    Robert F. Kennedy Human Rights Mail - Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Traf...

Case 1:25-cv-01270-ACR    Document 51-1    Filed 08/15/25    Page 1 of 1



**ROBERT F. KENNEDY HUMAN RIGHTS**

Sarah Decker <decker@rfkhumanrights.org>

---

## Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ███████ (A#: ███████)

Sarah Decker <decker@rfkhumanrights.org>                                                                 Wed, Jul 16, 2025 at 10:16 AM
To: ███████ <███████>
Cc: Sarah Gillman <gillman@rfkhumanrights.org>, '███████' <███████>, '███████', ███████, Nora Ahmed <Nahmed@laaclu.org>, Matthew Vogel <matt@nipnlg.org>, ███████, "███████" <███████>, CRCLCompliance <CRCLCompliance@hq.dhs.gov>, OIDO_Outreach <OIDO_Outreach@hq.dhs.gov>, DHS-OIG Office of Public Affairs <dhs-oig.officepublicaffairs@oig.dhs.gov>

Good morning ███████ and all,

This morning, July 16, 2025, our client, ███████ (A#: ███████) ('███████ has informed us that she has yet to receive any of the urgent medical needs we outlined in our previous emails. **In addition, she is currently suffering from a fever, chills, and other flu-like symptoms and despite placing a sick call request yesterday, she has not been seen or evaluated by medical personnel. We request ███████ immediate access to an appointment with medical personnel.**

In addition, ███████ has been denied access to her bi-weekly hormone injections and has not had access to her gender-affirming hormone therapy in three weeks. **We request ███████ immediate restoration of access to her hormone treatment.**

**On June 4, 2025, a medical provider at SLIPC referred ███████ to four external medical appointments: (1) infectious disease specialist, (2) oncologist, (3) gynecologist, and (4) transgender care provider. This referral is reflected in her SLIPC medical records. Yet, as of today's date, June 18, 2025, ███████ has been denied access to these urgently prescribed medical appointments.**

We again reiterate our requests for the following urgent unaddressed medical needs:

1. That ███████ be provided with immediate access to an external medical provider equipped to treat her post-vaginoplasty surgical site and/or her medical team at CrescentCare Health;
2. That ███████ be provided with two Boost protein supplement shakes per day;
3. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ███████ and unaddressed high risk of colon cancer;
4. That ███████ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts;
5. That ███████ access to her ███████ mental health medication be immediately restored.

Please let us know if you have any questions and thank you for your attention to this urgent matter.

Thank you.

All the best,

Sarah