| | |
|---|---|
| **From:** | ▇▇▇▇▇▇▇ |
| **To:** | "ERO CRCL" |
| **Cc:** | CRCL Medical Referral |
| **Subject:** | RE: CRCL Medical Notification: South Louisiana ICE Processing Center (CR-023578) |
| **Date:** | Monday, July 7, 2025 9:16:00 AM |
| **Attachments:** | Re__[EXTERNAL]_FW__Subject__URGENT__Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re ▇▇▇▇▇▇ a_k_a ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (A#▇▇▇▇▇▇).pdf |

Dear ERO,

This is to notify you about the following medical-related allegation from an alien in ICE detention. On July 2, 2025, CRCL received supplemental correspondence from Complainant alleging that the alien has still not received care for her urgent medical needs. Complainant alleged that despite submitting several requests for medical care, the alien was informed that she would not be evaluated because she "refused care." Complainant claimed that the alien has never refused care but instead filed several complaints against ▇▇▇▇▇▇ for changing her course of treatment without her informed consent.

CRCL is forwarding this information for ERO's consideration and action, if any, as it deems appropriate.

Please let me know if you have any questions or need additional information.

Thanks,

▇▇▇▇▇

▇▇▇▇▇▇
Contract Support Investigator
Department of Homeland Security
Compliance Branch/Office for Civil Rights and Civil Liberties
▇▇▇▇▇▇

This message may contain information that is confidential, deliberative, law enforcement sensitive and/or otherwise protected from public disclosure. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5),(b)(6), and/or (b)(7).

**From:** ▇▇▇▇▇▇▇▇
**Sent:** Friday, June 27, 2025 1:34 PM
**To:** ERO CRCL ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:** CRCL Medical Referral <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** CRCL Medical Notification: South Louisiana ICE Processing Center (CR-023578)

Dear ERO,

This is to notify you about the following medical-related allegation from an alien in ICE detention. On June 27, 2025, CRCL received an email correspondence from Sarah Gillman from Robert F. Kennedy Human Rights on behalf of ▮▮▮▮▮ (A▮▮▮▮▮), an alien in ICE custody at South Louisiana ICE Processing Center. Complainant made the following allegations:

1. As of June 26, 2025, the alien had not received medical care.
2. On June 4, 2025, medical at the facility referred the alien to an infectious disease specialist, an oncologist, a gynecologist, and a transgender care provider, but as of June 18, 2025, the alien had not been seen by any of the recommended specialists.
3. The alien continues to experience severe pain, and a foul-smelling discharge from her "vaginoplasty surgical site, indicating strong likelihood of a potentially life-threatening infection." The alien's appointment with an infectious disease special was cancelled on June 11, 2025, due to "violations of her privacy."
4. The alien's mental health medication was changed from ▮▮▮▮ by an unidentified mental health provider without her consent, resulting in an "increase of her ▮▮▮ symptoms."

CRCL is forwarding this information for ERO's consideration and action, if any, as it deems appropriate.

Please let me know if you have any questions or need additional information.

Thanks,

▮▮▮▮

▮▮▮▮
Contract Support Investigator
Department of Homeland Security
Compliance Branch/Office for Civil Rights and Civil Liberties
▮▮▮▮

This message may contain information that is confidential, deliberative, law enforcement sensitive and/or otherwise protected from public disclosure. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5),(b)(6), and/or (b)(7).