| | |
|---|---|
| **From:** | Sarah Decker |
| **To:** | ▉ |
| **Cc:** | ▉ CRCLCompliance |
| **Subject:** | Re: [EXTERNAL] FW: Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ▉ a/k/a ▉ (A#: ▉ |
| **Date:** | Wednesday, July 2, 2025 10:04:25 AM |

Good morning ▉ and all,

This morning, July 2, 2025, our client, ▉ (A#: ▉) ("▉"), has informed us that she has yet to receive any of the urgent medical needs we outlined in our previous emails. She has placed multiple sick call requests via the tablet this week and has been informed by SLIPC staff that she will not be evaluated in the medical unit because she has "refused care." This is false. ▉ has not "refused care" but rather has filed multiple complaints against one medical personnel at the facility, ▉, who has repeatedly violated our client's rights by changing her course of medical treatment without her consent or knowledge and has demonstrated an inability to address her complex medical needs related to her status as a transgender woman. ▉ has been referred to multiple external medical providers, as outlined below, and has yet to be transported by SLIPC to these medically required and urgent appointments, that have been pending for *weeks*.

She continues to experience severe pain and concerning, foul smelling discharge at her vaginoplasty surgical site, indicating strong likelihood of a potentially life-threatening infection. Her appointment with an infectious disease specialist (cancelled due to violations of her privacy on June 11, 2025) has not been rescheduled. In addition, ▉ reports that a medical provider, ▉, at SLIPC who is not her mental health provider again changed her mental health medication without her consent, leading to an increase in ▉ symptoms. We request that she is immediately provided restored access to her ▉ mental health medication, prescribed by the mental health personnel at SLIPC, and critical to the management of her ▉ which has led to suicidality in the past.

**On June 4, 2025, a medical provider at SLIPC referred ▉ to four external medical appointments: (1) infectious disease specialist, (2) oncologist, (3) gynecologist, and (4) transgender care provider. This referral is reflected in her SLIPC medical records. Yet, as of today's date, June 18, 2025, ▉ has been denied access to these urgently prescribed medical appointments.**

We again reiterate our requests for the following urgent unaddressed medical needs:

1. That ▉ be provided with immediate access to an external medical provider equipped to treat her post-vaginoplasty surgical site and/or her medical team at CrescentCare Health;
2. That ▉ be provided with two Boost protein supplement shakes per day;
3. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ▉ documented and unaddressed high risk of colon cancer;
4. That ▉ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts;
5. That ▉'s access to her ▉ mental health medication be immediately restored.

Please let us know if you have any questions and thank you for your attention to this urgent

matter.

Thank you.

On Fri, Jun 27, 2025 at 11:26 AM ███████ ███████████████████████ wrote:

> Received and forwarded to appropriate staff to review.
>
> ███████
>
> ███████████ - New Orleans Field Office
>
> Enforcement and Removal Operations
>
> Immigration and Customs Enforcement
>
> **From:** Sarah Gillman <gillman@rfkhumanrights.org>
> **Sent:** Friday, June 27, 2025 10:00 AM
> **To:** Sarah Decker <decker@rfkhumanrights.org>
> **Cc:** ████████████████████████>; ████████████████████████████████>; ███████████████>; ██████████████████>; Nora Ahmed <Nahmed@laaclu.org>; Matthew Vogel <matt@nipnlg.org>; ████████████████████████████>; CRCLCompliance <CRCLCompliance@hq.dhs.gov>
> **Subject:** Re: [EXTERNAL] FW: Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ███████ a/k/a ███████ (A#: ███████)
>
> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.
>
> Good morning ████████
>
> Our client, ████████ (A#: ██████████) ("███"), has informed us that as of yesterday, June 26, 2025, she has yet to receive any of the urgent medical needs we outlined in our previous email. She continues to experience severe pain and concerning, foul smelling discharge at her vaginoplasty surgical site, indicating strong likelihood of a potentially life-threatening infection. Her appointment with an infectious disease specialist (cancelled due to violations of her privacy on June 11, 2025) has not been rescheduled. In addition, ███ reports that a medical provider at SLIPC who is not her mental health provider again changed her mental health medication without her consent, leading to an increase in ███ symptoms. We request that she is immediately provided restored access to her mental health medication, prescribed by the mental health personnel at SLIPC, and critical to the management of her ███, which has led to suicidality in the past.
>
> **On June 4, 2025, a medical provider at SLIPC referred ███ to four external medical appointments: (1) infectious disease specialist, (2) oncologist, (3) gynecologist, and (4)**

<u>transgender care provider. This referral is reflected in her SLIPC medical records. Yet, as of today's date, June 18, 2025, ▮ has been denied access to these urgently prescribed medical appointments.</u>

We again reiterate our requests for the following urgent unaddressed medical needs:

    1. That ▮ be provided with immediate access to an external medical provider equipped to treat her post-vaginoplasty surgical site and/or her medical team at CrescentCare Health;

    2. That ▮ be provided with two Boost protein supplement shakes per day;

    3. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ▮'s documented and unaddressed high risk of colon cancer;

    4. That ▮ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts;

    5. That ▮'s access to her ▮ mental health medication be immediately restored.

In addition to the foregoing, ▮ advised today that the unit she is housed in is extremely cold and we have previously written to you all about this issue and the adverse impact it can have on ▮ health.

Please let us know if you have any questions and thank you for your attention to this urgent matter.

Thank you.

Sarah.

**Sarah T. Gillman**

Director of Strategic U.S. Litigation

U.S. Advocacy & Litigation

Robert F. Kennedy Human Rights

E: gillman@rfkhumanrights.org

W: rfkhumanrights.org

Twitter | Facebook | Instagram

**EXPOSE INJUSTICE.
TEACH CHANGE.
SHAPE HISTORY.**

On Wed, Jun 18, 2025 at 8:56 AM Sarah Decker <decker@rfkhumanrights.org> wrote:

Thank you, ▇

**Sarah Decker (she/her)**

Staff Attorney

U.S. Advocacy & Litigation

Robert F. Kennedy Human Rights

T: 908-967-3245

E: decker@rfkhumanrights.org

W: rfkhumanrights.org

Twitter | Facebook | Instagram

**EXPOSE INJUSTICE.
TEACH CHANGE.
SHAPE HISTORY.**

On Wed, Jun 18, 2025 at 8:53 AM ▇ ▇ > wrote:

> Your concerns have been relayed to the facility medical staff.
>
> ▇
>
> ▇ - New Orleans Field Office
>
> Enforcement and Removal Operations
>
> Immigration and Customs Enforcement
>
> ---
>
> **From:** Sarah Decker <decker@rfkhumanrights.org>
> **Sent:** Wednesday, June 18, 2025 7:45 AM
> **To:** ▇ >
> **Cc:** Sarah Gillman <gillman@rfkhumanrights.org>; ▇ < ▇ ▇ Nora Ahmed <Nahmed@laaclu.org>; Matthew Vogel <matt@nipnlg.org>; ▇ ▇
> **Subject:** Re: [EXTERNAL] FW: Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ▇ a/k/a ▇ (A#: ▇ )

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning ▇▇▇,

Our client, ▇▇▇ (A#: ▇▇▇) ("▇▇▇"), has informed us that as of yesterday, June 17, 2025, she has yet to receive any of the urgent medical needs we outlined in our previous email. She continues to experience severe pain and concerning, foul smelling discharge at her vaginoplasty surgical site, indicating strong likelihood of a potentially life-threatening infection. Her appointment with an infectious disease specialist (cancelled due to violations of her privacy on June 11, 2025) has not been rescheduled. In addition, ▇▇▇ reports that a medical provider at SLIPC who is not her mental health provider again changed her mental health medication without her consent, leading to an increase in ▇▇▇ symptoms. We request that she is immediately provided restored access to her ▇▇▇ mental health medication, prescribed by the mental health personnel at SLIPC, and critical to the management of her ▇▇▇ which has led to suicidality in the past.

**On June 4, 2025, a medical provider at SLIPC referred ▇▇▇ to four external medical appointments: (1) infectious disease specialist, (2) oncologist, (3) gynecologist, and (4) transgender care provider. This referral is reflected in her SLIPC medical records. Yet, as of today's date, June 18, 2025, ▇▇▇ has been denied access to these urgently prescribed medical appointments.**

We again reiterate our requests for the following urgent unaddressed medical needs:

1. That ▇▇▇ be provided with immediate access to an external medical provider equipped to treat her post-vaginoplasty surgical site and/or her medical team at CrescentCare Health;
2. That ▇▇▇ be provided with two Boost protein supplement shakes per day;
3. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ▇▇▇ documented and unaddressed high risk of colon cancer;
4. That ▇▇▇ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts;
5. That ▇▇▇s access to her ▇▇▇ mental health medication be immediately restored.

Please let us know if you have any questions and thank you for your attention to this urgent matter.

All the best,

Sarah

On Thu, Jun 12, 2025 at 1:51 PM ▇▇▇ wrote:

> Received and sent to the appropriate facility staff for review.

▇▇▇▇

▇▇▇▇ - New Orleans Field Office

Enforcement and Removal Operations

Immigration and Customs Enforcement

Cell: ▇▇▇▇

---

**From:** Sarah Gillman <gillman@rfkhumanrights.org>
**Sent:** Thursday, June 12, 2025 11:14 AM
**To:** Sarah Decker <decker@rfkhumanrights.org>
**Cc:** ▇▇▇▇ ▇▇▇▇>; ▇▇▇▇, ▇▇▇▇>; Nora Ahmed <Nahmed@laaclu.org>; Matthew Vogel <matt@nipnlg.org>; ▇▇▇▇ ▇▇▇▇>
**Subject:** Re: [EXTERNAL] FW: Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ▇▇▇▇ a/k/a ▇▇▇▇ (A#: ▇▇▇▇)

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear ▇▇▇▇,

Sarah Decker and I just met with ▇▇▇▇ at SLIPC in person and we are writing to you about the fact that she was denied her right to privacy in a medical appointment that she was brought to on June 11, 2025. ▇▇▇▇ was brought to an infectious diseases specialist by SLIPC Officers and during the appointment the SLIPC officers (one male and one female) refused to leave the examination room and stand outside of the door. As such, ▇▇▇▇ did not have any privacy to be examined by the doctor and to discuss her medical issues including her ▇▇▇▇ status. Therefore, we are writing to request that the appointment be rescheduled, that the SLIPC officers be instructed to not remain in the examination room and that at all future outside medical appointments SLIPC officers and/or ICE officers not remain in the room. ▇▇▇▇ must have privacy to discuss her medical issues including, but not limited to, her ▇▇▇▇ status and to be able to have a physical examination.

In addition, we are also again requesting the following:

    1. That ▇▇▇▇ be provided with immediate access to an external medical provider equipped to treat her post-vaginoplasty surgical site and/or her medical team at CrescentCare Health;

    2. That ▇▇▇▇ be provided with two Boost protein supplement shakes per

day;

3. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ▮'s documented and unaddressed high risk of colon cancer;

4. That ▮ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts;

5. That ▮'s access to her ▮ mental health medication be immediately restored.

Finally, we are requesting that ▮ be scheduled as soon as possible for the other two external medical appointments that were scheduled by the SLIPC medical staff including 1) with an oncologist to diagnosis and treat her suspected colon cancer and 2) an appointment with an external medical provider to diagnosis and treat her suspected life-threatening infection at her vaginoplasty site. ▮ is experiencing extreme pain and foul smelling discharge at her vaginoplasty site.

Thank you.

Sarah.

**Sarah T. Gillman**

Director of Strategic U.S. Litigation

U.S. Advocacy & Litigation

Robert F. Kennedy Human Rights

E: gillman@rfkhumanrights.org

W: rfkhumanrights.org

Twitter | Facebook | Instagram

**EXPOSE INJUSTICE.
TEACH CHANGE.
SHAPE HISTORY.**

On Tue, Jun 3, 2025 at 6:37 PM Sarah Decker <decker@rfkhumanrights.org> wrote:

> Thank you, ▮.
>
> On Tue, Jun 3, 2025 at 6:35 PM ▮ ▮ wrote:
>
>> Thanks for letting me know Sarah. I will follow up with the Health Services Administrator and Facility Administrator.

v/r,

███

Sent with BlackBerry Work
(www.blackberry.com)

---

**From:** Sarah Decker <decker@rfkhumanrights.org>

**Date:** Tuesday, Jun 03, 2025 at 5:20 PM

**To:** ███

**Cc:** ███, ███, Nora Ahmed <Nahmed@laaclu.org>, Matthew Vogel <matt@nipnlg.org>, ███, Sarah Gillman <gillman@rfkhumanrights.org>

**Subject:** Re: [EXTERNAL] FW: Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ███ a/k/a ███ (A#: ███)

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good afternoon ███

Our client, ███ (A#: ███) ("███"), has informed us that as of today, June 3, 2025, she has yet to receive any of the urgent medical needs we outlined in our previous email. She continues to experience severe pain and concerning, foul smelling discharge at her vaginoplasty surgical site, indicating strong likelihood of a potentially life-threatening infection. She has placed multiple sick call requests, but has yet to be evaluated or treated by medical personnel at SLIPC.

We therefore respectfully reiterate our urgent requests for the following:

> 1. That ███ be provided with immediate access to an external medical provider equipped to treat her post-vaginoplasty surgical site and/or her medical team at CrescentCare Health;
>
> 2. That ███ be provided with two Boost protein supplement shakes per day;
>
> 3. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ███ documented and unaddressed high risk of colon cancer;

    4. That ▆ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts;

    5. That ▆ be provided with a lower bunk accommodation, given her mobility issues;

    6. That ▆'s access to her ▆ mental health medication be immediately restored.

All the best,

Sarah

On Fri, May 30, 2025 at 8:01 PM Sarah Decker <decker@rfkhumanrights.org> wrote:

> Thank you, ▆, we appreciate it.
>
> **Sarah Decker (she/her)**
>
> Staff Attorney
>
> U.S. Advocacy & Litigation
>
> Robert F. Kennedy Human Rights
>
> T: 908-967-3245
>
> E: decker@rfkhumanrights.org
>
> W: rfkhumanrights.org
>
> Twitter | Facebook | Instagram
>
> **EXPOSE INJUSTICE.**
> **TEACH CHANGE.**
> **SHAPE HISTORY.**
>
> On Fri, May 30, 2025 at 8:00 PM ▆ wrote:
>
>> Received and sent to the appropriate medical staff.
>>
>> Sent with BlackBerry Work (www.blackberry.com)
>>
>> ---
>>
>> **From:** Sarah Decker <decker@rfkhumanrights.org>
>>
>> **Date:** Friday, May 30, 2025 at 6:34 PM

**To:** █████████ █████████

**Cc:** █████████ █████████ >, █████████ █████████ █████████ >, Nora Ahmed <Nahmed@laaclu.org>, Matthew Vogel <matt@nipnlg.org>, █████████ █████████ >, Sarah Gillman <gillman@rfkhumanrights.org>

**Subject:** Re: [EXTERNAL] FW: Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ████████ a/k/a ████████████████ (A#: ████████ )

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good afternoon ████████

I am reaching out regarding an urgent update on the medical needs of our client, ████████ (A#: ████████ ) ("████"). On this date, ████ reported that her wound site following her gender-affirming vaginoplasty surgery is causing her significant pain and she is experiencing discharge with a foul odor, indicating likely infection. When she reported this to the medical personnel at the South Louisiana ICE Processing Center ("SLIPC"), they indicated that they are not equipped to treat her medical needs and have no understanding of post-vaginoplasty medical care. In addition, ████ is experiencing significant pain and difficulty in performing her medically required dilation treatments. **We urgently request that ████ be taken to an external medical provider with the ability to assess and treat her post-vaginoplasty surgical site as soon as possible before she develops further and potentially life-threatening complications of infection.** Her medical team at CrescentCare Health (*See* ████ Medical Letter) is willing and able to provide diagnostic care and treatment, should ICE arrange ████'s transportation to their clinic. Please let us know if any additional information is needed.

In addition, as of this date, ████ has not received any Boost protein supplement shakes, despite repeated prescription by the mental health staff at SLIPC. She has also not been provided with access to an oncology appointment to assess her high risk of colon cancer. Without her consent, ████'s ████ prescription was terminated by the medical staff at SLIPC (not the mental health staff) and replaced with a different medication, Mirtazapine, that has heightened her ████ symptoms. Finally, ████ has reported that officers at SLIPC have made repeated attempts to move her to an upper bunk in the dorm, despite the fact that she has mobility issues related to a prior injury and surgery on her left ankle, where she had a metal rod surgically inserted. As a result, ████ cannot put excess weight on her ankle and requires a lower bunk accommodation.

We therefore respectfully reiterate our urgent requests for the following:

1. That ▉ be provided with immediate access to an external medical provider equipped to treat her post-vaginoplasty surgical site and/or her medical team at CrescentCare Health;

2. That ▉ be provided with two Boost protein supplement shakes per day;

3. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ▉'s documented and unaddressed high risk of colon cancer;

4. That ▉ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts;

5. That ▉ be provided with a lower bunk accommodation, given her mobility issues;

6. That ▉'s access to her Zoloft mental health medication be immediately restored.

All the best,

Sarah

On Fri, May 23, 2025 at 11:48 AM Sarah Decker <decker@rfkhumanrights.org> wrote:

> Thank you, DFOD Ladwig.
>
> On Fri, May 23, 2025 at 10:29 AM ▉ <▉> wrote:
>
>> Received and sent to the appropriate medical staff to review.
>>
>> ▉
>>
>> ▉ - New Orleans Field Office
>>
>> Enforcement and Removal Operations
>>
>> Immigration and Customs Enforcement
>>
>> **From:** Sarah Decker <decker@rfkhumanrights.org>
>> **Sent:** Friday, May 23, 2025 7:58 AM
>> **To:** ▉ <▉>; ▉ <▉>
>> **Cc:** ▉ <▉>; ▉ <▉>; Nora Ahmed <Nahmed@laaclu.org>; Matthew Vogel <matt@nipnlg.org>;

███████ ████████████████████ >; Sarah Gillman <gillman@rfkhumanrights.org>
Subject: Re: [EXTERNAL] FW: Subject: URGENT: Notification of Need to Accommodate Complex Medical Needs of Transgender Trafficking Survivor, Re: ███████ a/k/a ████████████ (A#: ████)

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Good morning ████ and ████

I am reaching out regarding our client, ████ (A#: ████) ("████"), who is currently detained at the South Louisiana ICE Processing Center ("SLIPC") in Basile.

As previously set forth in a medical letter by ████ medical provider, ████ ("████ Medical Letter"), because ████ is currently undergoing hormone treatment that impacts her bone density, it is particularly critical that she have access to a nutritious diet that includes sufficient protein. ████ has been unable to access sufficient protein and as a result, has lost weight and is experiencing significant weakness. ████ has made three sick call requests to receive Boost high protein shakes available at SLIPC, but has not received any medical appointment or consultation with a medical provider. In addition, she has also not yet received the specialist care required to monitor her documented risk of cancer, as noted in the ████ Medical Letter. ████ also reports that when she receives her dilation treatments at SLIPC, she is held in an isolation cell for extended periods of time after her treatment has concluded, causing her to suffer severe post traumatic stress disorder episodes. We therefore respectfully request the following:

1. That ████ be provided with two Boost protein supplement shakes per day;
2. That ICE immediately arrange an external appointment with an oncologist for diagnostic care to access ████'s documented and unaddressed high risk of colon cancer; and
3. That ████ be escorted out of the isolation cell at SLIPC immediately following her 20 minute dilation treatment to avoid severe mental health impacts.

Thank you for your attention to this matter and please let us know if any additional information is required.

All the best,

Sarah Decker

On Fri, Mar 21, 2025 at 9:19 AM Sarah Decker <decker@rfkhumanrights.org> wrote:

> Good morning ▒▒▒▒ and ▒▒▒▒
>
> I am reaching out to advise that our client, ▒▒▒▒ (A#: ▒▒▒▒-▒▒▒▒) ("▒▒▒▒"), reported that yesterday, March 20, 2025 an officer approached ▒▒▒▒ in the housing unit about her chest tightness and cough and ▒▒▒▒ requested access to a medical appointment. ▒▒▒▒ was brought to medical and her vitals were taken. However, at approximately 3:00 pm CST, when the nurse approached the facility doctor to request that ▒▒▒▒ be seen, the doctor refused and ▒▒▒▒ heard him state "I don't have time for that." ▒▒▒▒ was then instructed by the nurse to fill out a sick call request and was brought back to her housing unit. She immediately placed a sick call request but has yet to be evaluated by a medical doctor. **▒▒▒▒s current symptoms, including chest tightness and a worsening cough, indicate that she is in urgent need of imaging to monitor her high risk of tuberculosis infection and pulmonary infections. We reiterate our request that ▒▒▒▒ be provided immediate access to a chest x-ray to diagnose and monitor her pulmonary symptoms.**
>
> As of this date, ▒▒▒▒ continues to be denied access to her Estradiol Valerate (gender-affirming hormone medication). She has also not yet received the specialist care required to monitor her documented risk of cancer. Arely continues to suffer from insomnia and anxiety and as is set forth in ▒▒▒▒ Medical Letter, she should be prescribed Hydroxyzine medication.
>
> We request that ▒▒▒▒ be provided with immediate access to: (1) imaging to monitor her risk of tuberculosis pulmonary infections and a medical evaluation of her chest tightness and related symptoms; (2) imaging and access to an appointment with an oncologist to monitor her documented high risk of cancer; and (3) access to Hydroxyzine medication.
>
> Thank you for your attention to this matter.
>
> All the best,
>
> Sarah
>
> On Thu, Mar 20, 2025 at 9:35 AM Sarah Decker <decker@rfkhumanrights.org> wrote:
>
>> Good morning ▒▒▒▒ and ▒▒▒▒:
>>
>> I am reaching out to advise that we just spoke with our client,