# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>PLAINTIFFS,<br><br>V.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY,<br><br>DEFENDANTS. | CIVIL ACTION NO. 25-1270-ACR |

## CERTIFICATION

My name is Juliana Blackwell. I am employed with the U.S. Department of Homeland Security, as the Deputy Executive Secretary. I am responsible for the oversight and management of the Office of the Executive Secretary, which oversees the management of written communication intended for, and originated by, the Secretary and Deputy Secretary of Homeland Security and maintains official Department records. I have held this position since August 2019.

I am the custodian of the decision document entitled *Reduction in Force for the Office of Immigration Detention Ombudsman, Office of Civil Rights and Civil Liberties, and Offices of the Citizenship and Immigration Services Ombudsman*, and of a copy of the administrative record for this decision for DHS. I certify that, to the best of my knowledge, information, and belief, the attached index contains the non-privileged documents considered by DHS, and that these documents constitute the administrative record the agency considered. Deliberative and

predecisional documents and material subject to privilege are not part of the Administrative Record.

Executed this 22nd day of August, 2025 in Washington, D.C.

                                                                            _____

Juliana Blackwell
Deputy Executive Secretary
Office of the Executive Secretary
U.S. Department of Homeland Security