**Index for the Certified Administrative Record for the Reductions in Force at the Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman**

| Number | Title | Bates Number |
|---|---|---|
| 1 | Memorandum from R.D. Alles, Deputy Under Secretary for Management, *For Approval: Reduction in Force for Office of Immigration Detention Ombudsman, Office of Civil Rights and Civil Liberties, and Offices of the Citizenship and Immigration Services Ombudsman* | 000001 |
| 2 | Notional: Timelines – HQ Reductions in Force | 000005 |
| 3 | Statutory Authorities for Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman | 000007 |
| 4 | Memorandum from Russel T. Vought, Director, Office of Management and Budget, *Guidance on Agency RIF and Reorganization Plans Requested by Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative* | 000009 |
| 5 | March 18, 2025 Letter to Director Vought regarding 60-Day review of the Department prior to submitting a more comprehensive Agency RIF and Reorganization Plan | 000016 |
| 6 | Memorandums from Roland Edwards, Chief Human Capital Officer, *RIF – Request for Establishment of Competitive Areas*, *Request for Exception to the 60-Day RIF Notice Requirement* | 000018 |
| 7 | Organizational Charts | 000022 |
| 8 | Memorandum from Charles Ezell, Acting Director, U.S. Office of Personnel Management, *Initial Guidance Regarding DEIA Executive Orders* | 000032 |
| 9 | Memorandum from Charles Ezell, Acting Director, U.S. Office of Personnel Management, *Guidance on Probationary Periods, Administrative Leave and Details* | 000036 |