UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**SECOND DECLARATION OF KARLA GILBRIDE**

I, Karla Gilbride, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. I am an attorney at Public Citizen Litigation Group and counsel for the plaintiffs in this action.

2. Attached as Exhibit A is a true and accurate printout of an archived webpage captured by the Internet Archive, web.archive.org, for the url myoido.dhs.gov as it existed on June 12, 2025. I printed out this archived webpage on August 21, 2025.

3. When visiting the current version of myoido.dhs.gov on August 22, 2025, I noticed several key differences from the version of that webpage saved to the Internet Archive on June 12, 2025. For one thing, the current version of the webpage no longer mentions the ability to make complaints in person at detention facilities, and no longer includes a link to a paper intake form that can be submitted via mail or email. It also no longer includes a button to translate the page's contents, including the online complaint form, into Spanish.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2025

/s/ Karla Gilbride

# EXHIBIT A



U.S. Department of Homeland Security

# myOIDO

**En español**

File complaints through myOIDO about any immigration detention facility nationwide. myOIDO is available in English and Spanish.

The paper case intake form (/web/20250612234349/https://www.dhs.gov/requesting-assistance-oido) is available in additional languages if required. It can be submitted by mail or email. OIDO will examine the issues and address the matter to the best of our ability.

↗ Close all    ↗ Open all

**myOIDO Case Submission**

## Who Should Use myOIDO?

- A current or former detained alien who is seeking assistance regarding something that occurred, or is occurring, in immigration detention.
- An individual submitting on behalf of a current or former detained alien. This may include a family member or a legal representative.
    - Attorneys and accredited representatives must complete and submit a signed Form G-28 (Notice of Entry of Appearance as Attorney or Accredited Representative) (https://web.archive.org/web/20250612234349/https://www.uscis.gov/g-28) to receive updates and case specific information from OIDO.
    - Case submitters who are not attorneys or accredited representatives must complete and submit a signed ICE Form 60-001 (Privacy Waiver Authorizing Disclosure to a Third Party) (https://web.archive.org/web/20250612234349/https://www.ice.gov/forms), to receive updates and case information from OIDO.
- An individual submitting an anonymous concern.

## Tips for Submitting a Complaint

**What to include**: When preparing to file a complaint by/on behalf of a detained alien, please ensure you have the following information:

- The alien's name,
- The alien's A-Number,
- The name of the facility where the alien is/was detained, and
- A description of what happened.

Including all this information in your complaint helps OIDO address the incident in a timely manner. Be as specific as possible. Include what happened and who was there.

If you have a general, nonspecific concern, please email OIDO_Outreach@hq.dhs.gov (https://web.archive.org/web/20250612234349/mailto:OIDO_Outreach@hq.dhs.gov) .

**If there is more than one complaint:** Separate incidents should be filed as separate complaints. Please file one complaint for each problem. For example, a complaint about facility maintenance would be filed separately from a complaint about inadequate medical care, even if the two incidents are about the same detained alien.

OIDO does not review or adjudicate requests to reconsider the determination to detain an alien, the reasons for immigration detention, the denial of a request for release from immigration detention (including parole or bond), or the standards for considering requests for release.

Complaints about immigration benefits should be directed to USCIS (https://web.archive.org/web/20250612234349/https://www.uscis.gov/) . OIDO can only look into immigration detention conditions, such as if an alien is being wrongfully prevented from submitting a request for release by CBP or ICE officials, etc.

**When filing on behalf of someone else**: G-28s (Notice of Entry of Appearance as Attorney or Accredited Representative) (https://web.archive.org/web/20250612234349/https://www.uscis.gov/g-28) and ICE Form 60-001 (Privacy Waiver Authorizing Disclosure to a Third Party) (https://web.archive.org/web/20250612234349/https://www.ice.gov/forms) cannot be submitted directly through the myOIDO portal. If you are filing a complaint on behalf of someone else through the myOIDO portal, you will receive a confirmation notification via email. To submit the G-28/privacy waiver, please attach it in a response to that email.

If you are filing a complaint on behalf of someone else, please ensure that they are aware of the complaint. If the alien does not want the incident to be addressed, OIDO will close the complaint.

**When filing in a foreign language**: Filing a complaint in a language other than English or Spanish may delay the case. Incidents that require urgent attention should be submitted in a complaint written in English, when possible.

**What to expect**: Once a complaint is filed, a case will be created. You may not receive an update regarding your complaint until the case is closed.

## OIDO Case Intake Form (Paper) Submissions

We encourage submitters to use myOIDO online to submit complaints. The paper Case Intake Form (/web/20250612234349/https://www.dhs.gov/publication/oido-case-intake-form-dhs-form-405-resources) is available in additional languages if required.

- Type or print clearly in black or blue ink.
- If you need extra space, you may attach additional pages.
- For questions that do not apply, please write "N/A."
- Please attach **copies** of any documents that will help OIDO review the case. Do not send original documents.

The OIDO Case Intake Form (/web/20250612234349/https://www.dhs.gov/publication/oido-case-intake-form-dhs-form-405-resources) is not required to submit a case to OIDO, and it is not required that all fields be completed. However, a properly completed form ensures that OIDO has the necessary information to assist with a case. If you do not use the form, or do not complete all fields, you may experience a delay in the processing of your case.

There is no fee for submitting a request to OIDO.

**How to submit the OIDO paper Case Intake Form (DHS Form 405):**

Please submit your completed, signed, and dated OIDO Paper Case Intake Form (DHS Form 405) (https://web.archive.org/web/20250612234349/https://www.dhs.gov/now-leaving?external_url=https%3A%2F%2Fpublication%2Foido-case-intake-form-dhs-form-405-resources&back_url=https%3A%2Fwww.dhs.gov%2Fmyoido) , including any supporting documentation, to the Office of the Immigration Detention Ombudsman by:

- **E-Mailing** the OIDO Case Intake Form as an attachment to: DetentionOmbudsman@hq.dhs.gov (https://web.archive.org/web/20250612234349/mailto:DetentionOmbudsman@hq.dhs.gov)
- **U.S. mail and/or expedited delivery services to:**

Office of the Immigration Detention Ombudsman (OIDO)
Mail Stop 0134
Department of Homeland Security
Washington, DC 20528-0134
ATTN: OIDO Case Intake Form (DHS Form 405)

**Note:**

Due to security measures with the U.S. Government mail system, cases mailed (even those sent by expedited delivery services) may be delayed.

Only intake forms and case-related materials should be sent to DetentionOmbudsman@hq.dhs.gov (https://web.archive.org/web/20250612234349/mailto:DetentionOmbudsman@hq.dhs.gov) .

For all other inquiries, please contact: OIDO_Outreach@hq.dhs.gov (https://web.archive.org/web/20250612234349/mailto:OIDO_Outreach@hq.dhs.gov).

## FAQs About Submitting a Complaint

- **How Does OIDO Receive Complaints?**
    - OIDO accepts in-person complaints from detained aliens at many U.S. Immigration and Customs Enforcement (ICE) and U.S. Customs and Border Protection (CBP) facilities. To find out which facilities we are in, please refer to our map (https://web.archive.org/web/20250612234349/http://www.dhs.gov/oido-locations).
    - Family, legal representatives, or other advocates may submit a complaint online (https://web.archive.org/web/20250612234349/https://www.dhs.gov/myoido) in English or Spanish or with our paper Case Intake Form (/web/20250612234349/https://www.dhs.gov/publication/oido-case-intake-form-dhs-form-405), available in multiple languages. The paper form may be sent to OIDO by email or mail. Forms sent by email will be processed more quickly than those received in the mail.
- **Can I submit a complaint anonymously?**
    - Yes, complaints can be submitted by an anonymous person and/or on behalf of an anonymous detained alien.
- **Can I submit a complaint by phone?**
    - No. Cases can only be filed in person, through myOIDO, by email, or mail.
- **Will I receive confirmation that you received my complaint?**
    - Yes. When you provide an email address, you will receive:
        - An email confirmation with a case number.
        - An email providing details about case resolution, if we have received the required consent forms.
        - We may also send requests for additional information or other correspondence while reviewing a case.

## FAQs About Submitting a Complaint via myOIDO

- **How long do I have to complete the form?**
    - myOIDO will time out after 20 minutes of inactivity. The complaint will save after each section as long as you remain active. It will not be saved if you are inactive for 20 minutes.
- **How long will it take to complete the form through myOIDO?**
    - About 20 minutes.
- **Who can I contact if I am having technical difficulties submitting a case through myOIDO?**
    - Please email myOIDOHelpDesk@hq.dhs.gov (https://web.archive.org/web/20250612234349/mailto:myOIDOHelpDesk@hq.dhs.gov).
- **Is the myOIDO portal available in other languages?**
    - myOIDO is available in English and Spanish. More languages will be coming in the future. If you need another language, please see our paper Case Intake Form (/web/20250612234349/https://www.dhs.gov/requesting-assistance-oido) s.
- **Can I save my case on myOIDO and complete it later?**
    - No, you cannot save a case and come back to it later. If you leave the page or are inactive for more than 20 minutes, the page will time out, and your data will be unavailable.
- **What supporting documents do I need to provide?**
    - Some examples:
        - Copies of documents, photographs, narratives, or other materials in support of the case.
        - Form G-28 (Notice of Entry of Appearance as Attorney or Accredited Representative) (https://web.archive.org/web/20250612234349/https://www.uscis.gov/g-28), if you are an attorney or accredited representative.
        - ICE Form 60-001 (Privacy Waiver Authorizing Disclosure to a Third Party) (https://web.archive.org/web/20250612234349/https://www.ice.gov/forms), if you are a family member, friend, or other case submitter.
- **Where and when do I submit those documents?**
    - You must wait until you receive the confirmation email from OIDO. Attach the documents in a reply to that email.

## What Happens After Submitting a Case by myOIDO?

Once a case is submitted, you will see a new screen and a portal number. Note this number. Within 48 hours, OIDO will create an official complaint. You will then receive an automated email with the case number (not the same as the portal number). Reference the case number in

communication with OIDO going forward.

## FAQs About Complaints Involving Family Members

- **I wasn't allowed to visit my family member. Can you help?**
    - DHS's ICE, CBP, and facility management may limit visitation for health or safety reasons. However, if visitation is currently allowed in the facility generally and your family member is not permitted visitors, please send us your concern.
- **My family member isn't being provided the right meal for her religion. Can you help?**
    - Yes. OIDO reviews the conditions of immigration detention, which includes how people are treated by staff and other detained aliens, as well as physical and mental health care, food service, recreation, legal access, and environmental health and safety. This also includes issues related to religiously appropriate meals, practices, and property.
- **Can you help me or my family member get released from immigration detention?**
    - No. We focus on the conditions of immigration detention and not on the question of whether someone should be detained.
- **I'm afraid that complaining will negatively affect my family member's immigration case.**
    - Filing a complaint with OIDO is confidential, and OIDO will never share your information without your consent. However, to fully investigate a concern, information may need to be shared with ICE, CBP, and/or facility staff. In those instances, OIDO will inform you of the need to share information and give you the opportunity to decide if you want to go ahead. Complaints can also be filed after release from detention.

## General FAQs

- **Does OIDO act on every case?**
    - OIDO has a mandate to assist aliens affected by potential misconduct, excessive force, or violations of law or detention standards by Department of Homeland Security officers or other personnel. Some cases will be addressed quickly, and others may be retained for future investigations or recommendations.
- **Will you let me know the outcome of my complaint?**
    - Yes, you will receive a response indicating the outcome of your complaint.
    - Please note: Details may be limited due to privacy restrictions. If OIDO has not received consent from the detained alien for us to share information with you, we will look into the complaint and may communicate with the alien, but we will not share any details with you.
- **Will you share my information with ICE or CBP?**
    - OIDO will never share information without your consent. However, to fully investigate a concern, information may need to be shared with ICE, CBP, and/or facility staff. OIDO will always inform you of the need to share information and give you an opportunity to decide if you want to continue.
- **I believe a government official or facility staff has broken the law. Can you help?**
    - Please file the complaint with OIDO. We will look into it and may refer the issue to a more appropriate investigative authority.
- **I don't agree with the outcome of my immigration case. Can you assist me?**
    - No. OIDO focuses only on the conditions of immigration detention and not on any alien's immigration case or status.
- **I was released from custody over a year ago. Can I still submit a complaint?**
    - Yes. It is never too late to file. However, as time passes, it becomes harder for us to investigate and collect information. We may also be limited as to what help we can offer if you are no longer detained.
- **Can I follow up about a closed case?**
    - At this time, there is no appeal process within OIDO. You can choose to resubmit your complaint to us if you do not agree with the complaint resolution or if the condition persists.
- **I am filing on behalf of an alien. What documents do I need to provide to establish consent?**
    - An attorney or accredited representative will need to submit a signed DHS Form G-28 (Notice of Entry of Appearance as Attorney or Accredited Representative) (https://web.archive.org/web/20250612234349/https://www.uscis.gov/g-28) to receive detailed updates regarding the case.
    - Anyone who is not an attorney or accredited representative will need to submit a signed ICE Form 60-001 (Privacy Waiver Authorizing Disclosure to a Third Party) (https://web.archive.org/web/20250612234349/https://www.ice.gov/forms) .
- **How do I contact the Immigration Detention Ombudsman if I have a general question or policy suggestion?**

- Please send your question or suggestion to OIDO_Outreach@hq.dhs.gov (https://web.archive.org/web/20250612234349/mailto:OIDO_Outreach@hq.dhs.gov) .

**Keywords**

OFFICE OF THE IMMIGRATION DETENTION OMBUDSMAN (OIDO) (/WEB/20250612234349/HTTPS://WWW.DHS.GOV/KEYWORDS/OFFICE-IMMIGRATION-DETENTION-OMBUDSMAN-OIDO)

Last Updated: 02/13/2025