**Declaration of Vicente Lozano Lovelace, Esq. (CA#359214)**
**Recounting Recent Interactions with the DHS Office of the Ombudsman**

I, Vicente Lozano Lovelace, Esq. (a.k.a. Vicente Lozano, Vicente Lovelace, Vicente L. Lovelace), do hereby affirm that the following written testimony is true and correct, under penalty of perjury, to the best of my knowledge, recollection, and belief.

1. My name is Vicente Lovelace. As of July 2025, I am the Lead Removal Defense Attorney for Catholic Charities of Santa Clara County in San Jose, California. I was admitted to the Bar in December 2024, and I've been a legal practitioner in the immigration field for about six years.

2. Between May 23, 2025, and the present day, my office opened nine (9) inquiries with the Department of Homeland Security's (DHS) Office of the Ombudsman ("Ombudsman").

3. On or about May 31, 2025 ("Inquiry A"), and again on or about July 3, 2025 ("Inquiry B"), I filed DHS Form 7001 with the Ombudsman to address processing delays for humanitarian benefits at the Nebraska Service Center and the Vermont Service Center. To uphold my duty of confidentiality, I will not share specific circumstances that motivated me to pursue either inquiry.

4. On or about August 8, 2025, I received official correspondence that resolved Inquiry B.

5. On August 8, 2025, at 4:51 p.m. (PST), I requested that the Ombudsman close Inquiry B via email.[1] I adopted this practice because DHS encourages requesters to close outstanding inquiries upon resolution. Before closing Inquiry B, I had sent emails to close five out of the nine inquiries. Yet, one minute after I sent the email to close Inquiry B, I received an automated message that read, in relevant part, the Ombudsman no longer monitors its mailbox.

6. On or about August 11, 2025, I received official correspondence that resolved Inquiry A.

7. To ensure compliance with the Ombudsman's guidelines, I decided to close Inquiry A and Inquiry B over the phone with a customer service representative.[2]

8. I called the toll-free number on August 12, 2025, at 9:45 a.m. (PST) I was on the phone for about

---

[1] The Ombudsman's email address is cisombudsman@hq.dhs.gov.
[2] The Ombudsman's phone numbers are +1 (855) 882-8100 (toll-free) or +1 (202) 357-8100 (local).

76 minutes. I was unable to speak to a representative. The local time was 12:45 p.m., so I waited 15 minutes for a lunch break to end and then another hour before I hung up the phone. Every so often, an automated voice would reassure me that a representative would answer my call.

9. On August 12 at 11:05 a.m. (PST), I warned colleagues about my experience on a professional listserv. This interaction contradicted my initial impression of the Ombudsman's responsiveness after May 23, 2025, which I previously advertised on the same listserv.

10. I'm hopeful that the Ombudsman will be efficacious and responsive once again.

Signed in San Jose, on the 21st of August 2025.

Vicente Lozano Lovelace, Esq./s/

Catholic Charities of Santa Clara County
Immigration Legal Services
2625 Zanker Rd., Ste. 201
San Jose, CA 95134
(408) 325-5221
vlovelace@ccscc.org



Vicente Lovelace <vlovelace@catholiccharitiesscc.org>

---

**Automatic reply:** █████████████████████████

---

**cisombudsman** <cisombudsman@hq.dhs.gov>  Fri, Aug 8, 2025 at 4:52 PM
To: Vicente Lovelace <vlovelace@catholiccharitiesscc.org>

The Department of Homeland Security's Office of the Citizenship and Immigration Services (CIS) Ombudsman is no longer monitoring this mailbox. Requests for case assistance and any other contact with the CIS Ombudsman's Office must be sent through its website: How to Submit a Case Assistance Request | Homeland Security.