UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270 (ACR) |

**JOINT MOTION FOR A ONE-WEEK EXTENSION
OF THE MOTION TO COMPEL DISCOVERY DEADLINE**

For the following reasons, the parties jointly move for a one-week extension of the Court's motion to compel discovery deadline from September 5, 2025, to September 12, 2025.

1. On July 11, 2025, the Court entered an Order governing expedited discovery and briefing of cross-motions (ECF No. 49).

2. Pursuant to the Court's Order, the parties timely exchanged discovery requests on July 23, 2025, and responses and objections to those discovery requests on August 13, 2025.

3. Pursuant to the Court's Order, motions to compel further production of documents or responses to discovery requests must be filed with the Court on or before September 5, 2025.

4. On September 1, 2025, the parties met and conferred in good faith about disputes and inquiries concerning the parties' respective discovery responses.

5. The parties are collecting additional information and preparing supplemental responses in an effort to resolve the issues informally, pursuant to the Court's Standing Order ¶ 10.

6. Therefore, the parties request a one-week extension of the motion to compel deadline, i.e., until September 12, 2025. Good cause supports this motion. This request will allow the parties to continue their attempts to resolve the issues informally and will accommodate the Court's discovery dispute process should the parties be unable to resolve the issues informally. *See* Standing Order ¶ 10.

7. The parties recognize the Court's 4-day rule described in Standing Order ¶ 9 but were hopeful that an extension would not be necessary in light of the parties' continued good-faith informal resolution attempts.

8. This would be the parties' first extension of the discovery deadlines.

9. This extension will not affect other deadlines detailed in the Court's Order governing expedited discovery and briefing of cross-motions.

For these reasons, the parties request a one-week extension of the Court's motion to compel discovery deadline from September 5, 2025, to September 12, 2025. A proposed order accompanies this motion.

*   *   *

Dated: September 5, 2025

Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**M. Jared Littman**
Trial Attorney
Federal Programs

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

/s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

*Counsel for Defendants*

Michael C. Martinez (DC Bar No. 1686872)
Christine L. Coogle (DC Bar No. 1738913)
Brian D. Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

/s/Karla Gilbride
Karla Gilbride (DC Bar No. 1005586)
Adina H. Rosenbaum (DC Bar No. 490928)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert F. Kennedy Human Rights
88 Pine Street, Suite 801
New York, NY 10005
(917) 284- 6355

Sarah E. Decker (DDC Bar No. NY0566)
Robert F. Kennedy Human Rights
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432

*Counsel for Plaintiff RFK*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270 (ACR) |

**[PROPOSED] ORDER**

Pursuant to the parties' Joint Motion for a One-Week Extension of the Motion to Compel Discovery Deadline, and for good cause being shown,

It is hereby ORDERED that the Motion is GRANTED.

The motion to compel discovery deadline is moved from September 5, 2025, to September 12, 2025. All other deadlines in the July 11 scheduling order (ECF No. 49) remain unchanged.

SO ORDERED.

_____
Judge Ana C. Reyes
District Court Judge