UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**PLAINTIFFS' UNOPPOSED MOTION FOR STAY OF BRIEFING SCHEDULE ON CROSS-MOTIONS FOR SUMMARY JUDGMENT**

For the following reasons, Plaintiffs respectfully request that the summary judgment briefing deadlines set out in the scheduling order of July 11, 2025 (ECF 49) be stayed:

1. On October 1, 2025, Chief Judge Boasberg entered Standing Order 25-55, extending all filing and discovery deadlines imposed upon the United States and any of its agencies or officers by the length of the lapse of federal appropriations plus ten days.

2. Pursuant to that standing order, Defendants in this action did not complete their document production by October 13, 2025, as contemplated by the July 11 scheduling order in this case

3. Although Plaintiffs had noticed three depositions of Defendants' employees to occur before the discovery cutoff of October 13, because of government counsel's

inability to work during the government shutdown, those depositions have not yet taken place.

4. Although Defendants' briefing deadlines pursuant to the July 11 scheduling order have been extended by General Order 25-55, Plaintiffs' filing deadlines under that scheduling order, beginning with the deadline to file their summary judgment motion on November 3, 2025, have not been correspondingly extended.

5. Because discovery has not concluded under the terms of the July 11 scheduling order, Plaintiffs respectfully request that the briefing schedule for summary judgment set out in the July 11 scheduling order be stayed. The parties will meet and confer and propose a new briefing schedule for summary judgment once the lapse in appropriations ends and discovery in this case resumes.

6. All other deadlines set forth in the July 11 scheduling order should remain in effect, as modified by the extensions of Standing Order 25-55.

Pursuant to Local Civil Rule 7(m), Plaintiffs' counsel notified counsel for Defendants on October 29, 2025 of their intent to file this motion. Defendants' counsel indicated that Defendants do not oppose the relief requested.

Dated: October 30, 2025                                   Respectfully submitted,

/s/ Karla Gilbride

| | |
|---|---|
| Michael C. Martinez (DC Bar No. 1686872) | Karla Gilbride (DC Bar No. 1005586) |
| Christine L. Coogle (DC Bar No. 1738913) | Adina H. Rosenbaum (DC Bar No. 490928) |
| Brian D. Netter (DC Bar No. 979362) | Public Citizen Litigation Group |
| Skye L. Perryman (DC Bar No. 984573) | 1600 20th Street NW |
| Democracy Forward Foundation | Washington, DC 20009 |
| P.O. Box 34553 | (202) 588-1000 |
| Washington, DC 20043 | kgilbride@citizen.org |
| (202) 448- 9090 | |

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)      Sarah E. Decker (DDC Bar No. NY0566)
Sarah T. Gillman (DDC Bar No. NY0316)       Medha Raman (DC Bar No. 90027539)
Robert F. Kennedy Human Rights              Robert F. Kennedy Human Rights
88 Pine Street, Suite 801                   1300 19th Street NW, Suite 750
New York, NY 10005                          Washington, DC 20036
(917) 284- 6355                             (202) 559-4432

*Counsel for Plaintiff RFK*