UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**JOINT STATUS REPORT AND JOINT MOTION TO ESTABLISH NEW SCHEDULE FOR BRIEFING OF CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to the Court's October 31, 2025 minute order, the parties provide this joint report regarding the status of proceedings and next steps in this case. Because the parties are also requesting that this Court establish a new briefing schedule for cross-motions for summary judgment, the parties are also captioning this document as a motion and will file it along with a proposed order.

The parties have resumed the discovery that was stayed during the lapse in government appropriations, and depositions will be taken during the week of December 1, with the limited discovery period scheduled to close on December 7, 2025. The parties have also met and conferred and agreed to a new schedule for briefing summary judgment, which they respectfully request that the Court enter as a scheduling order. That schedule is as follows:

1. **Plaintiffs' Motion for Summary Judgment:** Plaintiffs may file a motion for summary

judgment on or before **January 13, 2026**.

8. **Defendants' Response to Complaint/ Cross-Motion for Summary Judgment:** Defendants' deadline to answer or otherwise respond to the complaint is extended from **November 24, 2025**, to February 3, 2026. If Defendants choose to file a dispositive motion on this date, the parties shall brief cross-motions for summary judgment as follows:

a) Defendants shall file their opposition to Plaintiffs' motion for summary judgment, along with their cross-motion for summary judgment, on or before **February 3, 2026**.

b) Plaintiffs shall file their reply in support of their motion for summary judgment, and their opposition to Defendants' motion for summary judgment, on or before **February 17, 2026**.

c) Defendants shall file their reply in support of their motion for summary judgment on or before **March 3, 2026**.

For the foregoing reasons, the parties jointly request that the Court enter the attached proposed order setting the briefing schedule described above.

Dated: November 14, 2025                                Respectfully submitted,

/s/ Karla Gilbride

| | |
|---|---|
| Michael C. Martinez (DC Bar No. 1686872) | Karla Gilbride (DC Bar No. 1005586) |
| Christine L. Coogle (DC Bar No. 1738913) | Adina H. Rosenbaum (DC Bar No. 490928) |
| Brian D. Netter (DC Bar No. 979362) | Public Citizen Litigation Group |
| Skye L. Perryman (DC Bar No. 984573) | 1600 20th Street NW |
| Democracy Forward Foundation | Washington, DC 20009 |
| P.O. Box 34553 | (202) 588-1000 |
| Washington, DC 20043 | kgilbride@citizen.org |
| (202) 448- 9090 | |

*Counsel for All Plaintiffs*

| | |
|---|---|
| Anthony Enriquez (DDC Bar No. NY0626) | Sarah E. Decker (DDC Bar No. NY0566) |
| Sarah T. Gillman (DDC Bar No. NY0316) | Robert F. Kennedy Human Rights |
| Robert F. Kennedy Human Rights | 1300 19th Street NW, Suite 750 |
| 88 Pine Street, Suite 801 | Washington, DC 20036 |
| New York, NY 10005 | (202) 559-4432 |
| (917) 284- 6355 | |

*Counsel for Plaintiff RFK*

Dated: November 14, 2025                                Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**Emily M. Hall**
Counsel to the Assistant Attorney General
Civil Division

/s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General

3

Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*