# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | Civil Action No. 25-1270-ACR |

## ORDER

Upon consideration of the parties' joint motion to establish new schedule for briefing of cross-motions for summary judgment, the Court grants the motion as follows:

It is hereby ORDERED that the motion is GRANTED; and

It is further ORDERED that the following schedule is in effect:

1. **Plaintiffs' Motion for Summary Judgment:** Plaintiffs may file a motion for summary judgment on or before **January 13, 2026**.

2. **Defendants' Response to Complaint/ Cross-Motion for Summary Judgment:** Defendants' deadline to answer or otherwise respond to the complaint is extended from November 24, 2025, to **February 3, 2026**. If Defendants choose to file a dispositive motion on this date, the parties shall brief cross-motions for summary judgment as follows:

   a) Defendants shall file their opposition to Plaintiffs' motion for summary judgment, along with their cross-motion for summary judgment, on or before **February 3, 2026**.

b) Plaintiffs shall file their reply in support of their motion for summary judgment, and their opposition to Defendants' motion for summary judgment, on or before **February 17, 2026**.

c) Defendants shall file their reply in support of their motion for summary judgment on or before **March 3, 2026**.

**SO ORDERED.**

Dated: November 17, 2025

                                                                                                         _____

                                                                  ANA C. REYES
United States District Judge