**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>     Plaintiffs,<br><br>          v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>     Defendants. | Civil Action No. 25-1270-ACR |

**ORDER**

Upon consideration of Plaintiffs' unopposed motion for extension of briefing deadlines for cross-motions for summary judgment, Dkt. 62, the Court grants the motion as follows:

It is hereby ORDERED that the motion is GRANTED; and

It is further ORDERED that the following schedule is in effect:

1. **Plaintiffs' Motion for Summary Judgment:** Plaintiffs may file a motion for summary judgment on or before **January 16, 2026**.

2. **Defendants' Response to Complaint/Cross-Motion for Summary Judgment:** Defendants' deadline to answer or otherwise respond to the complaint is extended from February 3, 2026, to **February 6, 2026**. If Defendants choose to file a dispositive motion on this date, the parties shall brief cross-motions for summary judgment as follows:

     a) Defendants shall file their opposition to Plaintiffs' motion for summary judgment, along with their cross-motion for summary judgment, on or before **February 6,**

**2026**.

b) Plaintiffs shall file their reply in support of their motion for summary judgment, and their opposition to Defendants' motion for summary judgment, on or before **February 20, 2026**.

c) Defendants shall file their reply in support of their motion for summary judgment on or before **March 6, 2026**.

**SO ORDERED.**

Dated: January 13, 2026

_____
ANA C. REYES
United States District Judge