**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; and URBAN JUSTICE CENTER,<br><br>   Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; and KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>   Defendants. | Civil Action No. 25-1270-ACR |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rules 7(h) and 7(n), Plaintiffs respectfully move for an order entering summary judgment against Defendants Department of Homeland Security and Secretary Noem. This motion is based on the accompanying memorandum of law, Plaintiffs' Statement of Undisputed Material Facts, the declarations of Anthony Enriquez, Lilian Serrano, Heather Lothrop, Margaret Cargioli, Sister Tracey Horan, Krista Tacey, Christopher Brundage, Julie Plavsic, and Karla Gilbride and their respective exhibits, and all other evidence on file in this case.

Plaintiffs also respectfully move for a declaratory judgment that Defendants' dissolution of the DHS Office for Civil Rights and Civil Liberties (CRCL), Office of the Citizenship and Immigration Ombudsman (CISOM), and Office of the Immigration Detention Ombudsman (OIDO) on March 21, 2025, violated the Administrative Procedure Act and the constitutional separation of powers, and for a declaratory judgment that functions required of those offices by statute are currently not being performed. Plaintiffs further move for permanent injunctive relief

to ensure that the statutory functions of CRCL, CISOM, and OIDO will be resumed and maintained, as outlined in the attached proposed order.

Dated: January 16, 2026                                  Respectfully submitted,

                                                         /s/ Karla Gilbride

Christine L. Coogle (DC Bar No. 1738913)         Karla Gilbride (DC Bar No. 1005586)
Brian D. Netter (DC Bar No. 979362)              Adina H. Rosenbaum (DC Bar No. 490928)
Skye L. Perryman (DC Bar No. 984573)             Public Citizen Litigation Group
Democracy Forward Foundation                     1600 20th Street NW
P.O. Box 34553                                   Washington, DC 20009
Washington, DC 20043                             (202) 588-1000
(202) 448-9090                                   kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)            Sarah E. Decker (DDC Bar No. NY0566)
Sarah T. Gillman (DDC Bar No. NY0316)            Robert & Ethel Kennedy Human Rights
Robert & Ethel Kennedy Human Rights              Center
Center                                           1300 19th Street NW, Suite 750
88 Pine Street, Suite 801                        Washington, DC 20036
New York, NY 10005                               (202) 559-4432
(917) 284- 6355

*Counsel for Plaintiff KHRC*

2