UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270- |

**THIRD DECLARATION OF LILIAN SERRANO**

I, Lilian Serrano, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.

2. I am the director of the Southern Border Communities Coalition. I have served in this position since January of 2023. I joined SBCC as a coalition member in 2018 when I was a volunteer with Alianza Comunitaria. I am based in San Diego, California, and have over a decade of experience working with immigrants in the San Diego region and advancing human rights.

3. I previously submitted declarations in this case in early May and mid-June. I submit this additional declaration to recount recent events that have happened since the date of my earlier declarations.

1

4.      SBCC filed a formal complaint with DHS's Office of Civil Rights and Civil Liberties (CRCL) on June 24, 2025 regarding an excessive use of force that occurred during an Immigration and Customs Enforcement (ICE) operation conducted in the South Park neighborhood of San Diego on May 30.  At approximately 4:30 PM that day, dozens of ICE and Homeland Security Investigations (HSI) agents in masks and tactical gear raided two popular Italian restaurants.  When a group of concerned residents gathered outside the restaurants to protest the raid, their peaceful protest was met with extreme and unnecessary force.  Specifically, the agents deployed at least three military-grade Noise Flash Diversionary  Devices (NFDDS), otherwise known as flash bangs or stun grenades, into the crowd.  One of the grenades exploded near a pregnant woman who sought medical attention, while another knocked down two children. The heavily armed agents assembled and conducted this raid near an elementary school when children were present.

5.      SBCC's complaint to CRCL included declarations from those with firsthand experience of the May 30 events in San Diego, as well as photographic evidence of those events. A true and correct copy of SBCC's June 24, 2025 complaint is attached to this declaration as Exhibit A.

6.      SBCC received no acknowledgement or other response from CRCL about this complaint until December 3, when we received a brief email acknowledging that CRCL had received our June 24 complaint but stating that it would be taking no further action.  A true and correct copy of the December 3 email from CRCL is attached to this declaration as Exhibit B.

7.      In my experience from filing complaints with CRCL in the past and speaking with people at SBCC member organizations who had also previously filed CRCL complaints, this response from CRCL differed both in timing and content from past responses to complaints.  In

2

the past, SBCC and our members would usually receive an acknowledgement email shortly after filing a complaint, and then might receive follow-up emails later when other actions were taken, such as CRCL opening an investigation, making recommendations to other DHS components, or closing the investigation. In terms of content, previous correspondence we had received from CRCL always included information about how to follow up by email or phone if we had questions or wished to submit additional materials, but the email we received on December 3 contained no such information about following up.

8. Another dramatic change that has occurred since March of 2025 is that there are no longer any CRCL employees that SBCC can contact about troubling Customs and Border Protection (CBP) or ICE actions, such as deaths in custody. In the past, we frequently contacted CRCL regarding fatal encounters between CBP officers and members of the public, including migrants and border residents. However, we have not been able to reach out about recent deaths in DHS custody because there are no longer any CRCL employees whose contact information is made available to us, and no phone number or other method listed for contacting CRCL other than to file complaints on the web portal.

9. SBCC continues to be concerned about the militarization of the Roosevelt Reservation and nearby land, and the increasing use of similar "National Defense Areas", including the detention of migrants by military personnel based on the purported transfer of jurisdiction of the land to the Department of Defense. I was disturbed to learn that the acting head of CRCL, Troup Hemenway, testified at his deposition that CRCL has not been consulted, and that he does not believe CRCL would be consulted, about the use of national defense areas. Since the submission of my last declaration, new National Defense Areas have been announced in Texas,

3

Arizona, and California, meaning the government now operates or plans such sites in all four southern border states.[1]

10.    SBCC also remains highly concerned about the increasing use of CBP and ICE agents along the border and across the country that are resulting in deadly use-of-force incidents, including the killing of Renee Nicole Good in Minneapolis, MN by a DHS agent on January 7[2] and the CBP shooting of two people the following day in Portland, OR.[3]  The DHS killing of Ms. Good in Minneapolis occurred while she was bearing witness as the Trump administration surged approximately 2,000 federal agents and officers to her city in one of this administration's largest DHS operations led by CBP.  Since the submission of my last declaration on June 11, 2025, at least 20 known individuals have died as the result of fatal encounters with CBP alone.[4]

11.    I stated in my May declaration that I worried that the closure of CRCL would make SBCC less effective in its mission of advocating for border enforcement policies and practices that are fair, respect human dignity and human rights.  Unfortunately, the events that have transpired since May have confirmed those worries.  SBCC no longer has a way of communicating with CRCL, and our recent experience with filing a CRCL complaint in June has diminished our

---

[1] *See*  Luis Martinez, ABC News, To stop migrants, US Army to take control of some of border with Mexico (Apr. 15, 2025), https://abcnews.go.com/Politics/stop-migrants-us-army-control-border-mexico/story?id=120831964; Associated Press, Defense Department designates a second military zone on US border, extending into Texas (May 1, 2025), https://apnews.com/article/military-border-immigration-texas-mexico-d7d15f23bd755b95cd90cbb9a89df6fa; US Air Force News Service, National Defense Area established in South Texas (June 25, 2025), https://www.af.mil/News/Article-Display/Article/4226175/national-defense-area-established-in-south-texas/; Associated Press, Trump administration adds militarized zone in California along southern US border (Dec 10, 2025), https://apnews.com/article/trump-adds-militarized-zone-border-california-b592a6a82351c4a632e861e92d71a181

[2] Katelyn Vue, Sahan Journal, Minneapolis officials condemn fatal shooting of woman by ICE agent (Jan. 7, 2026), https://sahanjournal.com/immigration/federal-shooting-ice-immigration-south-minneapolis-34th-portland/

[3] Steve Benham, KATU ABC, US Border agents shoot, wound two people in Portland, city officials say (Jan. 8, 2026), https://katu.com/news/local/ice-shoots-two-people-in-portlandoregon

[4] SBCC, Fatal Encounters with CBP since 2010 (Updated Dec. 18, 2025), https://www.southernborder.org/deaths_by_border_patrol

confidence that filing such complaints is a useful way of getting individualized attention on concerns about civil rights and civil liberties abuses as it was in the past.

12. SBCC continues to engage with other DHS offices like CBP's Office of Professional Responsibility, and also engages in advocacy with Congress, in carrying out our core activities of seeking to improve conditions at the southern border, but these alternatives are less effective than the avenues for raising concerns about human rights and constitutional violations that engagement with CRCL used to provide. As I did in May, I continue to fear that the gutting of CRCL is making SBCC less effective in its efforts on behalf of border communities, and that human and civil rights at the southern border will continue to suffer as transparency and oversight decrease.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 12, 2026

*/s/ Lillian Serrano*
Lilian Serrano

Exhibit A

June 24, 2025

Troup Hemenway, Acting Officer
Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Compliance Branch, Mail Stop # 0190
2707 Martin Luther King, Jr. Ave., SE
Washington, DC 20528-0190

*Via Electronic Mail:* CRCLCompliance@hq.dhs.gov; crcl@dhs.gov



*Justice protestors confront DHS agents in South Park neighborhood of San Diego, CA on May 30, 2025. Photo via Pedro Rios.*

**RE: DHS Deployment of Flash-Bang Grenades Against Justice Protestors and Community Members in San Diego by Unidentified Masked DHS Agents Violates Agency Policy, Civil and Human Rights**

Dear Acting Officer Hemenway:

We write to file a formal complaint regarding serious violations of DHS policy, civil rights, and human rights by ICE and HSI DHS agents during a recent ICE operation in San Diego, CA on May 30, 2025 that included deployment of flash-bang grenades, an outrageous use of force, against

justice protestors and community members at two restaurants in the South Park neighborhood of San Diego.[1] This event was no isolated incident, but part of a pattern of reckless and dangerous militarized enforcement by DHS that aims to rip apart families while eroding trust, endangering lives, and treating our homes like war zones.

Border communities deserve respect and dignity, not more militarization. We urge CRCL to immediately intervene by investigating and holding DHS accountable for violations of the constitutional and human rights to free speech and peaceable assembly, as well as for Use of Force violations under DHS policy and other domestic and international law.

## I.    Factual Background



*Flash bang grenade canister used on justice protestors is visible on May 30, 2025. Photo via Dr. Jose Diaz.*

On Friday, May 30, 2025, at about 4:30 PM, dozens of masked ICE and HSI agents descended on the trendy South Park neighborhood of San Diego, which was already busy with tourists and residents enjoying meals or happy hour drinks at area restaurants and bars.[2]

Local middle school principal Dr. Jose Diaz was celebrating a colleague's birthday at a South Park restaurant when a colleague called him from outside the restaurant and told him ICE was

---

[1] San Diego FOX5/KUSI, Domenick Candelieri & Jennifer Franco, ICE conducts operations at Buona Forchetta restaurants in South Park (May 30, 2025),
https://fox5sandiego.com/news/local-news/ice-presence-seen-at-south-park-restaurant/
[2] Declaration of Pedro Rios ("Rios Decl.") ¶¶ 3-11; Declaration of Dr. Jose Diaz ("Diaz Decl.) ¶¶ 4-12.

conducting a raid.[3] Hearing a commotion over the phone, Dr. Diaz went outside and saw a small crowd of a few dozen people had begun to form in a spontaneous protest against ICE's raid at a nearby restaurant, Buona Forchetta.[4]

About 20 to 30 DHS agents were outside, along with about a dozen vehicles. Most agents were masked and unidentified, and did not wear badges.[5] As a former National Guard veteran, Dr. Diaz saw the crowd of agents as "being kitted out like they're going to war" in the quiet residential neighborhood.[6] Agents wore full helmets, Kevlar vests, covered their faces, and were armed with lethal M4 rifles as well as less-lethal flash-bang grenades.[7] The agents had handcuffed about a dozen Buona Forchetta employees and ultimately arrested at least two people.[8]

With no provocation, the militarized agents quickly escalated the situation outside the restaurant by deploying at least three military-grade Noise Flash Diversionary Devices (NFDDs), also known as flashbangs or stun grenades, into the crowd.[9] Eyewitness video shows bystanders covering their faces and running away from the dangerous smoke and gases.[10] Dr. Diaz felt his "hearing go out" as a charge went off with a loud bang near his foot.[11] The blast knocked down two nearby children, and caused a pregnant woman to seek medical attention.[12] The incident unfolded in full view of children at a nearby elementary school, in front of which more agents were stationed.[13]

Soon after the incident, civil society and regional elected officials resoundingly condemned ICE's illegal tactics, including the San Diego Immigrant Rights Consortium (SDIRC) made up of close to 50 local and regional organizations[14], the San Diego mayor, both California Senators Alex Padilla and Adam Schiff, as well as members of the San Diego area congressional delegation.[15]

---

[3] Diaz Decl. ¶¶ 4-5.
[4] Diaz Dec. ¶¶ 5-7.
[5] *Id*. ¶¶ 7-8.
[6] *Id.*   8.
[7] *Id*..
[8] Rios Decl.   8; Diaz Decl. at   10.
[9] Rios Decl. ¶¶ 10-11; Diaz Dec. ¶¶ 11-12.
[10] Diaz Dec.   11.
[11] *Id*.
[12] Rios Decl.   10; Diaz Decl. at   12.
[13] Rios Decl. ¶¶ 6, 10; Diaz Decl. at   12.
[14] Outrage Over Excessive Use of Force by HSI/ICE Agents in South Park, SDIRC Condemns This Violation of Human Rights and Dignity, San Diego Immigrants Rights Consortium, June 2, 2025, https://www.facebook.com/immigrantsandiego/posts/pfbid0anUWqfR9t7T4DyzacYyDZynNpgZLUnuHBHujQ7jUdoQkhr7kWRzwwWsuCnfqgHckl
[15] San Diego FOX5/KUSI, Amber Coakley, San Diego lawmakers demand federal investigation into ICE raid at local restaurants (June 7, 2025), https://fox5sandiego.com/news/local-news/san-diego-lawmakers-demand-federal-investigation-into-ice-raid-at-local-restaurants/; Senator Padilla Letter to Jennifer M. Fenton, Associate Director, ICE Office of Professional Responsibility, RE: May 30, 2025 ICE Operation at San Diego Restaurants (June 6, 2025), https://www.padilla.senate.gov/wp-content/uploads/06.06.25_Letter-to-OPR-Associate-Director-Fenton-on-San-Diego-ICE-Raid.pdf



## II.     DHS is Violating Policy, Law, and Human Rights Standards.

By responding to civilian immigrant justice protests with the deployment of flash-bang grenades during an unnecessary raid conducted during peak business hours on a Friday afternoon with no regard for residents' safety, DHS violated its own policies, bedrock 1st Amendment constitutional provisions allowing for freedom of speech and expression, and international human rights law the US is bound to respect under treaty codified in the International Covenant for Civil and Political Rights (ICCPR).

### A.  DHS Violated its Own Policy by Using Unidentified Agents and Deploying Flash Bang Grenades on Peaceful Protestors and Bystanders.

DHS violated its own policy by engaging in unnecessary Use of Force against peaceful protestors and bystanders by deploying flash-bang grenades, in a show-of-force appropriate for a theater of war rather than a commercial San Diego street.

DHS policy prohibits use of force when a "reasonably effective, safe, and feasible alternative appears to exist", and agents "may use only the level of force that is objectively reasonable in light of the facts and circumstances confronting" agents at the time.[16] While this standard falls far short of best practices required by international law,[17] ICE agents surely violated even current DHS

---

[16] U.S. Department of Homeland Security, Update to the Department Policy on the Use of Force, Policy Statement 044-05 (Revision 01) (Feb. 6, 2023), https://www.dhs.gov/sites/default/files/2023-02/23_0206_s1_use-of-force-policy-update.pdf
[17] International law requires law enforcement use of force to be necessary and proportionate. *See infra* Section II.C.

policy in San Diego by discharging entirely unnecessary flash-bang devices at a small group of peaceful, unarmed protestors and onlookers who did not pose a threat to the agents.

DHS policy additionally generally requires law enforcement agents to identify themselves during arrests, as well as "State that the person is under arrest and the reason for the arrest".[18] Instead, agents "handcuffed about a dozen Buona Forchetta employees" and "ultimately arrested at least two people" after descending on a restaurant with covered faces and no identifying badges or other information.[19]

On June 11, 2025, a former CRCL official shared serious concern about DHS' agents increasing plainclothes arrests, stating that "In the last several months, ICE has dramatically increased the use of plain-clothes officers with face masks to prevent identification during immigration enforcement actions" despite the fact that "Under DHS policies and procedures, ICE officers are required to identify themselves, present their badge and official identification when requested."[20] She noted that " use of plain-clothes officers should be quite uncommon" and that previously, "CRCL would have expressed serious concerns and raised questions about what appear to be new standard operating procedures; and requested relevant policies for examination and oversight. CRCL would have warned that such actions by ICE create public mistrust and pose a threat to public safety."[21]

### B. DHS Violated Domestic Law, including Constitutional First Amendment Guarantees.

DHS' illegal tactics violated statutory law generally prohibiting unidentified DHS agent immigration enforcement as well as bedrock First Amendment guarantees of freedom of speech and assembly by assaulting civilians with flash-bang grenades while they were engaged in protected expression activity for immigrant justice.

Since 2021, federal law has explicitly required federal law enforcement agents to identify themselves and the name of their agency responding to a "civil disturbance" or protest activity.[22] Despite this clear requirement enacted by Congress in the wake of 2020 racial justice protests and the subsequent violent responses by unidentified law enforcement agents, ICE continued to flout the law in San Diego on May 30 and beyond.

In addition, DHS' actions violate core First Amendment protections allowing for freedom of speech and expression through protest activity. Onlookers have the right to protest government actions by voicing their concerns. Instead, DHS officials met protestors with violence and flash-bang grenades,

---

[18] 8 CFR 287.8(c)(2)(iii).
[19] Diaz Decl. ¶¶ 7, 10; Rios Decl. ¶¶ 8-9.
[20] *RFK Human Rights v. U.S. Department of Homeland Security*, Case 1:25-cv-01270-ACR, ECF 42-5 at   10 (D.D.C. June 11, 2025).
[21] *Id*.
[22] 134 Stat. 3860, Public Law 116–283 (Jan. 1, 2021)

injuring a pregnant woman and knocking down nearby children while agents were stationed at an elementary school.[23] These actions violate core First Amendment protections.

### C. DHS Violated Binding International Human Rights Law.

At the same time, the agents' violent actions violate provisions of binding international human rights law under the International Covenant on Civil and Political Rights (ICCPR) protecting the right to peaceful assembly and expression, as well as requirements that law enforcement use of force be necessary and proportionate.

The United States is a signatory to the ICCPR, making it part of binding domestic law. The ICCPR requires that "the right of peaceful assembly shall be recognized".[24] Further, international human rights standards on use of force are guided by the imperative of protecting the right to life—a supreme, non-derogable right—from arbitrary deprivation by the State. International standards limit the use of force—including less-lethal force—to principles of legality, precaution, necessity, proportionality, and non-discrimination. In 1979, the United Nations General Assembly adopted the Code of Conduct for Law Enforcement Officials, stating that "law enforcement officials may use force only when strictly necessary and to the extent required" (Article 3).[25] It also states that "no law enforcement official may inflict, instigate or tolerate any act of torture or other cruel, inhuman or degrading treatment or punishment" and national security cannot be invoked as an excuse. (Article 5).[26]

In 1990, the United Nations promulgated the Basic Principles on the Use of Force and Firearms by Law Enforcement Officials, which adopted the modern "necessary and proportionate" use of force standard, stating that "Law enforcement officials, in carrying out their duty, shall, as far as possible, apply nonviolent means before resorting to the use of force and firearms."[27] Use of flash-bang grenades against peaceful protestors and bystanders is not necessary or proportionate, as the individuals posed no threat at all to law enforcement.

### III. Public Officials Have Resoundingly Condemned DHS' Tactics in San Diego and Beyond.

Both California Senators, members of the Southern California House of Representatives delegation, and the San Diego mayor all condemned the incident that saw "approximately 20 agents in

---

[23] Rios Decl.    6, 10; Diaz Decl. at    12.

[24] ICCPR Art. 22., https://www.ohchr.org/en/instruments-mechanisms/instruments/international-covenant-civil-and-political-rights

[25] United Nations, Code of Conduct for Law Enforcement Officials, General Assembly Resolution 34/169 (Dec. 17, 1979), https://www.ohchr.org/en/instruments-mechanisms/instruments/code-conduct-law-enforcement-officials

[26] *Id*.

[27] United Nations, Basic Principles on the Use of Force and Firearms by Law Enforcement Officials (Sept. 7, 1990), https://www.ohchr.org/en/instruments-mechanisms/instruments/basic-principles-use-force-and-firearms-law-enforcement#:~:text=Law%20enforcement%20officials%20should%20not,a%20danger%20and%20resisting%20their

military-style gear execut[ing] a raid during peak dining hours, detaining four employees and deploying flash-bang grenades, which created widespread panic among staff and patrons".[28] The congressional letter emphasized the civil rights implications of the agents' actions, including questioning the use of force and tactical "decision to deploy agents in military-style gear including face coverings and to use flash-bang devices in a civilian environment" and whether it was "justified based on any credible threat or resistance".[29]

As a former California National Guard officer, Dr. Jose Diaz noted that "the show-of-force by ICE looked completely inappropriate and wildly excessive", explaining that "When deployed overseas, we always identified ourselves. Here however, the DHS agents were unidentified and kitted out like they were going to war."[30] He emphasized that based on his "training and experience in the National Guard, this posture would be intended to intimidate and send a message to the enemy, not for any sort of civilian enforcement."[31] Instead, he "believe[d] the agents were excessively militarized and completely needlessly escalated the scene."[32]

The agency's actions in San Diego were not isolated incidents. "In March, ICE and other federal agencies, including Border Patrol, conducted a worksite raid at San Diego Powder and Protective Coatings, a family-run company in unincorporated El Cajon that contracts with the federal government" that saw "more than 60 federal agents reportedly [holding] dozens of workers for over nine hours, restricting bathroom breaks and offering little food" where "family members, fellow workers and community members protested outside the facility for hours.".[33]

In Los Angeles, the Trump Administration has responded to immigrant justice protests by federalizing the National Guard and ordering 700 active-duty Marines into the city based on an unclear legal basis that has already resulted in a legal challenge from California Governor Newsom.[34]

---

[28] San Diego FOX5/KUSI, Amber Coakley, San Diego lawmakers demand federal investigation into ICE raid at local restaurants (June 7, 2025), https://fox5sandiego.com/news/local-news/san-diego-lawmakers-demand-federal-investigation-into-ice-raid-at-local-restaurants/; Senator Padilla Letter to Jennifer M. Fenton, Associate Director, ICE Office of Professional Responsibility, RE: May 30, 2025 ICE Operation at San Diego Restaurants (June 6, 2025), https://www.padilla.senate.gov/wp-content/uploads/06.06.25_Letter-to-OPR-Associate-Director-Fenton-on-San-Diego-ICE-Raid.pdf

[29] Id.

[30] Diaz Decl.   8.

[31] Id.   9.

[32] Id.   13.

[33] Rios Decl. ¶¶ 12-13.

[34] Axios, Avery Lotz, Rebecca Falconer, Newsom suing Trump admin over Marines, National Guard deployment to LA (June 10, 2025), https://www.axios.com/2025/06/09/newsom-california-suing-trump-immigration-protests; Newsom v. Trump, Case No. 3:25-cv-04870, (N.D. CA, June 9, 2025), https://storage.courtlistener.com/recap/gov.uscourts.cand.450934/gov.uscourts.cand.450934.1.0.pdf

**IV. DHS Must Address These Violations Immediately to Prevent Further Harm and to Hold Agents and DHS Accountable.**



*DHS agents conduct operation at  Buona Forchetta restaurant in San Diego, CA on May 30, 2025. Photo via Pedro Rios.*

The Office of Civil Rights and Civil Liberties (CRCL) was established to, among other things, "oversee compliance with constitutional, statutory, regulatory, policy, and other requirements relating to the civil rights and civil liberties of individuals affected by the programs and activities" of the Department of Homeland Security, including ICE and CBP, in conjunction with Congress. You have the mandate to address Use of Force violations, constitutional First Amendment violations,  and the ICCPR rights incorporated into U.S. law through the Constitution. We look to your office to end the harm caused by DHS in its treatment of protestors and community members in the border region.

DHS' "violent tactics and militarization violate our constitutional rights to peaceably assemble and protest government actions" as well as "harm our democracy and violate international standards requiring law enforcement use of force to be necessary and proportionate.". [35] ICE had "no need [...] to target a busy commercial street during peak hours to attempt to arrest hardworking community members."[36]

---

[35] Rios Decl.   14.
[36] Diaz Decl.   14.

We call on CRCL to ensure that not only DHS will be held accountable for past violations, but that civil and human rights be protected and this situation will not be allowed to reoccur or escalate in California or anywhere else in the country. We stand ready to speak with your Office to discuss these claims further if needed. Please contact us to acknowledge receipt and discuss immediate next steps.

Sincerely,

Ricky Garza, Border Policy Counsel
Southern Border Communities Coalition[37]

*Enclosures:*

1. *Declaration - Dr. Jose Diaz*
2. *Declaration - Pedro  Rios*

**CC:**

Chairman Chuck Grassley
Ranking Member Dick Durbin
Senate Judiciary Committee

Chairman Jim Jordan
Ranking Member Jamie Raskin
House Committee on the Judiciary

Chairman Rand Paul
Ranking Member Gary Peters
Senate Committee on Homeland Security & Governmental Affairs

Chairman Mark Green
Ranking Member Bennie Thompson
House Committee on Homeland Security

Chairman James Comer
Ranking Member Robert Garcia
House Committee on Oversight and Reform

---

[37] SBCC is a program of Alliance San Diego, which is based in San Diego, but staffs SBCC throughout the border region and in D.C. SBCC is governed by a steering committee of members from CA, AZ, NM, and AZ.

Majority Leader John Thune
Minority Leader Charles Schumer
United States Senate

Speaker Mike Johnson
Minority Leader Hakeem Jeffries
United States House of Representatives

Attorney General Pam Bondi
U.S. Department of Justice

Assistant Attorney General Harmeet Dhillon
Civil Rights Division
U.S. Department of Justice

Albert Gombis
Performing the Duties of the Under Secretary for Civilian Security, Democracy, and Human Rights
U.S. Department of State

Commissioner Rodney Scott
Customs and Border Protection
Department of Homeland Security

John Modlin
Acting Deputy Commissioner
Customs and Border Protection
Department of Homeland Security

Chief Michael W. Banks
United States Border Patrol
Customs and Border Protection
Department of Homeland Security

Acting Director Todd M. Lyons
Immigration and Customs Enforcement
Department of Homeland Security

Associate Director Jennifer M. Fenton
Office of Professional Responsibility (OPR)

Immigration and Customs Enforcement
Department of Homeland Security

**Declaration of Dr. Jose Diaz**

I,  Dr. Jose Diaz,  declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.  This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.
2. I am the principal of Albert Einstein Academy Charter Middle School, in San Diego, CA.
3. I am also a former member of the California Army National Guard, where I served for over 11 years and held the rank of Captain as an artillery officer. During my tenure, I was deployed for both state and federal missions and returned from a 10 month deployment overseas in July 2018. I am familiar with training and policies of the California National Guard.
4. On Friday, May 30, 2025, at about 4:30 PM, I was celebrating a colleague's birthday at a nearby restaurant in the South Park neighborhood of San Diego. The area was already busy, with tourists and residents gathered at multiple area restaurants and bars.
5. While inside the restaurant, a colleague called me on the phone from just outside the restaurant and said it looked like ICE was conducting a raid outside. I heard a commotion over the phone, and went outside to see what was going on.
6. Outside on the street, I saw a crowd of about 40 to 50 people beginning to form. People were chanting and protesting against an immigration raid at a neighborhood restaurant, Buona Forchetta.
7. I saw about 20 to 30 DHS agents out on the street, along with about a dozen vehicles. Most of the agents covered their faces, and did not have on badges or any identifying information. I assumed they were DHS agents because a few had vests marked "HSI" but many did not have any identifying information. None of the agents had visible name patches.
8. As a former National Guard officer, the show-of-force by ICE looked completely inappropriate and wildly excessive. When deployed overseas, we always identified ourselves. Here however, the DHS agents were unidentified and kitted out like they were going to war. They wore full helmets and kevlar vests. They carried lethal M4 rifles as well as military-grade Noise Flash Diversionary Devices (NFDDs), or flash-bang or stun grenades.
9. Based on my training and experience in the National Guard, this posture would be intended to intimidate and send a message to the enemy, not for any sort of civilian enforcement.
10. Out on the street, I saw the agents had handcuffed about a dozen Buona Forchetta employees. They ultimately arrested at least two people.
11. As the crowd continued to protest outside, the agents then deployed at least three flashbangs into the crowd. One landed inches from my foot. I heard a loud bang, and my hearing then went out. People nearby immediately started running away and covering their faces from the smoke and gases. I took some video of the situation using my cellphone.

12. I witnessed the grenades injure a pregnant woman in the crowd, and knocked down two children. Agents massed in front of an elementary school in full view of children.

13. As a former National Guard officer, I believe the agents were excessively militarized and completely needlessly escalated the scene.

14. As a San Diego resident, I believe there was no need for ICE to target a busy commercial street during peak hours to attempt to arrest hardworking community members.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 23, 2025

_____

Dr. Jose Diaz

**Declaration of Pedro Rios**

I, Pedro Rios, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.  This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.

2. I am the director of the American Friends Service Committee's (AFSC) US-Mexico Border Program. I have been monitoring and advocating for human rights at AFSC for twenty-two years.

3. In recent weeks there has been a noticeable increase in immigration enforcement activity in Southern California. For example, on Friday, June 6, DHS conducted at least three workplace immigration raids at workplaces in Los Angeles.[38] In San Diego, two popular Italian restaurants were raided by DHS-ICE agents on May 30.[39]

4. Many border residents, including myself, are alarmed by DHS agents' recent tactics. Many community members have been exercising their constitutional right to protest, but DHS has responded to protests with extreme force.

5. Late afternoon on Friday, May 30, dozens of ICE agents from the Homeland Security Investigations division entered the side-by-side Buona Forchetta and Enoteca Buona Forchetta restaurants, surrounding them with over a dozen vehicles. Police tape wrapped around government vehicles delineating an off-limits zone where dozens of federal agents congregated.

6. The disruption overwhelmed these already-crowded streets. Diners at nearby restaurants had been enjoying their meals and neighbors were walking their dogs. Children at Albert Einstein Charter Academy prepared to leave the schoolyard before they were directed to a back gate to avoid the commotion.

7. At Buona Forchetta, known for its award-winning Neapolitan pizza, ICE agents placed all the workers in plastic zip ties. I could see the officers walking around them when I arrived roughly 25 minutes after ICE agents forced their way inside.

8. One detained worker was muscled into a van, shackled by handcuffs with ankle restraints. A total of four people were arrested that day — all service workers.

9. A crowd had already formed outside of Buona Forchetta by that point. Patrons of nearby establishments, parents with their children in their arms and even dog-walkers were protesting the masked ICE agents.

10. An ICE tactical unit, geared up with helmets and rifles, tossed three loud flashbang grenades at the people who had surrounded their vehicles, intending to disperse them. One charge

---

[38] Orlando Mayorquín and Jesus Jiménez, N.Y. Times, Agents Use Military-Style Force Against Protesters at L.A. Immigration Raid (June 6, 2025) https://www.nytimes.com/2025/06/06/us/los-angeles-immigration-raid.html

[39] Domenick Candelieri & Jennifer Franco, San Diego FOX5/KUSI, ICE conducts operations at Buona Forchetta restaurants in South Park (May 30, 2025), https://fox5sandiego.com/news/local-news/ice-presence-seen-at-south-park-restaurant/

went off near a pregnant woman who sought medical care, while another sent children crying to their parents. The agents were heavily armed and stationed near elementary school while children were present. Children were redirected to another exit to avoid the commotion.

11. This raid took place during a Friday evening, when several hundred people were patronizing local businesses, enjoying dinner, or walking their dogs. When the NFDDs were set-off, many people ran away in the middle of the street, some seeking shelter in nearby storefronts. Some agents with patches indicating they were members of a Special Response Team, holding rifles, formed a line and attempted to intimidate community members protesting their aggressive tactics. The ICE raid and the subsequent use of NFDDs created a lot of unnecessary tension and could have potentially led to increased violence.[40]

12. This was not the first operation in San Diego County under the second Trump administration. In March, ICE and other federal agencies, including Border Patrol, conducted a worksite raid at San Diego Powder and Protective Coatings, a family-run company in unincorporated El Cajon that contracts with the federal government.[41]

13. In that operation, more than 60 federal agents reportedly held dozens of workers for over nine hours, restricting bathroom breaks and offering little food. Family members, fellow workers and community members protested outside the facility for hours.

14. I am concerned that ICE's violent tactics and militarization violate our constitutional rights to peaceably assemble and protest government actions. I also worry that these actions harm our democracy and violate international standards requiring law enforcement use of force to be necessary and proportionate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2025

_____
Pedro Rios

---

[40] Amber Coakley, San Diego FOX5/KUSI, San Diego lawmakers demand federal investigation into ICE raid at local restaurants (June 7, 2025), https://fox5sandiego.com/news/local-news/san-diego-lawmakers-demand-federal-investigation-into-ice-raid-at-local-restaurants/

[41] Caleb Lunetta, San Diego Union-Tribune, Federal agents raid business during immigration investigation in unincorporated El Cajon (Mar. 28, 2025), https://www.sandiegouniontribune.com/2025/03/27/federal-agents-raid-el-cajon-business-in-immigration-investigation/; Sergio Olmos and Wendy Fry, CalMatters, Border Patrol said it targeted known criminals in Kern County. But it had no record on 77 of 78 arrestees (April 10, 2025), https://calmatters.org/economy/2025/04/border-patrol-records-kern-county/

Exhibit B



Ricardo (Ricky) Garza <ricky@alliancesd.org>

## Regarding DHS CRCL No. CR-023568

**CRCL Compliance** <CRCLCompliance@hq.dhs.gov>                    Wed, Dec 3, 2025 at 11:10 AM
Reply-To: CRCLCompliance@hq.dhs.gov
To: ricky@alliancesd.org

Dear Ricky Garza:

On June 24, 2025, the U.S. Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL) received information from you regarding concerns related to alleged civil rights or civil liberties violations by DHS. Thank you for submitting your concerns. Under 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1, CRCL reviews and assesses information concerning abuses of civil rights, civil liberties, and profiling on the basis of race, ethnicity, or religion, by employees and officials of DHS. CRCL also reviews allegations that DHS employees, programs, or activities failed to accommodate an individual's disability under Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794.

After carefully reviewing the information you provided, CRCL will take no further action on the information you provided at this time. However, CRCL has recorded your complaint in its database. This will allow CRCL to track the issues you raised in order to identify potential patterns of civil rights or civil liberties allegations within our jurisdiction.

Please be advised that CRCL does not provide individuals with legal rights or remedies. Accordingly, CRCL is not able to obtain any legal remedies or damages on your behalf.

Sincerely,

Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security



*This message may contain information that is confidential, deliberative, law enforcement sensitive and/or otherwise protected from public disclosure. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden.*

Ref:MSG61317845_qL8mKQoLClrTdbRgMdJ