UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>    Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>    Defendants. | Civil Action No. 25-1270- |

**DECLARATION OF HEATHER LOTHROP**

I, Heather Lothrop, declare as follows:

1.      I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and information that has been shared with me through conversations with my colleagues.

2.      I am the director of legal services at Urban Justice Center's Domestic Violence Project.

3.      UJC is a nonprofit legal services organization.  We provide free legal services to low-income New Yorkers in specific subject matter areas, including housing and domestic violence.  Once a client retains our services, we continue representing that client at no charge for as long as it takes to resolve the legal problem that caused them to seek out our services, which can sometimes take months or years.

1

4.      UJC's Domestic Violence Project (DVP) is composed of approximately 23 full-time staff along with pro bono attorneys, interns and volunteers.  The DVP's mission is to meet the full needs of survivors by providing comprehensive, trauma-informed, holistic legal and advocacy services to survivors of intimate partner violence in New York City.

5.      In the past, DVP lawyers frequently requested assistance from the CIS Ombudsman's Office when one of our clients had a problem with an immigration benefit petition pending with USCIS and where reaching out to the USCIS email hotline didn't resolve the problem. As my former colleague Joy Ziegeweid noted, responses from the hotline are either delayed by at least four months or a reply never comes. There are time sensitive cases where we cannot afford to wait for four months to get a response. There are also times when we have tried the hotline several times without a reply. In the past, the CIS Ombudsman has been a crucial tool to resolve problems when the email hotline is unsuccessful.

6.      Since March 2025, when all of the existing employees at the CIS Ombudsman stopped working, the response from the CIS Ombudsman has dramatically changed.  Comparing the responses we have received from the CIS Ombudsman between April of 2024 and the Fall of 2025 demonstrates the profound change. In April 2024, my colleague emailed the CIS Ombudsman because the application for a replacement green card was well outside of normal processing times. My colleague had emailed the hotline but did not receive a response. After emailing the CIS Ombudsman, my colleague learned that USCIS had sent a request for evidence that my office never received. The CIS Ombudsman not only provided our office with a copy of the missing request for evidence but also gave us a specific instruction on how to proceed if something did not go according to the expected timeline. For instance, the CIS Ombudsman provided us with a phone number and e-request option if we did not get a mailed copy of the notice

within thirty days.  Upon learning about the request for evidence, my colleague was able to quickly reply and the client was able to get their green card replaced. A true and correct copy of this exchange with the CIS Ombudsman, redacted to protect confidential client information, is attached to this declaration as Exhibit A.

7.    Similarly, in June of 2024, my colleague requested the assistance of the CIS Ombudsman because the case was well outside of normal processing times. The CIS Ombudsman exchanged emails with my colleague several times, during which the CIS Ombudsman explained the reason for the delay in finding out what happened with the case. This response provided comfort that the request was actually being addressed even if it was taking some time. The CIS Ombudsman even invited a response and encouraged my colleague to let them know if the issue was resolved.   A mere few weeks after the final email exchange, my colleague received notices about the case and the case moved forward when it had previously been stuck in limbo. A true and correct copy of this exchange with the CIS Ombudsman, redacted to protect confidential client information, is attached to this declaration as Exhibit B.

8.    More recently, we have not been getting help from the CIS Ombudsman. A colleague received a biometrics notice for a derivative child who is not residing in the United States and could not attend the biometrics appointment in NY. My colleague emailed the CIS Ombudsman in August of 2025 after trying to get an overseas biometrics notice through the hotline. The CIS Ombudsman responded in September of 2025 with a single sentence saying simply that no further action will be taken. The hotline finally responded in November of 2025 saying that they will issue the overseas biometrics notice, but to date that notice has not been received. A true and correct copy of this exchange with the CIS Ombudsman, redacted to protect confidential client information, is attached to this declaration as Exhibit C.

9.      As another example, one of my colleagues escalated a case to the CIS Ombudsman because receipt notices were missing. The case was filed in April of 2025 and after requesting help from the hotline to no avail, my colleague asked the CIS Ombudsman to intervene in August of 2025. A month later in September 2025, my colleague received the same one-sentence response we had received in the other case, that no further action would be taken. A true and correct copy of this exchange with the CIS Ombudsman, redacted to protect confidential client information, is attached to this declaration as Exhibit D. My colleague continued to try to get the receipt notices and only got some of the missing notices in December of 2025.

10.     Since DVP received these cursory responses in the fall, our office has used the CIS Ombudsman less frequently than we did in the past. The responses from the CIS Ombudsman demonstrated that it is not going to be an effective advocacy tool for our clients going forward. As a result, our office has had to turn to other more time-intensive methods of advocacy, including emailing the hotline and asking a member of Congress to intervene. The loss of the functioning CIS Ombudsman is a tragedy for all involved. As a practitioner, it means spending significantly more time trying to resolve minor issues instead of doing the substantive legal work on behalf of clients.  My colleagues are bogged down with these routine issues that mean we can't assist as many clients even though there is a great need for more legal services. Our clients suffer because they are anxious about their cases and it seems like there is no way to get answers or fix routine issues. The government also suffers. Instead of quickly and expeditiously resolving problems, the delays and list of problems only grows. The CIS Ombudsman was efficient. Once the problem was fixed, everyone could move on. Instead, the CIS Ombudsman refuses to assist, and USCIS continues to be overloaded with the same requests for help over and over again.

4

11.     Lastly, my colleague filed a complaint with CRCL when USCIS unlawfully disclosed the fact that a client had filed a U nonimmigrant status petition, and disclosed the client's U petition filed on behalf of her minor child, to her abusive spouse, in violation of 8 U.S.C. § 1367. The client found out when the abusive spouse used the material he received against her in a family court legal proceeding. That complaint was filed with CRCL in April of 2025, and no response has been received. The protections that the client should have been afforded were ignored, and she deserved to have her complaint investigated. Furthermore, without proper training and oversight, more mistakes like this will be made, which puts clients at risk. These types of filings are confidential to protect those filings.  Survivors of intimate partner violence are often terrified of the abusive party and are scared that the abusive party will learn of the filing. It is essential that the training and oversight CRCL provided continue to ensure that filings actually remain confidential. Without this confidentiality, our ability to provide legal services to survivors of domestic violence will be greatly inhibited.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on January 16, 2026

*Heather Lothrop*

Heather Lothrop

# Exhibit A

**Outlook**

---

**Fw: Update: CIS Ombudsman Request Number** ▮▮▮▮▮ **has been closed**

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Date** Wed 9/10/2025 4:50 PM
**To** Alessandra Rosales <ARosales@urbanjustice.org>

📎 1 attachment (74 KB)
JOH ZIEGEWEID.pdf;

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Saturday, April 27, 2024 5:17 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** Update: CIS Ombudsman Request Number ▮▮▮▮▮ has been closed

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear Joy Ziegeweid,

We have reviewed your case assistance request. We determined that U.S. Citizenship and Immigration Services (USCIS) sent you and/or your client a Request for Evidence (RFE) about your client's I-90- Application to Replace Permanent Resident Card.   We have attached a copy for your records.

USCIS mailed the notice to the address you provided to them. If you have a USCIS online account, you may want to check to see if USCIS uploaded a copy of the notice to your account. If you do not receive the notice in 30 days, please:

    1. Call the USCIS Contact Center at 1-800-375-5283 or submit an e-Request to request a copy of the notice and an extension to the response deadline.

    2. Ask your local post office to start an investigation. The U.S. Postal Service will send you a letter with the results of the investigation. You can use the letter as documentation of lost mail when asking USCIS to mail you a copy of the notice and extend the deadline.

Once you receive the notice, please respond by the due date. After you respond, please give USCIS 60 days to send you a decision. After 60 days, you can submit a case inquiry to USCIS if Case Status Online does not indicate a decision has been issued.

Because USCIS has acted, we have closed your request.

We hope you find this information helpful. Please take our customer satisfaction survey to share your experience

with this request for assistance with the CIS Ombudsman (not USCIS' process). Your feedback is important to us.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
1-855-882-8100 (toll free)│202-357-8100 (local)
www.dhs.gov/cisombudsman

*The Office of the Citizenship and Immigration Services Ombudsman is an **independent, impartial,** and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' Change of Address page for additional information on how to update your address for any pending applications or petitions with USCIS.

 Outlook

---

**Fw: Update on Your CIS Ombudsman Request Number** ▓▓▓▓▓

---

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Date** Wed 9/10/2025 4:50 PM
**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Monday, April 22, 2024 9:39 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** Update on Your CIS Ombudsman Request Number ▓▓▓▓▓

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ▓▓▓▓▓▓▓,

We must apologize, due to continued processing delays at U.S. Citizenship and Immigration Services (USCIS) and the resulting volume of requests for case assistance we receive, the CIS Ombudsman's Office has not yet been able to take action on your request.

Please be assured that your request for assistance remains open and pending assignment to one of our analysts for review and research. In addition to reviewing USCIS systems, we will confirm which USCIS office is adjudicating your form and check that office's published processing times to determine whether USCIS will accept an inquiry.

Thank you for your patience and understanding.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
1-855-882-8100 (toll free) | 202-357-8100 (local)
www.dhs.gov/cisombudsman
 

*The Office of the Citizenship and Immigration Services Ombudsman is an **independent**, **impartial**, and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' Change of Address page for additional information on how to update your address for any

pending applications or petitions with USCIS.

 Outlook

---

**Fw: Update to Request:** ███████████

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Date** Wed 9/10/2025 4:50 PM
**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** SCOPS-DoNotReply <PSC-DoNotReply@uscis.dhs.gov>
**Sent:** Tuesday, April 2, 2024 6:07 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** Update to Request: ███████████

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

███████████,

**Form Number:** I90
**Receipt Number:** ███████████

Thank you for your inquiry. We have received your request and are working diligently to process your case within the processing times posted on the USCIS website. For your reference, USCIS processing time are available here. Due to the high volume of work we are currently receiving, it may take longer to provide you with a final adjudicative decision. We appreciate your continued patience.

We encourage you to create a USCIS online account so that you can file forms online and track your case anytime from anywhere. Steps to creating an account can be found here. If you work with an attorney or representative, they can also create their own account to manage your case, but they cannot use your account.

**Please do not reply to this message. It was sent from an unattended mailbox.**

**Outlook**

---

**Fw: CIS Ombudsman Request Number** ▮▮▮▮▮ **for** ▮▮▮▮▮▮▮

---

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>

**Date** Wed 9/10/2025 4:51 PM

**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Thursday, March 21, 2024 4:14 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** CIS Ombudsman Request Number ▮▮▮▮▮ for ▮▮▮▮▮▮

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ▮▮▮▮▮▮,

Thank you for submitting a case assistance request on DHS Form 7001, *Request for Case Assistance*, to the Department of Homeland Security's (DHS) Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman).

We are an independent office within DHS and are not part of U.S. Citizenship and Immigration Services (USCIS). This means we do not have access to your immigration file. Submitting a DHS Form 7001 to our office does not pause or delay the time you have to appeal a USCIS decision or respond to a request or notice from USCIS.

For your records, a copy of the information you shared with us is below. **Please also see the Consent section below to determine whether we need you to send us a scanned copy or photo of the DHS Form 7001 with your signature in Section 9.**

**Supporting documentation:** If you have not uploaded documentation that supports your request for case assistance, you may do so by replying to this email and attaching this documentation. Please note, we may send you a request for information if your attachment does not come through due to size limitations or the virus scan.

**Family members also experiencing difficulties?** If you included the receipt numbers for your family member(s) in this request **and** would like our assistance with your family member(s)' case, each family member needs to submit their own DHS Form 7001 with supporting documentation to our office. We will *only* be able to review and submit an inquiry for you for the primary form receipt. If you submitted a separate DHS Form 7001 for your family member(s), please reply to this email and provide the name(s) of your family member(s) and associated CIS Ombudsman Request Number(s) to link your requests together.

**Need help with more than one pending form?** If you need our assistance with more than one form, please submit a separate DHS Form 7001 for each receipt number and reply to this email to provide the subsequent CIS

Ombudsman Request Number(s) to link your requests together. For example, if you would like our help with a pending Form I-130, *Petition for Alien Relative*, and a pending Form I-589, *Application for Asylum and Withholding of Removal*, you must submit two separate DHS Forms 7001. However, if you are seeking our help with concurrently filed petitions that are still pending—such as Form I-130 and Form I-485, *Application to Register Permanent Residence or Adjust Status*—you may file just one DHS Form 7001 as long as you include the Form I-130 receipt number, the Form I-485 receipt number, and consent from both the petitioner and beneficiary.

**How soon will we take action on your request?**

The CIS Ombudsman works first on high priority cases. Due to the volume of requests we receive, our office is temporarily prioritizing requests where the description you provided involves:

- Non-receipt of USCIS notices or decisions, such as requests for evidence, appointment notices, or decisions even though USCIS systems indicate that it issued one, or instances where the U.S. Postal Service returned a card to USCIS as non-deliverable;
- Certain cases where the beneficiary may "age out" of eligibility for the requested immigration benefit. See USCIS' Child Status Protection Act (CSPA) webpage for additional information;
- Certain cases involving U.S. military personnel and their families;
- Applications and petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law by USCIS;
- Typographic errors in immigration documents;
- Certain cases where someone is in removal proceedings before the immigration court with a hearing scheduled within six months and has an application/petition pending before USCIS that could impact the outcome of removal proceedings;
- Lost files and/or file transfer problems between USCIS offices;
- Certain cases involving an emergency or a hardship that fall under the USCIS expedite criteria;
- Systemic issues that should be given higher level review;
- Expedite requests approved by USCIS more than 60 days ago;
- Approval notification delays to the U.S. Department of State's National Visa Center when your priority date has been current (please share the approval notice); and
- Three issues for Form I-134A cases for Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV): correcting certain typographical errors, alerting USCIS when a family member's I-134A is pending while remaining family members have been approved, or resending a copy of the confirmation notice.

Our goal is to assign these types of requests to one of our analysts within 14 *business* days.

For other types of requests, our review and response time may be further delayed. If the issue you are encountering is that your case is outside of the 93rd percentile of USCIS' published processing times, we will still review your request and reach out to USCIS, but these requests are assigned in a first-in, first-out order. We will continue to work with USCIS leadership to address its lengthy delays—across various form types—as a systemic issue.

We will contact you as soon as one of our immigration law analysts has the opportunity to review the description and documentation you provided with your DHS Form 7001. If a document you uploaded with the DHS Form 7001 did not make it to us because of size limitations or virus scan, our analyst will reach out to you via email to ask that you resend it to us.

Please note that if you previously submitted a DHS Form 7001 with our office for the same receipt number **and** the initial request remains pending with our office, we will close your most recent case assistance request to avoid duplication.

**Reminders:**

- **Response Deadlines and/or Appeal Rights:**
  - **Please be mindful that filing a request for case assistance with the CIS Ombudsman does** *not* **protect your appeal rights or extend any USCIS deadlines you may face.**
  - If you received a request for evidence or other notice requesting information, you must respond to USCIS with the requested information within the timeframe noted on the notice, even if you disagree with the request.
  - If you received a denial notice and believe there is clear USCIS error, you should file an appeal or motion to reopen or reconsider, as appropriate, to protect your appeal rights.
  - If you believe there is clear USCIS administrative error with a denial, please provide copies of the denial notice, original submission, appeal and/or motion receipt notice or copy of submission with supporting documentation and delivery confirmation to us by replying to this email. See USCIS' Notice of Appeal or Motion and Questions and Answers: Appeals and Motions pages for information.

- **Consent:**
  - We will not be able to communicate with you further, and your request for case assistance will be closed, if we do not receive proper consent from the benefit requestor (i.e., the individual who signed the submitted form to USCIS) or if the protected individual's address or attorney information does not match USCIS systems.
  - If the benefit requestor did not provide proper consent, or if you did not include a copy of Form G-28, *Notice of Entry or Appearance as Attorney or Representative*, when you submitted this request for case assistance, please reply to this email with a scanned copy of Section 9 of DHS Form 7001 or the Form G-28, respectively.
  - **Unrepresented individuals who have applied for, or who were granted, T, U, VAWA, or refugee status** submitting this request *must* submit a copy of the wet signature on Section 9 of DHS Form 7001.
    - In addition, the address for unrepresented individuals *must match the address in USCIS systems*, and we will communicate with you via U.S. mail only in the future, to comply with confidentiality provisions.
    - If your address with USCIS is incorrect, you may change it by mailing Form AR-11, *Alien's Change of Address Card*, to the Vermont Service Center. See USCIS' Online Change of Address webpage for additional instructions.
  - **Attorneys or accredited representatives** must have previously submitted a properly executed Form G-28 to USCIS.

- **Change of Address:**
  - If you have moved or plan on moving, you must notify USCIS. See USCIS' How to Change Your Address webpage for more information. For most individuals, the easiest way is to visit USCIS' Online Change of Address webpage, where you can submit Form AR-11 and update your address for *all* pending applications or petitions at the same time. Please note that unless otherwise noted on USCIS' webpage, the mailing of a Form AR-11 *alone* does **not** update your address for any pending application or petition. The U.S. Postal Service does not forward secure documents such as a permanent resident card or employment authorization document to a new address, so USCIS must receive your new address before it issues a decision or other notice.

- **Emergency travel:**
  - If you have an urgent need to travel, you may wish to consider applying for an emergency advance parole travel document. For instructions on how to request an emergency advance parole travel document, please view USCIS' website on Emergency Travel. You will need to provide documentation that supports the urgent need for international travel.
- **Duplicate pending congressional inquiries:**
  - To avoid duplication of effort and potentially delaying USCIS' adjudication of your case, we will close your request for case assistance when USCIS has confirmed that they have also received a congressional inquiry for the same receipt number(s) and issue.


Thank you in advance for your patience and understanding.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
Phone (toll free): 1-855-882-8100
Phone (local): 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman



*The Office of the Citizenship and Immigration Services Ombudsman is an **independent**, **impartial**, and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS Form 7001) | |
|---|---|
| **CIS Ombudsman Request Number:** | ▮▮▮▮▮ |
| **Applicant/Beneficiary/Petitioner** | |
| **Name:** | ▮▮▮▮▮ |
| **Contact Information:** | c-o UJC DVP 40 Rector St. 9th Fl.<br>New York New York 10006<br><br>Primary E-mail Address (to receive Ombudsman updates):<br>jziegeweid@urbanjustice.org<br>Phone: 6464593092<br>Fax:<br>Please Send any future correspondences through the U.S. Postal Service: No |
| **Date of Birth:** | ▮▮▮▮ |
| **Country of Birth:** | ▮▮▮ |

| **Alien Registration Number:** | ███████ |
|---|---|

| | **Application/Petition Information** |
|---|---|

| **Application/Petition Information:** | USCIS Receipt Date: 12/7/2021 7:00 AM |
| | USCIS Form: I-90- Application to Replace Permanent Resident Card |
| | Receipt Number: ████████████ |
| | Form Category: 10-year renewal |

| **Type of Immigration Benefit Sought:** | Other |
| | I-90 renewal, required before Ms. ██████ can apply to naturalize |

| | **Reason(s) for Requesting Case Assistance** |
|---|---|

| **Reason(s) for Requesting Case Assistance:** | Mailing issues, including non-delivery of correspondence and/or immigration documents: No |
| | Beneficiary may "age-out" of eligibility for the requested immigration benefit. Consult the Child Status Protection Act website: No |
| | Certain cases involving U.S. military personnel and their families: Yes |
| | Applications or petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law by USCIS: No |
| | Typographic error(s) on immigration documents: No |
| | Individual is in removal proceedings before an immigration court with a hearing scheduled within six months AND has an application/petition pending before USCIS that could impact the outcome: No |
| | Lost files and/or file transfer issues: No |
| | Certain cases involving an emergency or a hardship that falls under USCIS expedite criteria: No |
| | Priority-2 Direct Access Program: No |
| | Systemic issue(s) that should be given higher level review:  No |
| | Case is at least 30 days past published processing times (e.g., at least 30 days past the receipt date for a case inquiry with USCIS): Yes |
| | Case has no posted processing times, and my case has been pending for more than six months: No |
| | |
| | Other (specify): No |

| **Description:** | Ms. ██████ filed an I-90 to renew her lawful permanent resident card on 12-07-2021. Her case is now well outside of normal processing times. Ms. ██████ cannot naturalize without a valid green card. Furthermore, her daughter ████████████ is a sergeant in the US Army and Ms. ████████ visit her where she is stationed because without a valid green card proving her status, she is unable to obtain state ID sufficient for travel. |

| | **Prior Actions Taken** |
|---|---|

| **Actions Taken with USCIS for Resolution** | Requested assistance from USCIS using its e-Request tool: Yes |
| | ████████████ 1/24/2024 7:00 AM |
| | Emailed the lockbox: No |
| | Contacted USCIS at its toll-free number 1-800-375-5283: No |

| | |
|---|---|
| | For refugee applicants: No<br>For T visa, U visa, or Violence Against Women Act (VAWA) benefits: No<br>Other: No<br><br>Please Describe: I received no response from USCIS. |
| **Other Actions Taken** | Contacted a U.S. government department or agency for assistance: No<br><br>Contacted a U.S. congressional representative for assistance: No<br><br>Submitted an inquiry through a non-governmental organization or bar/trade association: No<br>Filed an appeal or motion challenging a USCIS decision denying benefits: No |
| | **Attorney/Accredited Representative** |
| **Attorney/Representative Information:** | Joy Ziegeweid<br>Phone:<br><br>I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes<br><br>I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No<br><br>I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No<br><br>Other: No |
| | **Supporting Documentation** |
| **Supporting Documentation:** | **Do not mail original documents. Only mail copies of documents.** |
| | **Verification** |
| **Signature:** | ███████████<br>Joy Ziegeweid |

# Exhibit B

Outlook

## Fw: Inquiry sent to USCIS: CIS Ombudsman Request Number ███████

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Date** Wed 9/10/2025 4:56 PM
**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Monday, August 12, 2024 12:09 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** Inquiry sent to USCIS: CIS Ombudsman Request Number ███████

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ██████████████

We have reviewed your case assistance request and contacted U.S. Citizenship and Immigration Services (USCIS) regarding the primary issue described in your case assistance request.

**What happens now?**

- We will notify you when we receive a response from USCIS that addresses your concern.
- If USCIS requests additional time to research, we will follow up with the agency the following month and provide you with updates as they come available through email.
- You can use the Check the Status of Your Request tab on our online DHS Form 7001 page at any time to check where your request is in our process.
- **If you receive information from USCIS before hearing from us or if you no longer need our help, we ask that you kindly let us know by replying to this email.**

The CIS Ombudsman's office is independent and not part of USCIS, which means that we cannot expedite, approve, or deny an immigration form or change a decision made by USCIS.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
1-855-882-8100 (toll free)│202-357-8100 (local)
www.dhs.gov/cisombudsman



*The Office of the Citizenship and Immigration Services Ombudsman is an **independent**, **impartial**, and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' Change of Address page for additional information on how to update your address for any pending applications or petitions with USCIS.

Outlook

---

**Fw: Update on Your CIS Ombudsman Request Number** ███████

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>

**Date** Wed 9/10/2025 4:56 PM

**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Wednesday, July 3, 2024 9:05 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** Update on Your CIS Ombudsman Request Number ███████

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ███████████

We must apologize. Due to continued processing delays at U.S. Citizenship and Immigration Services (USCIS) and the resulting volume of requests for case assistance we receive, the CIS Ombudsman's Office has not yet been able to take action on your request.

Please be assured that your request for assistance remains open and pending assignment to one of our analysts for review and research. In addition to reviewing USCIS systems and the Department of State's Visa Bulletin for immigrant visa availability in your preference category, we will confirm which USCIS office is currently assigned to adjudicate your form and will check that office's published processing times to determine whether USCIS will accept an inquiry.

As soon as the analyst completes their review, they will contact you to let you know whether or how we may be able to assist. You can also use the Check the Status of Your Request tab on our online DHS Form 7001 page at any time to check where your request is in our process.

Thank you for your patience and understanding.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
1-855-882-8100 (toll free) | 202-357-8100 (local)
www.dhs.gov/cisombudsman



*The Office of the Citizenship and Immigration Services Ombudsman is an* **independent***,* **impartial***, and* **confidential** *resource. We advocate for a* **fair** *and* **efficient** *immigration process.*

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' Change of Address page for additional information on how to update your address for any pending applications or petitions with USCIS.

 **Outlook**

---

**Fw: Request for Status for CIS Ombudsman Request Number** ██████

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>

**Date** Wed 9/10/2025 4:56 PM

**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Thursday, June 20, 2024 2:47 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** Request for Status for CIS Ombudsman Request Number ██████

Dear Joy Ziegeweid,

We are sorry to hear that you are having difficulties obtaining the status of your request for case assistance. We can confirm that your request for case assistance remains pending assignment to one of our analysts.

For more details about each step of the process, go to the After You Submit a Request section of our How to Submit a Case Assistance Request page. Our analyst will be in touch with you via email as soon as we have an update to share with you.

Thank you for your patience, and we look forwarding to assisting you.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
1-855-882-8100 (toll free) │ 202-357-8100 (local)
www.dhs.gov/cisombudsman


*The Office of the Citizenship and Immigration Services Ombudsman is an* **independent**, **impartial**, *and* **confidential** *resource. We advocate for a* **fair** *and* **efficient** *immigration process.*

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with

USCIS. Go to USCIS' <u>Change of Address</u> page for additional information on how to update your address for any pending applications or petitions with USCIS.

**From:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Sent:** Tuesday, June 18, 2024 6:44 PM
**To:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Cc:** 20-0183253@ujc.legalserver.org
**Subject:** RE: CIS Ombudsman Request Number ██████████ for ████████████████

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Contact your component SOC with questions or concerns.

Hello,

I just checked the status of this ombudsman request and received a response saying "CIS Ombudsman Request Number not found." What is going on?  Please assist.

Sincerely,
Joy Ziegeweid


--------------------------------------------------------
Joy Ziegeweid, Esq.
Director, Immigration Legal Services

Domestic Violence Project
Urban Justice Center
40 Rector Street, 9th Floor
New York, NY 10006
Tel: 646.459.3092 | Fax: 212.533.4598
<u>jziegeweid@urbanjustice.org</u>
<u>Facebook</u> | <u>Instagram</u> | <u>Twitter</u> | <u>YouTube</u> | <u>Web</u>

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Friday, May 3, 2024 4:32 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** CIS Ombudsman Request Number ███████████ for ███████████████

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ██████████████████

Thank you for submitting a case assistance request on <u>DHS Form 7001, *Request for Case Assistance*</u> to the Department of Homeland Security's (DHS) <u>Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman)</u>. For your records, a copy of the information you shared with us is below. **Please also see the Consent section below to determine whether we need you to send us a scanned copy or photo of the DHS Form 7001 with your signature in Section 9.**

We are an independent office within DHS and are not part of U.S. Citizenship and Immigration Services (USCIS). This means we do not have access to your immigration file. Submitting a DHS Form 7001 to our office does not pause or delay the time you have to appeal a USCIS decision or respond to a request or notice from USCIS.

**Supporting documentation:** If you have not uploaded documentation that supports your request for case assistance, you may do so in two ways:

- *Option 1:* Go to the Upload Requested Documents *(after submitting your request)* tab on our online DHS Form 7001 page. Enter your CIS Ombudsman Request Number and email address, upload your documents, and then submit them.
- *Option 2:* Reply to this email and attach the requested documents. Please note, we may send you a request for information if your attachment does not come through due to size limitations or the virus scan.

**Family members also experiencing difficulties?** If you included the receipt numbers for your family member(s) in this request **and** would like our assistance with your family member(s)' case, **each family member needs to submit their own DHS Form 7001 with supporting documentation to our office. We will** *only* **be able to review and submit an inquiry for you for the primary form receipt.** If you submitted a separate DHS Form 7001 for your family member(s), please reply to this email and provide the name(s) of your family member(s) and associated CIS Ombudsman Request Number(s) to link your requests together.

**Need help with more than one pending form?** If you need our assistance with more than one form, please submit a separate DHS Form 7001 for each receipt number and reply to this email to provide the subsequent CIS Ombudsman Request Number(s) to link your requests together. For example, if you would like our help with a pending Form I-130, *Petition for Alien Relative*, and a pending Form I-589, *Application for Asylum and for Withholding of Removal*, you must submit two separate DHS Forms 7001. However, if you are seeking our help with concurrently filed petitions that are still pending—such as Form I-130 and Form I-485, *Application to Register Permanent Residence or Adjust Status*—you may file just one DHS Form 7001 as long as you include the Form I-130 receipt number, the Form I-485 receipt number, and consent from both the petitioner and beneficiary.

**How soon will we take action on your request?** The CIS Ombudsman works first on requests that fall under one of our priority issues. Due to the volume of requests we receive, our office is temporarily prioritizing requests where the description provided in Section 2 of the form involves:

- Undelivered USCIS notices or decisions – Such as receipt notices, requests for evidence, appointment notices, or denial notices where USCIS systems indicate that it issued one, or instances where the U.S. Postal Service returned a card or document to USCIS as non-deliverable.
- Aging out of eligibility – Certain cases where the beneficiary may "age out" of eligibility for the requested immigration benefit. See USCIS' Child Status Protection Act (CSPA) webpage for additional information.
- U.S. military personnel – Certain cases involving U.S. military personnel and their families.
- Improper rejections – Applications and petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law.
- Typographical errors – Typographic errors (such as the wrong name or date of birth) in immigration documents, such as Green Cards or employment authorization documents.
- Emergency or hardship – Certain cases involving an emergency or a hardship that fall under the USCIS expedite criteria.
- Expedites – Expedite requests that were approved and the agency has not issued a notice or decision on your pending form within the last 45 days.

**PLFS-2077**

- Transfers to the Department of State – Delays in sending approved petitions to the Department of State.
- Form I-134A (only three types of issues) – We can help with only these three issues for Form I-134A cases for the Uniting for Ukraine (U4U) and Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV) parole processes. See our web alert for more information.
  - Correcting certain typographical errors (such as an email address or name) on your pending Form I-134A before U.S. Customs and Border Protection (CBP) issues the travel authorization;
  - Assisting when some family members have received their travel authorization, but other family members are still waiting; or
  - Getting a copy of the previously issued confirmation notice that was emailed to the beneficiary so they can set up their USCIS online account.

Our goal is to assign these types of requests to one of our analysts within 14 business days. For other types of requests, our review and response time may be further delayed. If the issue described in Section 2 of your form indicated that your case is past the USCIS inquiry date (which may be different from the processing times USCIS posts on its website), we will still review your request and reach out to USCIS, but these requests are assigned in a first-in, first-out order. We will continue to work with USCIS leadership to address its lengthy delays—across various form types—as a systemic issue.

**Next steps:**

We will contact you as soon as one of our immigration law analysts has the opportunity to review the description and documentation you provided with your DHS Form 7001.

- If a document you uploaded with the DHS Form 7001 did not make it to us because of size limitations or virus scan, our analyst will reach out to you via email to ask that you resubmit the document.
- Use the Check the Status of Your Request tab on our online DHS Form 7001 page at any time to see where your request is in our process.
- Please note that if you previously submitted a DHS Form 7001 with our office for the same receipt number **and** the initial request remains pending with our office, we will close your most recent case assistance request to avoid duplication.

**Reminders:**

- **Response Deadlines and/or Appeal Rights:**
  - **Please be mindful that filing a request for case assistance with the CIS Ombudsman does *not* protect your appeal rights or extend any USCIS deadlines you may face.**
  - If you received a request for evidence or other notice requesting information, you must respond to USCIS with the requested information within the timeframe noted on the notice, even if you disagree with the request.
  - If you received a denial notice and believe there is clear USCIS error, you should file an appeal or motion to reopen or reconsider, as appropriate, to protect your appeal rights.
  - If you believe there is clear USCIS administrative error with a denial, please provide copies of the denial notice, original submission, appeal and/or motion receipt notice or copy of submission with supporting documentation and delivery confirmation to us by replying to this email. See USCIS' Notice of Appeal or Motion and Questions and Answers: Appeals and Motions pages for information.
- **Consent:**

- We will not be able to communicate with you further, and your request for case assistance will be closed, if we do not receive proper consent from the benefit requestor (i.e., the individual who signed the submitted form to USCIS) or if the protected individual's address or attorney information does not match USCIS systems.
- If the benefit requestor did not provide proper consent, or if you did not include a copy of Form G-28, *Notice of Entry or Appearance as Attorney or Representative*, when you submitted this request for case assistance, please reply to this email with a scanned copy of Section 9 of DHS Form 7001 or the Form G-28, respectively.
- **Unrepresented individuals who have applied for, or who were granted, T, U, VAWA, or refugee status** submitting this request *must* submit a copy of the wet signature on Section 9 of DHS Form 7001.
    - In addition, the address for unrepresented individuals *must match the address in USCIS systems*, and we will communicate with you via U.S. mail only in the future, to comply with confidentiality provisions.
    - If your address with USCIS is incorrect, you may change it by mailing Form AR-11, *Alien's Change of Address Card*, to the Vermont Service Center. See USCIS' Online Change of Address webpage for additional instructions.
- **Attorneys or accredited representatives** must have previously submitted a properly executed Form G-28 to USCIS.

- **Change of Address:**
  - If you have moved or plan on moving, you must notify USCIS. See USCIS' How to Change Your Address webpage for more information. For most individuals, the easiest way may be to do so via USCIS' new Enterprise Change of Address self-service tool or via USCIS' Online Change of Address webpage, where you can submit Form AR-11 and update your address for pending applications or petitions at the same time. The U.S. Postal Service does not forward secure documents such as a permanent resident card or employment authorization document to a new address, so USCIS must receive your new address before it orders and prints a decision or other notice.

- **Emergency travel:**
  - If you have an urgent need to travel, you may wish to submit an expedite request or consider applying for an emergency advance parole travel document. For instructions on how to request an emergency advance parole travel document, please view USCIS' website on Emergency Travel. You will need to provide documentation that supports the urgent need for international travel.

- **Duplicate pending congressional inquiries:**
  - To avoid duplication of effort and potentially delaying USCIS' adjudication of your case, we will close your request for case assistance when USCIS has confirmed that they have also received a congressional inquiry for the same receipt number(s) and issue.

Thank you in advance for your patience and understanding.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
Phone: 1-855-882-8100 | 202-357-8100

**PLFS-2079**

Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman



*The Office of the Citizenship and Immigration Services Ombudsman is an **independent, impartial**, and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS Form 7001) | |
|---|---|
| **CIS Ombudsman Request Number:** | ███████ |
| *Applicant/Beneficiary/Petitioner* | |
| **Name:** | ██████████ |
| **Contact Information:** | c/o UJC DVP 40 Rector St. 9th Fl<br>New York New York 10006<br><br>Primary E-mail Address (to receive Ombudsman updates):<br>jziegeweid@urbanjustice.org<br>Phone:  6464593092<br>Fax:<br>Please Send any future correspondences through the U.S. Postal Service: No |
| **Date of Birth:** | ██████ |
| **Country of Birth:** | ████ |
| **Alien Registration Number:** | ███████ |
| *Application/Petition Information* | |
| **Application/Petition Information:** | USCIS Receipt Date: 6/29/2020 12:00 AM |
| | USCIS Form: I-485- Application to Register Permanent Residence or Adjust Status |
| | Receipt Number: ████████ |
| | Form Category: |
| **Type of Immigration Benefit Sought:** | Other<br>I-485 based on VAWA I-360 |
| *Reason(s) for Requesting Case Assistance* | |
| **Reason(s) for Requesting Case Assistance:** | Mailing issues, including non-delivery of correspondence and/or immigration documents: No |

**PLFS-2080**

Beneficiary may "age-out" of eligibility for the requested immigration benefit. Consult the Child Status Protection Act website: No

Certain cases involving U.S. military personnel and their families: No

Applications or petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law by USCIS: No

Typographic error(s) on immigration documents: No

Individual is in removal proceedings before an immigration court with a hearing scheduled within six months AND has an application/petition pending before USCIS that could impact the outcome: No

Lost files and/or file transfer issues: No

Certain cases involving an emergency or a hardship that falls under USCIS expedite criteria: No

Priority-2 Direct Access Program: No

Systemic issue(s) that should be given higher level review:  No

Case is at least 30 days past published processing times (e.g., at least 30 days past the receipt date for a case inquiry with USCIS): Yes

Case has no posted processing times, and my case has been pending for more than six months: No

Other (specify): No

| | |
|---|---|
| **Description:** | Ms. ▮▮▮▮▮▮▮ filed a VAWA petition on June 25, 2018. her I-360 was approved on February 12, 2020. She filed her application for adjustment of status on June 29, 2020--nearly four years ago. Her I-485 has not been adjudicated, nor have we received a request for evidence. It is far outside of processing times. I emailed the VAWA hotline on June 26, 2023 and again on March 4, 2024 and have not received a response in either instance. |

**Prior Actions Taken**

| | |
|---|---|
| **Actions Taken with USCIS for Resolution** | Requested assistance from USCIS using its e-Request tool: No

Emailed the lockbox: No
Contacted USCIS at its toll-free number 1-800-375-5283: No

For refugee applicants: No
For T visa, U visa, or Violence Against Women Act (VAWA) benefits: Yes
Other: No

Please Describe: I emailed the VAWA hotline on June 26, 2023 and again on March 4, 2024. In both instances, I did not receive a reply. |

| | |
|---|---|
| **Other Actions Taken** | Contacted a U.S. government department or agency for assistance: No<br><br>Contacted a U.S. congressional representative for assistance: No<br><br>Submitted an inquiry through a non-governmental organization or bar/trade association: No<br>Filed an appeal or motion challenging a USCIS decision denying benefits: No |
| **Attorney/Accredited Representative** | |
| **Attorney/Representative Information:** | Joy Ziegeweid<br>Phone:<br><br>I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes<br><br>I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No<br><br>I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No<br><br>Other: No |
| **Supporting Documentation** | |
| **Supporting Documentation:** | **Do not mail original documents. Only mail copies of documents.** |
| **Verification** | |
| **Signature:** | Joy Ziegeweid<br>Joy Ziegeweid |

## Outlook

---

**Fw: New Features to Improve the Case Assistance Request Experience for Your CIS Ombudsman Request Number** ▮▮▮▮▮▮▮

---

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>

**Date** Wed 9/10/2025 4:57 PM

**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Thursday, May 9, 2024 1:20 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** New Features to Improve the Case Assistance Request Experience for Your CIS Ombudsman Request Number ▮▮▮▮▮▮

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ▮▮▮▮▮▮▮▮▮▮

In response to customer feedback, we began an effort last year to improve the case assistance request experience. We recently finalized new features to improve the case assistance request experience:

- Check the Status of Your Request: You can use this tab to track the status of your case assistance request. You will also see an overview of the different steps your request goes through as we work on it.
- Upload Requested Documents *(after submitting your request)*: If you receive a request for information (RFI) from us or if you need to add more documents to your request, you can use this tab to upload these documents.

These features will not affect how we process your pending request, and we will share any updates on your request as soon as we can. For more information about our office or the case assistance process, please visit our How to Submit a Case Assistance Request and Frequently Asked Questions pages.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
1-855-882-8100 (toll free) | 202-357-8100 (local)
www.dhs.gov/cisombudsman


*The Office of the Citizenship and Immigration Services Ombudsman is an **independent, impartial,***

*and **confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' <u>Change of Address</u> page for additional information on how to update your address for any pending applications or petitions with USCIS.

📧 Outlook

---

## Fw: CIS Ombudsman Request Number ▮▮▮▮ for ▮▮▮▮▮▮

---

**From** Joy Ziegeweid <JZiegeweid@urbanjustice.org>

**Date** Wed 9/10/2025 4:56 PM

**To** Alessandra Rosales <ARosales@urbanjustice.org>

---

**From:** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Sent:** Friday, May 3, 2024 4:32 PM
**To:** Joy Ziegeweid <JZiegeweid@urbanjustice.org>
**Subject:** CIS Ombudsman Request Number ▮▮▮▮ for ▮▮▮▮▮▮

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ▮▮▮▮,

Thank you for submitting a case assistance request on DHS Form 7001, *Request for Case Assistance* to the Department of Homeland Security's (DHS) Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman). For your records, a copy of the information you shared with us is below. **Please also see the Consent section below to determine whether we need you to send us a scanned copy or photo of the DHS Form 7001 with your signature in Section 9.**

We are an independent office within DHS and are not part of U.S. Citizenship and Immigration Services (USCIS). This means we do not have access to your immigration file. Submitting a DHS Form 7001 to our office does not pause or delay the time you have to appeal a USCIS decision or respond to a request or notice from USCIS.

**Supporting documentation:** If you have not uploaded documentation that supports your request for case assistance, you may do so in two ways:

- *Option 1:* Go to the Upload Requested Documents *(after submitting your request)* tab on our online DHS Form 7001 page. Enter your CIS Ombudsman Request Number and email address, upload your documents, and submit them.
- *Option 2:* Reply to this email and attach the requested documents. Please note, we may send you a request for information if your attachment does not come through due to size limitations or the virus scan.

**Family members also experiencing difficulties?** If you included the receipt numbers for your family member(s) in this request **and** would like our assistance with your family member(s)' case, **each family member needs to submit their own DHS Form 7001 with supporting documentation to our office. We will *only* be able to review and submit an inquiry for you for the primary form receipt.** If you submitted a separate DHS Form 7001 for your family member(s), please reply to this email and provide the name(s) of your family member(s) and associated CIS

Ombudsman Request Number(s) to link your requests together.

**Need help with more than one pending form?** If you need our assistance with more than one form, please submit a separate DHS Form 7001 for each receipt number and reply to this email to provide the subsequent CIS Ombudsman Request Number(s) to link your requests together. For example, if you would like our help with a pending Form I-130, *Petition for Alien Relative*, and a pending Form I-589, *Application for Asylum and for Withholding of Removal*, you must submit two separate DHS Forms 7001. However, if you are seeking our help with concurrently filed petitions that are still pending—such as Form I-130 and Form I-485, *Application to Register Permanent Residence or Adjust Status*—you may file just one DHS Form 7001 as long as you include the Form I-130 receipt number, the Form I-485 receipt number, and consent from both the petitioner and beneficiary.

**How soon will we take action on your request?** The CIS Ombudsman works first on requests that fall under one of our priority issues. Due to the volume of requests we receive, our office is temporarily prioritizing requests where the description provided in Section 2 of the form involves:

- Undelivered USCIS notices or decisions – Such as receipt notices, requests for evidence, appointment notices, or denial notices where USCIS systems indicate that it issued one, or instances where the U.S. Postal Service returned a card or document to USCIS as non-deliverable.
- Aging out of eligibility – Certain cases where the beneficiary may "age out" of eligibility for the requested immigration benefit. See USCIS' Child Status Protection Act (CSPA) webpage for additional information.
- U.S. military personnel – Certain cases involving U.S. military personnel and their families.
- Improper rejections – Applications and petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law.
- Typographical errors – Typographic errors (such as the wrong name or date of birth) in immigration documents, such as Green Cards or employment authorization documents.
- Emergency or hardship – Certain cases involving an emergency or a hardship that fall under the USCIS expedite criteria.
- Expedites – Expedite requests that were approved and the agency has not issued a notice or decision on your pending form within the last 45 days.
- Transfers to the Department of State – Delays in sending approved petitions to the Department of State.
- Form I-134A (only three types of issues) – We can help with only these three issues for Form I-134A cases for the Uniting for Ukraine (U4U) and Cubans, Haitians, Nicaraguans, and Venezuelans (CHNV) parole processes. See our web alert for more information.
  - Correcting certain typographical errors (such as an email address or name) on your pending Form I-134A before U.S. Customs and Border Protection (CBP) issues the travel authorization;
  - Assisting when some family members have received their travel authorization, but other family members are still waiting; or
  - Getting a copy of the previously issued confirmation notice that was emailed to the beneficiary so they can set up their USCIS online account.

Our goal is to assign these types of requests to one of our analysts within 14 business days. For other types of requests, our review and response time may be further delayed. If the issue described in Section 2 of your form indicated that your case is past the USCIS inquiry date (which may be different from the processing times USCIS posts on its website), we will still review your request and reach out to USCIS, but these requests are assigned in a first-in, first-out order. We will continue to work with USCIS leadership to address its lengthy delays—across various form types—as a systemic issue.

**Next steps:**

We will contact you as soon as one of our immigration law analysts has the opportunity to review the description and documentation you provided with your DHS Form 7001.

- If a document you uploaded with the DHS Form 7001 did not make it to us because of size limitations or virus scan, our analyst will reach out to you via email to ask that you resubmit the document.
- Use the Check the Status of Your Request tab on our online DHS Form 7001 page at any time to see where your request is in our process.
- Please note that if you previously submitted a DHS Form 7001 with our office for the same receipt number **and** the initial request remains pending with our office, we will close your most recent case assistance request to avoid duplication.

**Reminders:**

- **Response Deadlines and/or Appeal Rights:**
  - **Please be mindful that filing a request for case assistance with the CIS Ombudsman does *not* protect your appeal rights or extend any USCIS deadlines you may face.**
  - If you received a request for evidence or other notice requesting information, you must respond to USCIS with the requested information within the timeframe noted on the notice, even if you disagree with the request.
  - If you received a denial notice and believe there is clear USCIS error, you should file an appeal or motion to reopen or reconsider, as appropriate, to protect your appeal rights.
  - If you believe there is clear USCIS administrative error with a denial, please provide copies of the denial notice, original submission, appeal and/or motion receipt notice or copy of submission with supporting documentation and delivery confirmation to us by replying to this email. See USCIS' Notice of Appeal or Motion and Questions and Answers: Appeals and Motions pages for information.
- **Consent:**
  - We will not be able to communicate with you further, and your request for case assistance will be closed, if we do not receive proper consent from the benefit requestor (i.e., the individual who signed the submitted form to USCIS) or if the protected individual's address or attorney information does not match USCIS systems.
  - If the benefit requestor did not provide proper consent, or if you did not include a copy of Form G-28, *Notice of Entry or Appearance as Attorney or Representative*, when you submitted this request for case assistance, please reply to this email with a scanned copy of Section 9 of DHS Form 7001 or the Form G-28, respectively.
  - **Unrepresented individuals who have applied for, or who were granted, T, U, VAWA, or refugee status** submitting this request *must* submit a copy of the wet signature on Section 9 of DHS Form 7001.
    - In addition, the address for unrepresented individuals *must match the address in USCIS systems*, and we will communicate with you via U.S. mail only in the future, to comply with confidentiality provisions.
    - If your address with USCIS is incorrect, you may change it by mailing Form AR-11, *Alien's Change of Address Card*, to the Vermont Service Center. See USCIS' Online Change of Address webpage for additional instructions.
  - **Attorneys or accredited representatives** must have previously submitted a properly executed Form G-28 to USCIS.
- **Change of Address:**
  - If you have moved or plan on moving, you must notify USCIS. See USCIS' How to Change Your Address webpage for more information. For most individuals, the easiest way may be to do so via

USCIS' new Enterprise Change of Address self-service tool or via USCIS' Online Change of Address webpage, where you can submit Form AR-11 and update your address for pending applications or petitions at the same time. The U.S. Postal Service does not forward secure documents such as a permanent resident card or employment authorization document to a new address, so USCIS must receive your new address before it orders and prints a decision or other notice.

- **Emergency travel:**
  - If you have an urgent need to travel, you may wish to submit an expedite request or consider applying for an emergency advance parole travel document. For instructions on how to request an emergency advance parole travel document, please view USCIS' website on Emergency Travel. You will need to provide documentation that supports the urgent need for international travel.
- **Duplicate pending congressional inquiries:**
  - To avoid duplication of effort and potentially delaying USCIS' adjudication of your case, we will close your request for case assistance when USCIS has confirmed that they have also received a congressional inquiry for the same receipt number(s) and issue.


Thank you in advance for your patience and understanding.

Sincerely,

Office of the Citizenship and Immigration Services Ombudsman
U.S. Department of Homeland Security
Washington, D.C.
Phone: 1-855-882-8100 | 202-357-8100
Email: cisombudsman@hq.dhs.gov
Web: www.dhs.gov/cisombudsman



*The Office of the Citizenship and Immigration Services Ombudsman is an **independent, impartial, and confidential** resource. We advocate for a **fair** and **efficient** immigration process.*

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS Form 7001) | |
|---|---|
| **CIS Ombudsman Request Number:** | ▆▆▆▆▆▆ |
| Applicant/Beneficiary/Petitioner | |
| **Name:** | ▆▆▆▆▆▆▆▆ |
| **Contact Information:** | c/o UJC DVP 40 Rector St. 9th Fl<br>New York New York10006<br><br>Primary E-mail Address (to receive Ombudsman updates):<br>jziegeweid@urbanjustice.org<br>Phone:  6464593092<br>Fax:<br>Please Send any future correspondences through the U.S. Postal Service: No |

| Date of Birth: | ████████ |
|---|---|
| Country of Birth: | ██████ |
| Alien Registration Number: | ████████ |

Application/Petition Information

| | |
|---|---|
| **Application/Petition Information:** | USCIS Receipt Date: 6/29/2020 12:00 AM |
| | USCIS Form: I-485- Application to Register Permanent Residence or Adjust Status |
| | Receipt Number: ████████ |
| | Form Category: |
| **Type of Immigration Benefit Sought:** | Other<br>I-485 based on VAWA I-360 |

Reason(s) for Requesting Case Assistance

| | |
|---|---|
| **Reason(s) for Requesting Case Assistance:** | Mailing issues, including non-delivery of correspondence and/or immigration documents: No<br>Beneficiary may "age-out" of eligibility for the requested immigration benefit. Consult the Child Status Protection Act website: No<br>Certain cases involving U.S. military personnel and their families: No<br>Applications or petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law by USCIS: No<br>Typographic error(s) on immigration documents: No<br>Individual is in removal proceedings before an immigration court with a hearing scheduled within six months AND has an application/petition pending before USCIS that could impact the outcome: No<br>Lost files and/or file transfer issues: No<br>Certain cases involving an emergency or a hardship that falls under USCIS expedite criteria: No<br>Priority-2 Direct Access Program: No<br>Systemic issue(s) that should be given higher level review:  No<br>Case is at least 30 days past published processing times (e.g., at least 30 days past the receipt date for a case inquiry with USCIS): Yes<br>Case has no posted processing times, and my case has been pending for more than six months: No<br><br>Other (specify): No |
| **Description:** | Ms. ██████ filed a VAWA petition on June 25, 2018. her I-360 was approved on February 12, 2020. She filed her application for adjustment of status on June 29, 2020--nearly four years ago. Her I-485 has not been adjudicated, nor have we received a request for evidence. It is far outside of processing times. I emailed the VAWA hotline on June 26, 2023 and again on March 4, 2024 and have not received a response in either instance. |

Prior Actions Taken

| | |
|---|---|
| **Actions Taken with USCIS for Resolution** | Requested assistance from USCIS using its e-Request tool: No

Emailed the lockbox: No
Contacted USCIS at its toll-free number 1-800-375-5283: No

For refugee applicants: No
For T visa, U visa, or Violence Against Women Act (VAWA) benefits: Yes
Other: No

Please Describe: I emailed the VAWA hotline on June 26, 2023 and again on March 4, 2024. In both instances, I did not receive a reply. |
| **Other Actions Taken** | Contacted a U.S. government department or agency for assistance: No

Contacted a U.S. congressional representative for assistance: No

Submitted an inquiry through a non-governmental organization or bar/trade association: No
Filed an appeal or motion challenging a USCIS decision denying benefits: No |

| | |
|---|---|
| | **Attorney/Accredited Representative** |
| **Attorney/Representative Information:** | Joy Ziegeweid
Phone:

I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes

I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No

I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No

Other: No |
| | **Supporting Documentation** |
| **Supporting Documentation:** | **Do not mail original documents. Only mail copies of documents.** |

| Verification | |
|---|---|
| **Signature:** | Joy Ziegeweid<br>Joy Ziegeweid |

PLFS-2091

# Exhibit C

 Outlook

---

**CIS Ombudsman Request Number** ███████ **has been closed**

---

**From** cisombudsman <cisombudsman@HQ.DHS.GOV>
**Date** Thu 9/11/2025 8:23 PM
**To** Corinna Goodman <CGoodman@urbanjustice.org>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ,

The Citizenship and Immigration Services Ombudsman's Office has reviewed your inquiry but will not be taking further action.

Sincerely,
U.S. Department of Homeland Security
Office of the Citizenship and Immigration Services Ombudsman

 **Outlook**

---

CIS Ombudsman Request Number ▮▮▮▮▮▮▮    for ▮▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮

---

**From** cisombudsman <cisombudsman@HQ.DHS.GOV>

**Date** Tue 8/12/2025 3:52 PM

**To** Corinna Goodman <CGoodman@urbanjustice.org>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮,

Thank you for submitting a case assistance request on DHS Form 7001, *Request for Case Assistance* to the Department of Homeland Security's (DHS) Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman). For your records, a copy of the information you shared with us is below. **Please also see the Consent section below to determine whether we need you to send us a scanned copy or photo of the DHS Form 7001 with your signature in Section 9.**

We are an independent office within DHS and are not part of U.S. Citizenship and Immigration Services (USCIS). This means we do not have access to your immigration file. Submitting a DHS Form 7001 to our office does not pause or delay the time you have to appeal a USCIS decision or respond to a request or notice from USCIS.

**Supporting documentation:** If you have not uploaded documentation that supports your request for case assistance, you may do so in two ways:

- *Option 1:* Go to the Upload Requested Documents *(after submitting your request)* tab on our online DHS Form 7001 page. Enter your CIS Ombudsman Request Number and email address, upload your documents, and then submit them.
- *Option 2:* Reply to this email and attach the requested documents. Please note, we may send you a request for information if your attachment does not come through due to size limitations or the virus scan.

**Family members also experiencing difficulties?** If you included the receipt numbers for your family member(s) in this request **and** would like our assistance with your family member(s)' case, **each family member needs to submit their own DHS Form 7001 with supporting documentation to our office. We will** *only* **be able to review and submit an inquiry for you for the primary form receipt**. If you submitted a separate DHS Form 7001 for your family member(s), please reply to this email and provide the name(s) of your family member(s) and associated CIS Ombudsman Request Number(s) to link your requests together.

**Need help with more than one pending form?** If you need our assistance with more than one form, please submit a separate DHS Form 7001 for each receipt number and reply to this email to provide the subsequent CIS Ombudsman Request Number(s) to link your requests together. For example, if you would like our help with a pending Form I-130, *Petition for Alien Relative*, and a pending Form I-589, *Application for Asylum and for Withholding of Removal*, you must submit two separate DHS Forms 7001. However, if you are seeking our help with concurrently filed petitions that are still pending—such as Form I-130 and Form I-485, *Application to Register*

*Permanent Residence or Adjust Status*—you may file just one DHS Form 7001 as long as you include the Form I-130 receipt number, the Form I-485 receipt number, and consent from both the petitioner and beneficiary.

**How soon will we take action on your request?** The CIS Ombudsman works first on requests that fall under one of our priority issues. Due to the volume of requests we receive, our office is temporarily prioritizing requests where the description provided in Section 2 of the form involves:

- Undelivered USCIS notices or decisions – Such as receipt notices, requests for evidence, appointment notices, or denial notices where USCIS' Case Status Online page indicate that it issued one, or instances where the U.S. Postal Service returned a card or document to USCIS as non-deliverable.
- Aging out of eligibility – Certain cases where the beneficiary may "age out" of eligibility for the requested immigration benefit. See USCIS' Child Status Protection Act (CSPA) webpage for additional information.
- U.S. military personnel – Certain cases involving U.S. military personnel and their families.
- Improper rejections – Applications and petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law.
- Typographical errors – Typographic errors (such as the wrong name or date of birth) in immigration documents, such as Green Cards or employment authorization documents.
- Emergency or hardship – Certain cases involving an emergency or a hardship that fall under the USCIS expedite criteria.
- Expedites – Expedite requests that were approved, and the agency has not issued a notice or decision on your pending form within the last 45 days.
- Transfers to the Department of State – Delays in sending approved petitions to the Department of State.

Our goal is to assign these types of requests to one of our analysts within 14 business days. For other types of requests, our review and response time may be further delayed. If the issue described in Section 2 of your form indicated that your case has been pending past the USCIS inquiry date (which may be different from the processing times USCIS posts on its website), we will still review your request and reach out to USCIS, but these requests are assigned in a first-in, first-out order. We will continue to work with USCIS leadership to address its lengthy delays—across various form types—as a systemic issue.

**Next steps:**
We will contact you as soon as one of our immigration law analysts has the opportunity to review the description and documentation you provided with your DHS Form 7001.

- If a document you uploaded with the DHS Form 7001 did not make it to us because of size limitations or virus scan, our analyst will reach out to you via email to ask that you resubmit the document.
- Use the Check the Status of Your Request tab on our online DHS Form 7001 page at any time to see where your request is in our process.
- Please note that if you previously submitted a DHS Form 7001 with our office for the same receipt number **and** the initial request remains pending with our office, we will close your most recent case assistance request to avoid duplication.

**Reminders:**

- **Response Deadlines and/or Appeal Rights:**
  - **Please be mindful that filing a request for case assistance with the CIS Ombudsman does *not* protect your appeal rights or extend any USCIS deadlines you may face.**

○ If you received a request for evidence or other notice requesting information, you must respond to USCIS with the requested information within the timeframe noted on the notice, even if you disagree with the request.

○ If you received a denial notice and believe there is clear USCIS error, you should file an appeal or motion to reopen or reconsider, as appropriate, to protect your appeal rights.

○ If you believe there is clear USCIS administrative error with a denial, please provide copies of the denial notice, original submission, appeal and/or motion receipt notice or copy of submission with supporting documentation and delivery confirmation to us by replying to this email. See USCIS' Notice of Appeal or Motion and Questions and Answers: Appeals and Motions pages for information.

- **Consent:**

  ○ We will not be able to communicate with you further, and your request for case assistance will be closed, if we do not receive proper consent from the benefit requestor (i.e., the individual who signed the submitted form to USCIS) or if the protected individual's address or attorney information does not match USCIS systems.

  ○ If the benefit requestor did not provide proper consent, or if you did not include a copy of Form G-28, *Notice of Entry or Appearance as Attorney or Representative*, when you submitted this request for case assistance, please reply to this email with a scanned copy of Section 9 of DHS Form 7001 or the Form G-28, respectively.

  ○ **Unrepresented individuals who have applied for, or who were granted, T, U, VAWA, or refugee status** submitting this request *must* submit a copy of the wet signature on Section 9 of DHS Form 7001.

    ▪ In addition, the address for unrepresented individuals *must match the address in USCIS systems*, and we will communicate with you via U.S. mail only in the future, to comply with confidentiality provisions.

    ▪ If you need to update your address with USCIS, USCIS has special procedures for you to update your address. See USCIS' Change of Address Procedures for VAWA/T/U Cases and Form I-751 Abuse Waivers page for instructions.

  ○ **Attorneys or accredited representatives** must have previously submitted a properly executed Form G-28 to USCIS.

- **Change of Address:**

  ○ If you have moved or plan on moving, you must notify USCIS. See USCIS' How to Change Your Address webpage for more information. For most individuals, the easiest way may be to do so via USCIS' new Enterprise Change of Address self-service tool or via USCIS' Online Change of Address webpage, where you can submit Form AR-11 and update your address for pending applications or petitions at the same time. The U.S. Postal Service does not forward secure documents such as a permanent resident card or employment authorization document to a new address, so USCIS must receive your new address before it orders and prints a decision or other notice.

- **Emergency travel:**

  ○ If you have an urgent need to travel, you may wish to submit an expedite request or consider applying for an emergency advance parole travel document. For instructions on how to request an emergency advance parole travel document, please view USCIS' website on Emergency Travel. You will need to provide documentation that supports the urgent need for international travel.

- **Duplicate pending congressional inquiries:**

  ○ To avoid duplication of effort and potentially delaying USCIS' adjudication of your case, we will close your request for case assistance when USCIS has confirmed that they have also received a congressional inquiry for the same receipt number(s) and issue.

Thank you in advance for your patience and understanding.

Sincerely,

U.S. Department of Homeland Security
Office of the Citizenship and Immigration Services Ombudsman
202-357-8100 | 1-855-882-8100

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' Change of Address page for additional information on how to update your address for any pending applications or petitions with USCIS.

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS Form 7001) | |
|---|---|
| **CIS Ombudsman Request Number:** | ██████ |
| Applicant/Beneficiary/Petitioner | |
| **Name:** | ████ ███ ████ |
| **Contact Information:** | 40 RECTOR ST<br><br>NEW YORK New York 10006<br><br>Primary E-mail Address (to receive Ombudsman updates):<br>cgoodman@urbanjustice.org<br>Phone: 6469238350<br>Fax:<br>Please Send any future correspondences through the U.S. Postal Service: No |
| **Date of Birth:** | ██/██ |
| **Country of Birth:** | ████ ███ |
| **Alien Registration Number:** | ███-██ |
| Application/Petition Information | |
| **Application/Petition Information:** | USCIS Receipt Date: 1/24/2025 12:00 AM |
| | USCIS Form: I-918A- Supplement A, Petition for Qualifying Family Member of U-1 Recipient |

**PLFS-1886**

| | |
|---|---|
| | Receipt Number: ████████ |
| | Form Category: |
| **Type of Immigration Benefit Sought:** | Humanitarian |

| | Reason(s) for Requesting Case Assistance |
|---|---|
| **Reason(s) for Requesting Case Assistance:** | Mailing issues, including non-delivery of correspondence and/or immigration documents: No<br>Beneficiary may "age-out" of eligibility for the requested immigration benefit. Consult the Child Status Protection Act website: No<br>Certain cases involving U.S. military personnel and their families: No<br>Applications or petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law by USCIS: No<br>Typographic error(s) on immigration documents: No<br>Individual is in removal proceedings before an immigration court with a hearing scheduled within six months AND has an application/petition pending before USCIS that could impact the outcome: No<br>Lost files and/or file transfer issues: No<br>Certain cases involving an emergency or a hardship that falls under USCIS expedite criteria: No<br>Priority-2 Direct Access Program: No<br>Systemic issue(s) that should be given higher level review: No<br>Case is at least 30 days past published processing times (e.g., at least 30 days past the receipt date for a case inquiry with USCIS): Yes<br>Case has no posted processing times, and my case has been pending for more than six months: No<br><br>Other (specify): No |
| **Description:** | Mr. ████████ ████████ is the derivative on his mother's U visa petition. USCIS issued Mr. ████████ a biometrics notice listing the Application Support Center in Manhattan, NY, even though her resides in the Dominican Republic. On June 22, 2025, I, as his legal representative, emailed the U visa inquiry hotline so that it can issue a biometrics notice ████ ████ ████████ ████████ USCIS has not responded. |

| | Prior Actions Taken |
|---|---|
| **Actions Taken with USCIS for Resolution** | Requested assistance from USCIS using its e-Request tool: No<br><br>Emailed the lockbox: No<br>Contacted USCIS at its toll-free number 1-800-375-5283: No<br><br>For refugee applicants: No<br>For T visa, U visa, or Violence Against Women Act (VAWA) benefits: Yes<br>Other: No<br><br>Please Describe: On June 22, 2025, I emailed the USCIS I-918 inquiry |

| | email regarding my client ██████ ██████ ██████ erroneously-scheduled biometrics appointment in the United States. I have not received a response from USCIS. |
|---|---|
| **Other Actions Taken** | Contacted a U.S. government department or agency for assistance: No

Contacted a U.S. congressional representative for assistance: No

Submitted an inquiry through a non-governmental organization or bar/trade association: No
Filed an appeal or motion challenging a USCIS decision denying benefits: No |

**Attorney/Accredited Representative**

| | |
|---|---|
| **Attorney/Representative Information:** | Corinna Goodman
Phone:

I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes

I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No

I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No

Other: No |

**Supporting Documentation**

| | |
|---|---|
| **Supporting Documentation:** | **Do not mail original documents. Only mail copies of documents.**

The following  documents were submitted with your request for case assistance: |

| Verification | |
|---|---|
| **Signature:** | Corinna Goodman<br>Corinna Goodman |

# Exhibit D

 Outlook

---

**CIS Ombudsman Request Number ▮▮▮▮▮▮ has been closed**

---

**From** cisombudsman <cisombudsman@HQ.DHS.GOV>

**Date** Thu 9/11/2025 8:21 PM

**To** Alessandra Rosales <ARosales@urbanjustice.org>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ▮▮▮▮▮▮▮▮,

The Citizenship and Immigration Services Ombudsman's Office has reviewed your inquiry but will not be taking further action.

Sincerely,
U.S. Department of Homeland Security
Office of the Citizenship and Immigration Services Ombudsman

 Outlook

---

CIS Ombudsman Request Number ▓▓▓▓▓▓   for ▓▓▓▓▓▓▓▓▓▓

---

**From** cisombudsman <cisombudsman@HQ.DHS.GOV>

**Date** Tue 8/12/2025 5:14 PM

**To** Alessandra Rosales <ARosales@urbanjustice.org>

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Dear ▓▓▓▓▓▓▓▓▓▓ ,

Thank you for submitting a case assistance request on DHS Form 7001, *Request for Case Assistance* to the Department of Homeland Security's (DHS) Office of the Citizenship and Immigration Services Ombudsman (CIS Ombudsman). For your records, a copy of the information you shared with us is below. **Please also see the Consent section below to determine whether we need you to send us a scanned copy or photo of the DHS Form 7001 with your signature in Section 9.**

We are an independent office within DHS and are not part of U.S. Citizenship and Immigration Services (USCIS). This means we do not have access to your immigration file. Submitting a DHS Form 7001 to our office does not pause or delay the time you have to appeal a USCIS decision or respond to a request or notice from USCIS.

**Supporting documentation:** If you have not uploaded documentation that supports your request for case assistance, you may do so in two ways:

- *Option 1:* Go to the Upload Requested Documents *(after submitting your request)* tab on our online DHS Form 7001 page. Enter your CIS Ombudsman Request Number and email address, upload your documents, and then submit them.
- *Option 2:* Reply to this email and attach the requested documents. Please note, we may send you a request for information if your attachment does not come through due to size limitations or the virus scan.

**Family members also experiencing difficulties?** If you included the receipt numbers for your family member(s) in this request **and** would like our assistance with your family member(s)' case, each family member needs to submit their own DHS Form 7001 with supporting documentation to our office. We will *only* be able to review and submit an inquiry for you for the primary form receipt. If you submitted a separate DHS Form 7001 for your family member(s), please reply to this email and provide the name(s) of your family member(s) and associated CIS Ombudsman Request Number(s) to link your requests together.

**Need help with more than one pending form?** If you need our assistance with more than one form, please submit a separate DHS Form 7001 for each receipt number and reply to this email to provide the subsequent CIS Ombudsman Request Number(s) to link your requests together. For example, if you would like our help with a pending Form I-130, *Petition for Alien Relative*, and a pending Form I-589, *Application for Asylum and for Withholding of Removal*, you must submit two separate DHS Forms 7001. However, if you are seeking our help with concurrently filed petitions that are still pending—such as Form I-130 and Form I-485, *Application to Register*

*Permanent Residence or Adjust Status*—you may file just one DHS Form 7001 as long as you include the Form I-130 receipt number, the Form I-485 receipt number, and consent from both the petitioner and beneficiary.

**How soon will we take action on your request?** The CIS Ombudsman works first on requests that fall under one of our priority issues. Due to the volume of requests we receive, our office is temporarily prioritizing requests where the description provided in Section 2 of the form involves:

- Undelivered USCIS notices or decisions – Such as receipt notices, requests for evidence, appointment notices, or denial notices where USCIS' Case Status Online page indicate that it issued one, or instances where the U.S. Postal Service returned a card or document to USCIS as non-deliverable.
- Aging out of eligibility – Certain cases where the beneficiary may "age out" of eligibility for the requested immigration benefit. See USCIS' Child Status Protection Act (CSPA) webpage for additional information.
- U.S. military personnel – Certain cases involving U.S. military personnel and their families.
- Improper rejections – Applications and petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law.
- Typographical errors – Typographic errors (such as the wrong name or date of birth) in immigration documents, such as Green Cards or employment authorization documents.
- Emergency or hardship – Certain cases involving an emergency or a hardship that fall under the USCIS expedite criteria.
- Expedites – Expedite requests that were approved, and the agency has not issued a notice or decision on your pending form within the last 45 days.
- Transfers to the Department of State – Delays in sending approved petitions to the Department of State.

Our goal is to assign these types of requests to one of our analysts within 14 business days. For other types of requests, our review and response time may be further delayed. If the issue described in Section 2 of your form indicated that your case has been pending past the USCIS inquiry date (which may be different from the processing times USCIS posts on its website), we will still review your request and reach out to USCIS, but these requests are assigned in a first-in, first-out order. We will continue to work with USCIS leadership to address its lengthy delays—across various form types—as a systemic issue.

**Next steps:**
We will contact you as soon as one of our immigration law analysts has the opportunity to review the description and documentation you provided with your DHS Form 7001.

- If a document you uploaded with the DHS Form 7001 did not make it to us because of size limitations or virus scan, our analyst will reach out to you via email to ask that you resubmit the document.
- Use the Check the Status of Your Request tab on our online DHS Form 7001 page at any time to see where your request is in our process.
- Please note that if you previously submitted a DHS Form 7001 with our office for the same receipt number **and** the initial request remains pending with our office, we will close your most recent case assistance request to avoid duplication.

**Reminders:**

- **Response Deadlines and/or Appeal Rights:**
  - **Please be mindful that filing a request for case assistance with the CIS Ombudsman does *not* protect your appeal rights or extend any USCIS deadlines you may face.**

- If you received a request for evidence or other notice requesting information, you must respond to USCIS with the requested information within the timeframe noted on the notice, even if you disagree with the request.
- If you received a denial notice and believe there is clear USCIS error, you should file an appeal or motion to reopen or reconsider, as appropriate, to protect your appeal rights.
- If you believe there is clear USCIS administrative error with a denial, please provide copies of the denial notice, original submission, appeal and/or motion receipt notice or copy of submission with supporting documentation and delivery confirmation to us by replying to this email. See USCIS' Notice of Appeal or Motion and Questions and Answers: Appeals and Motions pages for information.

- **Consent:**
  - We will not be able to communicate with you further, and your request for case assistance will be closed, if we do not receive proper consent from the benefit requestor (i.e., the individual who signed the submitted form to USCIS) or if the protected individual's address or attorney information does not match USCIS systems.
  - If the benefit requestor did not provide proper consent, or if you did not include a copy of Form G-28, *Notice of Entry or Appearance as Attorney or Representative*, when you submitted this request for case assistance, please reply to this email with a scanned copy of Section 9 of DHS Form 7001 or the Form G-28, respectively.
  - **Unrepresented individuals who have applied for, or who were granted, T, U, VAWA, or refugee status** submitting this request *must* submit a copy of the wet signature on Section 9 of DHS Form 7001.
    - In addition, the address for unrepresented individuals *must match the address in USCIS systems*, and we will communicate with you via U.S. mail only in the future, to comply with confidentiality provisions.
    - If you need to update your address with USCIS, USCIS has special procedures for you to update your address. See USCIS' Change of Address Procedures for VAWA/T/U Cases and Form I-751 Abuse Waivers page for instructions.
  - **Attorneys or accredited representatives** must have previously submitted a properly executed Form G-28 to USCIS.
- **Change of Address:**
  - If you have moved or plan on moving, you must notify USCIS. See USCIS' How to Change Your Address webpage for more information. For most individuals, the easiest way may be to do so via USCIS' new Enterprise Change of Address self-service tool or via USCIS' Online Change of Address webpage, where you can submit Form AR-11 and update your address for pending applications or petitions at the same time. The U.S. Postal Service does not forward secure documents such as a permanent resident card or employment authorization document to a new address, so USCIS must receive your new address before it orders and prints a decision or other notice.
- **Emergency travel:**
  - If you have an urgent need to travel, you may wish to submit an expedite request or consider applying for an emergency advance parole travel document. For instructions on how to request an emergency advance parole travel document, please view USCIS' website on Emergency Travel. You will need to provide documentation that supports the urgent need for international travel.
- **Duplicate pending congressional inquiries:**
  - To avoid duplication of effort and potentially delaying USCIS' adjudication of your case, we will close your request for case assistance when USCIS has confirmed that they have also received a congressional inquiry for the same receipt number(s) and issue.

Thank you in advance for your patience and understanding.

Sincerely,

U.S. Department of Homeland Security
Office of the Citizenship and Immigration Services Ombudsman
202-357-8100 | 1-855-882-8100

**P.S. Is your address up to date with USCIS?** Don't miss important USCIS mail (such as an appointment notice, decision, employment authorization document (EAD), or lawful permanent resident (LPR) card). Even if you already changed your address with the U.S. Postal Service, you still need to update your address directly with USCIS. Go to USCIS' Change of Address page for additional information on how to update your address for any pending applications or petitions with USCIS.

| Citizenship and Immigration Services Ombudsman – Case Assistance (DHS Form 7001) | |
|---|---|
| **CIS Ombudsman Request Number:** | ███████ |
| **Applicant/Beneficiary/Petitioner** | |
| **Name:** | ████████ |
| **Contact Information:** | 40 RECTOR ST<br><br>NEW YORK New York10006<br><br>Primary E-mail Address (to receive Ombudsman updates): arosales@urbanjustice.org<br>Phone: 6469238385<br>Fax:<br>Please Send any future correspondences through the U.S. Postal Service: No |
| **Date of Birth:** | ████ |
| **Country of Birth:** | ██ |
| **Alien Registration Number:** | |
| **Application/Petition Information** | |
| **Application/Petition Information:** | USCIS Receipt Date: 4/10/2025 12:00 AM |
| | USCIS Form: I-918- Petition for U Nonimmigrant Status |

|  | Receipt Number: |
|---|---|
|  | Form Category: Petition for a noncitizen who is a victim of qualifying criminal activity, and their qualifying family members (Time from Initial Filing to Bona Fide Determination (BFD) Review) |
| Type of Immigration Benefit Sought: | Humanitarian |

Reason(s) for Requesting Case Assistance

|  |  |
|---|---|
| Reason(s) for Requesting Case Assistance: | Mailing issues, including non-delivery of correspondence and/or immigration documents: Yes<br>Beneficiary may "age-out" of eligibility for the requested immigration benefit. Consult the Child Status Protection Act website: No<br>Certain cases involving U.S. military personnel and their families: No<br>Applications or petitions that were improperly rejected by USCIS due to clear errors of fact or obvious misapplication of the relevant law by USCIS: No<br>Typographic error(s) on immigration documents: No<br>Individual is in removal proceedings before an immigration court with a hearing scheduled within six months AND has an application/petition pending before USCIS that could impact the outcome: No<br>Lost files and/or file transfer issues: No<br>Certain cases involving an emergency or a hardship that falls under USCIS expedite criteria: No<br>Priority-2 Direct Access Program: No<br>Systemic issue(s) that should be given higher level review:  No<br>Case is at least 30 days past published processing times (e.g., at least 30 days past the receipt date for a case inquiry with USCIS): No<br>Case has no posted processing times, and my case has been pending for more than six months: No<br><br>Other (specify): No |
| Description: | On April 10, 2025, we filed forms i-918, i-192, and i-765 with USCIS for our client. To date, we have not yet received receipt notices for any of those applications. On June 30, the attorney emailed the USCIS hotline but has not received a response nor have any receipt notices been issued for any of the forms for the client. |

Prior Actions Taken

|  |  |
|---|---|
| Actions Taken with USCIS for Resolution | Requested assistance from USCIS using its e-Request tool: No<br><br>Emailed the lockbox: No<br>Contacted USCIS at its toll-free number 1-800-375-5283: No<br><br>For refugee applicants: No<br>For T visa, U visa, or Violence Against Women Act (VAWA) benefits: Yes<br>Other: No |

| | |
|---|---|
| | Please Describe: The attorney of record emailed the USCIS hotline on June 30, 2025 and has not received a response as of August 12, 2025. |
| **Other Actions Taken** | Contacted a U.S. government department or agency for assistance: No<br><br>Contacted a U.S. congressional representative for assistance: No<br><br>Submitted an inquiry through a non-governmental organization or bar/trade association: No<br>Filed an appeal or motion challenging a USCIS decision denying benefits: No |
| | *Attorney/Accredited Representative* |
| **Attorney/Representative Information:** | Alessandra Rosales<br>Phone:<br><br>I have submitted a Form G-28 to USCIS as the attorney/accredited representative regarding applications or petitions related to this inquiry. A copy of my Form G-28 is attached. Yes<br><br>I am an accredited representative of a religious, charitable, social service or similar organization established in the United States and recognized by the Board of Immigration Appeals pursuant to 8 CFR 292.1.  The name and address of my organization is provided above. No<br><br>I am an attorney and a member in good standing of the bar of the highest court of the following State, territory, insular possession, or District of Columbia and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law. [y/n value from field] [text entry from field(s) added to OCA for state/court] No<br><br>Other: No |
| | *Supporting Documentation* |
| **Supporting Documentation:** | **Do not mail original documents. Only mail copies of documents.**<br><br>The following  documents were submitted with your request for case assistance: |

| Verification | |
|---|---|
| **Signature:** | Alessandra Rosales<br>Alessandra Rosales |