UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**DECLARATION OF KRISTA TACEY**

I, Krista Tacey, declare as follows:

1. I am over the age of 18 and competent to testify based on my personal knowledge to the matters described below.

2. From October 22, 2023 until I was separated from federal employment through reduction-in-force on May 23, 2025, I held the position of Regional Representative, Local Ombudsman in the Office of the Citizenship and Immigration Ombudsman (CISOM). The region I was responsible for was aligned with the USCIS Field Operations Directorate (FOD) Central Region and included 18 states (Arizona, New Mexico, Texas, Nevada, Utah, Colorado, Kansas, Missouri, Oklahoma, Nebraska, Iowa, Illinois, North Dakota, South Dakota, Minnesota, Wisconsin, Wyoming, and Michigan). I was based in Dallas, the location of the USCIS FOD Central Region headquarters. A true and correct copy of the job announcement for the Regional Representative position is attached to this declaration as Exhibit A.

1

3.      There were three other Regional Representatives (Local Ombudsmen) who were responsible for the other three USCIS FOD Regions (Western, Northeast, Southeast). Their positions were specifically located in proximity to their respective USCIS FOD regional headquarters. The one exception was the Northeast Regional Representative, who was based in Boston, rather than Vermont, so that it would be easier for her travel to Washington, DC and New York City.

4.      The position of Regional Representative (Local Ombudsman) was conceptualized in 2021, as reported in the CIS Ombudsman's 2022 report to Congress.[1] In fiscal year 2023, the CIS Ombudsman received the necessary funding to establish the first of these positions.

5.      As the first step of a multi-phase implementation of the local ombudsmen, CISOM executed the hiring process for the four positions. It was my understanding that, upon demonstrating the effectiveness of the regional representatives and with feedback from the representatives themselves, additional local ombudsmen would be hired when funding became available. While the statute authorizes a local ombudsman for every state, I believe that we all understood that a smaller and more proportionately distributed team of local ombudsmen was the end goal.

6.      With responsibility for such a large area, I engaged with stakeholders both in-person and virtually. In addition to virtual and local engagements, I traveled frequently to meet with employers, members of Congress, faith-based groups, universities, immigration lawyers, state and local officials, and NGOs throughout my assigned region. In my first year in the position, after three months of onboarding and planning, I conducted 85 engagements, reaching 435 organizations/employers and more than 1000 individuals. To achieve these numbers, I conducted

---

[1] Annual Report to Congress 2022

2

local engagements in the Dallas-Fort Worth area, and I traveled two times, each, to Oklahoma, Colorado, and North Dakota. I also conducted in-person engagements in Illinois, New Mexico, Arizona, and Nebraska. In the first quarter of fiscal year 2025, I conducted a week of engagements across Utah, presented at conferences in Vancouver, Chicago, and Shreveport, and provided on-site issue resolution support to the Texas State Office for Refugees' Afghan Support Centers in Houston and Fort Worth. The plans for each of the regional representatives were that we were to conduct a minimum of eight engagements per month, with two or more that were on-site. My goal was to visit each of my states at least once before the end of 2025.

7. The role of regional representative differed from the roles of CISOM personnel based in Washington, D.C. in that we were expected to focus primarily on increasing local and regional public engagement and expanding in-person community and employer outreach. Through this work, we would reinforce key DHS messaging regarding important immigration initiatives and engage with USCIS local and regional leadership in-person to resolve issues raised by stakeholders, as appropriate.

8. We were expected to listen to, and speak knowledgeably with, stakeholders ranging from the most experienced immigration attorneys to brand new congressional staffers who had no idea which agencies did what in the context of the immigration process. We were looking to connect with people and to give DHS a human face. We were listening to what they had to say, writing it down, and looking for patterns. I would synthesize what I was hearing and report back to HQ.

9. More importantly, when I heard about an issue in one place, I asked stakeholders in the next if they were having the same experience. If so, I would see if there was a logical explanation and if it was something that could be fixed. Two occasions where this occurred come

to mind. The first involved hearing from a medical school in Oklahoma that the checks that they had submitted for H1-B premium processing had been declined for payment by their bank because USCIS had stamped "USCIS Department of Homeland Security" on the payee line over the original payee. They were worried that the visa status and employment authorizations would be cancelled due to the nonpayment by the bank. The problem had started in the fall of 2023. When I traveled to Colorado the following month, a university there reported the same thing. After looking into it, I discovered that the change had come about when USCIS transferred receipt of H1-B petitions from the Service Centers to the Lockboxes. So, in June 2024, Nathan Stiefel, the Acting CIS Ombudsman, visited the Chicago Lockbox and explained the issue and requested that they stop stamping over the payee on the checks. The second issue was reported when I conducted engagements in Colorado. Following my presentation where I included an update on the recent closing of the Potomac Service Center (PSC) and relocation of their staff to USCIS headquarters in Camp Springs, several stakeholders approached me. They told me that they had been unaware of the closing of the PSC until some of their responses to Requests For Evidence (RFE) had been returned, undeliverable. The problem was, they were now up against deadlines and couldn't figure out where to send the responses. Apparently, the USCIS website had not been updated, and it still showed the PSC address as the correct address. Ultimately, this was a simple fix. I routed the information to CISOM HQ and they reached out to the appropriate people at USCIS. This truly illustrated for me the value of us as CIS Ombudsman's representatives. Who do people reach out to when they are stuck when dealing with USCIS? Now that there were regional representatives, they had us.

      10.     On a typical trip, I would conduct two to three engagements per day over the course of three days. I coordinated with my counterparts in other parts of DHS and the federal government

to plan out my schedule. I have extensive connections at the Department of State, ICE, and CBP; and I worked diligently to serve as a resource for them, in addition to connecting them to my CISOM colleagues. Sometimes, we would co-present. For example, I did several stakeholder engagements with Community Relations Officers from the DHS Office of Civil Rights and Civil Liberties. I would set up the session, and we would each give an overview of our offices and take questions from the audience. Other times, I would join a colleague on a site visit that they already had scheduled. For example, the ICE Student and Exchange Visitor Program (SEVP) representatives would share their site visit schedules, and I would plan my travel so that I could come along and meet with the international officers for the universities in the area. This worked out great for both of us. I was connected with the right people at the universities (both as employers of foreign nationals and Designated School Officials (DSOs) of international students) and the SEVP representative had me there to answer the questions that the schools had that were outside SEVP's scope. Other engagements were more closed-door. If it was at all possible, I would set up meetings with Senatorial and Congressional Representative Offices. With the more experienced Constituent Services staff, we would discuss specific cases. With newer staff, I would explain the difference between their role and what we do. We would discuss how we could partner to support their constituents and I would often clarify the limits on each of the agencies with regard to the immigration process. These meetings opened channels for communication that proved invaluable in my work.

11.     By meeting with individual stakeholders in person and answering questions about how USCIS works, I was able to demystify the process for people and more closely align their expectations with reality. One of the most difficult engagements I had was an evening in Utah where I expected to meet with leaders from the local NGOs. Instead, I was facing a roomful of

more than 100 individuals, predominantly Afghans, with their immigration paperwork in hand and the expectation that I would be able to help them with their individual cases. A colleague from CRCL was on Zoom and delivered her presentation first. As she discussed Transnational Repression and the two interpreters in the room (Pashto and Arabic) translated, the audience became agitated. When she listed the key origin states of transnational repressors, several people became angry that Afghanistan wasn't listed. It took every ounce of diplomatic skill I had to bring the tension in the room down. I pretty much had to forget my presentation and shift into listening mode. Three hours later, I left feeling as though the people I met that night at least felt like they were heard.

12.     In my view, acting as an intermediary to explain a confusing bureaucracy and answering people's questions was the most important role I had, even when I couldn't solve their problems or even give them much hope. Sometimes, the answer is "that is just how long it takes" or "you are probably going to have to talk to an attorney." When we take time to explain the "why," it can take the sting out of the message.

13.     Since I started my federal career as a foreign service officer in the Department of State, I have had the opportunity to immerse myself in the immigration process from tourist visas through naturalization.  After returning to the United States and working for Texas A&M University as the Director of International Student Services, I rejoined federal service and served in positions across USCIS for eleven years before joining the CIS Ombudsman's office. Working as a regional representative for CISOM was a dream job for me because it felt like it brought together all of the skills and experience that I had gained over the previous 20 years. It was like being a diplomat in my own country. I was able to help a broad cross section of people directly, educate citizens about immigration, protect the agency from litigation by resolving issues before

they became crises, and serve as a bridge between local communities and the often-overwhelming federal immigration bureaucracy. I wish I could have continued doing that job, but I'm particularly upset that no one is doing it anymore, because I know firsthand that the work we did helped people and helped DHS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2026

*Krista D. Tacey*
Krista D. Tacey

# Exhibit A

# Regional Representative (Local Ombudsman)

DEPARTMENT OF HOMELAND SECURITY

DHS Headquarters

Office of the Citizenship and Immigration Services Ombudsman

# Summary

This position is located in the Department of Homeland Security (DHS), Office of the Citizenship and Immigration Services Ombudsman. (CISOMB)

The primary purpose of this position is to maximize the reach of CISOMB programs and services by building and fostering a network of collaborative relationships with regional stakeholders. This is accomplished by promoting a dialogue about agency programs and coordinating meetings.

**Non-BU**: This is a non-bargaining unit position.

# Overview

Reviewing applications

### Open & closing dates
06/26/2023 to 07/07/2023

> This job will close when we have received **100 applications** which may be sooner than the closing date. Learn more (https://www.usajobs.gov//Help/how-to/job-announcement/closing-types/#applicant-cut-off)

### Salary
$99,908 - $129,878 per year

This is the federal salary range for a GS-14. Based on the location of the position, a locality adjustment will be added to the base salary.

### Pay scale & grade
GS 14

### Locations
4 vacancies in the following locations:

- Laguna Niguel, CA

- Los Angeles, CA

- Orlando, FL

Boston, MA

Dallas, TX

## Remote job
No

## Telework eligible
Yes—as determined by the agency policy.

## Travel Required
50% or less - You may be expected to travel for this position.

## Relocation expenses reimbursed
No

## Appointment type
Permanent -

## Work schedule
Full-time - Compressed Work Schedules may be offered.

## Service
Competitive

## Promotion potential
14

## Job family (Series)
0301 Miscellaneous Administration And Program (/Search/Results?j=0301)

## Supervisory status
No

## Security clearance
Other (/Help/faq/job-announcement/security-clearances/)

## Drug test
Yes

## Position sensitivity and risk
Non-sensitive (NS)/Low Risk (https://www.usajobs.gov/Help/faq/job-announcement/security-clearances/)

## Trust determination process
Suitability/Fitness (https://www.usajobs.gov/Help/faq/job-announcement/security-clearances/)

## Announcement number

ST-11986288-23-CISOMB

**Control number**
732941400

# This job is open to

**Career transition (CTAP, ICTAP, RPL)**
Federal employees who meet the definition of a "surplus" or "displaced" employee.

**Federal employees - Competitive service**
Current or former competitive service federal employees.

**Land & base management**
Certain current or former term or temporary federal employees of a land or base management agency.

**Military spouses**

**National Guard & reserves**
Current members, those who want to join or transitioning military members.

**Peace Corps & AmeriCorps Vista**

**Veterans**

**Family of overseas employees**
Family members of a federal employee or uniformed service member who is or was, working overseas.

**Federal employees - Excepted service**
Current excepted service federal employees.

**Special authorities**
Individuals eligible under a special authority not listed above, but defined in the federal hiring regulations.

## Clarification from the agency

Status candidates (current or former Federal employees with career or career-conditional tenure in the competitive service), Former Overseas Employees, CTAP/ICTAP, VEOA, 30%+ Disabled Veterans, Individuals with Disabilities, Military Spouses, Peace Corps, Vista, Land Management, and Interchange Agreement eligibles.

# Duties

As a Regional Representative (Local Ombudsman), GS-0301-14, your typical work assignments will include:

- Serving as a liaison throughout the assigned region and as the Ombudsman's representative among a diverse set of stakeholders, the public, and a wide array of civic and community groups to share information regarding the office's mission

and services.

- Completing complex community and governmental outreach assignments and applying a mastery of U.S. immigration knowledge, communication principles, methods, and practices related to the delivery of immigration benefits and services.
- Developing partnerships and managing a network of collaborative relationships with key regional and local stakeholders, including community-based organizations; faith-based and advocacy groups; employer and employee associations; English as a Second Language (ESL)/civics instructors; state and local entities; international and legal groups and other stakeholders throughout the assigned region.
- Providing authoritative technical expertise and assistance to stakeholders by interpreting and clarifying problems related to immigration programs, initiatives, and challenges.
- Developing mechanisms to effectively communicate and solicit feedback from stakeholders.
- Analyzing information for CISOMB leadership and USCIS.
- Expanding access to CISOMB services, particularly for vulnerable and underserved populations, such as those with limited English proficiency.

This DHS-HQ announcement has a 10 business day open period due to the number of applications received. The announcement will close at the end of the 10-day period or after 100 applications have been received, whichever occurs first.

View common definitions of terms found in this announcement: [Common Definitions (https://www.dhs.gov/homeland-security-careers/common-terms-announcements)](https://www.dhs.gov/homeland-security-careers/common-terms-announcements)
.

# Requirements

## Conditions of Employment

- You must be a U.S. citizen to apply for this position.
- Males born after 12/31/1959 must be registered for Selective Service.
- You must successfully pass a background investigation.
- You must submit to a pre-employment drug test.
- Current federal employees must meet time-in-grade requirements.
- You may be required to serve a one-year probationary period.
- Applying to this announcement certifies that you give permission for DHS to share your application with others in DHS for similar positions.
- Must obtain and maintain a Non-Sensitive Security Clearance.
- Must reside within 50 miles of the location(s) selected.
- Must possess and maintain a valid driver's license and have access to a personal vehicle.

## Qualifications

**Specialized Experience:**
You qualify for the GS-14 grade level if you possess one year of specialized experience, equivalent to the GS-13 grade level in the Federal government, performing duties such as:

- Completing complex community and governmental outreach and/or public affairs, and/or public engagement assignments and applying a mastery of U.S. immigration knowledge, communication principles, methods, and practices related to the delivery of immigration benefits and services.

- Developing partnerships and managing a network of collaborative relationships with key regional and local stakeholders, including community-based organizations; faith-based and advocacy groups; employer and employee associations; English as a Second Language (ESL)/civics instructors; state and local entities; international and legal groups and other stakeholders throughout the assigned area.
- Providing authoritative technical expertise and assistance to stakeholders by interpreting and clarifying problems related to immigration programs, initiatives, and challenges.
- Developing mechanisms to effectively communicate and solicit feedback from stakeholders.
- Analyzing information for CISOMB leadership and USCIS.
- Expanding access to CISOMB services, particularly for vulnerable and underserved populations, such as those with limited English proficiency.
- Exhibits expert knowledge of the Immigration and Nationality Act (INA), Title 8 of the Code of Federal Regulations (C.F.R.) and related Federal regulations, and possess a comprehensive understanding of USCIS' adjudication policies, procedures, mission, functions, organization, and programs.

**NOTE**: Your resume must explicitly indicate how you meet these requirement, otherwise you will be found ineligible.

Substitution of education in lieu of specialized experience may not be used for this grade level.

All qualifications and eligibility requirements must be met by the closing date of the announcement.

**Time-in-grade:** Current General Schedule (GS) federal employees, and those that have served in GS positions within the last 52 weeks, must have served 52 weeks at the next lower grade, or a combination of the next lower grade level and an equivalent band in the federal service by the closing of this announcement.

**Note:** Current or former Federal employees MUST submit a copy of their SF-50 Form which shows competitive service appointment ("position occupied" block 34 on the SF-50 should show a "1"), tenure group (block 24 should show a 1 or 2), grade, and salary. If you are applying for a higher grade, please provide the SF-50 Form which shows the length of time you have been in your current/highest grade (**examples of appropriate SF-50s include promotions, With-in Grade/Range Increases, and SF-50s dated a year apart within the same grade/job**). If you have promotion potential in your current position, please provide proof. Employees applying with an interchange agreement must provide proof of their permanent appointment.

**IF YOU DO NOT SUBMIT ALL OF THE REQUIRED DOCUMENTATION, YOU WILL NOT RECEIVE CONSIDERATION AS A STATUS CANDIDATE.**

Experience refers to paid and unpaid experience, including volunteer work done through National Service programs (e.g., Peace Corps, AmeriCorps) and other organizations (e.g., professional, philanthropic, religious, spiritual, community, student, social). Volunteer work helps build critical competencies, knowledge, and skills and can provide valuable training and experience that translates directly to paid employment. You will receive credit for all qualifying experience, including volunteer experience.

**Current or Former Political Appointees:** The Office of Personnel Management (OPM) must authorize employment offers made to current or former political appointees. If you are currently, or have been within the last 5 years, a political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee in the Executive Branch, you must disclose this information to the Human Resources Office.

# Education

This job does not have an education qualification requirement.

# Additional information

The Department of Homeland Security encourages persons with disabilities to apply, to include persons with intellectual, severe physical or psychiatric disabilities, as defined by 5 CFR 213.3102(u), and or Disabled Veterans with a compensable service-

connected disability of 30 percent or more as defined by 5 CFR 315.707. Veterans (https://www.fedshirevets.gov/job-seekers/special-hiring-authorities/#content), Peace Corps (https://www.peacecorps.gov/returned-volunteers/careers/noncompetitive-eligibility/), VISTA volunteers (https://www.vistacampus.gov/after-vista/career), and persons with disabilities (http://www.opm.gov/policy-data-oversight/disability-employment/) possess a wealth of unique talents, experiences, and competencies that can be invaluable to the DHS mission. If you are a member of one of these groups, you may not have to compete with the public for federal jobs. To determine your eligibility for non-competitive appointment and to understand the required documentation, click on the links above or contact the servicing Human Resources Office listed at the bottom of this announcement.

Pursuant to Executive Order 12564 and DHS policy, DHS is committed to maintaining a drug-free workplace and, therefore, conducts random and other drug testing of its employees in order to ensure a safe and healthy work environment. Headquarters personnel in safety- or security-sensitive positions are subject to random drug testing and all applicants tentatively selected for employment at DHS Headquarters are subject to drug testing resulting in a negative test result.

If you receive a conditional offer of employment for this position, you will be required to complete an Optional Form 306, Declaration of Federal Employment (https://www.opm.gov/forms/pdf_fill/OF0306.pdf), and to sign and certify the accuracy of all information in your application, prior to entry on duty. False statements on any part of the application may result in withdrawal of offer of employment, dismissal after beginning work, fine, or imprisonment.

**Background Investigation:** To ensure the accomplishment of our mission, DHS requires every employee to be reliable and trustworthy. To meet those standards, all selected applicants must undergo and successfully pass a background investigation for a Low-Risk Clearance as a condition of placement in this Non-Sensitive position. This review may include financial issues such as delinquency in the payment of debts, child support and/or tax obligations, as well as certain criminal offenses and illegal use or possession of drugs.

# Benefits

A career with the U.S. government provides employees with a comprehensive benefits package. As a federal employee, you and your family will have access to a range of benefits that are designed to make your federal career very rewarding. Learn more about federal benefits (https://www.usajobs.gov/Help/working-in-government/benefits/).

Review our benefits (https://www.dhs.gov/homeland-security-careers/benefits)

Eligibility for benefits depends on the type of position you hold and whether your position is full-time, part-time or intermittent. Contact the hiring agency for more information on the specific benefits offered.

# How You Will Be Evaluated

You will be evaluated for this job based on how well you meet the qualifications above.

We will review your resume and supporting documentation to ensure you meet the basic qualification requirements. If you meet the minimum qualifications, your experience, education and training will be rated using a job questionnaire that is based on the following competencies or knowledge, skills and abilities needed to perform this job: Influencing/Negotiating, Partnering, Strategic Thinking, and Technical Credibility

If you are the best qualified, you may be referred to the hiring manager for consideration and may be called for an interview. To preview the job questionnaire and application, click https://apply.usastaffing.gov/ViewQuestionnaire/11986288

If, after reviewing your resume and/or supporting documentation, a determination is made that you have overstated your qualifications and/or experience, you may be removed from consideration or your score may be lowered.

Due weight will be given to performance appraisals and incentive awards in merit promotion selection decisions in accordance with 5 CFR 335.103(b)(3).

**Veterans Employment Opportunities Act (VEOA):** To be eligible for a VEOA appointment, the veteran must be 1) be a preference eligible; or 2) be a veteran separated after 3 or more years of continuous active service performed under honorable conditions. In addition, you must submit the supporting documents listed under the required documents section of this announcement. (Note: Veteran's preference does not apply under Merit Promotion procedures. View VEOA information on Feds Hire Vets.)

**Interagency Career Transition Assistance Program (ICTAP) Eligibles:** If you have never worked for the federal government, you are not ICTAP eligible. View information about ICTAP eligibility on OPM's Career Transition Resources website. To be considered well qualified under ICTAP, you must be rated at a minimum score of 85 for this position. In addition, you must submit the supporting documents listed under the required documents section of this announcement.

Interviews are required for this position. Failure to complete the interview may result in removal from further consideration.

# Required Documents

1. Your resume
   (https://www.usajobs.gov/Help/faq/application/documents/resume/what-to-include/)
   (click the link for information on what to include). If you are a current or former Federal employee, your resume must indicate the GS or pay band level for each position held. **Please limit your rsum to 5 pages. If more than 5 pages are submitted, only the first 5 pages will be reviewed to determine your eligibility/qualifications.**

2. Your responses to the job questionnaire https://apply.usastaffing.gov/ViewQuestionnaire/11986288
   (https://apply.usastaffing.gov/ViewQuestionnaire/11986288)

3. **Are you a current or former federal employee?** Submit your most recent SF-50, Notification of Personnel Action that demonstrates your eligibility for consideration, e.g., length of time you have been in your current grade; your highest grade held; your current promotion potential and proof of permanent appointment if applying based on an interchange agreement. Examples of appropriate SF-50s include promotions, within-grade increases and accessions.

4. **Are you a veteran?** You must provide acceptable documentation of your preference or appointment eligibility. The member 4 copy of your DD214, "Certificate of Release or Discharge from Active Duty," is preferable. If claiming 10 point preference, you will need to submit a Standard Form (SF-15
   (http://www.opm.gov/forms/pdf_fill/SF15.pdf)
   ), "Application for 10-point Veterans' Preference." If applying based on eligibility under the Veterans Opportunity to Work (VOW) Act, you must submit certification from the Armed Forces that you will be discharged or released from active duty within 120 days from the date on the certification. This must indicate your dates of service, your rank, and confirm that you will be separated under honorable conditions. View more veterans' information
   (https://www.usajobs.gov/Help/working-in-government/unique-hiring-paths/veterans/)
   .

5. **Are you claiming special priority selection rights under the Interagency Career Transition Assistance Program (ICTAP)?**
   Submit the following:

   - A copy of your agency notice,
   - A copy of your most recent performance rating, and
   - A copy of your most recent SF-50, Notification of Personnel Action, noting your current position, grade level, and duty location.

6. **Are you a current or former political Schedule A, Schedule C, Non-career SES or Presidential Appointee employee?**
   Submit a copy of your applicable SF-50, along with a statement that provides the following information regarding your most recent political appointment:

   - Position title,
   - Type of appointment (Schedule A, Schedule C, Non-career SES, or Presidential Appointee),
   - Agency,
   - Beginning and ending dates of appointment.

7. **Are you applying under special hiring authorities as a military spouse?** Provide a copy of your:

   - Marriage certificate, and
   - Your spouse's PCS orders or a completed [SF-15](https://www.opm.gov/forms/pdf_fill/sf15.pdf) with supporting documentation.

8. **Are you applying under Schedule A hiring authority for persons with severe disabilities?** Provide evidence of your intellectual disability, severe physical disability, or psychiatric disability obtained from a licensed medical professional (e.g., a physician or other medical professional certified by a state, the District of Columbia, or a U.S. territory to practice medicine); a licensed vocational rehabilitation specialist (i.e., state or private); or any Federal agency, state agency, or agency of the District of Columbia or a U.S. territory that issues or provides disability benefit. Information on documentation can be found [here](https://www.eeoc.gov/publications/abcs-schedule-tips-applicants-disabilities-getting-federal-jobs).

9. **If you are referred, you may be asked to provide a copy of your recent performance appraisal and/or incentive awards.**

# How to Apply

To begin your online application, click "Apply Online" to create a USAJOBS account and follow the prompts or log in to your existing account. Your application packet must include a completed assessment questionnaire, a resume, and any applicable and or required supporting documentation. Please see the "Required Documents" section for additional information. All application materials, including transcripts, must be in English. If you are unable to apply online or need to submit a document you do not have in electronic form, visit [this link](https://help.usastaffing.gov/Apply/index.php?title=Alternate_Application_Information) for more information regarding an alternate application process.

Applications and supporting documentation will not be accepted by mail or email. The address below is for inquiries only. You may apply more than once, but the most recent application is the only one that will be used. You must submit your resume, your online questionnaire, and any supporting documents by 11:59 PM eastern standard time on the day the announcement closes.

It is your responsibility to verify that any information entered or uploaded is received and is accurate. Human Resources will not modify or change any part of your application. Determining your eligibility and qualifications is dependent on the supporting

documentation and information provided, which may impact your referral for further consideration. If a document is not legible, you will not be able to view it in your application.

To verify your application is complete, log into your USAJOBS account, select the Application Status link and then select the more information link for this position. The Details page will display the status of your application, the documentation received and processed, and any correspondence the agency has sent related to this application. Your uploaded documents may take several hours to clear the virus scan process.

To return to an incomplete application, log into your USAJOBS account and click Update Application in the vacancy announcement. You must re-select your resume and/or other documents from your USAJOBS account or your application will be incomplete.

Applicants must submit all required documentation to properly qualify for this position.

## Agency contact information

 **John Frasca**

**Email**

john.frasca@hq.dhs.gov
(mailto:john.frasca@hq.dhs.gov)

**Address**

Citizenship and Immigration Services Ombudsman
245 Murray Lane SW
Washington, DC 20528
US

Learn more about this agency
(#agency-modal-trigger)

## Next steps

Once you submit your application, we will assess your experience and training, identify the best-qualified applicants, and refer those applications to the hiring manager for further consideration and interviews. We will notify you by email after each of these steps has been completed. Your status will also be updated on USAJOBS throughout the process. To check your status, log on to your USAJOBS account, click on "Application Status," and then click "More Information." We expect to make a job offer with 60 days after the deadline for applications. If you are selected, we will conduct a suitability/security background investigation. View more information on applying for federal employment
(https://www.usajobs.gov/help/faq/application/process/)
.

**Note:** DHS continues to take necessary steps to keep our workforce safe amid the COVID-19 pandemic. If you receive a final job offer to onboard, please complete the onboarding forms and submit them electronically in an expeditious manner. Your start date may be delayed if the action above is not completed.

DHS uses e-Verify, an Internet-based system, to confirm the eligibility of all newly hired employees to work in the United States. Learn more about e-Verify
(http://www.uscis.gov/e-verify)
, including your rights and responsibilities.

Any offers of employment made pursuant to this announcement will be consistent with all applicable authorities, including

Presidential Memoranda, Executive Orders, interpretive U.S. Office of Personnel Management guidance and U.S. Office of Management and Budget plans and policies concerning hiring. These authorities are subject to change.

Multiple selections may be made from this announcement.

# Fair & Transparent

The Federal hiring process is set up to be fair and transparent. Please read the following guidance.

Equal Employment Opportunity (EEO) Policy (/Help/equal-employment-opportunity/)

Financial suitability (/Help/working-in-government/fair-and-transparent/financial-suitability/)

New employee probationary period (/Help/working-in-government/fair-and-transparent/probationary-period/)

Privacy Act (/Help/working-in-government/fair-and-transparent/privacy-act/)

Reasonable accommodation policy (/Help/reasonable-accommodation/)

Selective Service (/Help/working-in-government/fair-and-transparent/selective-service/)

Signature and false statements (/Help/working-in-government/fair-and-transparent/signature-false-statements/)

Social security number request (/Help/working-in-government/fair-and-transparent/social-security-number/)