UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**DECLARATION OF CHRISTOPHER BRUNDAGE**

I, Christopher Brundage, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and experience as the former Acting Deputy Ombudsman at the U.S. Department of Homeland Security, Office of the Immigration Detention Ombudsman (OIDO).

2. I served as Acting Deputy Ombudsman at OIDO from August of 2022 until March of 2025. Prior to my role with OIDO, I held several other leadership and attorney positions with DHS, where I had worked since 2002.

3. During my time with OIDO, we conducted numerous announced and unannounced inspections. When we conducted an unannounced inspection, we would attempt to notify the ICE Assistant Field Office Director assigned to supervise that facility, or the senior ranking ICE ERO officer onsite, on the morning of the inspection, as a courtesy. We would not give any further

1

advance warning to the facility that we were planning to inspect. Facilities often asked to be notified a day or more in advance of such unannounced inspections. We did not accommodate those requests, as we believed that if we provided more warning, the facility conditions might be curated in anticipation of the inspection, and because our statute required OIDO to conduct unannounced inspections.

4. Tablets were purchased by the contractors that operated detention facilities, and it was up to each contractor, like GEO or Core Civic, to determine how many to purchase and how to distribute them within their facilities. In my experience during my time at OIDO, not every detention facility had tablets, and those that did would typically have fewer tablets than the number of people detained there at any given time. There was often a sign-up sheet to check out the limited number of tablets available in a facility, or one tablet to be shared among all the detainees in a housing unit. I would expect that given the proliferation of new detention facilities and sharp increase in the number of people in detention during 2025, the ratio of available tablets to detainees is probably even lower and more variable from facility to facility now than it was a couple of years ago.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 15, 2026

/s/Christopher Brundage