**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>      Plaintiffs,<br><br>        v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>      Defendants. | Civil Action No. 25-1270-ACR |

**DEFENDANTS' MOTION FOR EXTENSION OF BRIEFING DEADLINES FOR
CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to paragraph 9 of the Court's standing order, Defendants move for a seven-day extension of the deadline for their cross motion for summary judgment from February 6 to February 13, 2026, and also move for corresponding seven-day extensions of the other deadlines in the briefing schedule on cross-motions for summary judgment established in this Court's order of January 13, 2026, ECF 63.  The parties sought two prior extensions of these briefing deadlines: the first by Defendants with consent on November 14, 2025, ECF 59, due to the lapse in government appropriations and the second by Plaintiffs with consent on January 9, 2026, ECF 62, for 3 days.

Pursuant to Local Rule 7(m), counsel for Defendants contacted Plaintffs' counsel by email on February 5, 2026 at approximately 9 AM about their intention to seek this extension.  Plaintiffs' counsel responded that they are unopposed.

Good cause supports the small extension sought here.  Defendants are cognizant of this Court's 4-day rule to file extensions and believe they meet the "compelling cause" standard. Standing Order 9(d).  Defendants believed that they could file the brief in a timely manner but other obligations, technical issues, and the recent Government shutdown have complicated matters.  To start, undersigned counsel is extremely busy across multiple cases.  These are just some of the cases counsel has had to brief and file over the last couple of weeks:  *PSCA v. Trump*, 25-5291, D.C. Circuit (brief Jan. 28);  *AFSA v. Trump*, 25-5290, D.C. Circuit (brief Jan. 28); *Chamber of Commerce v. DHS*, 25-5473, D.C. Circuit (brief Jan. 30); *Hussen v. Noem*, 0:26-cv-00324, D. Minn. (brief Jan. 30); *J.G.G. v. Trump*, 1:25-cv-00766. D.D.C. (Feb. 2); *US v. Minnesota*, 0:25-cv-03798, D. Minn. (brief Feb. 6); *Harvard v. DHS*, 25-1627, 1st Circuit (brief Feb. 9) *Flores v. Bondi*, 25-6308, 9th Cir. (brief Feb. 11). In addition, counsel's work laptop stopped working the night of February 4, which substantially setback progress. Finally, the recent Government shutdown just ended on February 4. While brief, it did require the Offices at issue to shutdown and restart, making communications with the client difficult. Finally, there is a fairly significant record in this case and redactions are potentially required for various exhibits. In order to present this case to the Court in the best and most helpful way possible, Defendants respectfully request a modest extension.

The new briefing schedule on cross-motions for summary judgment that Defendants request is as follows:

**Defendants' Response to Cross-Motion for Summary Judgment:** Defendants' deadline to answer or otherwise respond to the complaint is extended from February 6, 2026**, to February 13, 2026.**  If Defendants choose to file a dispositive motion on this date, the parties shall brief cross-motions for summary judgment as follows:

a) Defendants shall file their opposition to Plaintiffs' motion for summary judgment, along with their cross-motion for summary judgment, on or before **February 13, 2026**.

b) Plaintiffs shall file their reply in support of their motion for summary judgment, and their opposition to Defendants' motion for summary judgment, on or before **February 27, 2026**.

c) Defendants shall file their reply in support of their motion for summary judgment on or before **March 13, 2026**.

For the foregoing reasons, Defendants request a seven-day extension to all briefing deadlines in the scheduling order entered on January 13, 2026.

Dated: February 5, 2026                                    Respectfully submitted,

                                                          BRETT A. SHUMATE
                                                          Assistant Attorney General
                                                          Civil Division

                                                          ERIC HAMILTON
                                                          Deputy Assistant Attorney General
                                                          Federal Programs Branch

                                                          CHRISTOPHER R. HALL
                                                          Assistant Branch Director

                                                          JARED LITTMAN
                                                          Trial Attorney


                                                          /s/      *Tiberius Davis*
                                                          TIBERIUS DAVIS
                                                          Counsel to the Assistant Attorney General
                                                          Civil Division
                                                          *U.S. Department of Justice*
                                                          *950 Pennsylvania Avenue NW*
                                                          *Washington, DC 20530*
                                                          *(202)-514-4357*
                                                          *Tiberius.Davis@usdoj.gov*