# EXHIBIT 13



## CONFIDENTIAL

# Transcript of Joseph Guy

**Date:** December 3, 2025

**Case:** Robert F. Kennedy Human Rights, et al. -v- US Dept. of Homeland Security, et al.

Planet Depos
Phone: 888.433.3767
Email: transcripts@planetdepos.com
www.planetdepos.com

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
                IN THE UNITED STATES DISTRICT COURT FOR THE
                          DISTRICT OF COLUMBIA
        ------------------------------------x
        ROBERT F. KENNEDY HUMAN
        RIGHTS, ET AL.                      :
             Plaintiffs,                    :
             v.                             :       Case No.:
        U.S. DEPARTMENT OF HOMELAND
        SECURITY, ET AL.                    :       25-1270-ACR
             Defendants.
        ------------------------------------x
                        Deposition of JOSEPH GUY
                   Washington, District of Columbia
                      Wednesday, December 3, 2025
                             10:02 a.m. EST




        Job No.: 609437
        Pages: 1 - 191
        Transcribed by: Patrick Owen
```

```
 1      Deposition of JOSEPH GUY, held at the offices of:
 2
 3
 4
 5           1100 Connecticut Avenue, NW
 6           Suite 950
 7           Washington, DC 20036
 8
 9
10
11
12
13
14
15      Pursuant to agreement, before Konly Harding,
16   Notary Public in and for the District of Columbia.
17
18
19
20
21
22
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                               3

```
 1                       APPEARANCES
 2
 3  ON BEHALF OF THE PLAINTIFFS, ROBERT F. KENNEDY HUMAN
 4  RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN
 5  JUSTICE CENTER:
 6       SARAH E. DECKER, ESQUIRE
 7       ROBERT F. KENNEDY HUMAN RIGHTS
 8       1300 19th Street NW
 9       Suite 750
10       Washington, DC 20036
11       (202) 559-4432
12
13  ON BEHALF OF THE DEFENDANTS, U.S. DEPARTMENT OF
14  HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL
15  CAPACITY AS SECRETARY OF HOMELAND SECURITY:
16       TIBERIUS DAVIS, ESQUIRE
17       U.S DEPARTMENT OF JUSTICE
18       950 Pennsylvania Avenue, NW
19       Washington, DC 20530
20       (202) 514-4357
21
22
```

```
1       RENE E. BROWNE, ESQUIRE
2       MATTHEW FLEISCHMAN, ESQUIRE
3       OFFICE OF THE GENERAL COUNSEL U.S. DEPARTMENT OF
4    HOMELAND SECURITY
5       245 Murray Lane, SW
6       Washington, DC 20528-0485
7       (202) 447-3891
8
9    ON BEHALF OF THE PLAINTIFFS, ROBERT F. KENNEDY
10   HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES
11   COALITION; URBAN JUSTICE CENTER:
12      KARLA GILBRIDE, ESQUIRE
13      PUBLIC CITIZEN LITIGATION GROUP
14      1600 20th Street NW
15      Washington, DC 20009
16      (202) 588-1000
17
18
19
20
21
22                        CONTENTS
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                                    38

1    A    I was.
2    Q    And again, without revealing any substantive
3　information, were you permitted access to records or
4　any documentation at the facility?
5    A    I was.
6    Q    And then moving to Section 205E, the
7　Ombudsman shall prepare a report to Congress on an
8　annual basis on its activities, findings, and
9　recommendations. Generally speaking, what does that
10　mean to you in practice?
11   A    That we are going to make sure that we have
12　a report of our activities, findings, and
13　recommendations done this year. Or, I believe since we
14　had the shutdown, we're going to have it done by
15　February.
16   Q    Okay. And what is your understanding of
17　OIDO's historic role compared to the other oversight
18　bodies? For example, CRCL, the USCIS Ombudsman, or the
19　Office of the Inspector General?
20   A    My understanding is that OIDO has more of a
21　routine role. I think I would describe it as not as
22　highly specialized or specific.

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                    78

```
1        Q    Okay. And do you have knowledge of what OPM
2   job series was used to hire these positions?
3        A    I don't know what job series, but I know
4   that the positions are, the title is Law Enforcement
5   Assessor.
6        Q    And as of today, if you know, how many of
7   these positions have been filled?
8        A    There are five. Three full-time employees
9   and two detailees.
10       Q    And if you know, when were the three full-
11  time employees hired?
12       A    I believe they were brought on over the
13  summer.
14       Q    Do you have a guess as to which month?
15       A    No.
16       Q    Okay. And what about the two detailees? Do
17  you have knowledge of when they were hired?
18       A    I think they were also hired over the
19  summer, later in the summer.
20       Q    Okay. And to your knowledge, have the
21  remaining 20 positions been posted?
22       A    So, I think that in effect, so there's a
```

1  couple ways to think about this. There are three full-
2  time employees who are Law Enforcement Assessors
3  working at OIDO. And there are two detailees who are
4  also Law Enforcement Assessors working at OIDO.
5  There is also a Chief of Staff who, with Ron, works on
6  a couple of different things. And then there's Ron,
7  who handles everything underneath him-- As far as OIDO
8  goes. However, while that is, and then of course
9  there's me from a very, very high level. I pay
10 attention when I need to pay attention. And I make
11 sure that Ron has everything he needs to make, to
12 carry out statutory obligations for the office.
13 However, there are also, we pull from the Management
14 Directorate to help with IT, Budget, Finance, and HR.
15 And that can be anywhere from 10 to 20 additional
16 employees who are involved with OIDO. So, all said and
17 done, it's really closer to about 25 to 30 people who
18 do OIDO work.
19      Q    So, just so I understand you correctly, when
20 you say pull from Management Directorate, these are
21 individuals employed by other subcomponents of DHS who
22 are providing IT and budget support as part of their

1  capacity, is that correct?
2      A    Yes. So, there would be, and that's normal
3  for any of the components of DHS. HR at HQ also helps
4  with HR and pushes resources around to where it would
5  be necessary to help lift up the load at other
6  components and things like that.
7      Q    And are those individuals contemplated in
8  the 25 number? Or is the 25 number referring
9  specifically to full-time OIDO staff?
10     A    It's my understanding, just based on
11 conversations that I've had with Ron, that currently
12 we kind of count that as 25 number, 25 to 30, as
13 people who are involved with the office of OIDO
14 currently.
15     Q    So, is your understanding that those 25
16 positions are currently filled?
17     A    I think that we are getting the job done,
18 but that does not necessarily mean that in the future
19 we wouldn't make changes to improve operations, if we
20 determined that that was necessary.
21     Q    Okay. And how many contracts, if you know,
22 does OIDO currently have in place?

1   getting the job done and that we're in a decent place.
2   However, that is not to say we will not consider
3   hiring more people if we have to.
4       Q    And can you speculate what circumstances
5   would require the hiring of additional people?
6            MR. DAVIS              Objection. Speculation.
7       A    We need clarity on the budget.
8       Q    Okay. We'll go back to the budget later. Do
9   you have knowledge of what non-statutory functions
10  OIDO was performing prior to the RIF?
11      A    Can you ask that question maybe a different
12  way?
13      Q    Yeah. Do you believe, based on your
14  understanding of how OIDO previously functioned, that
15  there were non-statutory functions being performed?
16      A    I'm not sure about if I would say functions.
17  However, I would say that statute isn't necessarily
18  prescriptive on how functions are carried out.
19      Q    So, I'm going to refer you back to a prior
20  exhibit. It was marked as Exhibit 30. It's the OIDO
21  organizational chart. And actually, if you wouldn't
22  mind, I'm going to ask you to draw, to your knowledge,

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                                        84

1    Q    And then, to the right of Ron Sartini, you
2    have Contractors. Is that accurate?
3    A    Yep.
4    Q    And do you know how many Contractors are
5    currently working for OIDO?
6    A    I don't.
7    Q    Do you have an estimate?
8    A    No.
9    Q    Is it more or less than five Contractors?
10   A    If I had to guess, I would say less than.
11   Q    Okay. And then, underneath Ron Sartini, you
12   have Rudy. And who is-- What's the person's full name?
13   A    I think ▮▮▮▮ last name is ▮▮▮▮.
14   Q    ▮▮▮▮. And what's his role?
15   A    He is Ron's Chief of Staff.
16   Q    And Ron Sartini has other roles within DHS.
17   Is that right?
18   A    I believe that is correct.
19   Q    Do you know what his other roles are
20   currently?
21   A    He is the Acting Deputy CRCL Officer and the
22   Acting Citizenship and Immigration Services Ombudsman.

1   will return soon.
2       Q    So I will represent to you that this is a
3   PDF of the current OIDO website for the complaint
4   portal as of yesterday, or rather as of November 30,
5   2025. And can you read me this sentence here that
6   begins with the DHS Form 405?
7       A    The DHS Form 405 will return soon.
8       Q    Do you know what the DHS Form 405 is?
9       A    The form that you would fill out to-- I
10  can't say with certainty.
11      Q    Do you have any knowledge of why that form
12  is not currently available on the OIDO website?
13      A    What I know is that there is a web-based
14  portal where detainees can file, and not just
15  detainees, but family members, lawyers, and NGOs who
16  want to file for detainees have the ability to do it
17  on a web-based portal.
18      Q    And do you know what information must be
19  provided to submit a complaint on the portal?
20      A    Generally, I think there are about 8 steps
21  to submitting a complaint on the portal. There's 8 or
22  9 steps, and it has to do with a location, and just as

1  person assigned a complaint conducts an interview with
2  the detained person?
3      A    Can you repeat that?
4      Q    So, if a complaint is filed, do you know if
5  the law enforcement assessor assigned to that
6  complaint conducts an interview with the detained
7  person?
8      A    I can't say for certain. But I think that
9  would be an option available to us.
10     Q    Do you know if any records review is
11 performed as part of an investigation into a
12 complaint?
13     A    I'm sure.
14     Q    Do you know who oversees and supervises the
15 complaint process?
16     A    Mr. Sartini.
17     Q    Okay. Do you know what are the ways in which
18 a case can be closed?
19     A    Yes, I can speak to that generally.
20     Q    Generally, what are the different closure
21 categories that you're aware of?
22     A    So, there are cases that, for one reason or

1  another, weren't actionable.
2      Q    Okay.
3      A    And so, they were, you know, either closed
4  because we couldn't act on them, to do anything about
5  them, for a variety of reasons. And then there are
6  complaints that warrant further investigation. I know
7  the 2023 report, they use the term redress. I think
8  we've used that term. I believe that after a
9  complaint, it's been decided at the discretion of one
10 of our expert case managers that a complaint warrants,
11 or law enforcement assessors, rather, that a complaint
12 warrants further investigation, that we go further
13 with the investigation that can involve anything from
14 document review to interviews to whatever they would
15 need to feel that they're getting to the bottom of a
16 complaint, and then a complaint will either be closed
17 when it is referred to the component, or they have
18 addressed what the issue is and let us know that it
19 has been addressed. And I think that's-- did that
20 answer your question?
21     Q    Yeah. When you say not actionable, can you
22 give me some more specific examples of when a

```
 1   complaint would not be actionable?
 2       A    Yeah. As far as I know, a complaint isn't
 3   actual, for instance, actionable, for instance, if
 4   it's done anonymously, if we don't have enough
 5   information, if we don't know where it is, if a
 6   complaint doesn't have the legally required 805 form
 7   that we talked about earlier, if someone's filing on a
 8   complainant's behalf, if there is, if someone has
 9   already been removed from a facility, then that is not
10   actionable. And I think there are probably a couple
11   other situations in which a complaint wouldn't be
12   actionable, but Mr. Sartini would know that better
13   than I do.
14       Q    So, just so I understand you correctly, if
15   someone submits a complaint anonymously, it will be
16   deemed not actionable, is that accurate?
17       A    I don't want to speculate, but I mean, if
18   there's enough information to investigate a complaint,
19   then maybe they would, but I don't know exactly.
20       Q    Okay. And do you know what process, if any,
21   is in place to ensure quality control among complaint
22   processing?
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                169

```
 1  the course of the investigation?
 2      MS. GILBRIDE           Investigation or
 3  inspection?
 4      Q    Inspection. I'm sorry.
 5      A    Again, I think even if I, it could be. I
 6  haven't gotten a thorough readout of these inspections
 7  or what they've chosen to do in terms of specific
 8  assistance. What I know is that we think that in
 9  general, the Office of OIDO and the functions that we
10  perform fulfill that definition.
11      Q    And to your knowledge, are there instances
12  where these five law enforcement assessors are in
13  facilities not conducting inspections?
14      A    To my knowledge, no. I don't know that.
15      Q    Okay. And to your knowledge, do you have an
16  understanding of what kind of assistance is being
17  provided?
18      A    What I do know is that OIDO, both present
19  and past, didn't provide direct assistance. We were
20  intermediaries, and the assistance that we provide is
21  more of a letting or empowering ICE and CBP staff to
22  be able to directly assist.
```