# EXHIBIT 15

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>PLAINTIFFS,<br><br>V.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY,<br><br>DEFENDANTS. | CIVIL ACTION NO. 25-1270-ACR |

**DEFENDANTS' SUPPLEMENTAL RESPONSES TO
PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS**

1. In response to Plaintiffs' request to supplement the numbers provided in Interrogatory 4, Defendants provide this supplement updating all relevant numbers for the Offices.

2. Defendants reincorporate and maintain their initial objections and do not waive any rights or objections with this supplement.

**CRCL Civil Rights & Civil Liberties Complaints Since March 21, 2025**

- the number of **new complaints filed** (all types): 5,989

- the number of **open Section 504 investigations**: 2

- the number of **open Section 345 investigations**: 74

- the number of complaints (all types except PREA) that have been **referred** to another

1

component: 490

- Sec. 345 complaints **investigated** (in any manner): 554 (183 investigated by CRCL directly, not including medical or PREA)
- "Urgent" medical referrals **forwarded to a Component**: 409
- Sec. 504 complaints **received**: 70
- Sec. 504 complaints **actively being processed**: 54
- Sec. 504 complaints **closed**: 11
- PREA investigations **handled by CRCL or referred to a Component**: 73

**CRCL EEO Metrics Since 3/21/2025**

- Issued **final agency decisions** on 177 EEO complaints
- Reviewed, approved, and issued 21 **reports of investigation** in EEO complaints
- Initiated **EEO complaint processing (counseling)** in 59 cases
- Initiated **EEO investigations** in 39 cases
- Adjudicated requests for **amendments** in 9 complaints

**OIDO Metrics Since 3/21/2025**

- the number of complaints received: 280
- the number of open investigations: 14
- the number of complaints that have been forwarded to another component: 15
    - Breakdown:
        - CRCL: 3
        - ICE: 12
- The number of facilities inspected: 27

**CISOMB**

- how many requests for assistance have been received: 8,027

- how many requests have been closed with "no further action" to be taken: 7,914

- how many requests have been referred to USCIS: 113


Dated: December 12, 2025

                                        **Brett A. Shumate**
Assistant Attorney General
Civil Division

**Yaakov M. Roth**
Principal Deputy Assistant Attorney General

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

**M. Jared Littman**
Trial Attorney

s/ Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General

Civil Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202)-514-4357

*Counsel for Defendants*

3