# EXHIBIT 18

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**SECOND DECLARATION OF Mayra Jones**

I, Mayra Jones, declare as follows:

1. I am over the age of 18 and competent to testify to the matters described below.

2. I am a U.S. citizen and a U.S. Army veteran. I currently serve as the Program Manager for a San Diego-based organization called SOLACE, which stands for *Souls Offering Loving and Compassionate Ears*. I previously submitted a declaration in this case on behalf of SOLACE. I am submitting this declaration on behalf of an individual named Jose Angel Giron Rodas, who is originally from Guatemala and is currently detained at the Otay Mesa Detention Center in San Diego, California. He has been held at this facility since June 2024—initially in the custody of the U.S. Marshals Service, and subsequently transferred to ICE custody in January 2025, where he remains detained. I have been communicating with Mr. Giron Rodas regularly in my role with SOLACE. Mr. Giron Rodas' A-number is 209-772-764. He has authorized me to publicly share his information in this declaration.

1

3. Mr. Giron Rodas was diagnosed with colon cancer in April 2024 by his private medical provider. He was scheduled to begin treatment shortly thereafter; however, he was detained in June 2024 before treatment could commence. Since his detention at the Otay Mesa Detention Center, he has not received any cancer treatment. Instead, he has primarily been given pain medication to manage the symptoms of his life-threatening condition.

4. Mr. Giron Rodas has been experiencing significant rectal bleeding and has been passing large blood clots for several months. His symptoms have continued to worsen with each passing day. He is also in escalating pain—so severe that he is often unable to sit down—yet he is frequently required to do so by staff at the Otay Mesa facility. Based on these symptoms, we are extremely concerned that his cancer is progressing. Given that he has not received any treatment for his condition, we fear that his life is in serious danger.

5. Mr. Giron Rodas has been requesting medical attention from the staff at the Otay Mesa Detention Center for the past year, including since he was transferred to ICE custody in January, but his requests have largely been ignored. He reports that, since his detention, facility personnel have expressed disbelief about his cancer diagnosis, despite his wife providing medical documentation from their private healthcare provider confirming it.

6. Several weeks ago, the ICE officer assigned to his immigration case informed him that he would be authorized to go to the hospital. However, he was later told by the facility's medical staff that the hospital had no available space and that he would need to wait until August 2025 for an appointment.

7. Earlier this year, Mr. Giron Rodas also sought help from a case manager with the Office of the Immigration Detention Ombudsman (OIDO), who conducted an interview regarding his medical concerns. The case manager indicated they would try to assist, but OIDO

was subsequently shut down, and they were unable to follow up on his next scheduled visit. Mr. Giron Rodas believes OIDO was shut down because it was actively assisting detained individuals like himself in addressing grievances. Since OIDO's closure, Mr. Giron Rodas has submitted multiple complaints directly to ICE, including one that included a statement from an individual detained in his unit expressing concern for his health. Unfortunately, these complaints have not led to any meaningful action or positive outcomes for his medical needs.

8. I have been advocating for Jose Angel Giron Rodas and other detained people with medical problems since March of 2025. In early April, I filed a citizen's complaint with the Office for Civil Rights and Civil Liberties (CRCL) on behalf of these individuals. Approximately a month later, a representative from CRCL contacted me via email requesting additional information. I responded by providing more detailed and identifiable information. However, to date, I have seen no indication that CRCL has taken any meaningful steps to engage with ICE or to improve the situation. Most concerningly, there appears to have been no progress in securing the specialized cancer treatment that Mr. Giron Rodas urgently requires.

9. I also sent subsequent emails on Mr. Giron Rodas' behalf to the ICE San Diego Field Office and the California Attorney General's Office. While the ICE SD Field Office acknowledged receipt of my email, to my knowledge they have not taken any further action to assist him. Just yesterday, Mr. Giron Rodas called me to report that he experienced a rectal prolapse lasting eight hours. Despite this serious medical emergency, the facility's medical staff refused to provide him with his blood test results (which he was told by a doctor at the facility were low) or conduct any further examinations. He was simply told that his medical evaluations are scheduled for mid-August 2025 and was given Tylenol for the pain—even though the pain was so intense that he was unable to walk.

10. Although the California Attorney General's Office has expressed concern and interest in his case, I fear that any potential intervention or advocacy may come too late. I am extremely afraid that Jose Angel Giron Rodas may die in detention without ever having the chance to see his family again.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 11th, 2025

_____
Mayra Jones

PLFS-0250