# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>    Defendants. | Civil Action No. 25-1270-ACR |

## ORDER

Upon consideration of Defendants' unopposed motion for extension of briefing deadlines for cross-motions for summary judgment, the Court grants the motion as follows:

It is hereby ORDERED that the motion is GRANTED; and

It is further ORDERED that the following schedule is in effect:

**Defendants' Response to Cross-Motion for Summary Judgment:** Defendants' deadline to answer or otherwise respond to the complaint is extended from February 6, 2026, to **February 13, 2026**. If Defendants choose to file a dispositive motion on this date, the parties shall brief cross-motions for summary judgment as follows:

    a) Defendants shall file their opposition to Plaintiffs' motion for summary judgment, along with their cross-motion for summary judgment, on or before **February 13, 2026**.

    b) Plaintiffs shall file their reply in support of their motion for summary judgment,

and their opposition to Defendants' motion for summary judgment, on or before **February 27, 2026**.

    c) Defendants shall file their reply in support of their motion for summary judgment on or before **March 13, 2026**.

**SO ORDERED.**

Dated: February 9, 2026

                                                            _____
                                                            ANA C. REYES
                                                            United States District Judge