UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rules 7(h) and 7(n), Defendants respectfully move for an order entering summary judgment against Plaintiffs Robert F. Kennedy Human Rights, Southern Border Communities Coalition, and Urban Justice Center on all counts. This motion is based on the accompanying memorandum of law, Defendants' Statement of Undisputed Material Facts, the attached exhibits, and all other evidence on file in this case. There is no genuine dispute of any material fact, and Defendants are entitled to judgment as a matter of law.

Dated: February 13, 2026               Respectfully submitted,

                                                              BRETT A. SHUMATE
                                                              Assistant Attorney General
                                                              Civil Division

                                                              ERIC HAMILTON
                                                               Deputy Assistant Attorney General
                                                               Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

JARED LITTMAN
Trial Attorney

/s/     *Tiberius Davis*
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202)-514-4357*
*Tiberius.Davis@usdoj.gov*

2