**EXHIBIT INDEX**

Ex. 1 (Sartini Decl., May 18, 2025)

Ex. 2 (Excerpts of Admin. Rec.)

Ex. 3 (Barksdale-Perry Decl., May 22, 2025)

Ex. 4 (Excerpts of Hearing Tr., May 23, 2025)

Ex. 5 (RIF Notices)

Ex. 6 (Excerpts of Hearing Tr., May 19, 2025)

Ex. 7 (Statutory Authorities)

Ex. 8 (Hemenway Dep. Tr.)

Ex. 9 (Excerpts of Sartini Dep. Tr.)

Ex. 10 (Excerpts of Defs. Resp. to Pls. Disc. Req.)

Ex. 11 (Sartini Decl., June 2, 2025)

Ex. 12 (Hemenway Decl.)

Ex. 13 (Excerpts of Guy Dep. Tr.)

Ex. 14 (Sartini Decl., May 21, 2025)

Ex. 15 (Defs. Suppl. Resp. to Pls. Disc. Req.)

Ex. 16 (Email, Aug. 27, 205)

Ex. 17 (Email, Sept. 18, 2025)

Ex. 18 (Jones Decl.)

Ex. 19 (Pls. Interr. Resp.)

Ex. 20 (Pls. Adm. Resp.)

Ex. 21 (Reasonable Accommodation Guidance)

Ex. 22 (Sartini Revised Decl., Feb. 13, 2026)