UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>*Defendants*. | CASE NO. 1:25-cv-01270-ACR<br><br>**DECLARATION OF NICOLE C. BARKSDALE-PERRY** |

**DECLARATION OF NICOLE C. BARKSDALE-PERRY**

I, Nicole Barksdale-Perry based upon my personal knowledge and information made known to me in the course of my official employment hereby declare, to the best of my knowledge, information, and belief, as follows relating to the above-captioned matter:

1. I am the Executive Director, Human Resources Management and Services, Office of the Chief Human Capital Officer (OCHCO HRMS) at the U.S. Department of Homeland Security (DHS). Prior to becoming the Executive Director, Human Resources Management and Services, I was the Deputy Executive Director, OCHCO HRMS. I served as the Signing Official for the Reduction in Force (RIF) notices issued to employees with the Office of the CIS Ombudsman (CISOMB), the DHS Office for Civil Rights and Civil Liberties (CRCL), and the DHS Office of the Immigration Detention Ombudsman (OIDO, and together, the Offices).