# EXHIBIT 5

U.S. Department of Homeland Security
Washington, DC 20528



March 27, 2025

MEMORANDUM FOR ▮▮▮▮▮▮▮▮▮

FROM: Nicole C. Barksdale-Perry
Executive Director
Human Resources Management & Services
Office of the Chief Human Capital Officer

*Digitally signed by NICOLE C PERRY*
*Date: 2025.03.21 10:25:32 -04'00'*

SUBJECT: Reduction in Force Notice

A reduction in force within your competitive area has been conducted with an effective date of March 21, 2025. This action is a result of the dissolution of Office of Civil Rights and Civil Liberties (CRCL).

In accordance with Executive Order *14210, titled "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative,"* signed by President Trump on February 11, 2025, each agency, department, or commission head, must prioritize the reduction of positions performing functions not explicitly mandated by statute or regulation. Following a comprehensive statute-by-statute analysis, positions or functions identified as non-essential or not legally mandated are subject to this RIF. It is with great regret that I must inform you that your position of SUPERVISORY PROGRAM ANALYST within CRCL is being abolished, and you have been reached for reduction in force action. This memorandum constitutes a specific reduction in force (RIF) notice.

This reduction in force is being carried out in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and OPM policy. In accordance with these provisions, you will be released from your competitive level, and you do not have assignment rights to another position in your competitive area. Your position and all positions in your competitive level are being abolished, therefore there is no one with lower standing that you can displace in your competitive area. As a result, you will be separated from the Federal service by reduction in force on May 27, 2025.

To conduct the RIF, the Office of the Chief Human Capital Officer (OCHCO), Human Resources Management and Services (HRMS), prepared retention registers which listed employees in retention standing order based on civil service tenure, veterans'

preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF effective date:

**Competitive Area: CRCL** WASHINGTON, DC
**Type of Service:** 01-Competitive-Career/SES-Career
**Position Title, Series, Grade:** SUPERVISORY PROGRAM ANALYST, 0343, GS, 15
**Competitive Level:** A0A0
**Tenure Group and Subgroup:** 1-Group 1 and B (Non-Preference Eligible)
**Service Computation Date (SCD):** 3/6/2006
**Latest Three Performance Evaluations:** 4.875
**Adjusted SCD (SCD adjusted by latest three performance ratings):** 3/6/1986

You have been reached for release from your competitive level in accordance with reduction in force regulations and procedures. You have no assignment rights to be placed in any other position in any other competitive level within your competitive area. Therefore, you will be separated from DHS at the close of business on May 27, 2025.

You are eligible to receive severance pay. We will provide your severance pay calculation no later than May 27, 2025.

Attached to this letter is an "Employee's Guide to RIF Benefits" which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the DHS Career Transition Assistance Plan. In addition, you may authorize the Human Resources Office to release your qualifications information to Federal, state and private sector agencies and organizations by completing the attached release authorization. Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance, can be found at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

If you resign on or before the RIF separation date of May 27, 2025, your separation will be considered voluntary. Please be advised that you may affect your appeal rights if you resign. You are strongly encouraged to contact the Human Resources Office for information if you are considering resigning during this specific notice period.

Staff of the OCHCO is available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. You are entitled to a copy of OPM's retention regulations found in 5 CFR Part 351, which will be provided to you upon request, and you may inspect the appropriate retention register through the OCHCO. You may obtain any information in writing by sending your request to OCHCO – RIF Team, email: workforceshapinghq@hq.dhs.gov.

You have the right to appeal this action to the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and must be submitted no later than 30 calendar days after the effective date of the reduction in force action. An appeal form and copy of the MSPB's regulations are at www.mspb.gov. The address to which an appeal should be sent is as follows: MSPB Washington Regional Office, 1901 S. Bell Street, Suite 950, Arlington, Virginia 22202 or email washingtonregionaloffice@mspb.gov.

Alternatively, an electronic appeal may be filed at https://e-appeal.mspb.gov/. See "How to File an Appeal" at http://www.mspb.gov/appeals/appeals.htm. If you file an appeal the Board must serve an acknowledgement order to the following address:

John T. Koerner
Assistant General Counsel for Labor and Employment Law
General Law Division, Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, D.C. 20528
Telephone: 202-603-8038
Facsimile: 202-282-9186
John.Koerner@hq.dhs.gov

If you believe this action has been taken because of a prohibited personnel practice other than discrimination on the basis of your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal at this time or to seek corrective action from the OSC is exclusive and irrevocable. See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe that this action has been taken because of race, color, religion, sex (including pregnancy and gender identity), national origin, sexual orientation, physical disability, genetic information, or age, you may file a complaint with DHS's HRMS Workforce Management. This office can be reached at workforcerelationstaskers@hq.dhs.gov. To initiate a complaint, you must contact a Workforce Relations Program, Employee Relations and Performance Management within 45 days of the effective date of this action.

This reduction in force action should not be considered as reflecting upon your performance or conduct. It is being taken solely due to the reduction in the number of positions as described earlier in this letter. The Department of Homeland Security (DHS)

sincerely appreciates the services you have rendered during your employment, and we regret that you have been personally affected.

Please sign and return a copy of this notice to acknowledge receipt.

Attachments: RIF Information Sheet
Employee Guide to RIF Benefits
DHS Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information

Sent by email to: ██████████████████

No hard copy to follow.

**Receipt Acknowledged:**

_____
Employee Name

_____
Employee's Signature                              Date

**RELEASE STATEMENT FOR QUALIFICATIONS INFORMATION**

Privacy Act Notice

I authorize the Department of Homeland Security (DHS) to disclose information regarding my employment qualifications to public and private employers. I will provide/have provided this information to DHS prior to my separation date, either through submission of new materials or prior application form. I understand that this authorization is voluntary. If I choose to rescind this authorization in the future, I will notify the DHS in writing.

_____
Employee Name

_____
Employee's Signature                                         Date

CONFIDENTIAL
DHS-00003412

U.S. Department of Homeland Security
Washington, DC 20528



# Homeland Security

April 24, 2025

MEMORANDUM FOR ▮▮▮▮▮▮▮

FROM:       Nicole C. Barksdale-Perry
               Executive Director
               Human Resources Management & Services
               Office of the Chief Human Capital Officer

SUBJECT:     Reduction in Force Notice

A reduction in force within your competitive area will be conducted effective March 21, 2025. This action is a result of the dissolution of the Office of the Citizenship and Immigration Services Ombudsman (CISOMB).

In accordance with Executive Order *14210, titled "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative,"* signed by President Trump on February 11, 2025, each agency, department, or commission head, must prioritize the reduction of positions performing functions not explicitly mandated by statute or regulation. Following a comprehensive statute-by-statute analysis, positions or functions identified as non-essential or not legally mandated are subject to this RIF. It is with great regret that I must inform you that your position of *Immigration Law Analyst* within CISOMB is being abolished, and you have been reached for reduction in force action. This memorandum constitutes a specific reduction in force (RIF) notice.

This reduction in force is being carried out in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and OPM policy. In accordance with these provisions, you will be released from your competitive level, and you do not have assignment rights to another position in your competitive area. Your position and all positions in your competitive level are being abolished, therefore there is no one with lower standing that you can displace in your competitive area. As a result, you will be separated from the Federal service by reduction in force on **June 24, 2025**.

To conduct the RIF, the Office of the Chief Human Capital Officer (OCHCO), Human Resources Management and Services (HRMS), prepared retention registers which listed employees in retention standing order based on civil service tenure, veterans' preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF effective date:

**Competitive Area: CISOMB, Morris Plains, NJ**
**Type of Service:** Competitive - Career
**Position Title, Series, Grade:** Immigration Law Analyst, 0301, GS-12
**Competitive Level:** 00Q0
**Tenure Group and Subgroup:** 1 and B
**Service Computation Date (SCD):** 8/26/2012
**Latest Three Performance Evaluations:** 5
**Adjusted SCD (SCD adjusted by latest three performance ratings):** 08/26/1992

You have been reached for release from your competitive level in accordance with reduction in force regulations and procedures. You have no assignment rights to be placed in any other position in any other competitive level within your competitive area. Therefore, you will be separated from DHS at the close of business on June 24, 2025.

You are eligible to receive severance pay. We will provide your severance pay calculation no later than June 24, 2025.

Attached to this letter is an "Employee's Guide to RIF Benefits" which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the DHS Career Transition Assistance Plan. In addition, you may authorize the Human Resources Office to release your qualifications information to Federal, state and private sector agencies and organizations by completing the attached release authorization. Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance, can be found at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

If you resign on or before the RIF effective date of June 24, 2025, your separation will be considered voluntary. Please be advised that you may affect your appeal rights if you resign. You are strongly encouraged to contact the Human Resources Office for information if you are considering resigning during this specific notice period.

Staff of the OCHCO is available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. You are entitled to a copy of OPM's retention regulations found in 5 CFR Part 351, which will be provided to you upon request, and you may inspect the appropriate retention register through the OCHCO. You may obtain any information in writing by sending your request to OCHCO – Workforce Shaping Team, email: workforceshaping@hq.dhs.gov.

CONFIDENTIAL                                                                                                    DHS-00003517

You have the right to appeal this action to the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and must be submitted no later than 30 calendar days after the effective date of the reduction in force action. An appeal form and copy of the MSPB's regulations are at www.mspb.gov. The address to which an appeal should be sent is as follows: MSPB Washington Regional Office, 1901 S. Bell Street, Suite 950, Arlington, Virginia 22202 or email washingtonregionaloffice@mspb.gov.

Alternatively, an electronic appeal may be filed at https://e-appeal.mspb.gov/. See "How to File an Appeal" at http://www.mspb.gov/appeals/appeals.htm. If you file an appeal the Board must serve an acknowledgement order to the following address:

John T. Koerner<br>
Assistant General Counsel for Labor and Employment Law<br>
General Law Division, Office of the General Counsel<br>
U.S. Department of Homeland Security<br>
2707 Martin Luther King Jr. Ave, SE<br>
Mail Stop 0485<br>
Washington, D.C. 20528<br>
Telephone: 202-603-8038<br>
Facsimile: 202-282-9186<br>
John.Koerner@hq.dhs.gov

If you believe this action has been taken because of a prohibited personnel practice other than discrimination on the basis of your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal at this time or to seek corrective action from the OSC is exclusive and irrevocable. See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe that this action has been taken because of race, color, religion, sex (including pregnancy and gender identity), national origin, sexual orientation, physical disability, genetic information, or age, you may file a complaint with the Department of Homeland Security Headquarters EEO Office. This office can be reached at hqeeo@hq.dhs.gov. To initiate a complaint, you must contact the DHS Headquarters EEO Office within 45 days of the effective date of this action.

This reduction in force action should not be considered as reflecting upon your performance or conduct. It is being taken solely due to the reduction in the number of positions as described earlier in this letter. The Department of Homeland Security (DHS) sincerely appreciates the services you have rendered during your employment, and we regret that you have been personally affected.

Please sign and return a copy of this notice to acknowledge receipt.

Attachments: RIF Information Sheet
Employee Guide to RIF Benefits
DHS Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information
Severance Pay Information

Sent by email to: ▇▇▇▇▇▇▇▇▇▇

No hard copy to follow.

**Receipt Acknowledged:**

_____
Employee Name


_____
Employee's Signature                          Date

CONFIDENTIAL                                                                 DHS-00003519

# RELEASE STATEMENT FOR QUALIFICATIONS INFORMATION

Privacy Act Notice

I authorize the Department of Homeland Security (DHS) to disclose information regarding my employment qualifications to public and private employers. I will provide/have provided this information to DHS prior to my separation date, either through submission of new materials or prior application form. I understand that this authorization is voluntary. If I choose to rescind this authorization in the future, I will notify the DHS in writing.

_____
Employee Name


_____
Employee's Signature                                          Date

U.S. Department of Homeland Security
Washington, DC 20528



Homeland Security

March 21, 2025

MEMORANDUM FOR ▮▮▮▮▮▮▮

FROM:       Nicole C. Barksdale-Perry
            Executive Director
            Human Resources Management & Services
            Office of the Chief Human Capital Officer

SUBJECT:    Reduction in Force Notice

A reduction in force within your competitive area has been conducted with an effective date of March 21, 2025. This action is a result of the dissolution of the Office of the Immigration Detention Ombudsman (OIDO).

In accordance with Executive Order *14210, titled "Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative,"* signed by President Trump on February 11, 2025, each agency, department, or commission head, must prioritize the reduction of positions performing functions not explicitly mandated by statute or regulation. Following a comprehensive statute-by-statute analysis, positions or functions identified as non-essential or not legally mandated are subject to this RIF. It is with great regret that I must inform you that your position of PROGRAM ANALYST within OIDO is being abolished, and you have been reached for reduction in force action. This memorandum constitutes a specific reduction in force (RIF) notice.

This reduction in force is being carried out in accordance with current law and regulations, which include Chapter 35 of Title 5, United States Code, 5 Code of Federal Regulations, Part 351, and OPM policy. In accordance with these provisions, you will be released from your competitive level, and you do not have assignment rights to another position in your competitive area.  Your position and all positions in your competitive level are being abolished, therefore there is no one with lower standing that you can displace in your competitive area.  As a result, you will be separated from the Federal service by reduction in force on May 23, 2025.

To conduct the RIF, the Office of the Chief Human Capital Officer (OCHCO), Human Resources Management and Services (HRMS), prepared retention registers which listed employees in retention standing order based on civil service tenure, veterans'

preference, length of Federal service and performance ratings. We used the following information to determine your retention standing as of the RIF effective date:

**Competitive Area:** OIDO WASHINGTON, DC
**Type of Service:** 01-Competitive-Career/SES-Career
**Position Title, Series, Grade:** PROGRAM ANALYST 0343 GS 13
**Competitive Level:** 00B0
**Tenure Group and Subgroup:** 1-Group 1 B (Non-Preference Eligible)
**Service Computation Date (SCD):** 6/13/2012
**Latest Three Performance Evaluations:** 5
**Adjusted SCD (SCD adjusted by latest three performance ratings):** 6/13/1992

You have been reached for release from your competitive level in accordance with reduction in force regulations and procedures. You have no assignment rights to be placed in any other position in any other competitive level within your competitive area. Therefore, you will be separated from DHS at the close of business on May 23, 2025.

You are eligible to receive severance pay. We will provide your severance pay calculation no later than May 23, 2025.

Attached to this letter is an "Employee's Guide to RIF Benefits" which contains information regarding leave and other benefits available to employees separated by RIF, as well as information on the DHS Career Transition Assistance Plan. In addition, you may authorize the Human Resources Office to release your qualifications information to Federal, state and private sector agencies and organizations by completing the attached release authorization. Information regarding benefits available under the Workforce Investment Act of 1998 Program, including unemployment insurance, can be found at http://www.doleta.gov/usworkforce/WIA/planstatus.cfm.

If you resign on or before the RIF separation date of May 23, 2025, your separation will be considered voluntary. Please be advised that you may affect your appeal rights if you resign. You are strongly encouraged to contact the Human Resources Office for information if you are considering resigning during this specific notice period.

Staff of the OCHCO is available to assist you by explaining this proposed action and will provide you with copies of pertinent regulations, benefits information, or other material related to this action that you may wish to review. You are entitled to a copy of OPM's retention regulations found in 5 CFR Part 351, which will be provided to you upon request, and you may inspect the appropriate retention register through the OCHCO. You may obtain any information in writing by sending your request to OCHCO – RIF Team, email: workforceshapinghq@hq.dhs.gov.

You have the right to appeal this action to the Merit Systems Protection Board (MSPB). Should you elect to appeal to the MSPB, your appeal must be in writing and must be submitted no later than 30 calendar days after the effective date of the reduction in force action.  An appeal form and copy of the MSPB's regulations are at www.mspb.gov. The address to which an appeal should be sent is as follows:  MSPB Washington Regional Office, 1901 S. Bell Street, Suite 950, Arlington, Virginia 22202 or email washingtonregionaloffice@mspb.gov.

Alternatively, an electronic appeal may be filed at https://e-appeal.mspb.gov/. See "How to File an Appeal" at http://www.mspb.gov/appeals/appeals.htm.  If you file an appeal the Board must serve an acknowledgement order to the following address:

John T. Koerner
Assistant General Counsel for Labor and Employment Law
General Law Division, Office of the General Counsel
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, D.C.  20528
Telephone:  202-603-8038
Facsimile:  202-282-9186
John.Koerner@hq.dhs.gov

If you believe this action has been taken because of a prohibited personnel practice other than discrimination on the basis of your race, color, religion, sex, national origin, age, disability, marital status, or political affiliation, you may seek corrective action with the Office of the Special Counsel (OSC). Your decision to file an MSPB appeal at this time or to seek corrective action from the OSC is exclusive and irrevocable.  See Prohibited Personnel Practices Overview for more information about seeking corrective action.

If you believe that this action has been taken because of race, color, religion, sex (including pregnancy and gender identity), national origin, sexual orientation, physical disability, genetic information, or age, you may file a complaint with DHS's HRMS Workforce Management. This office can be reached at workforcerelationstaskers@hq.dhs.gov.  To initiate a complaint, you must contact a Workforce Relations Program, Employee Relations and Performance Management within 45 days of the effective date of this action.

This reduction in force action should not be considered as reflecting upon your performance or conduct. It is being taken solely due to the reduction in the number of positions as described earlier in this letter. The Department of Homeland Security (DHS)

sincerely appreciates the services you have rendered during your employment, and we regret that you have been personally affected.

Please sign and return a copy of this notice to acknowledge receipt.

Attachments: RIF Information Sheet
Employee Guide to RIF Benefits
DHS Placement Programs
Reemployment Priority List Registration Form
Authorization to Release Qualifications Information

Sent by email to: █████████████████

No hard copy to follow.

**Receipt Acknowledged:**

_____
Employee Name

_____
Employee's Signature                    Date

# RELEASE STATEMENT FOR QUALIFICATIONS INFORMATION

Privacy Act Notice

I authorize the Department of Homeland Security (DHS) to disclose information regarding my employment qualifications to public and private employers. I will provide/have provided this information to DHS prior to my separation date, either through submission of new materials or prior application form. I understand that this authorization is voluntary. If I choose to rescind this authorization in the future, I will notify the DHS in writing.

_____
Employee Name


_____
Employee's Signature                                         Date

CONFIDENTIAL
DHS-00003558