# EXHIBIT 7

**Statutory Authorities for Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman**

**Office of the Immigration Detention Ombudsman (OIDO)**
- OIDO is codified in *6 USC 205: Ombudsman for Immigration Detention.*
- Major statutory duties in 6 USC 205 include:
  - Establishing and administering an independent, neutral, and confidential process to receive, investigate, resolve, and provide redress for cases in which Department officers or other personnel, or contracted, subcontracted, or cooperating entity personnel, are found to have engaged in misconduct or violated the rights of individuals in immigration detention;
  - Establish an accessible and standardized process regarding complaints against any officer or employee of U.S. Customs and Border Protection or U.S. Immigration and Customs Enforcement, or any contracted, subcontracted, or cooperating entity personnel, for violations of law, standards of professional conduct, contract terms, or policy related to immigration detention;
  - Conduct unannounced inspections of detention facilities holding individuals in federal immigration custody, including those owned or operated by units of State or local government and privately-owned or operated facilities;
  - Review, examine, and make recommendations to address concerns or violations of contract terms identified in reviews, audits, investigations, or detainee interviews regarding immigration detention facilities and services;
  - Provide assistance to individuals affected by potential misconduct, excessive force, or violations of law or detention standards by Department of Homeland Security officers or other personnel, or contracted, subcontracted, or cooperating entity personnel; and
  - Ensure that the functions performed by the Ombudsman are complementary to existing functions within the Department of Homeland Security.

**Office for Civil Rights and Civil Liberties (CRCL)**
- The authority under which CRCL operates comes from a number of legal sources to include Statutes, Regulations, Executive Orders and Departmental Delegations and Directives.
- Major statutory duties in 6 U.S.C. 345:
  - "review and assess information concerning abuses of civil rights [and] civil liberties. . . by employees and officials of the Department";
  - "oversee compliance with constitutional, statutory, regulatory, policy, and other requirements relating to the civil rights and civil liberties of individuals affected by the programs and activities of the Department"; and
  - "investigate complaints and information indicating possible abuses of civil rights or civil liberties, unless the Inspector General of the Department determines that any such complaint or information should be investigated by the Inspector General."

- CRCL carries out DHS's legal obligations to establish an "equal opportunity program," and to comply with the EEOC's rules, regulations, and orders relating to that program. 42 U.S.C. 2000e-16(b).
- Specifically, EEOC regulations at 29 C.F.R. 1614.102 require the following from an Agency's equal opportunity program:
    - Provide sufficient resources to its equal employment opportunity program to ensure efficient and successful operation;
    - Provide for the prompt, fair and impartial processing of EEO complaints;
    - Make reasonable accommodations for employees and applicants with needs related to pregnancy, disabilities, or religious beliefs; and
    - Provide an alternative dispute resolution procedure for EEO complaints.
- CRCL also has responsibilities with respect to other civil rights and civil liberties statutes, including:
    - Title VI of the Civil Rights Act (prohibiting discrimination in contracting activities);
    - Section 803 of the 9/11 Commission Act (requires complaint and investigation procedures to address civil liberty complaints); and
    - The Prison Rape Elimination Act (requires measures to prevent sexual abuse in confinement facilities).

**Office of the Citizenship and Immigration Services Ombudsman (CISOMB)**
- Pursuant to 6 U.S.C. 272, CISOMB statutory duties include:
    - Assisting individuals and employers in resolving problems with the Bureau of Citizenship and Immigration Services (the Bureau);
    - Identifying areas in which individuals and employers have problems in dealing with the Bureau; and
    - Proposing changes in the administrative practices of the Bureau of Citizenship and Immigration Services to mitigate the problems described above.
- CISOMB is also responsible for appointing local ombudsmen and making available "at least 1 . . . ombudsman for each state." The statute does not necessarily require one ombudsman *per* state; a single local ombudsman could serve several states within a local area (*e.g.,* NY/NJ/CT).

CONFIDENTIAL