# EXHIBIT 13



**Planet Depos**
*We Make It Happen*

**CONFIDENTIAL**

# Transcript of Joseph Guy

**Date:** December 3, 2025
**Case:** Robert F. Kennedy Human Rights, et al. -v- US Dept. of Homeland Security, et al.

Planet Depos
Phone: 888.433.3767
Email: transcripts@planetdepos.com
www.planetdepos.com

```
 1           IN THE UNITED STATES DISTRICT COURT FOR THE
 2                       DISTRICT OF COLUMBIA
 3    ------------------------------------x
 4    ROBERT F. KENNEDY HUMAN
 5    RIGHTS, ET AL.                       :
 6         Plaintiffs,                     :
 7         v.                              :       Case No.:
 8    U.S. DEPARTMENT OF HOMELAND
 9    SECURITY, ET AL.                     :       25-1270-ACR
10         Defendants.
11    ------------------------------------x
12                     Deposition of JOSEPH GUY
13               Washington, District of Columbia
14                  Wednesday, December 3, 2025
15                         10:02 a.m. EST
16
17
18
19
20    Job No.: 609437
21    Pages: 1 - 191
22    Transcribed by: Patrick Owen
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025

2

```
 1      Deposition of JOSEPH GUY, held at the offices of:

 2

 3

 4

 5            1100 Connecticut Avenue, NW

 6            Suite 950

 7            Washington, DC 20036

 8

 9

10

11

12

13

14

15      Pursuant to agreement, before Konly Harding,

16   Notary Public in and for the District of Columbia.

17

18

19

20

21

22
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025
3

```
 1                    APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFFS, ROBERT F. KENNEDY HUMAN
 4   RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN
 5   JUSTICE CENTER:
 6        SARAH E. DECKER, ESQUIRE
 7        ROBERT F. KENNEDY HUMAN RIGHTS
 8        1300 19th Street NW
 9        Suite 750
10        Washington, DC 20036
11        (202) 559-4432
12
13   ON BEHALF OF THE DEFENDANTS, U.S. DEPARTMENT OF
14   HOMELAND SECURITY; KRISTI NOEM, IN HER OFFICIAL
15   CAPACITY AS SECRETARY OF HOMELAND SECURITY:
16        TIBERIUS DAVIS, ESQUIRE
17        U.S DEPARTMENT OF JUSTICE
18        950 Pennsylvania Avenue, NW
19        Washington, DC 20530
20        (202) 514-4357
21
22
```

```
 1       RENE E. BROWNE, ESQUIRE
 2       MATTHEW FLEISCHMAN, ESQUIRE
 3       OFFICE OF THE GENERAL COUNSEL U.S. DEPARTMENT OF
 4    HOMELAND SECURITY
 5       245 Murray Lane, SW
 6       Washington, DC 20528-0485
 7       (202) 447-3891
 8
 9    ON BEHALF OF THE PLAINTIFFS, ROBERT F. KENNEDY
10    HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES
11    COALITION; URBAN JUSTICE CENTER:
12       KARLA GILBRIDE, ESQUIRE
13       PUBLIC CITIZEN LITIGATION GROUP
14       1600 20th Street NW
15       Washington, DC 20009
16       (202) 588-1000
17
18
19
20
21
22                           CONTENTS
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                                    38

1   A    I was.
2   Q    And again, without revealing any substantive
3   information, were you permitted access to records or
4   any documentation at the facility?
5   A    I was.
6   Q    And then moving to Section 205E, the
7   Ombudsman shall prepare a report to Congress on an
8   annual basis on its activities, findings, and
9   recommendations. Generally speaking, what does that
10  mean to you in practice?
11  A    That we are going to make sure that we have
12  a report of our activities, findings, and
13  recommendations done this year. Or, I believe since we
14  had the shutdown, we're going to have it done by
15  February.
16  Q    Okay. And what is your understanding of
17  OIDO's historic role compared to the other oversight
18  bodies? For example, CRCL, the USCIS Ombudsman, or the
19  Office of the Inspector General?
20  A    My understanding is that OIDO has more of a
21  routine role. I think I would describe it as not as
22  highly specialized or specific.

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                                          78

1     Q    Okay. And do you have knowledge of what OPM
2  job series was used to hire these positions?
3     A    I don't know what job series, but I know
4  that the positions are, the title is Law Enforcement
5  Assessor.
6     Q    And as of today, if you know, how many of
7  these positions have been filled?
8     A    There are five. Three full-time employees
9  and two detailees.
10    Q    And if you know, when were the three full-
11 time employees hired?
12    A    I believe they were brought on over the
13 summer.
14    Q    Do you have a guess as to which month?
15    A    No.
16    Q    Okay. And what about the two detailees? Do
17 you have knowledge of when they were hired?
18    A    I think they were also hired over the
19 summer, later in the summer.
20    Q    Okay. And to your knowledge, have the
21 remaining 20 positions been posted?
22    A    So, I think that in effect, so there's a

```
 1   couple ways to think about this. There are three full-
 2   time employees who are Law Enforcement Assessors
 3   working at OIDO. And there are two detailees who are
 4   also Law Enforcement Assessors working at OIDO.
 5   There is also a Chief of Staff who, with Ron, works on
 6   a couple of different things. And then there's Ron,
 7   who handles everything underneath him-- As far as OIDO
 8   goes. However, while that is, and then of course
 9   there's me from a very, very high level. I pay
10   attention when I need to pay attention. And I make
11   sure that Ron has everything he needs to make, to
12   carry out statutory obligations for the office.
13   However, there are also, we pull from the Management
14   Directorate to help with IT, Budget, Finance, and HR.
15   And that can be anywhere from 10 to 20 additional
16   employees who are involved with OIDO. So, all said and
17   done, it's really closer to about 25 to 30 people who
18   do OIDO work.
19        Q    So, just so I understand you correctly, when
20   you say pull from Management Directorate, these are
21   individuals employed by other subcomponents of DHS who
22   are providing IT and budget support as part of their
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025
80

1  capacity, is that correct?
2      A    Yes. So, there would be, and that's normal
3  for any of the components of DHS. HR at HQ also helps
4  with HR and pushes resources around to where it would
5  be necessary to help lift up the load at other
6  components and things like that.
7      Q    And are those individuals contemplated in
8  the 25 number? Or is the 25 number referring
9  specifically to full-time OIDO staff?
10     A    It's my understanding, just based on
11 conversations that I've had with Ron, that currently
12 we kind of count that as 25 number, 25 to 30, as
13 people who are involved with the office of OIDO
14 currently.
15     Q    So, is your understanding that those 25
16 positions are currently filled?
17     A    I think that we are getting the job done,
18 but that does not necessarily mean that in the future
19 we wouldn't make changes to improve operations, if we
20 determined that that was necessary.
21     Q    Okay. And how many contracts, if you know,
22 does OIDO currently have in place?

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                                    82

1  getting the job done and that we're in a decent place.
2  However, that is not to say we will not consider
3  hiring more people if we have to.
4       Q    And can you speculate what circumstances
5  would require the hiring of additional people?
6            MR. DAVIS              Objection. Speculation.
7       A    We need clarity on the budget.
8       Q    Okay. We'll go back to the budget later. Do
9  you have knowledge of what non-statutory functions
10 OIDO was performing prior to the RIF?
11      A    Can you ask that question maybe a different
12 way?
13      Q    Yeah. Do you believe, based on your
14 understanding of how OIDO previously functioned, that
15 there were non-statutory functions being performed?
16      A    I'm not sure about if I would say functions.
17 However, I would say that statute isn't necessarily
18 prescriptive on how functions are carried out.
19      Q    So, I'm going to refer you back to a prior
20 exhibit. It was marked as Exhibit 30. It's the OIDO
21 organizational chart. And actually, if you wouldn't
22 mind, I'm going to ask you to draw, to your knowledge,

```
1      Q    And then, to the right of Ron Sartini, you
2   have Contractors. Is that accurate?
3      A    Yep.
4      Q    And do you know how many Contractors are
5   currently working for OIDO?
6      A    I don't.
7      Q    Do you have an estimate?
8      A    No.
9      Q    Is it more or less than five Contractors?
10     A    If I had to guess, I would say less than.
11     Q    Okay. And then, underneath Ron Sartini, you
12  have Rudy. And who is-- What's the person's full name?
13     A    I think ▓▓▓▓ last name is ▓▓▓▓.
14     Q    ▓▓▓▓. And what's his role?
15     A    He is Ron's Chief of Staff.
16     Q    And Ron Sartini has other roles within DHS.
17  Is that right?
18     A    I believe that is correct.
19     Q    Do you know what his other roles are
20  currently?
21     A    He is the Acting Deputy CRCL Officer and the
22  Acting Citizenship and Immigration Services Ombudsman.
```

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                                100

```
1   will return soon.
2        Q    So I will represent to you that this is a
3   PDF of the current OIDO website for the complaint
4   portal as of yesterday, or rather as of November 30,
5   2025. And can you read me this sentence here that
6   begins with the DHS Form 405?
7        A    The DHS Form 405 will return soon.
8        Q    Do you know what the DHS Form 405 is?
9        A    The form that you would fill out to-- I
10  can't say with certainty.
11       Q    Do you have any knowledge of why that form
12  is not currently available on the OIDO website?
13       A    What I know is that there is a web-based
14  portal where detainees can file, and not just
15  detainees, but family members, lawyers, and NGOs who
16  want to file for detainees have the ability to do it
17  on a web-based portal.
18       Q    And do you know what information must be
19  provided to submit a complaint on the portal?
20       A    Generally, I think there are about 8 steps
21  to submitting a complaint on the portal. There's 8 or
22  9 steps, and it has to do with a location, and just as
```

```
 1  person assigned a complaint conducts an interview with
 2  the detained person?
 3       A    Can you repeat that?
 4       Q    So, if a complaint is filed, do you know if
 5  the law enforcement assessor assigned to that
 6  complaint conducts an interview with the detained
 7  person?
 8       A    I can't say for certain. But I think that
 9  would be an option available to us.
10       Q    Do you know if any records review is
11  performed as part of an investigation into a
12  complaint?
13       A    I'm sure.
14       Q    Do you know who oversees and supervises the
15  complaint process?
16       A    Mr. Sartini.
17       Q    Okay. Do you know what are the ways in which
18  a case can be closed?
19       A    Yes, I can speak to that generally.
20       Q    Generally, what are the different closure
21  categories that you're aware of?
22       A    So, there are cases that, for one reason or
```

1   another, weren't actionable.
2       Q    Okay.
3       A    And so, they were, you know, either closed
4   because we couldn't act on them, to do anything about
5   them, for a variety of reasons. And then there are
6   complaints that warrant further investigation. I know
7   the 2023 report, they use the term redress. I think
8   we've used that term. I believe that after a
9   complaint, it's been decided at the discretion of one
10  of our expert case managers that a complaint warrants,
11  or law enforcement assessors, rather, that a complaint
12  warrants further investigation, that we go further
13  with the investigation that can involve anything from
14  document review to interviews to whatever they would
15  need to feel that they're getting to the bottom of a
16  complaint, and then a complaint will either be closed
17  when it is referred to the component, or they have
18  addressed what the issue is and let us know that it
19  has been addressed. And I think that's-- did that
20  answer your question?
21      Q    Yeah. When you say not actionable, can you
22  give me some more specific examples of when a

1   complaint would not be actionable?
2       A    Yeah. As far as I know, a complaint isn't
3   actual, for instance, actionable, for instance, if
4   it's done anonymously, if we don't have enough
5   information, if we don't know where it is, if a
6   complaint doesn't have the legally required 805 form
7   that we talked about earlier, if someone's filing on a
8   complainant's behalf, if there is, if someone has
9   already been removed from a facility, then that is not
10  actionable. And I think there are probably a couple
11  other situations in which a complaint wouldn't be
12  actionable, but Mr. Sartini would know that better
13  than I do.
14      Q    So, just so I understand you correctly, if
15  someone submits a complaint anonymously, it will be
16  deemed not actionable, is that accurate?
17      A    I don't want to speculate, but I mean, if
18  there's enough information to investigate a complaint,
19  then maybe they would, but I don't know exactly.
20      Q    Okay. And do you know what process, if any,
21  is in place to ensure quality control among complaint
22  processing?

CONFIDENTIAL
Transcript of Joseph Guy
Conducted on December 3, 2025                                169

```
 1   the course of the investigation?
 2         MS. GILBRIDE          Investigation or
 3   inspection?
 4         Q    Inspection. I'm sorry.
 5         A    Again, I think even if I, it could be. I
 6   haven't gotten a thorough readout of these inspections
 7   or what they've chosen to do in terms of specific
 8   assistance. What I know is that we think that in
 9   general, the Office of OIDO and the functions that we
10   perform fulfill that definition.
11         Q    And to your knowledge, are there instances
12   where these five law enforcement assessors are in
13   facilities not conducting inspections?
14         A    To my knowledge, no. I don't know that.
15         Q    Okay. And to your knowledge, do you have an
16   understanding of what kind of assistance is being
17   provided?
18         A    What I do know is that OIDO, both present
19   and past, didn't provide direct assistance. We were
20   intermediaries, and the assistance that we provide is
21   more of a letting or empowering ICE and CBP staff to
22   be able to directly assist.
```