# EXHIBIT 16

[redacted]

**From:** [redacted]
**Sent:** Wednesday, August 27, 2025 8:41 AM
**To:** [redacted] J
**Cc:** SARTINI, RON
**Subject:** CRCL Investigation / CR-023513 Atlanta ICE ERO

Dear Mr. [redacted]

The Office for Civil Rights and Civil Liberties (CRCL) received allegations that U.S. Immigration and Customs Enforcement (ICE) may have committed potential civil rights and civil liberties violations as defined by 6 U.S.C. § 345 and 42 U.S.C. § 2000ee-1. The purpose of this email is to inform you that CRCL will investigate this complaint.

On June 25, 2025, CRCL received a referral from the U.S. Department of Homeland Security's, Office of Inspector General in reference to conditions of detention at the Atlanta ICE ERO intake room/holding cells. The referral alleges overcrowding, lack of medical care, possible exposure to communicable diseases, unsanitary conditions, lack of appropriate food and water, and poor sleeping conditions.

As part of CRCL's investigation, we are respectfully requesting the following materials and information from ICE related to Atlanta ICE ERO intake/holding cells:

[redacted]

Thank you very much for your assistance with this request, and please let me know if you have any questions or points that need to be clarified.

Respectfully,





Investigator
Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security
Office:
202-322-567
@hq.dhs.gov