# EXHIBIT 17

| | |
|---|---|
| From: | |
| To: | "ERO.SexualAssault@ice.dhs.gov" |
| Cc: | erocrcl@ice.dhs.gov; CRCLCompliance |
| Subject: | CRCL PREA Info Request CR-024993 |
| Date: | Thursday, September 18, 2025 11:39:28 AM |
| Attachments: | 2025.08.20 V███ OIG (3).pdf |

Dear ICE colleagues,

On August 20, 2025, CRCL received an OIG referral of information from ███████████ (A# and DOB: Unknown), who alleged that on March 3, 2025, he was sexually abused by ███ K█████████, when she reached into his pants in the Law Library at Limestone County Detention Center. He alleged that he asked her to stop, and she called him a faggot.

As CRCL continues to determine whether further action is warranted, it requests the following:

[redacted]

In lieu of a written response, please note that we can schedule a meeting to discuss ICE's response. Please let us know if you have any questions or wish to discuss.

Thank you,

███████████████████████
Contract Support Investigator
Compliance Branch
Office for Civil Rights and Civil Liberties
U.S. Department of Homeland Security
███████████████████████

This message may contain information that is confidential, deliberative, law enforcement sensitive and/or otherwise protected from public disclosure. If it has been sent to you in error, please reply immediately to advise the sender of the error and then destroy this message, any copies of this message and any printout of this message. If you are not the intended recipient of the message, any unauthorized dissemination, distribution or copying of the material in this message, and any attachments to the message, is strictly forbidden. This document is for INTERNAL GOVERNMENT USE ONLY and may be exempt from disclosure under the Freedom of Information Act, 5 U.S.C. §§ 552(b)(5),(b)(6), and/or (b)(7).