# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

## [PROPOSED] ORDER

Having considered Plaintiffs' motion for summary judgment and Defendants' motion for summary judgment as well as all briefs and the entire record in the above-captioned action, the Court hereby ORDERS that Defendants' motion for summary judgment is GRANTED, and Plaintiffs' motion for summary judgment is DENIED. The Court ORDERS Judgment to be entered for Defendants on all counts.

**SO ORDERED.**

Dated: _____, 2026

_____
ANA C. REYES
United States District Judge