Homeland Security

DATE: March 6, 2025

TO:             Michael J. Mahoney
                Workforce Policy and Innovation
                U.S. Office of Personnel Management
                1900 E Street, NW Room 6500 Washington, DC 20415

FROM:           Roland Edwards
                Chief Human Capital Officer
                United States Department of Homeland Security

SUBJECT:        RIF – Request for Establishment of Competitive Areas

This memorandum serves as the Department of Homeland Security's ("DHS") request for an exception to the competitive area 90-day rule. Please find the DHS responses below with respect to our competitive areas.

1. **Identification of the proposed competitive areas, including the organizational segment, geographic location, and limits of the local commuting area;**

**Answer:** Below are the divisions, offices and units that will be immediately impacted by a potential reduction-in-force. Additional competitive areas may be identified at a later time.

- Office of the Immigration Detention Ombudsman [46 positions]
- Office of the Citizenship and Immigration Services Ombudsman [118 positions]
- Office of Civil Rights and Civil Liberties [147 positions]

2. **A description of how the proposed areas differs from the one previously established for the same unit and geographic area;**

**Answer:** No competitive areas were established for the groups above. The groups listed above include entire divisions, offices, and/or units.

3. **An organizational chart of the agency showing the relationship between the organizational components within the competitive area and other components in the commuting area;**

**Answer:** Organizational charts are attached to this correspondence.

4. **The number of competing employees in the proposed competitive areas;**

**Answer:** Approximately 315 positions.

5. **A description of the operation, work function, staff, and personnel administration of the proposed area and, where appropriate, a description of how the area is distinguished from others in these respects; and**

000018



**Answer:** All functions are unique to the specific division, office and/or unit and support that unit's mission.

**6.   A discussion of the circumstances that led to the proposed changes less than 90 days before a proposed reduction.**

**Answer:** This action will be a first step that DHS is taking to follow the direction set by President Trump's February 11th Executive Order ("Implementing the President's 'Department of Government Efficiency' Workforce Optimization Initiative") to reduce the federal workforce and enhance the efficiency of federal operations. Accordingly, the Secretary has determined that the above referenced functions, programs, and capabilities of the Department do not advance the national security mission of DHS and can properly be eliminated to enhance the coherence, effectiveness, and efficiency of the Department as a whole.



DATE: March 6, 2025

TO:         Michael J. Mahoney
Workforce Policy and Innovation
U.S. Office of Personnel Management
1900 E Street, NW Room 6500 Washington, DC 20415

FROM:    Roland Edwards
Chief Human Capital Officer
United States Department of Homeland Security

SUBJECT: Request for Exception to 60-Day RIF Notice Requirement

This memorandum serves as the Department of Homeland Security's ("DHS") request for a Reduction in Force ("RIF") employee notice period of less than 60 days.

DHS has an immediate need for an exception to the 60-day notice period as it implements several Presidential and Agency directives. First and foremost, DHS is responding to determinations made by the President, and the Secretary of the Department of Homeland Security, that certain functions, programs, and capabilities of DHS do not advance mission of the Department to protect our homeland. Moreover, DHS is acting on the President's Executive Order Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative – The White House dated February 11, 2025, and other Presidential and Secretarial determinations that the scope of DHS's existing workforce and footprint is inefficient and inconsistent with the national interest.

1. **Please see below for the offices proposed for 100% RIF:**

- Office of the Immigration Detention Ombudsman
- Office of the Citizenship and Immigration Services Ombudsman
- Office of Civil Rights and Civil Liberties

2. **The effective date of the RIF:** Tuesday, March 11, 2025.

3. **The number of employees who will be issued RIF notices:** Approximately 315 positions.

4. **The RIF notice period being requested:** 30 Days.

5. **The reasons why a shorter RIF notice period is needed:** DHS is responding to Executive Order Implementing The President's "Department of Government Efficiency" Workforce Optimization Initiative – The White House dated February 11, 2025 and independent Presidential and Secretarial determinations that the size and scope of DHS's current operations are inconsistent with U.S. national interests.

6. **The name, telephone number, and title of an agency contact person in the event OPM needs additional information about the request:**



Name: Roland Edwards
Email/telephone: ███.██████@hq.dhs.gov / ███-███-████
Requesting Official's Name: Chief Human Capital Officer, DHS