U.S. Department of Homeland Security
Washington, DC 20528



March 17, 2025

MEMORANDUM FOR THE SECRETARY

FROM: R.D. Alles
RANDOLPH D ALLES
Digitally signed by RANDOLPH D ALLES
Date: 2025.03.17 16:42:24 -04'00'
Deputy Under Secretary for Management

SUBJECT: **For Approval: Reduction in Force for Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman**

---

**Purpose**: To seek your approval to begin a Reduction in Force (RIF) process within the Office of the Citizenship and Immigration Services Ombudsman (CISOMB), Office for Civil Rights and Civil Liberties (CRCL), and Office of the Immigration Detention Ombudsman (OIDO).

**Background**: The DHS Office of the Chief Human Capital Officer was advised to prepare for a RIF for CISOMB, CRCL, and OIDO in accordance with the Executive Order 14210, *Implementing the President's "Department of Government Efficiency" Workforce Optimization Initiative*, and the follow-on guidance issued by the Office of Personnel Management and the Office of Management and Budget. DHS will further comply with Title 5, Code of Federal Regulations, Part 351 regarding a RIF. A recommended timeline for conducting the RIF is included in Attachment A and statutory authorities for each of the impacted Offices are outlined in Attachment B.

| Office | All Employees | (- minus) Employees in Deferred Resignation Program | Employees Subject to RIF Sub Total | SES Subject to RIF | General Schedule Employees Subject to RIF |
|---|---|---|---|---|---|
| CISOMB | 48 | 2 | 46 | 1 | 45 |
| CRCL | 154 | 3 | 151 | 4 | 147 |
| OIDO | 133 | 15 | 118 | 2 | 116 |
| Total | 335 | 20 | 315 | 7 | 308 |

**Office of Immigration Detention Ombudsman**
- OIDO is an independent office within DHS, established by statute to establish and administer an independent process with complaints about the potential violation of immigration detention standards, detainee rights, or misconduct by DHS (or contract) personnel; provide independent oversight of immigration detention facilities, including

PRE-DECISIONAL/DELIBERATIVE

000001

**For Approval: Reduction in Force: Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman**
Page 2

- conducting announced and unannounced inspections, of immigration detention facilities and services, including state, local, and privately-owned facilities; review and make recommendations to address contract violations regarding immigration detention facilities and services; and serve as an independent office to review and resolve problems stemming from the same.
- Organizational Details and Considerations:
  - Onboard: 118 (plus 15 employees who participated in DRP).
  - Competitive area: Office of the Immigration Detention Ombudsman
  - Unique Employee Considerations
    - USERRA Requirements – 1 employee on military leave.
    - FMLA/PPL – 6 employees on FMLA/PPL.
    - Employees on military leave or FMLA/PPL would not receive RIF notice until return to work from leave.
- Likely operational impacts because of RIF:
  - Reduction of OIDO case managers in nearly 100 immigration detention centers across the United States.
  - Reduction of detention oversight staff currently located in Washington, DC; Newark, NJ; Atlanta, GA; Phoenix, AZ; El Paso, TX; and San Antonio, TX.
  - Reduction of policy staff who analyze systemic trends in detention standards, facility contracts, training, and technical support.
  - Reduction of external relations staff who engage directly with the public to promote OIDO's mission and activities.
  - Reduction in operations and program integration staff who oversee administrative, financial, contract, and human resource needs for OIDO, as well as the flow of information between OIDO division.
  - All positions will be abolished except for those required by statue.

**Office of the Citizenship and Immigration Services Ombudsman**
- CISOMB is an independent office reporting directly to the Deputy Secretary, established by Congress under Section 452 of the Homeland Security Act of 2002. As mandated by Section 452 of the Homeland Security Act, CISOMB is required submit an annual report to the House and Senate Judiciary Committees by June 30 each year, detailing recommendations for improving USCIS services, summarizing pervasive issues, and providing inventories of actions taken or pending.
- Organizational Details and Considerations:
  - Onboard: 46 (plus 2 employees who participated in DRP)
  - Competitive area: Office of the Citizenship and Immigration Services Ombudsman
  - Unique Employee Considerations
    - USERRA Requirements – No employees on military leave.
    - FMLA/PPL – 1 employee on FMLA/PPL.
    - Employees on military leave or FMLA/PPL would not receive RIF notice until return to work from leave.
- Likely operational impacts because of RIF:

PRE-DECISIONAL/DELIBERATIVE

**For Approval: Reduction in Force: Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman**
Page 3

- - Processing Delays: Fewer staff members could lead to increased backlogs in processing individual complaints and requests for assistance, prolonging the waiting period for applicants seeking resolution to their concerns.
  - Increased Workloads: Remaining staff may face heavier workloads, potentially affecting the quality and thoroughness of complaint investigations and adjudications.
  - Formal Recommendation and Reporting Impacts: With reduced personnel, statutorily required reports to Congress, as well as formal and informal recommendations submitted to USCIS may impacted or delayed.

**Office for Civil Rights and Civil Liberties**
- CRCL ensures that the Department's activities respect individual rights and liberties. Guided by *6 U.S.C 345: Establishment of the Officer for Civil Rights and Civil Liberties*, CRCL investigates complaints, provides policy advice to Department leadership and Components on civil rights and civil liberties issues, and communicates with the public about CRCL and its activities. The statute also requires coordination with the Privacy Office and Office of Inspector General and directs CRCL to submit an annual report to Congress.
- <u>Organizational Details and Considerations:</u>
  - Onboard: 151 (plus 3 employees who participated in DRP)
  - Competitive area: Office for Civil Rights and Civil Liberties
  - Unique Employee Considerations
    - USERRA Requirements – 1 employee on military leave.
    - FMLA/PPL – 5 employees on FMLA/PPL.
    - Employees on military leave or FMLA/PPL would not receive RIF notice until return to work from leave.
- <u>Likely operational impacts because of RIF:</u>
  - Processing Delays: Fewer staff members could lead to increased backlogs in processing Reasonable Accommodation and EEO requests, prolonging the waiting period for employees and applicants seeking resolution to their concerns.
  - Increased Workloads: Remaining staff may face heavier workloads, potentially affecting the quality and thoroughness of case reviews and applications.
  - Formal Recommendation and Reporting Impacts: With reduced personnel, statutorily required reports to Congress, as well as formal and informal recommendations may impacted or delayed.

**Signature Level Justification**: As the Secretary, you are the appropriate approval authority for this matter.

**Timeliness**: The Office of the Chief Human Capital Officer requests at least two business days to prepare to initiate this RIF to ensure seamless implementation.

PRE-DECISIONAL/DELIBERATIVE

000003

**For Approval: Reduction in Force: Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman**
Page 4

**Recommendation**: I recommend you approve initiation of a RIF for the Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman.

Approve/date _____[signature]_____ 3-20-25

Disapprove/date _____

Modify/date _____

Needs discussion/date _____

Attachments:
A. Reduction in Force Timeline
B. Statutory Authorities

PRE-DECISIONAL/DELIBERATIVE

000004

**Notional: Timelines - HQ Reduction in Force**

The following timeline is recommended to initiate the Headquarters Reduction in Force (RIF) of the Office of the Citizenship and Immigration Services Ombudsman (CISOMB), Office for Civil Rights and Civil Liberties (CRCL) and the Office of the Immigration Detention Ombudsman (OIDO). The RIF will include all positions in the office and the competitive area for placement of individuals subject to RIF will be that office only. The RIF plan for general schedule (GS) employees has been approved by OPM as has DHS authority to offer those employees voluntary early retirement authority (VERA).

**Timeline for RIF (GS-only)**

- **RIF Notification**
    - Day 1: OCHCO briefs Office leaders on the RIF process and requirements.
    - Day 1: Office leaders are requested to convene a meeting with all employees along with OCHCO to brief them about the RIF.
        - Days 1–3: Additional employee meetings held to provide information to employees unable to attend the initial session and answer human capital questions.
- **RIF Notice Period**
    - Day 1: RIF Notices issued to impacted personnel.
    - 30-day notice period begins.
    - Severance pay calculations provided to impacted personnel.
    - Job placement (Federal and private sector) seminars offered to employees.
- **Separation Date**: After 30 calendar days from notice issuance.
- **Post-RIF**
    - Impacted personnel placed on the Career Transition Assistance Plan (CTAP) to support finding available positions for which they are qualified.
- **For Situational Awareness**
    - Employees on military leave or FMLA (13 total) will receive RIF notices upon return from leave and will be afforded the full 30-day notice period.
    - Candidates in the hiring pipeline (e.g., 3 for CRCL) will receive notifications that their job offers are rescinded.
    - Discussions are needed regarding two employees who will be reassigned during the RIF process.

**Timeline for RIF (SES)**

- Initial notification for SES employees will follow the GS employee notification.
- **SES RIF Rules:**
    - Agencies must seek suitable reassignments to other available positions.
    - Competitive area may be limited to the three HQ offices affected, but post-probationary SES employees are entitled to placement in any vacant SES position within the agency for which they are qualified.
    - Voluntary reassignments must occur within 120 days (approximately four months) in accordance with the moratorium on involuntary reassignments.

- o **OPM Placement Assistance:**
    - Begins when the agency head certifies no available SES vacancies and continues for 45 calendar days or until the employee is appointed to another SES position, declines a reasonable offer, leaves the Government, or fails to request assistance.
- **Placement Outside the SES:**
    - o SES members removed by RIF are guaranteed placement in non-SES positions at or above GS-15, per applicable regulations. Placement outside the SES will occur if an SES member is not placed within the agency or through the OPM process.

**Statutory Authorities for Office of the Immigration Detention Ombudsman, Office for Civil Rights and Civil Liberties, and Office of the Citizenship and Immigration Services Ombudsman**

**Office of the Immigration Detention Ombudsman (OIDO)**
- OIDO is codified in *6 USC 205: Ombudsman for Immigration Detention.*

**Office for Civil Rights and Civil Liberties (CRCL)**
- The authority under which CRCL operates comes from a number of legal sources to include Statutes, Regulations, Executive Orders and Departmental Delegations and Directives.
- Major statutory duties in 6 U.S.C. 345:
    - "review and assess information concerning abuses of civil rights [and] civil liberties. . . by employees and officials of the Department";
    - "oversee compliance with constitutional, statutory, regulatory, policy, and other requirements relating to the civil rights and civil liberties of individuals affected by the programs and activities of the Department"; and
    - "investigate complaints and information indicating possible abuses of civil rights or civil liberties, unless the Inspector General of the Department determines that any such complaint or information should be investigated by the Inspector General."
- CRCL carries out DHS's legal obligations to establish an "equal opportunity program," and to comply with the EEOC's rules, regulations, and orders relating to that program. 42 U.S.C. 2000e-16(b).
- Specifically, EEOC regulations at 29 C.F.R. 1614.102 require the following from an Agency's equal opportunity program:
    - Provide sufficient resources to its equal employment opportunity program to ensure efficient and successful operation;
    - Provide for the prompt, fair and impartial processing of EEO complaints;
    - Make reasonable accommodations for employees and applicants with needs related to pregnancy, disabilities, or religious beliefs; and
    - Provide an alternative dispute resolution procedure for EEO complaints.
- CRCL also has responsibilities with respect to other civil rights and civil liberties statutes, including:
    - Title VI of the Civil Rights Act (prohibiting discrimination in contracting activities);
    - Section 803 of the 9/11 Commission Act (requires complaint and investigation procedures to address civil liberty complaints); and
    - The Prison Rape Elimination Act (requires measures to prevent sexual abuse in confinement facilities).

**Office of the Citizenship and Immigration Services Ombudsman (CISOMB)**
- Pursuant to 6 U.S.C. 272, CISOMB is responsible for:

000007

- - o   Assisting individuals and employers in resolving problems with the Bureau of Citizenship and Immigration Services (the Bureau);
  - o   Identifying areas in which individuals and employers have problems in dealing with the Bureau; and
  - o   Proposing changes in the administrative practices of the Bureau of Citizenship and Immigration Services to mitigate the problems described above.
- CISOMB is also responsible for appointing local ombudsmen and making available "at least 1 . . . ombudsman for each state." The statute does not necessarily require one ombudsman *per* state; a single local ombudsman could serve several states within a local area (*e.g.,* NY/NJ/CT).