IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Robert F. Kennedy Human          )
Rights, et al.,                  ) Civil Action
                                 ) No. 25-cv-1270
            Plaintiffs,          )
                                 ) EVIDENTIARY HEARING
vs.                              )
                                 ) Washington, DC
U.S. Department of Homeland      ) May 19, 2025
Security, et al.,                ) Time:  11:00 a.m.
                                 )
            Defendants.          )
_____

TRANSCRIPT OF EVIDENTIARY HEARING
HELD BEFORE
THE HONORABLE JUDGE ANA C. REYES
UNITED STATES DISTRICT JUDGE
_____

A P P E A R A N C E S

For Plaintiffs:          Karla Gilbride
                         Public Justice, P.C.
                         1620 L Street, NW
                         Suite 630
                         Washington, DC  20036
                         (202) 797-8600
                         Email:  Kgilbride@citizen.org

                         Michael C. Martinez
                         Democracy Forward Foundation
                         P.O. Box 34553
                         Washington, DC  20043
                         (202) 894-6582
                         Email:  Mmartinez@democracyforward.org

                         Anthony Enriquez
                         Robert F. Kennedy Human Rights
                         80 Pine Street
                         Suite 801
                         New York, NY  10005
                         (917) 941-9141
                         Email:  Enriquez@rfkhumanrights.org

working at CISOMB?

A.  A deputy ombudsman.  So one SES.

Q.  And we touched on this, but if you have any more information to add, were any other DHS components, besides these three, given RIF notices on or about March 21st?

A.  I do not know.

Q.  Do you know of any who are -- any other components where RIF notices are currently pending, regardless of the date?

A.  I don't know.

Q.  So from what you know, the analysis that was performed between February 11th and March 7th found that all of the positions, other than these four SES employees from CRCL, OIDO, and the CISOMB, were subject to RIF, and you don't know of any other DHS positions in any other component that were subject to RIF, is that right?

A.  Correct.

Q.  What's your understanding of the reason for this RIF decision?

A.  As I understand it, they had grown beyond their statutory requirement and there has been an executive order from the President to refocus on those statutory requirements, reduce government bloat and excess expenditure of funds as much as possible.  So this decision was taken consistent with that February 11th workforce optimization EO.

THE COURT:  Hold on.  The part about -- this part