UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**SECOND DECLARATION OF JULIE PLAVSIC**

I, Julie Plavsic, declare as follows:

1.      I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and experience as an employee with ICE and CRCL.  I previously submitted a declaration in this case on January 15, 2026.

2.      In my work with CRCL as a senior policy advisor, I was one of the employees who reviewed allegations of civil rights or civil liberties violations involving immigration detention and advised leadership on which to open as investigations.  I was also one of the employees who advised leadership on which investigations CRCL would handle itself and which would be referred to another component.

3.      Other than medical referrals, the only cases we referred to another component involved allegations of misconduct by DHS personnel.  These referrals were to the Office of Professional Responsibility (OPR) for either ICE or CBP, and involved allegations of misconduct

1

against a particular officer when the officer was named or otherwise identified.  During my time with CRCL, we referred a  small percentage of complaints to ICE or CBP OPR compared to the number that we handled ourselves.  When we made such a referral, we requested that OPR send us a report of its investigation within a specified time period.  When we received that report, we would either close the complaint if we believed OPR's response was adequate, or follow up with additional questions and/or concerns and sometimes consult one of our contracted  subject matter experts for further analysis.

4.      In my experience, CRCL did not refer complaints that raised broader policy concerns, or general conditions of immigration detention.  Instead, these complaints would be investigated by CRCL directly.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2026

/s/Julie Plavsic

2