UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, <br><br> Defendants. | Civil Action No. 25-1270-ACR |

**DECLARATION OF KARLA GILBRIDE**

I, Karla Gilbride, declare as follows:

1.    I am over the age of 18 and competent to testify to the matters described below. This declaration is based on my personal knowledge and experience as counsel for Plaintiffs in the above-captioned case.

2.    Attached to this declaration as Exhibit A is a true and correct copy of a webpage from the Department of Homeland Security (DHS) Office for Civil Rights and Civil Liberties (CRCL) online portal for submitting complaints, as retrieved from the internet and converted to pdf on the evening of February 26, 2026.  As of that date, the portal still stated that a signed G-28 form was required to submit a complaint on behalf of someone else, and no alternative forms of privacy waiver were mentioned.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 27, 2026

1

/s/Karla Gilbride

# Exhibit A

Case 1:25-cv-01270-ACR    Document 73-7    Filed 02/27/26    Page 4 of 6

🇺🇸 An official website of the United States government  Here's how you know  ⌄



**Office for Civil Rights and Civil Liberties**

An official website of the United States government

Here's how you know ⌄



Office for Civil Rights and Civil Liberties

MENU

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| PREPARATION | NOTICES | CONTACT INFORMATION | COMPLAINT | REVIEW |

# Details about the person who submitted the complaint.

Are you filing this complaint for someone else?

No ⌄

> **If you answer yes, please provide your information in the fields that appear below and provide their information on the next step. (You must upload a Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, signed by the person who experienced the alleged civil rights or civil liberties violation, to allow CRCL to release any information to you. There will be an opportunity to upload documents at the end of this submission process.)**

To access Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, go to https://www.uscis.gov/g-28.

Previous      Next





Engage.DHS.gov/crcl-complaint

**An official website of the** U.S. Department of Homeland Security

About the DHS Office for Civil Rights and Civil Liberties
Accessibility

FOIA Requests
Privacy Policy

DHS.gov



| Home |
| --- |





Engage.DHS.gov/crcl-complaint
**An official website of the** U.S. Department of Homeland Security

About the DHS Office for Civil Rights and Civil Liberties

Accessibility

FOIA Requests

Case 1:25-cv-01270-ACR   Document 73-7   Filed 02/27/26   Page 6 of 6

Privacy Policy

DHS.gov

