# Exhibit 23

or were you familiar with the subcomponent?

A    I was not familiar with it whatsoever.

QAnd are you familiar with Project 2025?

A    I know what it is, yes.

Q    Have you read Project 2025?

A    I have not.

Q    Are you aware that Project 2025 includes the statement that the Office of the Immigration Detention Ombudsman should be eliminated?

A    I was not.

Q    Would you agree with that statement?

A    I don't think I would.

Q    Okay, and can you elaborate?

A    I am here to carry out the intent of the President and the Secretary. And if that intent is for the office to not be eliminated and to carry out its statutory functions, that's what I think should happen.

Q    Okay. And without telling me the content of your conversations, how many hours did you spend with your attorney in preparing for this deposition?

A    I would say roughly four.

A    Based on what I know, this appears to be a proposal for how the Office of the Immigration Detention Ombudsman should change in number of FTE and dollar amount.

Q    And what does that proposal call for?

A    It says-- Well, not knowing exactly, it could either say that it wants to add, to either double it or minimize it.

Q    Would you agree that this chart appears to indicate a zeroing out of the OIDO budget?

MR. DAVIS          Objection. Lack of foundation.

A    I would say that I don't know enough for certain to say that.

Q    Do you see the text beneath the chart labeled Description slash Justification?

A    Yes.

Q    Could you read that sentence for me?

A    This program change represents the RIF that occurred within the Office of the Immigration Detention Ombudsman. OIDO has been eliminated in its entirety.

Q    What is your understanding of the meaning of that statement?

A    It appears that this is a proposal that doesn't reflect reality as it is right now. Given that I am the acting OIDO and that Mr. Sartini and the organizational chart that I just drew, we are carrying out the statutory functions, and I did not make this proposal.

Q    Do you receive additional compensation for your OIDO role?

A    No.

Q    So your compensation is related to your other DHS role. Is that accurate?

A    I don't know enough about senior executive service and personnel management rules to be able to say accurately whether or not.

Q    Do you believe it is possible to fund the OIDO Ombudsman position with zero dollars?

MR. DAVIS          Objection to speculation.

A    I don't know that it matters what I think about this proposal because that's not what is