# Exhibit 24

BY MR. DAVIS:

Q.  What else has to be posted online for the public under the statute, traditionally has been?

A.  Well, traditionally has been is a bit different.  I think CRCL has posted recommendations, like policy recommendations that they've made, but there doesn't seem to be a statutory requirement to do so.  Statistics, but the statistics are typically in the annual reports.

THE COURT:  The plaintiffs have said that there have been a bunch of complaints that were posted and have been taken down.  Do you know anything about why those were taken down?

THE WITNESS:  I don't.

THE COURT:  You don't know who took them down?

THE WITNESS:  I think that would have happened before I came to headquarters.

THE COURT:  Can you think of any reason to take them down?

THE WITNESS:  I don't know what was in them.  I mean, I did read the brief.  I don't know.

THE COURT:  Okay.

BY MR. DAVIS:

Q.  Have those types of reports and recommendations always been made public by CRCL?

A.  I don't know.

MS. GILBRIDE:  Objection.  Lack of foundation.