**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**UNOPPOSED MOTION TO SEAL PREVIOUSLY FILED EXHIBITS AND FILE**
**REPLACEMENT EXHIBITS WITH REDACTIONS**

Pursuant to Local Civil Rule 5.1(h) and paragraph 7(k) of Judge Reyes's standing order, Plaintiffs respectfully request the Court's permission to seal previously filed docket entries ECF 64-7 and 64-10, which were exhibits to Plaintiffs' Motion for Summary Judgment. Both of these exhibits contain names of individuals who filed complaints with one of the DHS Oversight Offices at issue in this litigation, or on whose behalf such complaints were filed. Plaintiffs' counsel inadvertently neglected to redact names or other identifying information for these individuals.

In place of the exhibits that Plaintiffs request the Court's permission to seal, Plaintiffs are filing, as exhibits to this motion, replacement versions of the two exhibits in question. Exhibit 1 to this motion is identical in all respects to ECF 64-7, and Exhibit 2 to this motion is identical in all respects to ECF 64-10, except that personally identifying information has been redacted from both exhibits to protect the privacy of the individuals in question. Plaintiffs respectfully request

that docket entries 64-7 and 64-10 either be permanently sealed, or removed from the docket entirely and replaced with exhibits 1 and 2 to this motion, respectively.

Counsel for Plaintiffs have conferred with counsel for Defendants as required by Local Civil Rule 7(m).  Defendants do not oppose this motion. A proposed order is attached.

Dated: March 24, 2026                         Respectfully submitted,

                                              /s/ Karla Gilbride
Christine L. Coogle (DC Bar No. 1738913)      Karla Gilbride (DC Bar No. 1005586)
Brian D. Netter (DC Bar No. 979362)           Adina H. Rosenbaum (DC Bar No. 490928)
Skye L. Perryman (DC Bar No. 984573)          Public Citizen Litigation Group
Democracy Forward Foundation                  1600 20th Street NW
P.O. Box 34553                                Washington, DC 20009
Washington, DC 20043                          (202) 588-1000
(202) 448-9090                                kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)         Sarah E. Decker (DDC Bar No. NY0566)
Sarah T. Gillman (DDC Bar No. NY0316)         Robert & Ethel Kennedy Human Rights
Robert & Ethel Kennedy Human Rights           Center
Center                                        1300 19th Street NW, Suite 750
88 Pine Street, Suite 801                     Washington, DC 20036
New York, NY 10005                            (202) 559-4432
(917) 284-6355

*Counsel for Plaintiff KHRC*