**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' unopposed motion to seal previously filed exhibits and file replacement exhibits with redactions, the Court grants the motion as follows:

It is hereby ORDERED that the exhibits filed by Plaintiffs in support of their motion for summary judgment, and currently docketed as ECF 64-7 and 64-10, shall be permanently sealed or otherwise removed from the docket, and shall be replaced with Exhibits 1 and 2, respectively, to Plaintiffs' motion to seal previously filed exhibits and file replacement exhibits with redactions.

**SO ORDERED.**

Dated: _____, 2026

_____
ANA C. REYES
United States District Judge