**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security, <br><br> Defendants. | Civil Action No. 25-1270-ACR |

**PLAINTIFFS' NOTICE OF RECENT DEVELOPMENTS**

Plaintiffs wish to notify the Court of two recent developments pertinent to this case. First, the proposed Fiscal Year 2027 budget released by the White House on April 3, and attached to this notice as Exhibit 1, includes on page 27 a proposed "reorganization" of DHS headquarters, which would, among other changes, "eliminate the Office of Civil Rights and Civil Liberties, the Office of the Immigration Detention Ombudsman, and the Office of the Citizenship and Immigration Services Ombudsman." Thus, while Defendants continue to assure this Court that they never planned to eliminate these offices completely but merely to restructure them, plans for the complete elimination of all three Oversight Offices continue to be proposed.

Second, Plaintiffs have become aware of media reports indicating that after Kristi Noem was removed from her role as Secretary of Homeland Security and transferred to a new position in the State Department, Ms. Noem expressed an intention to have several individuals who had worked closely with her at DHS accompany her to the State Department, including Troup

Hemenway and Joseph Guy. One of these media reports is attached to this notice as Exhibit 2. Plaintiffs' counsel reached out to Defendants' counsel for confirmation of the media reports and received confirmation that Mr. Hemenway and Mr. Guy have departed DHS, and that Mr. Sartini is currently managing all three Oversight Offices.

Dated: April 13, 2026,                                    Respectfully submitted,

                                                          /s/ Karla Gilbride
Christine L. Coogle (DC Bar No. 1738913)      Karla Gilbride (DC Bar No. 1005586)
Brian D. Netter (DC Bar No. 979362)           Adina H. Rosenbaum (DC Bar No. 490928)
Skye L. Perryman (DC Bar No. 984573)          Public Citizen Litigation Group
Democracy Forward Foundation                   1600 20th Street NW
P.O. Box 34553                                 Washington, DC 20009
Washington, DC 20043                           (202) 588-1000
(202) 448-9090                                 kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)         Sarah E. Decker (DDC Bar No. NY0566)
Sarah T. Gillman (DDC Bar No. NY0316)         Robert & Ethel Kennedy Human Rights
Robert & Ethel Kennedy Human Rights           Center
Center                                         1300 19th Street NW, Suite 750
88 Pine Street, Suite 801                      Washington, DC 20036
New York, NY 10005                             (202) 559-4432
(917) 284-6355

*Counsel for Plaintiff KHRC*