**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT F. KENNEDY HUMAN RIGHTS; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER, <br><br> *Plaintiffs*; <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Case No. 1:25-cv-1270-ACR <br><br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' NOTICE** |

Defendants file this notice in response to Plaintiffs' notice of recent developments.  ECF 79.  As Plaintiffs note, Mr. Hemenway and Mr. Guy are no longer at the Department of Homeland Security.  This change comes at a time of transition for the Department with new leadership.  That is hardly a reflection on whether the Offices will continue to function without their former leadership.  Until new leadership can be named, Secretary Markwayne Mullin designated Ronald Sartini to serve as the Acting Officer for Civil Rights and Civil Liberties and the Immigration Detention Ombudsman.  As long as the Offices are funded, their statutory functions will be performed.

Relatedly, Plaintiffs point to the President's new 2027 budget proposal as evidence of an intention to shutter the Offices.  The 2027 budget indicates that it is the same as the 2026 proposal for the Offices.  ECF 79-1 at 33.  Again, as with the 2026 budget, the 2027 budget is proposed by the White House but it is ultimately up to Congress to determine the actual amount of funding through an appropriation.  The explanatory statement for H.R. 7147 (one of the few bills that have

passed a chamber) identifies proposed appropriated amounts for the individual offices at DHS similar to the proposed budgets largely reflecting the President's proposed budget. *See* January 22, 2026 edition of the Congressional Record in book 2 (p. H1691) (available at https://www.congress.gov/119/crec/2026/01/22/172/15/CREC-2026-01-22-bk2.pdf). But again, the funding level of the Offices will only finally be determined by Congress actually passing legislation to fund them.

Unfortunately, the Offices have been shutdown as a result of the lapse in appropriations beginning February 14, 2026, though some of the employees were recalled to work on April 13, 2026. During this lapse (now the longest ever) the Oversight offices have been unable to perform many of their functions. Congress still has not enacted FY 2026 appropriations for DHS. At the end of the day, the Offices need full appropriations from Congress to plan for the future.

Finally, Defendants also wish to inform this Court that the Merit Systems Protection Board has issued its first set of decisions regarding the RIFs at issue. *See Rosburg v. DHS*, 2026 WL 608246 (2026); *Robertson v. DHS*, 2026 WL 766002 (2026). The *Rosburg* Board ruled that the RIFs were an appropriate means of eliminating discretionary work under Executive Order 14210 and OIDO was not actually dissolved despite imprecise language in the notices. This action was also found to be consistent with OIDO's statute. The *Robertson* Board ruled that DHS invoked the RIF regulations for an approved reason for CRCL, "including the elimination of discretionary work not required by statute, the refocusing of the office on statutory duties, and the anticipated use of contractors and technology to perform certain functions." *Roberston*, 2026 WL 766002 at 3.

ii

Dated: April 20, 2026                                              Respectfully submitted,

**Brett Shumate**
Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

/s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 20, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

s/Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*