**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNEDY HUMAN RIGHTS CENTER; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**UNOPPOSED MOTION TO AMEND CAPTION**

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs respectfully request that the Court amend the caption for this case in two respects. First, Plaintiff Robert F. Kennedy Human Rights has changed its name to the Robert & Ethel Kennedy Human Rights Center, or Kennedy Human Rights Center (KHRC), as reflected on its website and other official documents.[1] Second, Kristi Noem has been replaced as Secretary of Homeland Security by Markwayne Mullin, who officially assumed the position on March 24, 2026.

Whether to amend the case caption "is within the court's discretion and should be based on factors such as promoting clarity and avoiding confusion." *Hoemke v. Macy's W. Stores LLC*, No. 20-1317, 2020 WL 5229194, at *1 (D. Ariz. Sept. 2, 2020). Amending the caption to substitute individual defendants sued in their official capacity when the identity of the person occupying the

---

[1] https://kennedyhumanrights.org/.

position in question changes is standard practice in this Court, as party substitution under those circumstances is automatic pursuant to Federal Rule of Civil Procedure 25(d). Moreover, changing the caption to reflect the recent change in KHRC's name is the type of change that courts often make to case captions "to reflect changes to [an] entity's corporate form and name," particularly where (as here) such a change would cause no prejudice to any other party.  *See Paleteria La Michoacana, Inc. v. Productos Lacteos Tocumbo S.A. De C.V.*, No. 11-1623, 2016 WL 10839543, at *2 (D.D.C. Mar. 31, 2016).  Both proposed changes to the caption would thus promote clarity and avoid confusion, and neither would cause any prejudice to Defendants.

Counsel for Plaintiffs have conferred with counsel for Defendants as required by Local Civil Rule 7(m).  Defendants do not oppose this motion. A proposed order is attached.

Dated: April 24, 2026                                Respectfully submitted,

                                                     /s/ Karla Gilbride
Christine L. Coogle (DC Bar No. 1738913)             Karla Gilbride (DC Bar No. 1005586)
Brian D. Netter (DC Bar No. 979362)                  Adina H. Rosenbaum (DC Bar No. 490928)
Skye L. Perryman (DC Bar No. 984573)                 Public Citizen Litigation Group
Democracy Forward Foundation                         1600 20th Street NW
P.O. Box 34553                                       Washington, DC 20009
Washington, DC 20043                                 (202) 588-1000
(202) 448-9090                                       kgilbride@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)                Sarah E. Decker (DDC Bar No. NY0566)
Sarah T. Gillman (DDC Bar No. NY0316)                Robert & Ethel Kennedy Human Rights
Robert & Ethel Kennedy Human Rights                  Center
Center                                               1300 19th Street NW, Suite 750
88 Pine Street, Suite 801                            Washington, DC 20036
New York, NY 10005                                   (202) 559-4432
(917) 284-6355

*Counsel for Plaintiff KHRC*

2