**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNEDY HUMAN RIGHTS CENTER; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' unopposed motion to amend caption, the Court grants the motion and instructs the clerk to substitute "Kennedy Human Rights Center" for "Robert F. Kennedy Human Rights," and to substitute Markwayne Mullin for Kristi Noem as the Secretary of Homeland Security, on the official caption of this case.

**SO ORDERED.**

Dated: _____, 2026

_____
ANA C. REYES
United States District Judge