# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KENNEDY HUMAN RIGHTS CENTER; SOUTHERN BORDER COMMUNITIES COALITION; URBAN JUSTICE CENTER, <br><br> *Plaintiffs*; <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, <br><br> *Defendants*. | Case No. 1:25-cv-1270-ACR <br><br><br> **DEFENDANTS' NOTICE OF LEGAL DEVELOPMENT** |

Defendants file this notice to inform the Court of a new funding law signed by the President on April 30, 2026, ending a 76-day shutdown of large portions of the Department of Homeland Security. *See* Public Law 119–86, Attachment 1. The new appropriations completely defunded OIDO. Attachment 2 at 118.[1] Mr. Sartini is thus working on winding down the Office as the result of Congress's choice to defund OIDO. CISOMB and CRCL received significant cuts as well, similar to the President's proposed budgets. *Id.* As a result, they are already staffed and functioning in line with the current budget. Given Congress's funding decisions, Plaintiffs claims are effectively moot. The Court cannot order the Offices to hire more staff, conduct additional work, or utilize more funds to perform their functions. At a minimum, that is true for OIDO which has

---

[1] DIVISION C-DEPARTMENT OF HOMELAND SECURITY APPROPRIATIONS ACT, 2026, https://docs.house.gov/billsthisweek/20260119/DEF%20LHHS%20HS%20THUD%20-%20JES%20-%20Division%20C%20-%20Homeland%20-%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%20-%20Reduced%20File%20Size_.pdf.

received no additional funding. CISOMB and CRCL will continue to carry out their statutory functions with the budget provided by Congress.

Dated: May 12, 2026                                Respectfully submitted,

**Yaakov M. Roth**
Acting Assistant Attorney General
Civil Division

**Eric Hamilton**
Deputy Assistant Attorney General
Federal Programs

**Christopher R. Hall**
Assistant Branch Director
Federal Programs

*/s/Tiberius Davis*
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on May 12, 2026, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

/s/ Tiberius Davis
**Tiberius Davis**
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 514-2000
tiberius.davis@usdoj.gov

*Counsel for Defendants*