AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| Kennedy Human Rights Center, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.   1:25-cv-01270 |
| U.S. Department of Homeland Security, et al. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kennedy Human Rights Center, Southern Border Communities Coalition, and Urban Justice Center    .

Date:    07/14/2026

/s/ Jessica Morton
_Attorney's signature_

Jessica Morton D00440
_Printed name and bar number_
P.O. Box 34553
Washington, DC 20043

_Address_

jmorton@democracyforward.org
_E-mail address_

(202) 448-9090
_Telephone number_

(202) 921-4875
_FAX number_