**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KENNEDY HUMAN RIGHTS CENTER; SOUTHERN BORDER COMMUNITIES COALITION; and URBAN JUSTICE CENTER,<br><br>　　　　Plaintiffs,<br><br>　　　　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>　　　　Defendants. | Civil Action No. 25-1270-ACR |

**JOINT STATUS REPORT ON PARTIES' SETTLEMENT DISCUSSIONS**

Pursuant to the Court's directive during the July 1, 2026 hearing on the parties' cross-motions for summary judgment that the parties engage in settlement discussions and report back to the Court on the progress of those discussions, the parties report as follows:

The parties met in person at the Department of Homeland Security headquarters on July 21, 2026, for two hours of settlement discussions. That meeting was productive, and the parties concluded at the end of that session that they would like to engage in further settlement discussions. Accordingly, the parties jointly request an additional sixty (60) days to continue their efforts to reach a resolution of this case, with another joint status report to be filed by September 29, 2026, to inform the Court of their progress.

Dated: July 31, 2026

Respectfully submitted,

/s/ Adina H. Rosenbaum

Christine L. Coogle (DC Bar No. 1738913)
Jessica Anne Morton (DC Bar No. 1032316)
Brian D. Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

Adina H. Rosenbaum (DC Bar No. 490928)
Karla Gilbride (DC Bar No. 1005586)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert & Ethel Kennedy Human Rights
Center
88 Pine Street, Suite 801
New York, NY 10005
(917) 284- 6355

Sarah E. Decker (DDC Bar No. NY0566)
Robert & Ethel Kennedy Human Rights
Center
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432

*Counsel for Plaintiff KHRC*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

*/s/ Tiberius Davis (by permission)*
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Tel: (202) 514-2000
Email: tiberius.davis@usdoj.gov

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

*Counsel for Defendants*