**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| KENNEDY HUMAN RIGHTS CENTER; SOUTHERN BORDER COMMUNITIES COALITION; and URBAN JUSTICE CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; and MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security,<br><br>Defendants. | Civil Action No. 25-1270-ACR |

**JOINT STATUS REPORT ON PARTIES' SETTLEMENT DISCUSSIONS**

Pursuant to the Court's July 31, 2026, Minute Order, the parties file this joint status report apprising the Court of the progress of their settlement discussions.

Since the parties met in person on July 21, 2026, they have continued to engage in further settlement discussions over email. Those discussions have been productive and are ongoing.

The parties propose that they file another joint status report by November 30, 2026, to update the Court on the progress of the discussions.

Dated: September 29, 2026

Respectfully submitted,

/s/ *Adina H. Rosenbaum*
Adina H. Rosenbaum (DC Bar No. 490928)
Karla Gilbride (DC Bar No. 1005586)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
arosenbaum@citizen.org

Christine L. Coogle (DC Bar No. 1738913)
Brian D. Netter (DC Bar No. 979362)
Skye L. Perryman (DC Bar No. 984573)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090

*Counsel for All Plaintiffs*

Anthony Enriquez (DDC Bar No. NY0626)
Sarah T. Gillman (DDC Bar No. NY0316)
Robert & Ethel Kennedy Human Rights
Center
88 Pine Street, Suite 801
New York, NY 10005
(917) 284- 6355

Sarah E. Decker (DDC Bar No. NY0566)
Robert & Ethel Kennedy Human Rights
Center
1300 19th Street NW, Suite 750
Washington, DC 20036
(202) 559-4432

*Counsel for Plaintiff KHRC*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

/s/ *Tiberius Davis*
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
Tel: (202) 514-2000
Email: tiberius.davis@usdoj.gov

CHRISTOPHER R. HALL
Assistant Branch Director
Civil Division, Federal Programs Branch

*Counsel for Defendants*